**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **BROWNDREW, L.L.C.,** | * | CIVIL ACTION NO. ___B-02-137___ |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **V.** | * | |
| | * | **COMPLAINT IN** |
| **TRIAD BUILDERS, INC.; ELSA STATE** | * | **INTERPLEADER** |
| **BANK & TRUST CO.; G & T PAVING CO.;** | * | |
| **AQUA TECH; VILLANUEVA FENCE &** | * | |
| **SUPPLY CO.; VALLEY BUILDERS CO.;** | * | |
| **ROBERT'S WELDING & FABRICATORS,** | * | |
| **INC.; BOWMAN DISTRIBUTING COMPANY,** | * | |
| **INC.; OMEGA SYSTEMS; GALVAN SHEET** | * | |
| **METAL SHOP; RAYMOND ROOFING, INC.;** | * | |
| **EDMANN'S COMMERCIAL REFRIGER-** | * | |
| **ATION & A/C; SKIPPER'S REPAIR** | * | |
| **PLUMBING; RZB INC., d/b/a GLOBAL** | * | |
| **ELECTRIC; LIFETIME INDUSTRIES;** | * | |
| **BEN'S GLASS AND METAL; KENMARK,** | * | |
| **INC.; GABRIEL ALCANTAR; ALFREDO** | * | |
| **GUTIERREZ; M&M COMMERCIAL LAWN** | * | |
| **SERVICES, INC.; G.D. LOZANO; KEVIN** | * | |
| **COMIER; JCO SPECIALISTS; OPENING** | * | |
| **SPECIALTIES AND SUPPLY, INC.; DAL-** | * | |
| **TILE CORPORATION; DEA SPECIALTIES** | * | |
| **CO., LTD.; LCM MANAGEMENT CO., INC.** | * | |
| **d/b/a SOUTH TEXAS FLAG; STAR BUILDING** | * | |
| **SYSTEMS; MARIO MARON; D&B GENERAL** | * | |
| **CLEANING; G.T. BLINDS, INC.; ROBERT** | * | |
| **MARISCAL; THE SHERWIN-WILLIAMS** | * | |
| **COMPANY; THE STRIPING COMPANY;** | * | |
| **ROBERTO GOMEZ; A&J PAVING; HOPE** | * | |
| **LUMBER & SUPPLY CO., L.P.; CONSOL-** | * | |
| **IDATED ELECTRIC DISTRIBUTORS, INC.;** | * | |
| **PALMVIEW GLASS & MIRROR, INC.; and** | * | |
| **ENCINAL INVESTMENTS, INC.,** | * | |
| **Defendants** | * | |

United States District Court
Southern District of Texas
FILED

JUL 0 5 2002

Michael N. Milby
Clerk of Court

**TO THE HONORABLE JUDGE OF THIS COURT:**

**PETITION FOR INTERPLEADER - PAGE 1.**

BROWNDREW, L.L.C., plaintiff, complains of **TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY, INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGERATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES, INC.; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC., d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G T BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOLIDATED ELECTRIC DISTRIBUTORS, INC; PALMVIEW GLASS & MIRROR, INC.; and ENCINAL INVESTMENTS, INC.,** defendants, and for cause of action shows:

1.    This Court has jurisdiction of this matter pursuant to 28 U.S.C Sec. 1335, this cause being a civil action of interpleader, and the Plaintiff and the Defendants being of diverse citizenship as defined in 28 U.S. Sec. 1332.

2.    (a)    Plaintiff is a limited liability company organized under the laws of the State of Illinois, and has its principal office at 656 West Randolph Street, Suite 400W, Chicago, Cook County, Illinois.

      (b)    Defendant TRIAD BUILDERS, INC. is a Texas corporation having its principal place of business in Hidalgo County, Texas, and may be served with process by delivery of process to its Registered Agent, Robert Susen, at 2300 West Pike Blvd., Suite 204, Weslaco, Texas 78596.

**PETITION FOR INTERPLEADER - PAGE 2.**

(c)     Defendant ELSA STATE BANK & TRUST CO. is an entity of unknown type
having its principal place of business in Hidalgo County, Texas, and may be
served with process at its principal office at 300 West Edinburg Avenue, Elsa,
Texas 78543.

(d)     G & T PAVING CO. is an entity of unknown type having its principal place of
business in Cameron County, Texas, and may be served with process at its
principal office at P.O. Box 5136, Brownsville, Texas 78523-5136.

(e)     AQUA TECH is an entity of unknown type having its principal place of
business in Hidalgo County, Texas, and may be served with process at its
principal office at P.O. Box 4505, McAllen, Texas 78502-4505.

