CASE NUMBER:   B-02-137                                         JULY 17, 2002

BROWNDREW L.L.C.          V.      Triad Builders, Inc.; Elsa State Bank
                                  & Trust Co.; G&T Paving Co.; Aqua
                                  Tech; Villanueva Fence and Supply Co.;
                                  Valley Builders Co.; Robert's Welding
                                  and Fabricators Inc.; Bowman Distributing
                                  Company, Inc.; Omega Systems; Galvan Sheet
                                  Metal Shop; Raymond's Roofing, Inc; Edmann's
                                  Commercial Refrigeration & A/C;
                                  Skipper's Repair Plumbing

G.D. Lozano
P.O. Box 854
La feria, Texas 78559

United States District Court
Southern District of Texas
FILED

JUL 2 2 2002

Michael N. Milby
Clerk of Court

To Whom It May Concern,

    I G.D.Lozano and David Lester Dunn were in Harlingen, Texas at the time I received a phone call from Maggie Boyd from General Services Administration. Ms.Boyd informed me that they needed carpenters at the new Social Security Administration building on Coffeport Rd. in Brownsville. An hour later myself and Mr.Dunn met up with Ms.Boyd at the S.S.A. building, at which time were introduced to Terry Adams Job Superintendent and Santos Hernandez Project Manager. They asked me how many guys can I get, and I replied one more guy Ruben Hinojosa. At this time I told Mr.Adams and Mr.Hernandez that I want $15.00 an hour for each one of us. They then agreed to it by replying yes its ok, and we shook hands on it. I then stated we will work 8 hours tomorrow and at the end of the day if you are not satisfied with our job performance, I will pay David and Ruben out of my pocket and I will sign you a Work Waiver Release. Both Mr.Adams and Mr.Hernandez agreed by replying with ok.

    The next day being a Friday, at the end of the 8 hours we worked, I asked Mr.Adams and Mr.Hernandez what do you think and they said you're on. Then Mr.Hernandez said can you stay a little longer tonight? I said no.

    They both said you got the job you can work 10, 12 or 14 hours a day, we have a deadline to meet, we have to get out of here by a certain date.

    Then they asked me can I wait 2 weeks after you finish for your money I replied yes.

    We worked a combined total of 227 hours at the agreed rate of $15.00 an hour.

                                                            G.D. Lozano