UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BROWNDREW, L.L.C. § | |
| § | CIVIL ACTION NO. B-02-137 |
| Plaintiff § | |
| V. § | |
| § | |
| Triad Builders, Inc.; Elsa State Bank & § | |
| Trust Co.; G&T Paving Co.; Aqua Tech; § | |
| Villanueva Fence & Supply Co.; Valley § | |
| Builders Co.; Robert's Welding & Fabricators, § | |
| Inc.; Bowman Distributing Company, Inc.; § | |
| Omega Systems; Galvan Sheet Metal Shop; § | |
| Raymond Roofing, Inc.; Edmann's Commercial § | |
| Refrigeration & A/C; Skipper's Repair § | |
| Plumbing; RZB, Inc., d/b/a Global Electric; § | |
| Lifetime Industries; Ben's Glass and Metal; § | |
| Kenmark, Inc.; Gabriel Alcantar; Alfredo § | |
| Gutierrez; M&M Commercial Lawn Services, § | |
| Inc.; G.D. Lozano; Kevin Comier; JCO § | |
| Specialists; Opening Specialties and Supply, § | |
| Inc.; Dal-Tile Corporation; DEA Specialties § | |
| Co, LTD.; LCM Management Co., Inc. d/b/a § | |
| South Texas Flag; Star Building Systems; § | |
| Marion Maron; D&B General Cleaning; G.T. § | |
| Blinds, Inc.; Robert Mariscal; The Sherwin- § | |
| Williams Company; The Striping Company; § | |
| Roberto Gomez; A&J Paving; Hope Lumber & § | |
| Supply Co., L.P.; Consolidated Electrical § | |
| Distributors, Inc.; Palmview Glass & Mirror, § | |
| Inc.; and Encinal Investments, Inc., § | |
| Defendants § | |

DEFENDANT BOWMAN DISTRIBUTING COMPANY, INC.
ORIGINAL ANSWER WITH ITS COUNTERCLAIM

---

DEFENDANT BOWMAN DISTRIBUTING COMPANY, INC.
ORIGINAL ANSWER WITH ITS COUNTERCLAIM
K:\US\BOWMAN\Browndrew\Answer-Counterclaim.doc                                                                Page 1

1:02cv137  #4      Page 1/3

TO THE HONORABLE JUDGE OF SAID COURT:

BOWMAN DISTRIBUTING COMPANY, INC. (*hereinafter "Bowman"*) files this its Original Answer to the Complaint in Interpleader together with its Counterclaim and in support thereof, would respectfully show the Court as follows:

1. Bowman admits to the allegations in paragraph #1.

2. Bowman admits to the allegation of paragraph 2i but is without sufficient information to either admit or deny the subparagraphs of paragraph 2.

3. Bowman admits to the allegations in paragraph #3.

4. Bowman admits to the allegations paragraph #4.

Bowman does not have sufficient information to either admit or deny the allegations of paragraphs five through fifteen.

## FACTS
### I.

On or about August 28, 2001, Bowman entered into a written agreement with Triad Builders, Inc. (*hereinafter "Triad"*) for a portion of work on the property which is the subject of this lawsuit pursuant to which Bowman agreed to furnish labor and materials for roofing and roofing structures.

### II.

Thereafter, Bowman completed the work as per the contract and was paid a portion of the contract price. There remains unpaid to Bowman under the contract and otherwise as a result of work performed by Bowman at the request of Triad the sum of $6,866.34.

### III.

Bowman is entitled to judgment against Triad Builders, Inc. for the sum of $6,866.34 due Bowman from Triad under the above described agreement. In the alternative, Bowman is entitled to be paid the sum of $6,866.34 out of the funds on deposit with the Court.

DEFENDANT BOWMAN DISTRIBUTING COMPANY, INC.
ORIGINAL ANSWER WITH ITS COUNTERCLAIM
K:\US\BOWMAN\Browndrew\Answer-Counterclaim.doc
Page 2

1:02cv137 #4    Page 2/3

WHEREFORE, PREMISES CONSIDERED, Bowman prays and requests that it have judgment against Triad for the amount of $6,866.34 together with reasonable attorney's fees. In the alternative, Bowman requests that it have judgment that it recover $6,866.34 from the funds on deposit in the registry of the Court and for such other and further relief, both general and special, at law or in equity, to which BOWMAN may show itself justly entitled.

Respectfully submitted this ___19___ day of July, 2002.

OF COUNSEL:

STAPLETON, CURTIS
& BOSWELL, L.L.P.

JERRY L. STAPLETON
Attorney in Charge
State Bar No. 19058500
Southern District of Texas
Admissions Id. No. __1089__
515 E. Harrison, Suite "A" (78550)
P.O. Box 2644
Harlingen, Texas 78551
Telephone: 956.428.9191
Telecopier: 956.428.9283

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendant Bowman Distributing Company, Inc. Original Answer With Its Counterclaim was served under Rule 5, Federal Rules of Civil Procedure, on the __19__ day of July, 2002, upon the following counsel of record:

MR. WILLIAM L. RENTFRO
RENTFRO, FAULK & BLAKEMORE, LLP
185 E. Ruben M. Torres Blvd.
Brownsville, Texas 78520

JERRY L. STAPLETON

---

DEFENDANT BOWMAN DISTRIBUTING COMPANY, INC.
ORIGINAL ANSWER WITH ITS COUNTERCLAIM
K:\US\BOWMAN\Browndrew\Answer-Counterclaim.doc

Page 3