United States District Court
Southern District of Texas
FILED

JUL 26 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § § | |
| Plaintiff, | § § | Case No. B-02-137 |
| | § § | |
| v. | § § | |
| | § § | |
| TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY, INC., OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC; EDMANN'S COMMERCIAL REFRIGERATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.,; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALITIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOLIDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; AND ENCINAL INVESTMENTS, INC. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.'S ORIGINAL ANSWER                                Page 1
T.\206\2\2203\57736\doa.wpd231

## CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Consolidated Electrical Distributors, Inc. ("CED"), one of the Defendants in the above styled and numbered cause files this original answer to Browndrew, L.L.C.'s Original Complaint in Interpleader ("Complaint"), and would respectfully show the Court:

1. CED admits the allegations contained in Paragraph No. 1 of the Complaint.

2. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 2 (a) - (ll) and 2 (nn) - (oo) of the Complaint, and on such ground denies the same.

3. CED admits the allegations contained in Paragraph No. 2 (mm) of the Complaint.

4. CED admits the allegations contained in Paragraph No. 3 of the Complaint.

5. CED admits the allegations contained in Paragraph No. 4 of the Complaint.

6. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 5 of the Complaint, and on such ground denies the same.

7. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 6 of the Complaint, and on such ground denies the same.

8. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 7 of the Complaint, and on such ground denies the same.

9. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 8 of the Complaint, regarding whether the claims are in excess over the Contract Balance, and on such ground denies the same. CED admits the allegation contained in Paragraph No. 8 of the Complaint that the claims of the

various Defendants are adverse and conflicting. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 8 of the Complaint that Plaintiff is unable to decide the validity of each of said claims and plaintiff is unable to decide whom it should pay, in what amount and with respect to the escrow fund, and that Plaintiff is in the position of an innocent stakeholder faced with the possibility of double or triple liability and costs incident thereto, and on such ground denies the same. CED denies the allegation contained in Paragraph No. 8 that CED has refused to perform necessary warranty or remedial work on the Property, to the detriment of the Plaintiff and its assignee, the current owner of the Property.

10. Plaintiff omitted Paragraphs 9 - 11 of their Complaint.

11. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 12 of the Complaint, and on such ground denies the same.

12. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 13 of the Complaint, and on such ground denies the same.

13. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 14 of the Complaint, and on such ground denies the same.

14. CED is without sufficient information to form a belief as to the allegations contained in Paragraph No. 15 of the Complaint, and on such ground denies the same.

### Counterclaim

15. CED asserts that it is entitled to its portion of the interplead funds in the amount of $34,827.90, pursuant to Chapters 53 and 162 of the Texas Property Code.

16. CED asserts that it is represented by the undersigned attorneys and is, therefore,

entitled to recover reasonable attorneys' fees incurred in prosecuting and defending this matter. CED is also entitled to prejudgment and post-judgment interest as allowed by law.

Therefore, Consolidated Electrical Distributors, Inc. prays that Plaintiff, Browndrew, L.L.C., take nothing from it; that Consolidated Electrical Distributors, Inc. recover its portion of the interplead funds in the amount of $34,827.90, that Consolidated Electrical Distributors, Inc. recover its reasonable attorneys' fees, pre-judgment and post-judgment interest as may be allowed by law; that Consolidated Electrical Distributors, Inc. recover its costs; and that Consolidated Electrical Distributors, Inc. have such other and further relief, at law or in equity, to which it may show itself entitled.

                          Respectfully submitted,

                          MATTHEWS, CARLTON, STEIN,
                          SHIELS, PEARCE, & KNOTT, L.L.P.

                          By: _____
                          Robert L. Eden
                          STATE BAR NO. 06384710

                          8131 LBJ Freeway, Suite 700
                          Dallas, Texas 75251
                          (972) 234-3400
                          (972) 234-1750 Telecopier

                          ATTORNEYS FOR DEFENDANT, CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been mailed to the attorney for Plaintiff, William L. Rentfro, RENTFRO, FAULK & BLAKEMORE, L.L.P., 185 E. Ruben Torres Blvd., Brownsville, Texas 78520, by certified mail, return receipt requested, on the 25TH day of July, 2002.

_____
Robert L. Eden