United States District Court
Southern District of Texas
FILED

JUL 26 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., <br> Plaintiff | § <br> § <br> § | CIVIL ACTION NO. B-02-137 |
| VS. | § <br> § | |
| TRIAD BUILDERS, INC., ET AL <br> Defendant | § <br> § | |

## MOTION FOR INTERPLEADER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT CARDENAS, JR. D/B/A ROBERT'S WELDING & FABRICATORS, INC., Defendant/Plaintiff in Interpleader, and in support of his Motion would show the Court the following:

I.

On or about May 23, 2002, Defendant/Plaintiff in Interpleader, ROBERT CARDENAS, JR., D/B/A ROBERT'S WELDING & FABRICATORS, INC., provided TRIAD BUILDERS, INC, co-Defendant/Agent for BROWNDREW, L.L.C., services and labor for the construction of a structural steel roof on the building, the subject of this suit. An invoice was forwarded in the amount of $23,589.00 for the remaining balance for said services (see Exhibit A).

II.

Defendant/Plaintiff in Interpleader, ROBERT CARDENAS, JR., D/B/A ROBERT'S WELDING & FABRICATORS, INC., is requesting that the balance of $23,589.00 be paid in its entirety.

**WHEREFORE PREMISES CONSIDERED,** Defendant/Plaintiff in Interpleader, **ROBERT CARDENAS, JR., D/B/A ROBERT'S WELDING & FABRICATORS,**

INC. prays that Plaintiff be cited to appear and answer and that the Court order that the balance of $23,589.00 be paid in its entirety; that the Court order that the Defendant/Plaintiff in Interpleader recover costs expended in filing this Motion and that Defendant/Plaintiff in Interpleader have such other and further relief at law or in equity to which Defendant/Plaintiff in Interpleader may be justly entitled.

Respectfully submitted,

LAW OFFICE OF MAURO L. REYNA, III
P.O. Box 969
Penitas, Texas 78576
Ph: 956/584-7822
Fax 956/584-8748

By: _____
     MAURO L. REYNA, III

*Attorney for* **ROBERT CARDENAS, JR.,
D/B/A ROBERT'S WELDING &
FABRICATORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing **MOTION FOR INTERPLEADER** has been served on this 24th day of July, 2002, to the following:

**HON. WILLIAM L. RENTFRO**
RENTFRO, FAULK & BLAKEMORE, LLP
185 E. Ruben Torres Blvd.
Brownsville, TX 78520

_____
MAURO L. REYNA, III

# ROBERT'S WELDING & FABRICATORS

P.O. BOX 183

PEÑITAS, TEXAS 78576

*Phone (956) 585-3100*

*FAX (956) 585-3535*

---

| Customer's Order No. | S.S.A. Bldg Drew Group | Date 5-23 2002 |
|---|---|---|
| Name | ℅ Triad Bldrs | |
| Address | GSA Bldg Coffeeport Road Brownsville, TX | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | AID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Original Contract | | 86,759.00 |
| | Extra's by Terry Adams Inv# 1076 10/9/01 | | $2,400.00 |
| | Total | | $89,559.00 |
| | 1st draw ck# 060927 | | $18,810.00 |
| | 2nd draw ck# 061694 | | $47,160.00 |
| | Balance as of today. | | ($23,589.00) |
| | Job Completed by us 11-22-01 | | |
| | Draw Requested | | |

Nº 1384   Rec'd By: _____

# EXHIBIT "A"