United States District Court
Southern District of Texas
FILED

JUL 29 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | CIVIL ACTION NO. B-02-137 |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| TRIAD BUILDERS, INC., ET AL., | § | |
| Defendants. | § | |

**ORIGINAL ANSWER OF DEFENDANT D.E.A. SPECIALTIES CO., LTD.
TO COMPLAINT IN INTERPLEADER**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes D.E.A. Specialties Co., Ltd. ("DEA Specialties"), one of the Defendants in the above-referenced action, and files this its Original Answer to Complaint in Interpleader and respectfully states:

1.  D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 1 of the Complaint in Interpleader ("Complaint").

2.  D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 2 of the Complaint except that D.E.A. Specialties admits that it is a Texas limited partnership having its principal place of business in Bexar County, Texas and that it may be served with process by serving its registered agent David E. Alberthal at 6674 Alamo Downs Parkway, San Antonio, Texas 78268-1045.

3.  D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 3 of the Complaint.

4.  D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 4 of the Complaint.

5.     D.E.A. Specialties does not have sufficient information to admit or deny the allegations in Paragraph 5 to the Complaint except that D.E.A. Specialties admits that the improvements provided by D.E.A. Specialties was to real property as described in paragraph 5.

6.     D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 6 of the Complaint except that D.E.A. Specialties admits that Plaintiff does not have an interest in the statutory retainage amount provided for by the Texas Property Code.

7.     D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 7 of the Complaint except that D.E.A. Specialties has sent notice and filed its lien affidavit in the amount of $9,896.00 in the real property records of Cameron County, Texas pursuant to the Texas Property Code to perfect a lien on the real property described in the Complaint. In addition, D.E.A. Specialties denies that Triad has an interest in the interplead funds and D.E.A. Specialties claims that its interest in the funds is superior to and primes any interest of Elsa State Bank and Trust.

8.     D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 8 of the Complaint, except it denies that it is responsible for warranty or remedial work.

9.     D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 12 of the Complaint.

10.    D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 13 of the Complaint.

11.    D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 14 of the Complaint.

12. D.E.A. Specialties does not have sufficient information to admit or deny the allegations set forth in Paragraph 15 of the Complaint.

13. D.E.A. Specialties denies the prayer and requests for relief set forth in the Complaint.

## Lien Claim

14. D.E.A. Specialties timely perfected its mechanic's lien claim against the owner of the real property located at 1735 Coffee Port Rd., Brownsville, Cameron County, Texas ("Project").

15. On or about April 15, 2002 D.E.A. Specialties sent notice of the amount unpaid and due for the materials and/or labor it supplied on the Project to The Drew Group and Triad Builders, Inc. On or about May 13, 2002 D.E.A. Specialties sent notice of the amount unpaid and due on the materials and/or labor it supplied on the Project by certified mail to The Drew Group and Triad Builders, Inc. In addition, on or about May 21, 2002 the Affidavit Claiming Mechanic's Lien of D.E.A. Specialties was duly filed and recorded in the real property records of Cameron County, Texas.

16. D.E.A. Specialties has performed all acts required and conditions precedent to establish a lien on the funds withheld and retained in the amount of $9,896.00. In addition, D.E.A Specialties has performed all conditions precedent to establish its right to a lien on the improvement and property described in the lien affidavit in the amount of $9,896.00.

17. D.E.A. Specialties asserts that it is entitled to priority in the payment of its mechanic's lien claim on the Project over those other entities that have not properly perfected a mechanic's lien claim against the property and/or the Project.

## Prayer

WHEREFORE, PREMISES CONSIDERED, D.E.A. Specialties respectfully requests the

Court to award payment in full of its mechanic's lien claim to D.E.A. Specialties, or to award D.E.A. Specialties payment for its mechanic's lien claim in such other amount as may be directed by the Court.

D.E.A. Specialties prays for general relief.

> Respectfully submitted,
>
> Sam Drugan  06136200
> Attorney-In-Charge
> Southern Dist. of Texas 18843
> Marshall L. Armstrong 24027037
> Southern Dist. of Texas 30143
>
> Warren, Drugan & Barrows, P.C.
> 800 Broadway
> San Antonio, Texas 78215
> Telephone: (210)226-4131
> Telecopier: (210)224-6488
>
> BY: _____
>      Sam Drugan
>
> ATTORNEYS FOR D.E.A SPECIALTIES CO., LTD.

## CERTIFICATE OF SERVICE

I certify that on the 26th day of July, 2002, a copy of this foregoing document was served by Certified Mail, Return Receipt Requested, to the following:

William L. Rentfro
Rentfro, Faulk, & Blakemore, L.L.P.      *Certified Mail, Return Receipt Requested #7001 0320 0001 1647 2073*
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

Jerry Lee Stapleton                      *Certified Mail, Return Receipt Requested #7001 0320 0000 9506 1763*
Stapleton, Curtis & Boswell, L.L.P.
P.O. Box 2644
Harlingen, Texas 78551

G D Lozano                               *Certified Mail, Return Receipt Requested #7001 0320 0000 9506 1756*
P.O. Box 854
La Feria, Texas 78559

_____
Marshall L. Armstrong