UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

BROWNDREW, L.L.C.

V.

Triad Builders, Inc.; Elsa State Bank & Trust Co.;
G&T Paving Co.; Aqua Tech; Villanueva Fence &
Supply, Co.; Valley Builders Co.; Robert's Welding
& Fabricators, Inc.; Bowman Distributing Company,
Inc.; Omega Systems; Galvan Sheet Metal Shop;
Raymond Roofing, Inc.; Edmann's Commercial
Refrigeration & A/C; Skipper's Repair Plumbing, et al.

CASE NUMBER: B-02-137

United States Courts
Southern District of Texas
FILED
JUL 29 2002
Michael N. Milby, Clerk

## DEFENDANT ROBERT MARISCAL'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Robert Mariscal, Defendant herein, who files this his answer and would respectfully show the Court the following:

1. This Defendant is unable to admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint in Interpleader.

2. This Defendant admits the allegations contained in paragraph 2(g). This Defendant is unable to admit or deny the balance of the allegations contained in paragraph 2 of Plaintiff's Complaint in Interpleader.

3. This Defendant admits the allegations contained in paragraph 3 of Plaintiff's Complaint in Interpleader.

4. This Defendant admits the allegations contained in paragraph 4 of Plaintiff's Complaint in Interpleader.

5. This Defendant admits the allegations contained in paragraph 5 of Plaintiff's Complaint in Interpleader.

6. This Defendant admits the allegations contained in paragraph 6 of Plaintiff's Complaint in Interpleader.

7. This Defendant admits the allegations contained in paragraph 7 of Plaintiff's Complaint in Interpleader.

8. This Defendant admits the allegations contained in paragraph 8 of Plaintiff's Complaint in Interpleader.

9. This Defendant admits the allegations contained in paragraph 9 of Plaintiff's Complaint in Interpleader.

10. This Defendant admits the allegations contained in paragraph 10 of Plaintiff's Complaint in Interpleader.

11. This Defendant admits the allegations contained in paragraph 11 of Plaintiff's Complaint in Interpleader.

12. This Defendant admits the allegations contained in paragraph 12 of Plaintiff's Complaint in Interpleader.

13. This Defendant admits the allegations contained in paragraph 13 of Plaintiff's Complaint in Interpleader.

14. This Defendant admits the allegations contained in paragraph 14 of Plaintiff's Complaint in Interpleader.

15. This Defendant admits the allegations contained in paragraph 15 of Plaintiff's Complaint in Interpleader.

16. This Defendant is unable to admit or deny the allegations contained in the various paragraphs of the prayer of Plaintiff's Complaint in Interpleader, except that this Defendant denies that Plaintiff is an innocent party hereto and should be allowed its attorneys fees, court cost and expenses to be paid out of the sum held in escrow herein.

This Defendant further denies that he should be allowed to collect less then the full amount owed to him by Plaintiff and/or Plaintiffs' agents.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Robert Mariscal prays that this Court enter judgement that he be allowed to collect the entire amount due him pursuant to his contract herein to the extent that he may prove the amount earned either by contract or by the doctrine of quantum merit.

Respectfully submitted,

LAW OFFICE OF JOHN KING
3409 N. 10th Street, Suite 100
McAllen, Texas 78501
Telephone No.: (956) 687-6294
Facsimile No.: (956) 687-5514

BY: _____
M. STEVEN DECK
Texas Bar Card No. 05630175
*Attorney for Defendant Robert Mariscal*

## CERTIFICATE OF SERVICE

I hereby certify that I have, on the 17th day of July, 2002, caused the foregoing document to be forwarded, by certified mail, return receipt requested, to the below-listed attorney(s) of record:

Mr. William L. Rentfro
**RENTFRO, FAULK & BLAKEMORE, L.L.P.**
185 Ruben Torres Blvd.
Brownsville, Teas 78520

_____
M. STEVEN DECK