UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BROWNDREW, L.L.C.<br>    Plaintiff,<br><br>V.<br><br>TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGER-ATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOL-IDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and FINANCIAL INVESTMENTS, INC.,<br>    Defendants. | CIVIL ACTION NO.<br>B-02-137 |

**ELSA STATE BANK & TRUST CO.'S
DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES ELSA STATE BANK & TRUST CO., Defendant in the above-captioned matter, and files this its Disclosure of Interested Parties, and would respectfully show unto the Court the following:

1.　Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Plaintiff identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

**BROWNDREW, L.L.C., Plaintiff**

**TRIAD BUILDERS, INC., Defendant**

**ELSA STATE BANK & TRUST CO., Defendant**

**G & T PAVING CO., Defendant**

**AQUA TECH , Defendant**

**VILLANUEVA FENCE & SUPPLY CO., Defendant**

**VALLEY BUILDERS CO., Defendant**

**ROBERT'S WELDING & FABRICATORS, INC., Defendant**

**BOWMAN DISTRIBUTING COMPANY INC., Defendant**

**OMEGA SYSTEMS , Defendant**

**GALVAN SHEET METAL SHOP , Defendant**

**RAYMOND ROOFING, INC., Defendant**

**EDMANN'S COMMERCIAL REFRIGERATION & A/C , Defendant**

**SKIPPER'S REPAIR PLUMBING , Defendant**

RZB INC., d/b/a GLOBAL ELECTRIC , Defendant

LIFETIME INDUSTRIES , Defendant

BEN'S GLASS AND METAL , Defendant

KENMARK, INC., Defendant

GABRIEL ALCANTAR , Defendant

ALFREDO GUTIERREZ , Defendant

M&M COMMERCIAL LAWN SERVICES, INC., Defendant

G.D. LOZANO , Defendant

KEVIN COMIER , Defendant

JCO SPECIALISTS , Defendant

OPENING SPECIALTIES AND SUPPLY, INC., Defendant

DAL-TILE CORPORATION , Defendant

DEA SPECIALTIES CO., LTD., Defendant

LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG , Defendant

STAR BUILDING SYSTEMS , Defendant

MARIO MARON , Defendant

D&B GENERAL CLEANING , Defendant

G.T. BLINDS, INC., Defendant

ROBERT MARISCAL , Defendant

THE SHERWIN-WILLIAMS COMPANY , Defendant

THE STRIPING COMPANY , Defendant

ROBERTO GOMEZ , Defendant

**A&J PAVING, Defendant**

**HOPE LUMBER & SUPPLY CO., L.P., Defendant**

**CONSOLIDATED ELECTRIC DISTRIBUTORS, INC., Defendant**

**PALMVIEW GLASS & MIRROR, INC., Defendant**

**FINANCIAL INVESTMENTS, INC., Defendant.**

                      Respectfully submitted,

                      JONES, GALLIGAN, KEY & LOZANO, L.L.P.
                      Town Center Tower, Suite 300
                      2300 West Pike Boulevard
                      Post Office Drawer 1247
                      Weslaco, Texas 78599-1247
                      Telephone: (956) 968-5402
                      Telecopier: (956) 969-9402

            By: _/s/ Lance A. Kirby by permission_
                      LANCE A. KIRBY
                      State Bar No.: 00794096

Of Counsel:

TERRY D. KEY
State Bar No.: 11370200
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

                      **ATTORNEYS FOR DEFENDANT**
                      **ELSA STATE BANK & TRUST CO.**

Page -5-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following attorneys on the 30th day of July, 2002.

William L. Rentfro
RENTFRO, FAULK, & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

_____
TERRY D. KEY