UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2002

Michael N. Milby
Clerk of Court

BROWNDREW, L. L. C.           *
                              *
VS.                           *     CIVIL ACTION B-02-137
                              *
TRIAD BUILDER'S, INC., ET AL  *

**DEFENDANT, EDMANN'S COMMERCIAL
REFRIGERATION AND A/C'S
<u>ORIGINAL ANSWER</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Edmann's Commercial Refrigeration and A/C, Defendant herein, and files this its Original Answer, and would respectfully show unto the court as follows:

1. Defendant cannot admit or deny the allegation set forth in Paragraph 1 of the Petition for Interpleader.

2. Defendant cannot admit or deny the allegations set forth in Paragraph 2 of the Petition for Interpleader except for the allegation set forth on subsection m of Paragraph 2, which Defendant admits.

3. Defendant admits the allegations set forth in Paragraph 3, 4, and 5 of the Petition for Interpleader.

4. Defendant cannot admit or deny the allegations set forth in Paragraph 6, 7, 8, 12, 13, 14, and 15 of the Petition for Interpleader.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court dismiss Plaintiff's Complaint or grant such other relief that this Court may find Defendant justly entitled.

Respectfully submitted,

Edmann's Commercial Refrigeration and A/C
705 S. San Antonio
San Juan, Texas 78589

By: _____
Eduardo Martinez, Owner
Pro Se

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the forgoing pleading has been delivered via telefax, hand delivery and/or deposited in a post office or official depository under the care and custody of the United States Post Office, in a postpaid wrapper, by certified mail, return receipt requested to:

William L. Rentfro
RENTFRO, FAULK, & BLAKEMORE
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

Signed this 25th th day of July, 2002.

_____
Eduardo Martinez