*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

JUL 3 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | |
| | § | |
| TRIAD BUILDERS, INC., ELSA STATE | § | |
| BANK & TRUST CO.; G & T PAVING CO., | § | |
| AQUA TECH; VILLANUEVA FENCE & | § | |
| SUPPLY CO.; VALLEY BUILDERS CO.; | § | |
| ROBERT'S WELDING & FABRICATORS, | § | |
| INC.; BOWMAN DISTRIBUTING | § | |
| COMPANY, INC.; OMEGA SYSTEMS; | § | |
| GALVAN SHEET METAL SHOP; | § | |
| RAYMOND ROOFING, INC.; EDMANN'S | § | |
| COMMERCIAL REFRIGERATION & A/C; | § | |
| SKIPPER'S REPAIR PLUMBING; RZB, INC., | § | |
| D/B/A GLOBAL ELECTRIC; LIFETIME | § | |
| INDUSTRIES; BEN'S GLASS AND METAL; | § | CIVIL ACTION NO. B -02-137 |
| KENMARK, INC.; GABRIEL ALCANTAR; | § | |
| ALFREDO GUTIERREZ; M & M | § | |
| COMMERICIAL LAWN SERVICES, INC.; | § | |
| G.D. LOZANO; KEVIN COMIER; JCO | § | |
| SPECIALISTS; OPENING SPECIALTIES | § | |
| AND SUPPLY INC.; DALTILE | § | |
| CORPORATION; DEA SPECIALTIES CO., | § | |
| LTD; LCM MANAGEMENT CO., INC. D/B/A | § | |
| SOUTH TEXAS FLAG; STAR BUILDING | § | |
| SYSTEMS; MARIO MARON; D & B | § | |
| GENERAL CLEANING; G.T. BLINDS, INC.; | § | |
| ROBERT MARISCAL; THE SHERWIN- | § | |
| WILLIAMS COMPANY; THE STRIPING | § | |
| COMPANY; ROBERTO GOMEZ; A & J | § | |
| PAVING; HOPE LUMBER & SUPPLY CO., | § | |
| L.P.; CONSOLIDATED ELECTRIC | § | |
| DISTRIBUTORS, INC.; PALMVIEW | § | |
| GLASS & MIRROR, INC.,; AND ENCINAL | § | |
| INVESTMENTS, INC. | § | |
| *Defendants* | § | |

**DEFENDANT HOPE LUMBER & SUPPLY COMPANY, L.P.'S ORIGINAL ANSWER
TO PETITION FOR INTERPLEADER**

NOW COMES, Defendant, Hope Lumber & Supply Company, L.P. ("Hope"), and answers the Petition For Interpleader  ("Original Complaint") of Plaintiff as follows in accordance with the numbered paragraphs therein:

1.  Hope is unable to admit or deny that this Court has jurisdiction of this matter pursuant to 28 U.S.C. Sec. 1335, this cause being a civil action of Interpleader, and the Plaintiff and the Defendants being of diverse citizenship as defined in 28 U.S. Sec. 1332 as contained in ¶1 of the Original Complaint.

2.  (a)  Hope is without knowledge or information sufficient to form a belief as to whether or not PLAINTIFF is a limited liability company organized under the laws of the State of Illinois and that it has its principal office at 656 West Randolph Street, Ste. 400W, Chicago, Cook County, Illinois.

    (b)  Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT TRIAD BUILDERS, INC., is a Texas Corporation  with its principal place of business in Hidalgo County, Texas.

    (c)  Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT ELSA STATE BANK & TRUST CO., is an entity of unknown type having its principal place of business in Hidalgo County, Texas.

    (d)  Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT G & T PAVING CO., is an entity of unknown type having its principal place of business in Cameron County, Texas.

    (e)  Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT AQUA TECH is an entity of unknown type having its principal place of business in Hidalgo County, Texas.

    (f)  Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT VILLANUEVA FENCE & SUPPLY CO., is an entity of unknown type having its principal place of business in Cameron County, Texas.

(g)     Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT VALLEY BUILDERS CO., is an entity of unknown type having its principal place of business in Hidalgo County, Texas.

