United States District Court
Southern District of Texas
FILED

JUL 3 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Case No. B-02-137 |
| | § | |
| v. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY, INC., OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC; EDMANN'S COMMERCIAL REFRIGERATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.,; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALITIES AND SUPPLY, INC.; DALTILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOLIDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; AND ENCINAL INVESTMENTS, INC. | § | |
| Defendants. | § | |

CERTIFICATE OF INTERESTED PERSONS                                                                 Page 1
T:\206\2\2203\57736\cert-interested.wpd

<u>CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.'S</u>
<u>CERTIFICATE OF INTERESTED PERSONS</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Consolidated Electrical Distributors, Inc., one of the Defendants in the above styled matter, and submits the following list of entities having a financial interest in this litigation as required by the Court's Order for Conference and Disclosure of Interested Parties filed on July 5, 2002:

> Consolidated Electrical Distributors, Inc.
> P.O. Box 925627
> Houston, Texas 77292
>
> Triad Builders, Inc.
> 2300 West Pike Blvd., Suite 204
> Weslaco, Texas 78596
>
> RZB Global Electric
> P.O. Box 3408
> Brownsville, Texas 78523-3408
>
> Browndrew, L.L.C.
> 656 West Randolph Street, Suite 400W
> Chicago, Illinois

Respectfully submitted,

MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE, & KNOTT, L.L.P.

By: *Robert L. Eden* *by w/Seals*
Robert L. Eden
STATE BAR NO. 06384710

8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
(972) 234-3400
(972) 234-1750 Telecopier

ATTORNEYS FOR DEFENDANT
CONSOLIDATED ELECTRICAL
DISTRIBUTORS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been mailed to the attorney for Plaintiff, William L. Rentfro, RENTFRO, FAULK & BLAKEMORE, L.L.P., 185 E. Ruben Torres Blvd., Brownsville, Texas 78520, by certified mail, return receipt requested, on the 30th day of July, 2002.

Robert L. Eden