United States District Court
Southern District of Texas
FILED

AUG 0 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C.. | § § | |
| vs. | § § | CIVIL ACTION NO. B-02-137 |
| TRIAD BUILDERS, INC., ET.AL. | | |

### ORIGINAL ANSWER, CROSS ACTION AND COUNTERCLAIM OF M & M COMMERCIAL LAWN SERVICES, INC.

TO THE HONORABLE ANDREW S. HANEN:

COMES NOW M & M COMMERCIAL LAWN SERVICES, INC. (hereafter M & M or Defendant) and files this its Original Answer Cross Action and Counterclaim to Plaintiff's Petition for Interpleader and for such would show unto the Court as follows:

1. No response is required to ¶1 of Plaintiff's Third Amended Original Complaint.

2. No response is required to ¶2 subparagraphs a through oo.

3. Defendant admits that according to the allegations of the complaint Plaintiff has deposited a certain sum of money with this Honorable Court. However it is unclear where the funds are because there are allegations that the funds are on deposit with Guaranty National Title Company, a firm unknown to this Defendant and who does not appear to be a named party in this cause.

4. Defendant admits the allegations of ¶4 in that this defendant is a resident of Cameron County, Texas and the work was done in Cameron County, Texas, all within the jurisdiction of this United States District Court.

5. Defendant admits the allegations of ¶5.

6. Defendant is without knowledge and cannot admit or deny and therefore denies the allegations of ¶6 except that this Defendant is owed for all of its work on the project.

7. Defendant cannot admit or deny and therefore denies the allegations of ¶7.

8. Defendant cannot admit or deny and therefore denies the allegations of ¶8. This Defendant has not been asked to perform any remedial work and believes its work is satisfactory.

9. Defendant cannot admit or deny and therefore denies the allegations of ¶12.

10. Defendant cannot admit or deny and therefore denies the allegations of ¶13.

11. Defendant cannot admit or deny and therefore denies the allegations of ¶14.

12. Defendant denies the allegations of ¶15 as Plaintiff, being the owner of the construction project has certain liabilities to those who perform work and furnish materials for the construction project.

13. Defendant denies Plaintiff is entitled to any injunctive relief as against persons performing work or furnishing material on Plaintiff's construction project so lon as such persons are unpaid.

## CROSS ACTION AND COUNTERCLAIM

14. M & M entered into a contract with Triad Builders to "furnish material, equipment, & labor for the complete installation of the Landscaping per plans and specifications." and was to be paid the sum of $12,000.00. Additional services were required and M & M is owed the sum of $13,200.00 for its work by Browndrew LLC and Triad Builders, Inc., the owner and general contractor, respectively, on this job. M & M has received nothing for its work on this project though it has fully performed its obligations under the contract.

15. M & M performed and completed its work on this project in March, 2002. It timely gave all the notices necessary and timely filed its affidavit claiming lien on July 15, 2002 in Volume 8160, Page 64, Official Records, Cameron County, Texas.

16. M & M seeks to foreclose its lien against the property as no bond was filed regarding its lien. It further seeks an Order of Sale of the property to pay the sums due it.

17. M & M further seeks to recover the sum of $13,200.00 for its work together with interest thereon in accordance with statute and its reasonable attorneys fees incurred herein.

WHEREFORE PREMISES CONSIDERED, Defendant prays that upon trial hereof, it recover the sum of $13,200.00, prejudgment and postjudgment interest, and its attorneys fees and foreclosure of the mechanic's and materialmen's lien against the property and Order of Sale and for such other and further relief to which it may show itself entitled.

Respectfully submitted,

BONNER & BONNER
Attorneys for M & M COMMERCIAL
    LAWN SERVICES, INC.
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
    Curtis Bonner
    State Bar No. 02611000
    Federal I.D. 1177

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Mr. William L. Rentfro, Attorney for Plaintiff, at 185 Ruben Torres Blvd., Brownsville, Texas 78520 and by regular mail to:

Mr. Jerry Stapleton
Attorney for Bowman Distributing Co., Inc.
P. O. Box 2644
Harlingen, Texas 78551-2644

Mr. Marshall R. Ray
Attorney for Skipper Repair Plumbing
550 East Levee Street
Brownsville, Texas 78520-5343

Mr. Daniel G. Rios
Attorney for Lifetime Industries, Inc.
323 Nolana Loop
McAllen, Texas 78504-2514

Mr. G. D. Lozano
Pro Se
P. O. Box 854
La Feria, Texas 78559-0854

Dated: August 1, 2002

Mr. George Sam Drugan, III
Attorney for DEA Specialties Co., LTD
800 Broadway
San Antonio, Texas 78215-1540

Mr. Steve Deck
Attorney for Robert Mariscal
3409 North 10th St. #100
McAllen, Texas 78501-1929

Mr. Robert L. Eden
Attorney for Consolidated Electric Dist., Inc.
8131 LBJ Fwy, Suite 700
Dallas, Texas 75251-1352

Mr. Mauro Reyna, III
Attorney for Robert's Welding & Fab. Inc.
P. O. Box 969
Penitas, Texas 78576-0969

_____
Curtis Bonner