United States District Court
Southern District of Texas
FILED

AUG 0 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C.. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET.AL. | | |

### Defendant's Disclosure of Interested Parties

TO THE HONORABLE Andrew S. Hanen:

COMES NOW M & M COMMERCIAL LAWN SERVICES, INC. (hereafter M & M or Defendant) and files this it's Disclosure of Interested Parties and for such would show as follows:

Plaintiff has sued M & M COMMERCIAL LAWN SERVICES, INC. This is a Texas corporation. The sole stockholder of M & M is Carol L. Midgley who is also president of the corporation.

Respectfully submitted,

BONNER & BONNER
Attorneys for M & M COMMERCIAL
    LAWN SERVICES, INC.
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
State Bar No. 02611000
Federal I.D. 1177

## CERTIFICATE OF SERVICE

     A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Mr. William L. Rentfro, Attorney for Plaintiff, at 185 Ruben Torres Blvd., Brownsville, Texas 78520 and by regular mail to:

Mr. Jerry Stapleton  
Attorney for Bowman Distributing Co., Inc.  
P. O. Box 2644  
Harlingen, Texas 78551-2644  

Mr. Marshall R. Ray  
Attorney for Skipper Repair Plumbing  
550 East Levee Street  
Brownsville, Texas 78520-5343  

Mr. Daniel G. Rios  
Attorney for Lifetime Industries, Inc.  
323 Nolana Loop  
McAllen, Texas 78504-2514  

Mr. G. D. Lozano  
Pro Se  
P. O. Box 854  
La Feria, Texas 78559-0854  

Mr. George Sam Drugan, III  
Attorney for DEA Specialties Co., LTD  
800 Broadway  
San Antonio, Texas 78215-1540  

Mr. Steve Deck  
Attorney for Robert Mariscal  
3409 North 10th St. #100  
McAllen, Texas 78501-1929  

Mr. Robert L. Eden  
Attorney for Consolidated Electric Dist., Inc.  
8131 LBJ Fwy, Suite 700  
Dallas, Texas 75251-1352  

Mr. Mauro Reyna, III  
Attorney for Robert's Welding & Fab. Inc.  
P. O. Box 969  
Penitas, Texas 78576-0969  

Dated: August 1, 2002

_____  
Curtis Bonner