21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| VS. | § | CASE NUMBER B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |

UNOPPOSED
FIRST PRE-TRIAL MOTION (LCM MANAGEMENT CO., INC.,
D/B/A SOUTH TEXAS FLAG) INCLUDING
CERTIFICATE OF CONFERENCE, AND REFERENCE TO AUTHORITIES

1. This Motion is made by Defendant LCM Management Co., Inc., d/b/a South Texas Flag.

2. <u>Authority</u>: This Motion is filed pursuant to the provisions of Rule 16 FRCP.

3. <u>Certificate of Conference</u>: The undersigned telephoned Plaintiff's attorney in connection with this Motion. The matters addressed in this Motion are unopposed.

4. This party's total claim in this action is $487.13. According to the Original Complaint, funds available for compensation of claims is a limited amount. This Defendant currently anticipates reimbursement only approximately 80% of its claimed amount; in other words approximately $370.00

It is will not be economically feasible for counsel for this party to make personal appearance at numerous pre-trial hearings.

5. This party prays that it be allowed to attend pre-trial hearings telephonically.

6. Movant prays that this Motion be granted.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285

710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
LCM Management Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 13 day of August, 2002:

William L. Rentfro
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

_____
John Skaggs