IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| VS. | § | CASE NUMBER B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |

## CERTIFICATE OF INTERESTED PARTIES

1. This Certificate is filed by Defendant LCM Management Co., Inc., d/b/a South Texas Flag.

2. In connection with "Order for Conference and Disclosure of Interested Parties", Paragraph 2, dated July 5, 2002 in this action, this party states that it is unaware of any interested parties as defined therein, other than those which are enumerated in the original complaint.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

*/s/ John Skaggs*

JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
LCM Management Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the ___13___ day of ___August___, 2002:

William L. Rentfro
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

_____
John Skaggs