IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2002

Michael N. Milby
Clerk of Court

| BROWNDREW, L.L.C. | § | |
|---|---|---|
| | § | |
| VS. | § | CASE NUMBER B-02-137 |
| | § | JURY |
| TRIAD BUILDERS, INC., ET AL | § | |

RESPONSE BY LCM MANAGEMENT CO., INC.
TO PETITION AND INTERPLEADER

1.  This Response is filed by LCM Management Co., Inc., d/b/a South Texas Flag.

2.  This party has insufficient information to admit or deny the allegations contained in Paragraph 1 of the original Complaint, and therefore denies the same; provided, however, that this party does not contest the jurisdiction of the Federal Court.

3.  This party has insufficient information to admit or deny the allegations contained in Paragraph 2 of the original Complaint, and therefore denies the same.

4.  This party has insufficient information to admit or deny the allegations contained in Paragraph 3 of the original Complaint, and therefore denies the same.

5.  This party has insufficient information to admit or deny the allegations contained in Paragraph 4 of the original Complaint, and therefore denies the same.

6.  This party has insufficient information to admit or deny the allegations contained in Paragraph 5 of the original Complaint, and therefore denies the same.

7.  This party has insufficient information to admit or deny the allegations contained in Paragraph 6 of the original Complaint, and

therefore denies the same. This party has insufficient information to admit or deny the allegations contained in Paragraph 7 of the original Complaint, and therefore denies the same provided, however, this party admits that it provided goods or services in connection with construction activities in the total amount of $487.13, for which formal claim has been made. Such sum remains unpaid.

9. This party has insufficient information to admit or deny the allegations contained in Paragraph 8 of the original Complaint, and therefore denies the same.

10. This party has insufficient information to admit or deny the allegations contained in Paragraph 9 of the original Complaint, and therefore denies the same.

11. This party has insufficient information to admit or deny the allegations contained in Paragraph 10 of the original Complaint, and therefore denies the same.

12. This party has insufficient information to admit or deny the allegations contained in Paragraph 11 of the original Complaint, and therefore denies the same.

13. This party has insufficient information to admit or deny the allegations contained in Paragraph 12 of the original Complaint, and therefore denies the same.

14. This party has insufficient information to admit or deny the allegations contained in Paragraph 13 of the original Complaint, and therefore denies the same.

15. This party has insufficient information to admit or deny the

allegations contained in Paragraph 14 of the original Complaint, and therefore denies the same.

16. By way of counter-claim, this party asserts that the net proceeds received as a result of Plaintiffs' sale to "Third-Parties" exceeds the net cost of the real estate along with the net cost of the improvements performed by the Defendants. Plaintiffs have been unjustly enriched. This party provided improvements totaling $487.13. This party prays for an award for such amount to be paid by Plaintiff, plus statutory prejudgment interest and post-judgment interest.

17. By way of cross-claim, this party asserts that it had a contractual relationship with Triad Builders, Inc. This party provided goods and services to such Defendant in the total amount of $487.13. This Defendant prays for an award for such amount to be paid by Defendant Triad Builders, Inc., plus statutory prejudgment interest and post-judgment interest.

17. This party prays for an award of reasonable and necessary attorneys' fees incurred in connection with making this claim.

18. This Defendant prays for the relief as specified in this pleading.

19. This Defendant demands a jury in connection with the trial of this action.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

3

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
LCM Management Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 13 day of August, 2002:

William L. Rentfro
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

_____
John Skaggs