24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG -16 2002

Michael N. Milby, Clerk

BROWNDREW, L.L.C.

V.

Triad Builders, Inc.; Elsa State Bank & Trust Co.;
G&T Paving Co.; Aqua Tech; Villanueva Fence &
Supply, Co.; Valley Builders Co.; Robert's Welding
& Fabricators, Inc.; Bowman Distributing Company,
Inc.; Omega Systems; Galvan Sheet Metal Shop;
Raymond Roofing, Inc.; Edmann's Commercial
Refrigeration & A/C; Skipper's Repair Plumbing, et al.

CASE NUMBER: B-02-137

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Robert Mariscal, who now file this, his Certificate of Interested Persons, and would respectfully show the Court the following:

The following persons, associations of persons, firms, partnerships, corporations, affiliates and other entities have a financial interest in the outcome of this litigation:

ROBERT MARISCAL

Respectfully submitted,

LAW OFFICE OF JOHN KING
3409 North 10th Street
McAllen, Texas 78501
Telephone: (956) 687-6294
FAX: (956) 687-5514

By: _____
M. STEVEN DECK
Texas Bar Card No. 05630175

## CERTIFICATE OF SERVICE

I hereby certify that I have, on the 23rd day of July, 2002, caused the foregoing document to be forwarded, by certified mail, return receipt requested, to the below-listed attorney(s) of record:

                    Mr. William L. Rentfro
          RENTFRO, FAULK & BLAKEMORE, L.L.P.
                  185 Ruben Torres Blvd.
                  Brownsville, Teas 78520

                                            M. STEVEN DECK