IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>    Plaintiff | *<br>*<br>*<br>* | |
| VS. | * | **CIVIL ACTION NO. B-02-137** |
| | * | |
| TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.,; VALLEY BUILDERS CO.,; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY, INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRI- GERATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB, INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENAMRK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ M & M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO,; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC., DAL-TILE CORPORATION; DEA SPECIALTIES, CO., LTD.; LCM MANAGEMENT, CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON D & B GENERAL CLEANING; GT BLINDS, INC.; ROBERT MARISCAL THER SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P. CONSOLIDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and ENCINAL INVESTMENTS, INC.<br>         Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **COMPLAINT IN INTERPLEADER** |

*CERTIFICATE OF FINANCIALLY INTERESTED PERSONS*                                                                                              *PAGE 1*

## DEFENDANT THE SHERWIN-WILLIAMS COMPANY'S
## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Pursuant to Paragraph 2 of the Order of Conference, Defendant THE SHERWIN-WILLIAMS COMPANY states that to its knowledge, the following persons and entities are or may be financially interested in this litigation.

    THE SHERWIN-WILLIAMS COMPANY

        Respectfully submitted,

        RODRIGUEZ, COLVIN & CHANEY, L.L.P.

        By: _____
            Alison Kennamer
        Attorney-in-Charge
        State Bar No. 11280400
        Federal Admissions No. 12023
            Eduardo Roberto Rodriguez
        State Bar No. 17144000
        Federal Admissions No. 1944
        1201 East Van Buren
        Post Office Box 2155
        Brownsville, Texas 78522
        (956) 542-7441
        Fax (956) 541-2170

        ATTORNEYS FOR DEFENDANT,
        THE SHERWIN-WILLIAMS COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

> William L. Rentfro
> Rentfro, Faulk & Blakemore, L.L.P.
> 185 East Ruben Torres Blvd.
> Brownsville, Texas 78520
> Attorney for Stakeholder/Plaintiff
>
> Lance Alan Kirby
> Jones Galligan et al
> 2300 W. Pike Blvd., Ste. 300
> Weslaco, Texas 78596
>
> Jerry Lee Stapleton
> Stapleton, Curtis et al
> PO Box 2644
> Harlingen, Texas 78551
>
> Edmann's Commercial Refrigeration & A/C
> C/O Eduardo Martinez, Owner
> 705 S. San Antionio
> San Juan, Texas 78589
>
> Marshall R. Ray
> Ransome and Ray, P.C.
> 550 E. Levee Street
> Brownsville, Texas 78520-5343
>
> Daniel G. Rios
> Law Offices of Daniel Rios
> 323 Nolana Loop
> McAllen, Texas 78504
>
> G D Lozano
> PO Box 854
> La Feria, Texas 78559
>
> George Sam Drugan, III
> LeLaurin & Adams
> 800 Broadway
> San Antonio, Texas 78215

M Steven Deck
Law Offices of John King
3409 N. 10th Street
Suite 100
McAllen, Texas 78501

Kittleman Thomas, et al
PO Box 1416
McAllen, Texas 78504

Robert L. Eden
Matthew Carlton, et al
8131 LBJ Fwy
Suite 700
Dallas, Texas 75251

Mauro L. Reyna, III
PO Box 969
Penitas, Texas 78576

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the ___19th___ day of August, 2002.

Alison D. Kennamer