

United States District Court
Southern District of Texas
FILED

AUG 2 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| VS. | § | |
| | § | COMPLAINT IN |
| TRIAD BUILDERS, INC., | § | INTERPLEADER |
| ELSA STATE BANK AND TRUST CO.; | § | |
| ET AL | § | |

### ENCINAL INVESTMENTS, INC. AND AS ASSIGNEE TO PALM VALLEY GLASS AND MIRROR, INC.'S ANSWER

**TO THE HONORABLE JUDGE OF THIS COURT:**

The above referenced defendant files this answer and states as follows:

1. Defendant does not have sufficient information to either admit or deny the allegations contained in paragraph one of the complaint.

2. Paragraph two of the complaint does not require response; however, the defendant does admit that amounting controversy is in excess of $500.00.

3. Defendant is without sufficient information to either admit or deny the allegations contained in paragraph three of the complaint.

4. Defendant is without sufficient information to either admit or deny the allegations contained in paragraph four of the complaint.

5. Allegations contained in paragraph five of the complaint are admitted.

6. Defendant does not have sufficient information to either admit or deny the allegations contained in paragraph six of the complaint.

7. Defendant does not have sufficient information either to admit or deny the allegations contained in paragraph seven of the complaint.

8. Defendant is without sufficient information to either admit or deny the allegations contained in paragraph eight of the complaint.

9. Defendant is without sufficient information to either admit or deny the allegations contained in paragraph twelve of the complaint.

10. Defendant is without sufficient information to either admit or deny the allegations contained in paragraph thirteen of the complaint.

11. Defendant is without sufficient information to either admit or deny the allegations contained in paragraph fourteen of the complaint.

12. Defendant is without sufficient information to either admit or deny the allegations contained in paragraph fifteen of the complaint.

Accordingly, Defendant prays that after trial before the court that the Plaintiff's request be denied in full.

Respectfully submitted,

LAW OFFICE OF ANTONIO VILLEDA
5414 North 10th Street
McAllen, Texas 78504
(956) 631-9100 Telephone
(956) 631-9146 Fax
E-Mail: avilleda@hilipe.net

By:_____
ANTONIO VILLEDA
State Bar No. 20585300
Attorney for Defendant, Encinal Investments, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing. *Encinal Investments, Inc. and as Assignee to Palm Valley Glass and Mirror, Inc.'s Answer*, was forwarded on this 19th day August, 2002, to:

William L. Rentfro　　　　　　　　　　**Via Fax 541-3414**
185 East Ruben Torres Blvd
Brownsville, Texas 78520
*Attorney for the Plaintiff*

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANTONIO VILLEDA