United States District Court
Southern District of Texas
FILED

AUG 2 6 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | CIVIL ACTION NO. B-02-137 |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| TRIAD BUILDERS, INC., ET AL., | § | |
| Defendants. | § | |

### DISCLOSURE OF INTERESTED PARTIES OF D.E.A. SPECIALTIES CO., LTD.

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes D.E.A. Specialties Co., Ltd. ("DEA Specialties"), one of the defendants in the above-referenced action, and files this its Disclosure of Interested Parties.

1.  Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, upon information and belief, DEA Specialties identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Browndrew, L.L.C, Plaintiff; Triad Builders, Inc.; Elsa State Bank & Trust Co.; G&T Paving Co.; Aqua Tech; Villanueva Fence & Supply Co.; Valley Builders Co.; Robert's Welding & Fabricators, Inc.; Bowman Distributing Company, Inc.; Omega Systems; Galvan Sheet Metal Shop; Raymond Roofing, Inc.; Edmann's Commercial Refrigeration & A/C; Skipper's Repair Plumbing; RZB Inc., d/b/a Global Electric; Lifetime Industries, Inc.; Ben's Glass and Metal; Kenmarr, Inc.; Gabriel Alcantar; Alfredo Gutierrez; M&M Commercial Lawn Services, Inc.; G.D. Lozano; Kevin Comier; JCO Specialists; Opening Specialties and Supply, Inc.; Dal-Tile Corporation; DEA Specialties Co., Ltd.; LCM Management Co., Inc., d/b/a South Texas Flag; Star Building Systems; Mario Maron; D&B General Cleaning; GT Blinds, Inc.; Robert Mariscal; The Sherwin-Williams Company; The

Striping Company; Roberto Gomez; A&J Paving; Hope Lumber & Supply Co., L.P.; Consolidated Electric Distributors, Inc.; Palmview Glass & Mirror, Inc.; and Encinal Investments, Inc., Defendants.

        Respectfully submitted,
        Sam Drugan  06136200
        Attorney-In-Charge
        Southern Dist. of Texas 18843
        Marshall L. Armstrong 24027037
        Southern Dist. of Texas 30143

        Warren, Drugan & Barrows, P.C.
        800 Broadway
        San Antonio, Texas 78215
        Telephone: (210)226-4131
        Telecopier: (210)224-6488

        BY: _____
        for Sam Drugan

ATTORNEYS FOR D.E.A SPECIALTIES CO., LTD.

## CERTIFICATE OF SERVICE

I certify that on the 21st day of August, 2002, a copy of this foregoing document was served by First Class Mail, to the following:

William L. Rentfro
Rentfro, Faulk, & Blakemore, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
*Attorney for Plaintiff and Counter-Defendant, Browndrew, L.L.C.*

Jerry Lee Stapleton
Stapleton, Curtis & Boswell, L.L.P.
P.O. Box 2644
Harlingen, Texas 78551
*Attorneys for Defendant and Counter-Claimant, Bowman Distributing, Bowman Dist. Co., Inc.*

G D Lozano
P.O. Box 854
La Feria, Texas 78559
*Pro Se*

Alison D. Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
*Attorneys for Defendant, Sherwin-Williams Company*

Lance A. Kirby
Jones, Galligan, Key & Lozana, L.L.P.
2300 W. Pike Boulevard, Ste. 300
P.O. Drawer 1247
Weslaco, Texas 78599
*Attorneys for Defendant, Elsa State Bank*

Curtis Bonner
Bonner & Bonner
Post Office Box 288
Harlingen, Texas 78551
*Attorneys for Defendant and Counter-Claimant, M&M Commercial Lawn Services, Inc.*

Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520
*Pro Se for Defendant, G&T Paving Co.*

Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589
*Pro Se for Defendant, Edmann's Commerical Refrigeration & AC*

Marshall R. Ray
Ransome and Ray
550 E. Levee St.
Brownsville, Texas 78520-5343
*Attorney for Defendant and Cross-Claimant, Skipper Repair Plumbing*

Daniel G. Rios
Law Offices of Daniel Rios
323 Nolana Loop
McAllen, Texas 78504
*Attorney for Defendant, Lifetime Industries, Inc.*

M. Steven Deck
Law Offices of John King
3409 N. 10th St.
Ste. 100
McAllen, Texas 78501
*Attorney for Defendant, Robert Mariscal*

Michael A. McGurk
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504
*Attorney for Defendant, Hope Lumber and Supply Company*

Robert L. Eden
Matthews Carlton
8131 LBJ Fwy.
Ste. 700
Dallas, Texas 75251
*Attorney for Defendant, Consolidated Electric Distributors, Inc.*

Mauro L. Reyna, III
P.O. Box 969
Penitas, Texas 78576
*Attorney for Intervenor-Plaintiff, Robert Cardenas, Jr. dba Robert Welding & Fabricators, Inc.*

John Skaggs
Skaggs & Garza
P.O. Drawer 2285
McAllen, Texas 78502
*Attorney for LCM Management Co., Inc. dba South Texas Flag*

_____
Marshall L. Armstrong