IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED
AUG 2 8 2002
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B -02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |
| *Defendants* | § | |

### DISCLOSURE OF INTERESTED PARTIES OF
### DEFENDANT HOPE LUMBER & SUPPLY COMPANY, L.P.

NOW COMES, Defendant, Hope Lumber & Supply Company, L.P. ("Hope"), one of the Defendants in the above-referenced action, and files this its Disclosure of Interested Parties.

1.  Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, upon information and belief, Hope identifies the following persons, associations of persons, firms, partnerships, coroporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Browndrew, L.L.C., Plaintiff

Triad Builders, Inc.,

Elsa State Bank & Trust Co.;

G & T Paving Co.;

Aqua Tech;

Villanueva Fence & Supply Co.;

Valley Builders Co.;

Robert's Welding & Fabricators, Inc.;

Bowman Distributing Company, Inc.;

Omega Systems;

Galvan Sheet Metal Shop;

Raymond Roofing, Inc.;

Edmann's Commercial Refrigeration & A/C;

Skipper's Repair Plumbing;

RZB Inc., d/b/a Global Electric;

Lifetime Industries, Inc.;

Ben's Glass and Metal;

Kenmarr, Inc.;

Gabriel Alcantar;

Alfredo Gutierrez;

M & M Commercial Lawn Services, Inc.;

G.D. Lozano;

Kevin Comier;

JCO Specialists;

Opening Specialities and Supply, Inc.,; Dal-Tile Corporation;

DEA Specialities Co., Ltd.;

LCM Management Co., Inc., d/b/a South Texas Flag;

Star Building Systems;

Mario Maron;

D & B General Cleaning;

GT Blinds, Inc.;

Robert Mariscal;

The Sherwin-Williams Company;

The Striping Company;

Roberto Gomez;

A & J Paving;

Consolidated Electric Distributors, Inc.;

Palmview Glass & Mirror, Inc.; and

Encinal Investments, Inc., Defendants.

                                                      Respectfully submitted,

                                                      Michael A. McGurk
                                                      State Bar No. 00797746
                                                      Federal I.D. No. 20091

**OF COUNSEL:**

KITTLEMAN, THOMAS, RAMIREZ &
GONZALES, PLLC
4900-B North Tenth
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by regular U.S. mail this 27th day of August, 2002, upon the following:

William L. Rentfro
Browndrew, L.L.C.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
*Attorney for Plaintiff and Counter-Defendant, Browndrew, L.L.C.*

Jerry Lee Stapleton
Stapleton & Curtis
P.O. Box 2644
Harlingen, Texas 78550
*Attorney for Defendant and Counter-Claimant, Bowman Distributing, Bowman Dist. Co., Inc.*

Marshall R. Ray
Ransom & Ray
550 E. Levee Street
Brownsville, Texas 78520-5343
*Attorney for Defendant Skipper Repair & Plumbing*

G.D. Lozano
P.O. Box 854
La Feria, Texas 78559
*Pro Se*

Alison D. Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522
*Attorneys for Defendant Sherwin-Williams Company*

Lance A. Kirby
Jones, Galligan, Key & Lozano, L.L.P.
2300 W. Pike Blvd., Ste. 300
Weslaco, Texas 78599
*Attorneys for Defendant, Elsa State Bank*

Curtis Bonner
Bonner & Bonner
P.O. Box 288
Harlingen, Texas 78551
*Attorneys for Defendant and Counter-Claimant, M & M Commerical Lawn Services, Inc.*

Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520
*Pro Se for Defendant G & T Paving Co.*

Edmundo Martinez
705 S. San Antonio
San Juan, Texas 78589
*Pro Se for Defendant Edmann's Commercial Refrigeration & AC*

Marshall R. Ray
Ransome & Ray
550 E. Levee Street
Brownsville, Texas 78520-5343
*Attorney for Defendant and Cross-Claimant, Skipper Repair Plumbing*

Daniel G. Rios
Law Offices of Daniel G. Rios
323 Nolana Loop
McAllen, Texas 78504
*Attorney for Defendant, Lifetime Industries, Inc.*

M. Steven Deck
Law Offices of John King
3409 N. 10th Street, Ste. 100
McAllen, Texas 78501
*Attorney for Defendant Robert Mariscal*

Robert L. Eden
Matthews Carlton
8131 LBJ Fwy, Ste. 700
Dallas, Texas 75251
*Attorney for Defendant, Consolidated Electric Distributors, Inc.*

Mauro L. Reyna, III.
P.O. Box 969
Penitas, Texas 78576
*Attorney for Intervenor-Plaintiff, Robert Cardenas, Jr., d/b/a Robert Welding & Fabricators, Inc.*

John Skaggs
Skaggs & Garza
P.O. Drawer 2285
McAllen, Texas 78502
*Attorney for LCM Management Co., Inc., d/b/a South Texas Flag*

_____
Michael A. McGurk