# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 08-30-02 at 4:35 P.M. |
| NAME OF SERVER (PRINT) JUANITA SALDIVAR | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 534 Waldron Lane, Brownsville, Texas.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ~~7699   3370   0000   8843   9660~~

*US District Court*
*Southern District of Texas*
*FILED*
*SEP 03 2002*
*Michael N. Milby*
*Clerk of Court*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08-30-02 at 4:35 P.M.    *Signature of Server: Juanita Saldivar*

*Address of Server:*
**Professional Civil Process**
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
MARCH 21, 2006

SUBSCRIBED AND SWORN TO BEFORE ME ON _____ TO CERTIFY WHICH WITNESS MY HAND AND OFFICIAL SEAL

NOTARY PUBLIC STATE OF TEXAS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.