United States District Court
Southern District of Texas
FILED

SEP 0 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BROWNDREW, L.L.C.<br>**Plaintiff**<br><br>VS.<br><br>TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G&T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING CO., INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGERATOIN AND A/C; SKIPPER'S REPAIR PLUMBING; RZB, INC. DBA GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLAS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALREDO BUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC; G.D. LOZANO; KEVIN COMIER; JOB SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO, INC.; DBA SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D7B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC. AND ENCINAL INVESTMENTS, INC.<br>**Defendants** | CIVIL ACTION NO. 02-137<br><br>COMPLAINT IN INTERPLEADER |

<u>DEFENDANT SHERWIN-WILLIAMS COMPANY'S
MOTION UNDER F.R.CIV. P. RULE 5(C) REGARDING
SERVICE OF PLEADINGS BETWEEN DEFENDANTS
Page 1</u>

**DEFENDANT SHERWIN-WILLIAMS COMPANY'S
MOTION UNDER F.R.CIV. P. RULE 5(C) REGARDING
SERVICE OF PLEADINGS BETWEEN DEFENDANTS**

To the Honorable Judge of this Court:

Sherwin-Williams Company ("Movant") files this its Motion Under Federal Rules of Civil Procedure 5 ( c ) and would show the court the following:

1. Pursuant to Rule 5 ( c ),

    In an action where there are an unusually large number of defendants, the court upon motion may order that service of the pleadings of the defendants and replies thereto need not be made as between the defendants and that any cross-claim, counterclaim or matter constituting an avoidance or affirmative defense shall be deemed to be denied or avoided by all other parties and that the filing of any such pleading and service thereof upon the plaintiff constitutes due notice of it to the parties.

2. There are 40 defendants in this matter, which is an unusually large number of defendants.

3. Movant cannot ascertain at this time which defendants have answered and which defendants are represented by counsel.

4. Movant requests that this Court enter an order under Rule 5 ( c ) allowing service of pleadings on all defendants by serving the plaintiff in this matter.

Respectfully submitted,

*[signature: Gregory E. Turley]*

Gregory E. Turley
Attorney for Sherwin-Williams Company
State Bar No: 00785122
SDTX No. 21940
504 E. Dove Ave., Suite B
McAllen, TX 78504
TEL: 1-888-600-7680
FAX: 1-888-252-7864

## CERTIFICATE OF SERVICE

I CERTIFY that in compliance with the provisions of rule 5, Federal Rules of Civil Procedure, on _August 30_, 2002, I served a true and correct copy of the foregoing document to:

William L. Rentfro
Rentfro, Faulk & Blakemore, LLP
185 E. Ruben Torres Blvd.
Brownsville, TX 78520

*[signature: Gregory E. Turley]*

Gregory E. Turley

**DEFENDANT SHERWIN-WILLIAMS COMPANY'S
MOTION UNDER F.R.CIV. P. RULE 5(C) REGARDING
SERVICE OF PLEADINGS BETWEEN DEFENDANTS
Page 3**