IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BROWNDREW, L.L.C. § | |
| PLAINTIFF § | |
| VS. § | |
| § | CIVIL ACTION NO. B-02-137 |
| TRIAD BUILDERS, INC., ET AL § | |
| DEFENDANTS § | |

## DEFENDANT OPENING SPECIALTIES AND SUPPLY, INC.'S ORIGINAL ANSWER AND ORIGINAL COUNTERCLAIM

Defendant Opening Specialties and Supply, Inc. answers Plaintiff's "Complaint in Interpleader" as follows:

1. Defendant Opening Specialties and Supply, Inc. ["Opening Specialties"] admits that this Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1335, and is unable to admit or deny that Plaintiff and Defendants are of diverse citizenship as defined in 28 U.S.C. § 1332.

2. Defendant Opening Specialties is unable to admit or deny Paragraph 2 (a) through (x) and (z) through (oo). Defendant Opening Specialties admits Paragraph 2 (y) as to its registered agent and principal place of business. Defendant further admits that the amount in controversy exceeds, exclusive of interest and costs, the sum of five hundred dollars.

3. Defendant Opening Specialties admits that this Court has in personam jurisdiction over the funds to be deposited into the registry of the Court.

4. Defendant Opening Specialties admits that venue is proper in this county.

5. Defendant Opening Specialties admits Paragraph 5 of Plaintiff's Complaint in Interpleader.

6. Defendant Opening Specialties has no reason to deny Paragraph 6 of Plaintiff's Complaint in Interpleader.

7. Defendant Opening Specialties has no reason to deny Paragraph 7 of Plaintiff's Complaint in Interpleader.

8. Defendant Opening Specialties has no reason to deny the first two sentences of Paragragh 8. Opening Specialties denies the last sentence of Paragraph 8 of Plaintiff's Complaint in Interpleader.

9. Defendant Opening Specialties denies the first sentence of Paragraph 12 of Plaintiff's Complaint in Interpleader, and has no reason to deny the second sentence of Paragraph 12.

10. Defendant Opening Specialties has no reason to deny Paragraph 13 of Plaintiff's Complaint in Interpleader.

11. Defendant Opening Specialties has no reason to deny Paragraph 14 of Plaintiff's Complaint in Interpleader.

12. Defendant Opening Specialties has no reason to deny Paragraph 15 of Plaintiff's Complaint in Interpleader.

13. Defendant Opening Specialties admits Paragraphs 1, 2, 5, 6, of Plaintiff's

Prayer but denies Paragraphs 3 and 4.

## Original Counterclaim

Comes now Opening Specialties and Supply, Inc. and files this its Original Counterclaim against , and respectfully shows the Court the following:

1.      In February and March of 2002, Defendant/Counter-Plaintiff provided goods and/or services to Triad Builders in the amount of $6,732.71, as evidenced by its accounts receivable ledger attached as Exhibit "A."

2.      Defendant/Counter Plaintiff has demanded payment from Plaintiff Browndrew, L.L.C. for the goods and/or services delivered.

3.      **Prayer**. Wherefore Defendant/Counter-Plaintiff demands a judgment against Plaintiff/Counter-Defendant for a portion of the interplead funds in the amount of $6,732.71, grant the relief requested herein, and all other relief to which it may be entitled.

DATED this ___6th___ day of September, 2002.

Respectfully submitted,

_____
Brittany L. Wills
WALKER & TWENHAFEL, L.L.P.
State Bar No. 24028228
Federal Bar No. 28616
P.O. Drawer 3766
McAllen, Texas  78502-3766
(956) 687-1225
(956) 686-1276 (fax)
Attorney in Charge for Defendant

**OF COUNSEL:**

Mark W. Walker
State Bar No. 20717350
Federal Bar No. 2270
P.O. Box 3766
McAllen, Texas 78502
(956) 687-1225
(956) 686-1276 (fax)

## CERTIFICATE OF SERVICE

I certify that on the __6th__ day of September 2002, I did serve a true and correct copy of "Opening Specialties's Answer and Counterclaim" to Plaintiff's attorney of record by the method indicated:

| | |
|---|---|
| Mr. William L. Rentfro | *Via CMRRR* |
| RENTFRO, FAULK & BLAKEMORE, LLP | *No.* 7001 1140 0003 2363 6636 |
| 185 E. Ruben Torres Blvd. | |
| Brownsville, Texas 78520 | |

_____
Brittany L. Wills

J:\DATA2\SHARED2\MARKW\Opening\Pleadings\answer02.wpd

# Exhibit "A"

```
19 AUG 2002                              OPENING SPECIALTIES - SAN ANTONIO                       Page 6 of 6
10:36AM                                    Accounts Receivable Aged Ledger                       PAGE - 1
                                            19 AUG 2002 - OSSI - SAN ANTONIO
```

| Cust. No. | Customer Name | Inv. No. | Trans. Date | 0 - 30 | 30 - 60 | 60 - 90 | 90 - 120 | OVER 120 | Retention | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 437823 | TRIAD BUILDERS 313 | | | THEARL ADAMS Phone - 956-447-5198  Fax - 956-447-5459  Credit Limit: 8,000.00 | | | | | | |
| | Collection Notes: - In litagation, in Brownsville. Court to decide who gets | | | | | | | | | |
| | - money. William Rentfro 956-541-9600 | | | | | | | | | |
| | 1282 | 323 | 904318 | 02/08/02 I | | | | | 3,583.02 | | 3,583.02 |
| | 1282 | 323 | 904693 | 03/11/02 I | | | | | 37.76 | | 37.76 |
| | Total Reference #1282 | | | .00 | .00 | .00 | .00 | 3,620.78 | .00 | 3,620.78 |
| | 1298 | 323 | 904518 | 02/22/02 I | | | | | 2,157.50 | | 2,157.50 |
| | 1298 | 323 | 904569 | 02/28/02 I | | | | | 537.22 | | 537.22 |
| | Total Reference #1298 | | | .00 | .00 | .00 | .00 | 2,694.72 | .00 | 2,694.72 |
| | 1313 | 323 | 904575 | 02/28/02 I | | | | | 269.69 | | 269.69 |
| | Total Reference #1313 | | | .00 | .00 | .00 | .00 | 269.69 | .00 | 269.69 |
| | SSA LEASE | 323 | 904694 | 03/11/02 I | | | | | 147.52 | | 147.52 |
| | Total Reference #SSA LEASE | | | .00 | .00 | .00 | .00 | 147.52 | .00 | 147.52 |
| Customer Totals: | | | | .00 | .00 | .00 | .00 | 6,732.71 | .00 | 6,732.71 |
| Division Totals: | 313 | | | .00 | .00 | .00 | .00 | 6,732.71 | .00 | 6,732.71 |