# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BROWNDREW LLC § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-137 |
| § | |
| TRIAD BUILDERS, INC., ET AL § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:    **Initial Pretrial and Scheduling Conference**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME: October 2, 2002 @ 2:00 pm
before Magistrate Judge John Wm. Black


**TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen**

TYPE OF PROCEEDING:    **Initial Pretrial and Scheduling Conference**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**                                  DATE AND TIME: October 2, 2002 @ 2:00pm
**BROWNSVILLE, TEXAS**

Michael N. Milby, Clerk

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: September 19, 2002

TO: ALL COUNSEL OF RECORD