United States District Court
Southern District of Texas
FILED

SEP 2 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>Plaintiff | *<br>*<br>*<br>* | |
| VS. | * | CIVIL ACTION NO. B-02-137 |
| TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.,; VALLEY BUILDERS CO.,; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY, INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRI-GERATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB, INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENAMRK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ M & M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO,; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC., DAL-TILE CORPORATION; DEA SPECIALTIES, CO., LTD.; LCM MANAGEMENT, CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON D & B GENERAL CLEANING; GT BLINDS, INC.; ROBERT MARISCAL THER SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P. CONSOLIDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and ENCINAL INVESTMENTS, INC.<br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | COMPLAINT IN INTERPLEADER |

### AGREED UNOPPOSED MOTION FOR
### RODRIGUEZ, COLVIN & CHANEY, L.L.P.
### TO WITHDRAW AS COUNSEL FOR DEFENDANT
### THE SHERWIN-WILLIAMS COMPANY

COMES NOW the undersigned attorney, Alison D. Kennamer, Rodriguez, Colvin & Chaney, L.L.P., and makes this Motion to Withdraw as Counsel for The Sherwin-Williams Company and would show the Court as follows:

I.

The Sherwin-Williams Company's in-house attorneys initially retained two firms to represent it in this matter. The undersigned attorney, Alison D. Kennamer, has previously filed an Answer for The Sherwin-Williams Company. In addition, Gregory E. Turley, State Bar No. 00785122, Southern District of Texas Federal ID No. 21940, 504 E. Dove Ave., Suite B, McAllen, Texas 78504, has already filed an Answer on behalf of The Sherwin-Williams Company and will continue as its counsel in this matter and as both its Attorney-in-Charge and sole counsel.

II.

By this motion, Alison D. Kennamer respectfully requests that this Court permit him to withdraw as counsel for the The Sherwin-Williams Company. The Sherwin-Williams Company has given its consent to this withdrawal since they are represented by other counsel. Counsel for the Stakeholder, Browndrew, L.L.C., has also agreed to this withdrawal.

III.

This Motion is not sought for any improper purpose or delay.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
   Alison Kennamer
   Attorney-in-Charge
   State Bar No. 11280400
   Federal Admissions No. 12023
     Eduardo Roberto Rodriguez
   State Bar No. 17144000
   Federal Admissions No. 1944
   1201 East Van Buren
   Post Office Box 2155
   Brownsville, Texas 78522
   (956) 542-7441
   Fax (956) 541-2170

   ATTORNEYS FOR DEFENDANT,
   THE SHERWIN-WILLIAMS COMPANY

AGREED:

_____
Counsel for Browndrew, L.L.C.

## CERTIFICATE OF CONFERENCE

This certifies that the undersigned has communicated with opposing counsel, which is counsel for the stakeholder, and he has indicated that he is not opposed to this motion.. Further, the undersigned counsel has communicated with all counsel of record and requested that any opposed party so indicate, and she has not received any indication that any party is opposed to this Motion; therefore, a hearing is not believed necessary

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

>William L. Rentfro
>Rentfro, Faulk & Blakemore, L.L.P.
>185 East Ruben Torres Blvd.
>Brownsville, Texas 78520
>Attorney for Stakeholder/Plaintiff
>
>Lance Alan Kirby
>Jones Galligan et al
>2300 W. Pike Blvd., Ste. 300
>Weslaco, Texas 78596
>Attorneys for Defendant, Elsa State Bank
>
>Jerry Lee Stapleton
>Stapleton, Curtis et al
>PO Box 2644
>Harlingen, Texas 78551
>Attorney for Defendant and Counter-Claimant, Bowman Distributing, Bowman Dist. Co., Inc.
>
>Edmann's Commercial Refrigeration & A/C
>C/O Eduardo Martinez, Owner
>705 S. San Antionio
>San Juan, Texas 78589
>Pro-Se for Defendant Edmann's Commercial Refrigeration & A/C

Marshall R. Ray
Ransome and Ray, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5343
Attorney for Defendant and Cross-Claimant, Skipper Repair Plumbing

Daniel G. Rios
Law Offices of Daniel Rios
323 Nolana Loop
McAllen, Texas 78504
Attorney for Defendant Lifetime Industries, Inc.

G D Lozano
PO Box 854
La Feria, Texas 78559
Pro-Se

George Sam Drugan, III
LeLaurin & Adams
800 Broadway
San Antonio, Texas 78215
Attorneys for D.E.A. Specialties Co., Ltd.

M Steven Deck
Law Offices of John King
3409 N. 10th Street
Suite 100
McAllen, Texas 78501
Attorney for Defendant Robert Mariscal

Michael A. McGurk
Kittleman Thomas, et al
PO Box 1416
McAllen, Texas 78504
Attorneys for Defendant, Hope Lumber & Supply Company, L.P.

Robert L. Eden
Matthew Carlton, et al
8131 LBJ Fwy
Suite 700
Dallas, Texas 75251
Attorney for Defendant, Consolidated Electric Distributor, Inc.

Mauro L. Reyna, III
PO Box 969
Penitas, Texas 78576
Attorney for Intervenor-Plaintiff, Robert Cardenas, Jr., d/b/a Robert Welding & Fabricators, Inc.

Chris Bonner
Bonner & Bonner
PO Box 288
Harlingen, Texas 78551
Attorney for Defendant and Counter-Claimant, M & M Commercial Lawn Services, Inc.

John Skaggs
Skaggs & Garza
PO Box 2285
McAllen, Texas 78502
Attorney for LCM Management Co., Inc., d/b/a South Texas Flag

Gregory E. Turley
504 E. Dove Avenue, Suite B
McAllen, Texas 78504
Attorney for Defendant, The Sherwin-Williams Company

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 23rd day of September, 2002.

Alison D. Kennamer