United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BROWNDREW, L.L.C. § | |
|     PLAINTIFF § | |
| VS. § | CIVIL ACTION NO. B-02-137 |
| § | |
| TRIAD BUILDERS, INC., ET AL § | |
|     DEFENDANTS | |

### CERTIFICATE OF ENTITIES FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, OPENING SPECIALTIES AND SUPPLY, INC., Defendant and Counter-Claimant in the above-entitled and numbered cause, and file this their "Certificate of Legal Entities Financially Interested in the Outcome of this Litigation" and would show unto this Honorable Court as follows:

1.    The entities who are financially interested in the outcome of this litigation are PLEASANTS HARDWARE COMPANY and its closely held subsidiary OPENING SPECIALTIES AND SUPPLY, INC. (Defendant and Counter-Claimant).

Respectfully submitted,

By: _____
Brittany L. Wills
State Bar No. 24028228
Federal Bar No. 28616
ATTORNEY IN CHARGE FOR DEFENDANT AND COUNTER-CLAIMANT OPENING SPECIALTIES AND SUPPLY, INC.

page 1

WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, Texas 78502-3766
(956) 687-6225
(956) 686-1276 (fax)

OF COUNSEL:
Mark W. Walker
State Bar No. 20717350
Federal Bar No. 2270

## Certificate of Service

I certify that on the ___1st___ day of ___October___, 2002, I served a true and correct copy of "Certificate of Entities Financially Interested in the Outcome of this Litigation" on the attorneys listed below by facsimile, first class mail, or certified mail:

| | |
|---|---|
| William Rentfro | via CMRR No. *7001114000323636858* |
| Marshall Armstrong | via fax (210) 224-6488 |
| Antonio Villeda | via fax (956) 631-914 |
| Thomas J. Walthall, Jr. | via fax (210) 733-5538 |
| Alfredo Padilla | via fax (956) 544-0647 |
| Gregory E. Turley | via fax (888) 252-7864 |
| Lance Alan Kirby | via fax (956) 968-6089 |
| Eduardo Martinez | via first class mail |
| Curtis Bonner | via fax (956) 428-0671 |
| Michael A. McGurk | via fax (956) 630-5199 |
| M. Steven Deck | via fax (956) 687-5514 |
| Robert L. Eden | via fax (972) 234-1750 |
| Jerry Lee Stapleton | via fax (956) 428-9283 |
| Marshall R. Ray | via fax (956) 542-3698 |
| John Skaggs | via fax (956) 630-6570 |
| Daniel Rios | via fax (956) 682-0566 |
| Alison D. Kennamer | via fax (956) 541-2170 |
| Mauro L. Reyna, III | via fax (956) 584-8718 |
| Abel Gonzalez | via first class mail |

_____
Brittany L. Wills

J:\DATA2\SHARED2\Markw\Opening\Pleadings\interested.par.wpd

page 2