42

B-02-137

B & T. Paving Co    **RETURN OF SERVICE**

| Service of the Summons and complaint was made by me[1] | DATE 7-11-02 | United States District Court Southern District of Texas FILED |
|---|---|---|

| NAME OF SERVER *(PRINT)* William Bentfro | TITLE Atty | OCT 0 2 2002 |
|---|---|---|

*Check one box below to indicate appropriate method of service*

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify):  7099  3220  0000  8243  7448

Received by Minerva G. Juarez on 7/11/02

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7-11-02___   _William Bentfro_
　　　　　　　　Date　　　　　　Signature of Server

175 E. Ruben Torres Blvd.
Address of Server

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

B T Paving Co.
. Box 5136
ownsville, Texas 78523-5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Minerva G. Juarez    7/11/02

C. Signature
X    ☐ Agent
　　 ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7099  3220  0000  8243  7448

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952