*Aqua Tech*

## RETURN OF SERVICE

B-02-137  43

| Service of the Summons and complaint was made by me[1] | DATE 7-15-02 |
|---|---|

United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

| NAME OF SERVER *(PRINT)* William Renfro | TITLE Atty |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ____7099____3220____0000____8243____7455____

   ____Received on 7/15/02____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____7-15-02____
              Date

Signature of Server _William Renfro_

Address of Server _185 E. Ruben Torres Blvd._

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aqua Tech
P.O. Box 4505
McAllen, Texas 78502-4505

COMPLETE THIS SECTION ON DELIVERY

A. Received by *(Please Print Clearly)*     B. Date of Delivery 7-15-02

C. Signature
X _____     ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*
   7099  3220  0000  8243  7455

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952