Valley Builders Co.                                           B-02-137

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7-18-02 | United States District Court Southern District of Texas FILED |
|---|---|---|
| NAME OF SERVER (PRINT) William Rentfro | TITLE Atty | OCT 0 2 2002 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____ Michael N. Milby Clerk of Court

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): 7099  3220  6600  8243  7479
Received on 7/18/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-18-02         Will Rentfro
                Date          Signature of Server

                              185 E. Ruben Torres Blvd.
                              Address of Server

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Valley Builders Co.
P.O. Box 4413
McAllen, Texas 78502-4413

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery 7/18/02
C. Signature
X _____   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099  3220  0600  8243  7479

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952