Edmann's Commercial
Refrigeration & A/c

B-02-137

**RETURN OF SERVICE**

United States District Court
Southern District of Texas
FILED

OCT 02 2002

Michael N. Milby
Clerk of Court

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-12-02 |
| NAME OF SERVER (PRINT) William Rentfro | TITLE Atty |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): 7099 3220 0000 8243 7530
Recieved on 7/12/02

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-12-02
            Date

Signature of Server (William Rentfro)

185 E. Ruben Torres Blvd.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

nn's Commercial Refrigeration + A/c
South San Antonio
Juan, Texas 78589

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3220 0000 8243 7530

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952