*Lifetime Industries, Inc.*

B-02-137 54

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-12-02 |
| NAME OF SERVER (PRINT) William Bentfro | TITLE Atty |

United States District Court
Southern District of Texas
FILED

OCT 02 2002

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7561
   Recieved by Lydia Martinez on 7/12/02

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-12-02
             Date

Signature of Server: Willie Bentfro

Address of Server: 185 E. Ruben Torres Blvd.

---

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
Lifetime Industries, Inc.
709 North Jackson Road
McAllen, Texas 78501

4a. Article Number
7099 3220 0000 8243 7561

4b. Service Type
☑ Registered       ☑ Certified
☐ Express Mail     ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery: 7-12-02

8. Addressee's Address (Only if requested and fee is paid)

6. Received By: (Print Name) Lydia Martinez
Signature (Addressee or Agent)

PS Form 3811, December 1994       102595-99-B-0223       Domestic Return Receipt