M & M Commercial Lawn Services

B-02-137    58

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-12-02 | United States District Court<br>Southern District of Texas<br>FILED |
| NAME OF SERVER (PRINT)<br>William Bentfro | TITLE<br>Atty | OCT 0 2 2002 |

*Check one box below to indicate appropriate method of service*

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7622
  Received on 7/12/02 by Carol L. Midgley

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-12-02
              Date

Signature of Server: William Bentfro

Address of Server: 185 E. Ruben Torres Blvd.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
M+M Commercial Lawn Services, Inc.
Rt. 3, Box 205, ABD Road
Harlingen, Texas 78552

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Carol L. Midgley    B. Date of Delivery
C. Signature: X Carol Midgley    ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

[HARLINGEN JUL 12 2002 78550 USPS postmark]

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3220 0000 8243 7622

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952