G.D. Lozano

B-02-137    59

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7-11-02 | United States District Court Southern District of Texas FILED |
|---|---|---|
| NAME OF SERVER *(PRINT)* William Renfro | TITLE Atty | OCT 0 2 2002 |

*Check one box below to indicate appropriate method of service*

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  7099  3220  0000  8242  7677

Recieved by G.D. Lozano on 7/11/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-11-02
_____    _____
Date                       Signature of Server

---

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
- ☐ Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

G.D. Lozano
P.O. Box 854
La Feria, Texas 78559

4a. Article Number  7099 3220 0000 8242 7677

4b. Service Type
- ☑ Registered          ☑ Certified
- ☐ Express Mail       ☐ Insured
- ☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery  RM 7-11-02

5. Received By: (Print Name)  G.D. Lozano

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994         102595-99-B-0223     Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

(1) As to who may serve a summons see ...