JCO Specialists

B-02-137 · 60

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/23/02 | United States District Court Southern District of Texas FILED |
|---|---|---|
| NAME OF SERVER (PRINT) William Renfro | TITLE Atty | OCT 02 2002 Michael N. Milby Clerk of Court |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7738
  Recieved by Sandra Perez on 7/23/02

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/23/02
           Date

Signature of Server: William Renfro

Address of Server: 135 E. Ruben Torres Blvd.

---

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
☐ Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
JCO Specialists
P.O. Box 4582
Edinburg, Texas 78540

4a. Article Number
7099 3220 0000 8243 7738

4b. Service Type
☒ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
Sandra Perez

6. Signature (Addressee or Agent)
Sandra Perez

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994        102595-99-B-0223    Domestic Return Receipt