Opening Specialists
& Supply Inc.

B-02-137

61

# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED

OCT 02 2002

Michael N. Milby
Clerk of Court

| Service of the Summons and complaint was made by me[1] | DATE 7-12-02 |
|---|---|
| NAME OF SERVER (PRINT) William Rentfro | TITLE Atty |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099  3220  0000  8243  7684

Received by Linda Eudy on 7/12/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-12-02
_____ Date

_William Rentfro_
Signature of Server

185 E. Ruben Torres Blvd.
Address of Server

SENDER:
☐ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
Opening Specialties and Supply
3715 Avenue E East
Arlington, Texas 76011

4a. Article Number
7099 3220 0000 8243 7684

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
7-12-02

5. Received By: (Print Name)
Linda Eudy

6. Signature (Addressee or Agent)
Linda Eudy

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.