DAL-Tile Corp.                                              B-02-137                              62

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/12/02 | United States District Court Southern District of Texas |
|---|---|---|
| NAME OF SERVER *(PRINT)* William Bentfro | TITLE Atty | OCT 0 2 2002 |

*Check one box below to indicate appropriate method of service*

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7691
   Recieved by Marie Garcia on 7/12/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/12/02
                  Date                    Signature of Server   William Bentfro

185 E. Ruben Torres Blvd.
Address of Server

---

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
☐ Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
DAL-Tile Corporation
350 North St. Paul
Dallas, Texas 75201

4a. Article Number
7099 3220 0000 8243 7691
4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By (Print Name) RECEIVED JUL 1 2 2002
6. Signature (Addressee or Agent) Marie Garcia

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994        102595-99-B-0223    Domestic Return Receipt