DEA Specialties Co.                              B-02-137                    63

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-12-02 |
| NAME OF SERVER (PRINT) William Rentfro | TITLE Atty |

United States District Court
Southern District of Texas
FILED
OCT 0 3 2002
Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): 7099 3220 0000 8243 7707
  Recieved on 7/12/02 by C. Patterson

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-12-02
            Date

Signature of Server: Will Rentfro

Address of Server: 185 E. Ruben Torres Blvd.

---

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
- ☐ Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
DEA Specialties Co., LTD.
6674 Alamo Downs Parkway
San Antonio, Texas 78268-1045

4a. Article Number: 7099 3220 0000 8243 7707
4b. Service Type:
☑ Registered      ☑ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery: 7-12-02

5. Received By: (Print Name) C. Patterson
6. Signature (Addressee or Agent): C. Patterson

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994       102595-99-B-0223   Domestic Return Receipt

Thank you for using Return Receipt Service.