LCM Management Co.                                    B-02-137

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/5/02 | United States District Court Southern District of Texas FILED OCT 0 2 2002 Michael N. Milby Clerk of Court |
|---|---|---|
| NAME OF SERVER (PRINT) William Bentfro | TITLE Attorney | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7714

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/5/02        William Bentfro
              Date            Signature of Server

              185 E. Ruben Torres Blvd.
              Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
LCM Management Co. Inc.
d/b/a South Texas Flag
c/o Robert A. Binney
P.O. Box 2792
Harlingen, TX 78551-2792

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B. ____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Bob Binney                     AUG

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7099 3220 0000 8243 7876

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035