Star Building Systems

B-02-137

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me[1] | DATE 7-15-02 | United States District Court Southern District of Texas |
|---|---|---|
| NAME OF SERVER *(PRINT)* William Rentfro | TITLE Atty | OCT 0 2 2002 Michael N. Milby Clerk of Court |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7721
Received by Yolanda Perez on 7/15/02

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-15-02
               Date                       Signature of Server

---

**SENDER:**
☐ Complete Items 1 and/or 2 for additional services.
   Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
Star Building Systems
P.O. Box 681045
Chicago, Illinois 60693

4a. Article Number
7099 3220 0000 8243 7721

4b. Service Type
☒ Registered      ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery  7/15/02

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature *(Addressee or Agent)*
   Yolanda Perez

PS Form **3811**, December 1994   102595-99-B-0223   Domestic Return Receipt