D & B General Cleaning                                    B-02-137    66

## RETURN OF SERVICE

| | DATE | |
| --- | --- | --- |
| Service of the Summons and complaint was made by me[(1)] | 7/21/02 | United States District Court<br>Southern District of Texas<br>FILED |
| NAME OF SERVER *(PRINT)*<br>William Rentfro | TITLE<br>Atty. | OCT 0 2 2002<br>Michael N. Milby<br>Clerk of Court |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7001 2510 0001 8504 8280
   Recieved July 12, 2002 by Lupita Mtz

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/21/02
             *Date*            *Signature of Server* William Rentfro

                               185 E. Ruben Torres Blvd.
                               *Address of Server*

---

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
☐ Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
D&B General Cleaning
PO Box 8551
Brownsville TX 78526-8551

4a. Article Number
4b. Service Type
   ☑ Registered    ☐ Certified
   ☐ Express Mail  ☐ Insured
   ☐ Return Receipt for Merchandise  ☐ COD
7. Date of Delivery
8. Addressee's Address (Only if requested and fee is paid)

5. Received By: (Print Name)
Lupita mtz
6. Signature (Addressee or Agent)
Lupita mtz

PS Form 3811, December 1994    102595-99-B-0223    Domestic Return Receipt