Consolidated Electrical Distributors

B-02-137   71

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7-12-02 |
| NAME OF SERVER (PRINT) William Bentfro | TITLE Atty |

United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): 7000 0520 0099 1407 1140
Recieved 7/12/02 by Marie Garcia

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-12-02
                Date

Signature of Server: William Benfro

185 E. Ruben Torres Blvd.
Address of Server

---

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
   Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
Consolidated Electrical Dist.
350 North St Paul
Dallas TX 75201

4a. Article Number

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
RECEIVED JUL 1 2 2002

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
Marie Garcia

PS Form 3811, December 1994   102595-99-B-0223   Domestic Return Receipt