73

United States District Court
Southern District of Texas
FILED

OCT 03 2002

Michael N. Milby
Clerk of Court

1  THE GARDNER LAW FIRM
2  A PROFESSIONAL CORPORATION
3  745 EAST MULBERRY, SUITE 100
4  SAN ANTONIO, TEXAS 78212
5  210-733-8191-PHONE
6  210-733-5538-FAX
7  tjw@tglf.com
8  Attorneys for RZB, Inc., d/b/a Global Electric

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BROWNDREW, L.L.C. | § |
| | § |
| Plaintiff and Counter Defendant | § |
| | § |
| V. | § |
| | § |
| TRIAD BUILDERS, INC.; ELSA STATE | § |
| BANK & TRUST.; G&T PAVING CO.; | § CASE NUMBER: B-02-137 |
| AQUA TECH; VILLANUEVA FENCE & | § |
| SUPPLY CO.; VALLEY BUILDERS CO.; | § |
| ROBERT'S WELDING & FABRICATORS, | § |
| INC.; BOWMAN DISTRIBUTING CO., INC.; | § |
| OMEGA SYSTEMS; GALVAN SHEET | § |
| METAL SHOP; RAYMOND ROOFING, INC.; | § |
| SKIPPER'S REPAIR PLUMBING; RZB, INC., | § |
| d/b/a GLOBAL ELECTRIC et al. | § |
| | § |
| Defendants | § |

**PRO HAC VICE APPLICATION OF**
**THOMAS J. WALTHALL, JR.**

I, Thomas J. Walthall, Jr., hereby petition this Court for leave to appear on behalf of RZB, INC., d/b/a GLOBAL ELECTRIC, Defendant in this cause. My office address is 745 E. Mulberry, Suite 100, San Antonio, Texas 78212; phone number is 210-733-8191; fax number is 210-733-5538; tjw@tglf.com is the e-mail address. I was admitted to practice before the State

1   Bar of Texas in 1980; and the U. S. District Court, Western District of Texas in 1983. I am in

2   good standing in said Courts and am not currently suspended or disbarred by any other Court.

3       I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Thomas J. Walthall, Jr.
THE GARDNER LAW FIRM
A PROFESSIONAL CORPORATION
745 EAST MULBERRY, SUITE 100
SAN ANTONIO, TEXAS 78212
210-733-8191-PHONE
210-733-5538-FAX
tjw@tglf.com = e-mail address

## CERTIFICATE OF SERVICE

I certify that a copy of the above instrument has been sent to all counsel of record listed below, by the method indicated, on this the 2nd day of October, 2002.

