IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BROWNDREW, L.L.C. § | |
| § | |
| Plaintiff and Counter Defendant § | |
| § | |
| V. § | |
| § | |
| TRIAD BUILDERS, INC.; ELSA STATE § | |
| BANK & TRUST.; G&T PAVING CO.; § | CASE NUMBER:  B-02-137 |
| AQUA TECH; VILLANUEVA FENCE & § | |
| SUPPLY CO.; VALLEY BUILDERS CO.; § | |
| ROBERT'S WELDING & FABRICATORS, § | |
| INC.; BOWMAN DISTRIBUTING CO., INC.; § | |
| OMEGA SYSTEMS; GALVAN SHEET § | |
| METAL SHOP; RAYMOND ROOFING, INC.;§ | |
| SKIPPER'S REPAIR PLUMBING; RZB, INC.,§ | |
| d/b/a GLOBAL ELECTRIC et al. § | |
| § | |
| Defendants § | |

## Disclosure of Interested Parties of
## RZB, Inc., d/b/a Global Electric

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RZB, INC., d/b/a GLOBAL ELECTRIC ("GLOBAL"), one of the defendants in the above-referenced action, and files this its *Disclosure of Interested Parties*.

1.  Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, upon information and belief, GLOBAL identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

>  Browndrew, L.L.C, Plaintiff; Triad Builders, Inc.; Elsa State Bank & Trust Co.;
>  G&T Paving Co.; Aqua Tech; Villanueva Fence & Supply Co.; Valley Builders
>  Co.; Robert's Welding & Fabricators, Inc.; Bowman Distributing Company, Inc.;
>  Omega Systems; Galvan Sheet Metal Shop; Raymond Roofing, Inc.; Edmann's

Commercial Refrigeration & A/C; Skipper's Repair Plumbing; RZB, Inc., d/b/a Global Electric; Lifetime Industries, Inc.; Ben's Glass and Metal; Kenmarr, Inc.; Gabriel Alcantar; Alfredo Gutierrez; M&M Commercial Law Services, Inc.; G.D. Lozano; Kevin Comier; JCO Specialists; Opening Specialties and Supply, Inc.; Dal-Tile Corporation; DEA Specialties Co., Ltd.; LCM Management Co., Inc., d/b/a South Texas Flag; Star Building Systems; Mario Maron; D&B General Cleaning; GT Blinds, Inc.; Robert Mariscal; The Sherwin-Williams Company; The Striping Company; Roberto Gomez; A&J Paving; Hope Lumber & Supply Co., L.P.; Consolidated Electric Distributors, Inc.; Palmview Glass & Mirror, Inc.; and Encinal Investments, Inc., Defendants.

Respectfully submitted,

Thomas J. Walthall, Jr.
State Bar No. 20821600
Brad L. Sklencar
State Bar No. 18474230
Admission No. 13093
THE GARDNER LAW FIRM
A Professional Corporation
745 E. Mulberry, Suite 100
San Antonio, Texas 78212
(210) 733-8191
(210) 733-5538 (Fax)

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of October, 2002, a copy of the above instrument has been sent by first class mail, postage pre-paid, to the following:

William L. Rentfro
Rentfro, Faulk & Blakemore, LLP
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
*Counsel for Plaintiff and Counter-Defendant, Browndrew, LLC*

G.D. Lozano
P.O Box 854
La Feria, Texas 78559
*Pro Se*

Jerry Lee Stapleton
Stapleton, Curtis & Boswell, LLP
P.O. Box 2644
Harlingen, Texas 78551
*Counsel for Defendant and Counter-Claimant, Bowman Distributing, Bowman Dist. Co., Inc.*

Alison D. Kennamer
Rodriguez, Colvin & Chaney, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, Texas 78522
*Counsel for Defendant, Sherwin-Williams Company*

Lance A. Kirby
Jones, Galligan, Key & Lozana, LLP
2300 W. Pike Blvd., Suite 300
P.O. Drawer 1247
Weslaco, Texas 78599
*Counsel for Defendant, Elsa State Bank*

Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520
*Pro Se for Defendant, G&T Paving Co.*

Marshall R. Ray
Ransome & Ray
550 E. Levee Street
Brownsville, Texas 78520-5343
*Counsel for Defendant and Cross-Claimant,
Skipper Repair Plumbing*

M. Steven Deck
Law Offices of John King
3409 N. 10th Street, Suite 100
McAllen, Texas 78501
*Counsel for Defendant, Robert Mariscal*

Robert L. Eden
Matthews Carlton
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
*Counsel for Defendant, Consolidated Electric
Distributors, Inc.*

Sam Drugan
Marshall L. Armstrong
Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, Texas 78215
*Counsel for DEA Specialties Co., Ltd.*

Curtis Bonner
Bonner & Bonner
P.O. Box 288
Harlingen, Texas 78551
*Counsel for Defendant and Counter-Claimant,
M&M Commercial Lawn Services, Inc.*

Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589
*Pro Se for Defendant, Edmann's Commercial
Refrigeration & A/C*

Daniel G. Rios
Law Offices of Daniel Rios
323 Nolana Loop
McAllen, Texas 78504
*Counsel for Defendant, Lifetime Industries, Inc.*

Michael A. McGurk
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504
*Counsel for Defendant, Hope Lumber & Supply Co*

Mauro L. Reyna, III
P.O. Box 969
Penitas, Texas 78576
*Counsel for Intervenor-Plaintiff, Robert Cardenas,
Jr., d/b/a Robert Welding & Fabricators, Inc.*

John Skaggs
Skaggs & Garza
P.O. Drawer 2285
McAllen, Texas 78502
*Counsel for LCM Management Co., Inc.,
d/b/a South Texas Flag*

_____
Brad L. Sklencar