To:  BROWNDREW, LLC
ATTN: Mr. Tom Boucher
656 West Randolph, Suite 400W
Chicago, IL 60661

United States District Court
Southern District of Texas
FILED

OCT 7 2002

Michael N. Milby
Clerk of Court

From:   G.D. LOZANO
Date:   OCT. 7, 2002
Subject:  Notice of Non-Payment
Civil Case No. :  B-02-137

TO WHOM IT MAY CONCERN:

The following are the hours that my crew and I worked at the building on Lot 2, Block 1, HAPCO Subdivision in Brownsville, Texas on which Triad Builders, Inc. was the general contractor.

G.D. LOZANO:            83 hours
DAVID LESTER DUNN:  83 hours
RUBEN HINOJOSA:       61 hours
     Total hours worked: 227 @ $15.00 per hour
                    Total: $3,405.00

Also included:
 200 sq. ft of Tile and Grid and Ceiling Tile @ $2.00 a sq. ft.
  Labor and Materials: $400.00
   Total amount due: $3,805.00


G.D. LOZANO   Tax I.D.# 329323006