(f)     VILLANUEVA FENCE & SUPPLY CO. is an entity of unknown type having
its principal place of business in Cameron County, Texas, and may be served
with process at its principal office at 4824 Michelle Dr., Brownsville, Texas
78526.

(g)     VALLEY BUILDERS CO. is an entity of unknown type having its principal
place of business in Hidalgo County, Texas, and may be served with process at
its principal office at P.O. Box 4413, McAllen, Texas 78502-4413.

(h)     ROBERT'S WELDING & FABRICATORS, INC. is a Texas corporation
having its principal place of business in Cameron County, Texas, and may be
served with process on its Registered Agent Roberto Cardenas, Jr. at ½ Mile
South FM 1427, Penitas, Texas 78576.

(i)     BOWMAN DISTRIBUTING COMPANY, INC. is a Texas corporation having
its principal place of business in Cameron County, Texas, and may be served
with process on its Registered Agent Dennis Bowman at 4201 South
Expressway 83, Harlingen, Texas 78550.

(j)     OMEGA SYSTEMS is an entity of unknown type having its principal place of

**PETITION FOR INTERPLEADER - PAGE 3.**

business in Hidalgo County, Texas, and may be served with process at its principal office at 116 Deanna Drive, San Juan, Texas 78589.

(k)     GALVAN SHEET METAL SHOP is an entity of unknown type having its principal place of business in Cameron County, Texas, and may be served with process at its principal office at 531 Perkins, San Benito, Texas 78586.

(l)     RAYMOND ROOFING, INC. is a Texas corporation having its principal place of business in Cameron County, Texas, and may be served with process on its Registered Agent Ramon Garcia, Jr. at 1005 Fillmore, Brownsville, Texas 78520.

(m)     EDMANN'S COMMERCIAL REFRIGERATION & A/C is an entity of unknown type having its principal place of business in Hidalgo County, Texas, and may be served with process at its principal office at 705 South San Antonio, San Juan, Texas 78589.

(n)     SKIPPER'S REPAIR PLUMBING is an entity of unknown type having its principal place of business in Cameron County, Texas, and may be served with process at its principal office at 448 West Madison Street, Brownsville, Texas 78520.

(o)     RZB INC., d/b/a GLOBAL ELECTRIC is a Texas corporation having its principal place of business in Cameron County, Texas, and may be served with process on its Registered Agent Rene Z. Barreda at 5560 FM 802, Brownsville, Texas 78521.

(p)     LIFETIME INDUSTRIES, INC. is a Texas corporation having its principal place of business in Hidalgo County, Texas, and may be served with process on its Registered Agent John Schrock at 1709 North Jackson Road, McAllen, Texas 78501.

(q)     BEN'S GLASS AND METAL is an entity of unknown type having its principal

**PETITION FOR INTERPLEADER - PAGE 4.**

place of business in Cameron County, Texas, and may be served with process at its principal office at 1125-A East 13th Street, Brownsville, Texas 78520.

(r)     KENMARK, INC. is a Texas corporation having its principal place of business in Bexar County, Texas, and may be served with process on its Registered Agent Kenneth C. Delke at 10865 Alder Cr., Dallas, Texas 75238.

(s)     GABRIEL ALCANTAR is an individual having his principal place of business in Hidalgo County, Texas, and may be served with process at 1013 Prime Rose Drive, Pharr, Texas 78577.

(t)     ALFREDO GUTIERREZ is an individual having his principal place of business in Hidalgo County, Texas, and may be served with process at Rt. 27, Box 2356, Mission, Texas 78572.

(u)     M&M COMMERCIAL LAWN SERVICES, INC. is a Texas corporation having its principal place of business in Cameron County, Texas, and may be served with process by serving its Registered Agent Carol L. Midgley at Rt. 3, Box 205, ABD Road, Harlingen, Texas 78552.

(v)     G.D. LOZANO is an individual having his principal place of business in Cameron County, Texas, and may be served with process at P.O. Box 854, La Feria, Texas 78559.

(w)     KEVIN COMIER is an individual having his principal place of business in Cameron County, Texas, and may be served with process at 534 Wildrose Lane, Brownsville, Texas 78520.

(x)     JCO SPECIALISTS is an entity of unknown type having its principal place of business in Hidalgo County, Texas, and may be served with process at its principal office at P.O. Box 4582, Edinburg, Texas 78540.

(y)     OPENING SPECIALTIES AND SUPPLY, INC. is a Texas corporation having its principal place of business in Bexar County, Texas, and may be served with

**PETITION FOR INTERPLEADER - PAGE 5.**

process on its Registered Agent Roy Wayne Honeycutt at 3715 Avenue E East, Arlington, Texas 76011.