(h)     Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT ROBERT'S WELDING & FABRICATORS, INC., is a Texas Corporation having its principal place of business in Cameron County, Texas.

(i)     Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT BOWMAN DISTRIBUTING COMPANY, INC., is a Texas Corporation having its principal place of business in Cameron County, Texas.

(j)     Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT OMEGA SYSTEMS is an entity of unknown type having its principal place of business in Hidalgo County, Texas.

(k)     Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT GALVAN SHEET METAL SHOP is an entity of unknown type having its principal place of business in Cameron County, Texas.

(l)     Hope is without knowledge or information sufficient to form a belief as to whether or not Defendant Raymond Roofing, Inc., is a Texas corporation having its principal place of business in Cameron County, Texas.

(m)     Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT EDMANN'S COMMERCIAL REFRIGERATION & A/C is an entity of unknown type having its principal place of business Hidalgo County, Texas.

(n)     Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT SKIPPER'S REPAIR PLUMBING is an entity of unknown type having its principal place of business in Cameron County, Texas.

(o)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT RZB INC., D/B/A GLOBAL ELECTRIC is a Texas Corporation having its principal place of business in Cameron County, Texas.

(p)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT LIFETIME INDUSTRIES, INC., is a Texas corporation having its principal place of business in Hidalgo County, Texas.

(q)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT BEN'S GLASS AND METAL is an entity of unknown type having its principal place of business in Cameron County, Texas.

(r)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT KENMARK, INC., is a Texas Corporation having its principal place of business in Bexar County, Texas.

(s)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT GABRIEL ALCANTAR is an individual having its principal place of business in Hidalgo County, Texas.

(t)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT ALFREDO GUTIERREZ is an individual having his principal place of business in Hidalgo County, Texas.

(u)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT M & M COMMERCIAL LAWN SERVICES, INC., is a Texas corporation having its principal place of business in Cameron County, Texas.

(v)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT G.D. LOZANO is an individual having his principal place of business in Cameron County, Texas.

(w)    Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT KEVIN COMIER is an individual having his principal place of business in Cameron County, Texas.

(x)    Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT JCO SPECIALISTS is an entity of unknown type having its principal place of business in Hidalgo County, Texas.

(y)    Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT OPENING SPECIALTIES AND SUPPLY, INC., is a Texas corporation having its principal place of business in Bexar County, Texas.

(z)    Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT DAL-TILE CORPORATION is a Texas corporation having its principal place of business in Dallas County, Texas.

(aa)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT DEA SPECIALTIES CO., LTD, is a Texas limited partnership having its principal place of business in Bexar County, Texas.

(bb)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT LCM MANAGEMENT CO., INC., D/B/A SOUTH TEXAS FLAG is a Texas corporation having its principal place of business in Cameron County, Texas.

(cc)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT STAR BUILDING SYSTEMS is an entity of unknown type with its principal office in Chicago, Illinois.

(dd)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT MARIO MARON is an individual having his principal place of business in Hidalgo County, Texas.

(ee)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT D & B GENERAL CLEANING is an entity of unknown type having its principal place of business in Cameron County, Texas.

(ff)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT G T BLINDS, INC., is a Texas corporation having its principal place of business in Hidalgo County, Texas.

(gg)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT ROBERT MARISCAL is an individual having its principal place of business in Hidalgo County, Texas.

(hh)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT THE SHERWIN-WILLIAMS COMPANY is an Ohio corporation having a place of business in Hidalgo County, Texas.

(ii)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT THE STRIPING COMPANY is an entity of unknown type having its principal place of business in Hidalgo County, Texas.

(jj)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT ROBERT GOMEZ is an individual having his principal place of business in Cameron County, Texas.

(kk)   Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT A & J PAVING is an entity of unknown type having its principal place of business in Cameron County, Texas.

(ll)   Hope admits that it is a Oklahoma Limited Partnership and that it was properly served in this suit by serving its registered agent for service, CT Corporation Systems at 350 North St. Paul, Dallas, Texas 75201.

    (mm)    Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT CONSOLICATED ELECTRIAL DISTRIBUTORS, INC., is a Delaware Corporation.

    (nn)    Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT PALMVIEW GLASS & MIRROR, INC., is a Texas corporation having its principal place of business in Hidalgo County, Texas.