| | |
|---|---|
| William L. Rentfro<br>Rentfro, Faulk & Blakemore, LLP | *FACSIMILE NO. (956) 541-3414* |
| Marshall L. Armstrong, Esq.<br>Warren, Drugan & Barrows, P.C. | *FACSIMILE NO. 224-6488* |
| Misti L. Beanland<br>Matthews, Carlton, Stein, Shiels | *FACSIMILE NO. (972) 234-1750* |
| Lance Alan Kirby<br>Jones, Galfigun | *FACSIMILE NO. (956) 969-9402* |
| G & T Paving Co.<br>c/o Abel Gonzales | *FIRST CLASS MAIL* |
| Jerry Lee Stapleton<br>Stapleton Curtis | *FACSIMILE NO. (956) 428-9283* |
| Edmann's Commercial Refrigeration & A/C<br>c/o Eduardo Martinez | *FACSIMILE NO. (956) 783-0108* |
| Marshall R. Ray<br>Ransome and Ray | *FACSIMILE NO. (956) 542-3698* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Daniel G. Rios | *FACSIMILE NO. (956) 682-0566* |
| 3 | Law Offices of Daniel G. Rios | |
| 4 | | |
| 5 | Alfredo Padilla | *FACSIMILE NO. (956) 544-0647* |
| 6 | Attorney at Law | |
| 7 | | |
| 8 | John Barnaby Skaggs | *FACSIMILE NO. (956) 630-6570* |
| 9 | Skaggs & Garza | |
| 10 | | |
| 11 | M. Steven Deck | *FACSIMILE NO. (956) 687-5514* |
| 12 | Law Offices of John King | |
| 13 | | |
| 14 | Alison Diane Kennamer | *FACSIMILE NO. (956) 541-2170* |
| 15 | Rodriquez Colvin & Chaney | |
| 16 | | |
| 17 | Michael A. McGurk | *FACSIMILE NO. (956) 630-5199* |
| 18 | Kittlemay Thomas | |
| 19 | | |
| 20 | Antonio Villeda | *FACSIMILE NO. (956) 631-9146* |
| 21 | | |
| 22 | Gregory E. Turley | *FACSIMILE NO. (888) 252-7864* |
| 23 | | |
| 24 | Mr. Curtis Bonner, Esq. | *FACSIMILE NO. (956) 428-0671* |
| 25 | | |
| 26 | Mauro L. Reyna, III | *FACSIMILE NO. (956) 584-8718* |
| 27 | | |
| 28 | G. D. Lozano | *FIRST CLASS MAIL* |
| 29 | | |
| 30 | Brittany Leigh Wills | *FACSIMILE NO. (956) 686-1276* |
| 31 | Walker & Twenhafel, LLP | |
| 32 | | |
| 33 | Robert L. Eden | *FACSIMILE NO. (972) 234-1750* |
| 34 | | |
| 35 | | |
| 36 | | /s/ Thomas J. Walthall |
| 37 | | Thomas J. Walthall, Jr. |

```
1   THE GARDNER LAW FIRM
2   A PROFESSIONAL CORPORATION
3   745 EAST MULBERRY, SUITE 100
4   SAN ANTONIO, TEXAS 78212
5   210-733-8191-PHONE
6   210-733-5538-FAX
7   tjw@tglf.com
8   Attorneys for RZB, Inc., d/b/a Global Electric
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BROWNDREW, L.L.C. § <br> § <br> Plaintiff and Counter Defendant § <br> § <br> V. § <br> § <br> TRIAD BUILDERS, INC.; ELSA STATE § <br> BANK & TRUST.; G&T PAVING CO.; § <br> AQUA TECH; VILLANUEVA FENCE & § <br> SUPPLY CO.; VALLEY BUILDERS CO.; § <br> ROBERT'S WELDING & FABRICATORS, § <br> INC.; BOWMAN DISTRIBUTING CO., INC.; § <br> OMEGA SYSTEMS; GALVAN SHEET § <br> METAL SHOP; RAYMOND ROOFING, INC.;§ <br> SKIPPER'S REPAIR PLUMBING; RZB, INC.,§ <br> d/b/a GLOBAL ELECTRIC et al. § <br> § <br> Defendants § | CASE NUMBER:   B-02-137 |

# ORDER

IT IS ORDERED that the Pro Hac Vice Application filed by Thomas J. Walthall, Jr. to appear on behalf of RZB, INC., d/b/a GLOBAL ELECTRIC, in the above-captioned case is hereby APPROVED.

SIGNED on this _____ day of October, 2002.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| Plaintiff and Counter Defendant | § | |
| | § | |
| V. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST.; G&T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING CO., INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; SKIPPER'S REPAIR PLUMBING; RZB, INC., d/b/a GLOBAL ELECTRIC et al. | § § § § § § § § § | CASE NUMBER:   B-02-137 |
| Defendants | § | |

## Disclosure of Interested Parties of RZB, Inc., d/b/a Global Electric

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RZB, INC., d/b/a GLOBAL ELECTRIC ("GLOBAL"), one of the defendants in the above-referenced action, and files this its *Disclosure of Interested Parties*.

1.      Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, upon information and belief, GLOBAL identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