(z)     DAL-TILE CORPORATION is a Texas corporation having its principal place of business in Dallas County, Texas, and may be served with process on its Registered Agent CT CORPORATION SYSTEMS at 350 North St. Paul, Dallas, Texas 75201.

(aa)    DEA SPECIALTIES CO., LTD. is a Texas limited partnership having its principal place of business in Bexar County, Texas, and may be served with process on its Registered Agent David E. Alberthal at 6674 Alamo Downs Parkway, San Antonio, Texas 78268-1045.

(bb)    LCM MANAGEMENT CO., INC., d/b/a SOUTH TEXAS FLAG is a Texas corporation having its principal place of business in Cameron County, Texas, and may be served with process on its Registered Agent Robert A. Binney at 500 Ed Carey Drive, Harlingen, Texas 78550.

(cc)    STAR BUILDING SYSTEMS is an entity of unknown type, and may be served with process at its principal office at P.O. Box 681045, Chicago, Ilinois 60693.

(dd)    MARIO MARON  is an individual having his principal place of business in Hidalgo County, Texas, and may be served with process at P.O. Box 1233, Penitas, Texas 78576.

(ee)    D&B GENERAL CLEANING is an entity of unknown type having its principal place of business in Cameron County, Texas, and may be served with process at its principal office at P.O. Box 8551, Brownsville, Texas 78526-8551.

(ff)    G T BLINDS, INC. is a Texas corporation having its principal place of business in Hidalgo County, Texas, and may be served with process on its Registered Agent William Glenn Hanks at 505 West Nolana, McAllen, Texas 78501.

(gg)    ROBERT MARISCAL is an individual having his principal place of business

**PETITION FOR INTERPLEADER - PAGE 6.**

in Hidalgo County, Texas, and may be served with process at Rt. 7, Box R34, Mission, Texas 78772.

(hh)    THE SHERWIN-WILLIAMS COMPANY is an Ohio corporation having a place of business in Hidalgo County, Texas, and may be served with process on its Registered Agent CT CORPORATION SYSTEMS at 350 North St. Paul, Dallas, Texas 75201.

(ii)    THE STRIPING COMPANY is an entity of unknown type having its principal place of business in Hidalgo County, Texas, and may be served with process at its principal office at 3613 North 25th Lane, McAllen, Texas 78504.

(jj)    ROBERTO GOMEZ is an individual having his principal place of business in Cameron County, Texas, and may be served with process at 34768 California Rd., Los Fresnos, Texas 78566.

(kk)    A&J PAVING is an entity of unknown type having its principal place of business in Cameron County, Texas, and may be served with process at its principal office at 615 E. Business Hwy 77, San Benito, Texas 78586.

(ll)    HOPE LUMBER & SUPPLY CO., L.P. is an Oklahoma limited partnership, and may be served with process on its Registered Agent CT CORPORATION SYSTEMS at 350 North St. Paul, Dallas, Texas 75201.

(mm)    CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., is a Delaware corporation and may be served with process on its Registered Agent CT CORPORATION SYSTEMS at 350 North St. Paul, Dallas, Texas 75201.

(nn)    PALMVIEW GLASS & MIRROR, INC., is a Texas corporation having its principal place of business in Hidalgo County, Texas, and may be served with process on its Registered Agent Wayne Pickering at 4108 North 21st Street #A, McAllen, Texas 78504.

(oo)    ENCINAL INVESTMENTS, INC. is a Texas corporation having its principal

**PETITION FOR INTERPLEADER - PAGE 7.**

place of business in Hidalgo County, Texas, and may be served with process on

its Registered Agent Juan E. Guerra at 1117 North Conway, Mission, Texas

78504.

The matter in controversy exceeds, exclusive of interest and costs, the sum of five hundred

dollars.

3.    This Court has in personam jurisdiction over the funds to be deposited into the registry

of this Court.

4.    Venue is proper in this county under 28 U.S.C. Section 1397, in that one or more of the

claimants resides in the Southern District of Texas.

5.    On or about June 4, 2001, Plaintiff and Defendant Triad Builders, Inc. ("Triad") herein

executed a contract ("the Contract") bearing that date for the construction of improvements on the

property described as follows ("the Property") herein:

> Lot 2, Block 1, HAPCO Subdivision, a Subdivision in Cameron
> County, Texas, according to the Plat of said Subdivision recorded in
> Cabinet 1, Page 118-B, Map Records, Cameron County, Texas, also
> known as Lots 1 and 2, GSA Subdivision, according to Plat thereof
> recorded in the Map Records of Cameron County, Texas.