    (oo)    Hope is without knowledge or information sufficient to form a belief as to whether or not DEFENDANT ENCINAL INVESTMENTS, INC., is a Texas corporation having its principal place of business in Hidalgo County, Texas.

3.    Hope admits that the amount in controversy exceeds, exclusive of interest and costs, the sum of five hundred dollars.

4.    Hope admits that this Court has in personam jurisdiction over the funds to be deposited into the registry of this Court as contained in ¶3 of the Original Petition for Interpleader.

5.    Hope admits that venue is proper in this county under 28 U.S.C. Section 1397, as contained in ¶4 of the Original Petition for Interpleader.

6.    Hope admits that the allegations contained in ¶5 of the Original Petition for Interpleader.

7.    Hope is without knowledge or information sufficient to form a belief as to whether or not the factual statements and allegations contained in ¶6 of the Original Petition for Interpleader are true.

8.    Hope is without knowledge or information sufficient to form a belief as to whether or not the factual statements and allegations contained in ¶7 of the Original Petition for Interpleader are true.

9.    Hope is without knowledge or information sufficient to form a belief as to whether or not the factual statements and allegations contained in ¶8 of the Original Petition for Interpleader are true.

10.    Plaintiff's Original Petition for Interpleader does not include ¶9, 10 or 11.

11.    Hope is without knowledge or information sufficient to form a belief as to whether or not the factual statements and allegations contained in ¶12 of the Original Petition for Interpleader are true.

12.   Hope is without knowledge or information sufficient to form a belief as to whether or not the factual statements and allegations contained in ¶13 of the Original Petition for Interpleader are true.

13.   Hope is without knowledge or information sufficient to form a belief as to whether or not the factual statements and allegations contained in ¶14 of the Original Petition for Interpleader are true.

14.  Hope is without knowledge or information sufficient to form a belief as to whether or not the allegations contained in ¶15 of the Original Petition for Interpleader are true.

### REQUEST FOR RELIEF

WHEREFORE, Hope respectfully requests that this Court:

A.  That the Court enter an Order that Defendant Hope Lumber Supply Company, L.P., is entitled to be paid all amounts it is owed in connection with the property at issue in this action.

B.   That the Court award Defendant Hope Lumber Supply Company, L.P., its costs and expenses including attorneys' fees incurred in defending this action; and

C.  That the Court award Defendant Hope Lumber Supply Company, L.P., such other relief as this Court deems just and equitable.

Respectfully submitted,

Michael A. McGurk
State Bar No. 00797746
Federal I.D. No. 20091

**OF COUNSEL:**

KITTLEMAN, THOMAS, RAMIREZ &
GONZALES, PLLC
4900-B North Tenth
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by regular U.S. mail this 30 day of July, 2002, upon the following:

*Via Certified Mail 7001 0360 0003 5544 2026*
William L. Rentfro
Browndrew, L.L.C.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
*Attorney for Plaintiff*

*Via Certified Mail 7001 0360 0003 5544 2033*
Jerry Lee Stapleton
Stapleton & Curtis
P.O. Box 2644
Harlingen, Texas 78550
*Attorney for Defendant Bowman Distributing*

*Via Certified Mail 7001 0360 0003 5544 2040*
Marshall R. Ray
Ransom & Ray
550 E. Levee Street
Brownsville, Texas 78520-5343
*Attorney for Defendant Skipper Repair & Plumbing*

*Via Certified Mail 7001 0360 0003 5544 2057*
G.D. Lozano
P.O. Box 854
La Feria, Texas 78559
*Pro Se*

*Via Certified Mail 7001 0360 0003 5544 2064*
Robert L. Eden
Matthews & Carlton
8131 LBJ Freeway, Ste. 700
Dallas, Texas 75251
*Attorney for Defendant Consolidated Electric Distributors, Inc.*

*Via Certified Mail 7001 0360 0003 5544 2071*
Mauro L. Reyna, III.
Attorney At Law
P.O. Box 969
Penitas, Texas 78576
*Attorney for Defendant Robert Cardenas, Jr., d/b/a Robert Welding & Fabricators, Inc.*

Michael A. McGurk