   Browndrew, L.L.C, Plaintiff; Triad Builders, Inc.; Elsa State Bank & Trust Co.; G&T Paving Co.; Aqua Tech; Villanueva Fence & Supply Co.; Valley Builders Co.; Robert's Welding & Fabricators, Inc.; Bowman Distributing Company, Inc.; Omega Systems; Galvan Sheet Metal Shop; Raymond Roofing, Inc.; Edmann's

Commercial Refrigeration & A/C; Skipper's Repair Plumbing; RZB, Inc., d/b/a Global Electric; Lifetime Industries, Inc.; Ben's Glass and Metal; Kenmarr, Inc.; Gabriel Alcantar; Alfredo Gutierrez; M&M Commercial Law Services, Inc.; G.D. Lozano; Kevin Comier; JCO Specialists; Opening Specialties and Supply, Inc.; Dal-Tile Corporation; DEA Specialties Co., Ltd.; LCM Management Co., Inc., d/b/a South Texas Flag; Star Building Systems; Mario Maron; D&B General Cleaning; GT Blinds, Inc.; Robert Mariscal; The Sherwin-Williams Company; The Striping Company; Roberto Gomez; A&J Paving; Hope Lumber & Supply Co., L.P.; Consolidated Electric Distributors, Inc.; Palmview Glass & Mirror, Inc.; and Encinal Investments, Inc., Defendants.

Respectfully submitted,

Thomas J. Walthall, Jr.
State Bar No. 20821600
Brad L. Sklencar
State Bar No. 18474230
Admission No. 13093
THE GARDNER LAW FIRM
A Professional Corporation
745 E. Mulberry, Suite 100
San Antonio, Texas 78212
(210) 733-8191
(210) 733-5538 (Fax)

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of October, 2002, a copy of the above instrument has been sent by first class mail, postage pre-paid, to the following:

William L. Rentfro
Rentfro, Faulk & Blakemore, LLP
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
*Counsel for Plaintiff and Counter-Defendant, Browndrew, LLC*

G.D. Lozano
P.O Box 854
La Feria, Texas 78559
*Pro Se*

Jerry Lee Stapleton
Stapleton, Curtis & Boswell, LLP
P.O. Box 2644
Harlingen, Texas 78551
*Counsel for Defendant and Counter-Claimant, Bowman Distributing, Bowman Dist. Co., Inc.*

Alison D. Kennamer
Rodriguez, Colvin & Chaney, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, Texas 78522
*Counsel for Defendant, Sherwin-Williams Company*

Lance A. Kirby
Jones, Galligan, Key & Lozana, LLP
2300 W. Pike Blvd., Suite 300
P.O. Drawer 1247
Weslaco, Texas 78599
*Counsel for Defendant, Elsa State Bank*

Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520
*Pro Se for Defendant, G&T Paving Co.*

Marshall R. Ray
Ransome & Ray
550 E. Levee Street
Brownsville, Texas 78520-5343
*Counsel for Defendant and Cross-Claimant, Skipper Repair Plumbing*

M. Steven Deck
Law Offices of John King
3409 N. 10th Street, Suite 100
McAllen, Texas 78501
*Counsel for Defendant, Robert Mariscal*

Robert L. Eden
Matthews Carlton
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
*Counsel for Defendant, Consolidated Electric Distributors, Inc.*

Sam Drugan
Marshall L. Armstrong
Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, Texas 78215
*Counsel for DEA Specialties Co., Ltd.*

Curtis Bonner
Bonner & Bonner
P.O. Box 288
Harlingen, Texas 78551
*Counsel for Defendant and Counter-Claimant, M&M Commercial Lawn Services, Inc.*

Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589
*Pro Se for Defendant, Edmann's Commercial Refrigeration & A/C*

Daniel G. Rios
Law Offices of Daniel Rios
323 Nolana Loop
McAllen, Texas 78504
*Counsel for Defendant, Lifetime Industries, Inc.*

Michael A. McGurk
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504
*Counsel for Defendant, Hope Lumber & Supply Co*

Mauro L. Reyna, III
P.O. Box 969
Penitas, Texas 78576
*Counsel for Intervenor-Plaintiff, Robert Cardenas, Jr., d/b/a Robert Welding & Fabricators, Inc.*

John Skaggs
Skaggs & Garza
P.O. Drawer 2285
McAllen, Texas 78502
*Counsel for LCM Management Co., Inc., d/b/a South Texas Flag*

_____
Brad L. Sklencar