6.    Construction under the Contract was completed on or about March 18, 2002, and

Plaintiff filed an Affidavit of Completion reflecting that date in the Official Records of Cameron

County, Texas, on or about May 7, 2002. Prior to filing such Affidavit, Plaintiff sold the Property

to a third party, which sale was closed by Guaranty National Title Company ("the Title Company")

under its File Number 01-0507 on or about April 19, 2002. In preparation for such sale, Plaintiff and

the Title Company became aware of unpaid claims for subcontractors and suppliers of Defendant

Triad which exceeded the balance due on the Contract, including all retainage. In order to permit

the closing to take place, the Plaintiff deposited with the Title Company in cash the full balance

remaining on the Contract, including all retainage, which funds totaled $258,349.62. Plaintiff then

filed the above-described Affidavit of Completion, and personally notified all known claimants of

its filing.

**PETITION FOR INTERPLEADER - PAGE 8.**

7.      Subsequent to such notice and filing of the Affidavit of Completion, Plaintiff received lien affidavits and other notices of claims exceeding the amount of the Contract balance deposited with the Title Company by more than $80,000.00 in the aggregate.  In addition, according to the terms of the Contract Defendant Triad has or could have a claim against some of such funds, and while Triad has not to date asserted such a claim, Plaintiff has reason to believe that Triad's interest in the Contract was assigned to Defendant Elsa State Bank & Trust Company.

8.      By virtue of the excess of claims over the Contract Balance, the claims of the various Defendants are adverse and conflicting.  Plaintiff is unable to decide the validity of each of said claims and plaintiff is unable to decide whom it should pay, and in what amount. With respect to said escrow fund, Plaintiff is in the position of an innocent stakeholder faced with the possibility of double or triple liability and costs incident thereto.  In addition, several of the claimant Defendants have refused to perform necessary warranty or remedial work on the Property, to the detriment of the Plaintiff and its assignee, the current owner of the Property.

12.     While Plaintiff may have claims against certain of the Defendants regarding the performance of their work, quality of materials supplied, or failure or refusal to perform warranty or remedial work, which claims are expressly reserved, the Plaintiff neither has nor claims any interest in the funds currently being held on its behalf by the Title Company.  Plaintiff has at all times been willing to pay the said funds to such person or persons as should be lawfully entitled to receive them, and to whom Plaintiff could safely and without hazard to itself pay the same, and Plaintiff offers to bring the sum of money into court at such time and under such conditions as the court may order and direct.

13.     Plaintiff has in no way colluded with any of the Defendants concerning the matters of this cause.  Plaintiff is not in any manner indemnified by any of said defendants, and Plaintiff has filed this petition in interpleader of its free will to avoid being harassed and subjected to multiple liability and unnecessary suits and the costs incident thereto.

14.     Plaintiff has employed the undersigned legal counsel to institute this cause and

**PETITION FOR INTERPLEADER - PAGE 9.**

prosecute it to an end, and has agreed to pay for said services reasonable attorney's fees as the Court shall allow.

15.     This action for interpleader is Plaintiff's only means of protecting itself from litigation in which it has no interest.

WHEREFORE, Plaintiff respectfully prays that:

1.     The court enter an order requiring the Defendants to interplead in this cause and to settle their respective rights to the sum that is now in the possession of the Plaintiff and its agent, the Title Company.

2.     This court enter an order authorizing and directing the Plaintiff, through its agent Guaranty National Title Company, to pay into the registry of the court the sum of $258,349.62.

3.     This court enter an order restraining the Defendants, and each of them, from commencing in any court any action against Plaintiff wherein Defendants, or any of them, in any manner seeks to recover the sum that is now in possession of the Plaintiff, or any part of the sum, or to recover of Plaintiff any damages for failure of Plaintiff to deliver the sum of money to Defendants, or any of them.

4.     This court enter an order forever releasing and discharging Plaintiff from all liability to Defendants in this cause on account of the matters relating to this cause.

5.     This court determine the amount of reasonable attorney's fee to be paid to the attorney of Plaintiff for services to Plaintiff in this cause and enter an order authorizing and directing these attorney's fees, and all court costs and expenses incurred by Plaintiff in this cause, respectively, to be paid out of the aforesaid sum of $258,349.62.

6.     The court grant such other and further relief as it deems proper.

Dated July 3, 2002.                                    BROWNDREW, L.L.C., Plaintiff

BY: _William L. Rentfro_
William L. Rentfro
Federal Admission # 5958

**PETITION FOR INTERPLEADER - PAGE 10.**

OF COUNSEL:
RENTFRO, FAULK, & BLAKEMORE, LLP
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
(956) 541-9600
FAX (956) 541-3414

**PETITION FOR INTERPLEADER - PAGE 11.**