THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL AND
SCHEDULING CONFERENCE

United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-137          DATE & TIME  10/2/02 @ 2:00 pm

BROWNDREW, L.L.C.                  PLAINTIFF'S  WILLIAM L. RENTFRO
                                   COUNSEL
VS

TRIAD BUILDERS, INC., ET AL        DEFENDANTS'
                                   COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              R. Harrelson

The following attorneys appeared telephonically:

Marshall Armstrong for DEA Specialties
Tom Walthall for RZB Inc., d/b/a Global Electric
Steven Deck for Robert Mariscal
Misti Beanland for Consolidated Electrical Dist., Inc.
Brittany L. Wells for Opening Specialties & Supply, Inc.
Alison Kennamer for Sherwin-Williams Company.  Court addresses Atty. Kennamer
   Motion to Withdraw as counsel for Sherwin-Williams and it is GRANTED by the
   Court and Atty. Kennamer is excused from hearing.  Attorney Gregory Turley
   is attorney of record for Sherwin-Williams.
John Skaggs for LCM Management Co. d/b/a South Texas Flag
Mauro Reyna for Robert Welding & Fabrication

Attorneys appearing in person:

William Rentfro for Plaintiff, Browndrew LLC
Lance Kirby for Elsa State Bank
Laura Villanueva, Pro Se for Villanueva Fence
Eduardo Martinez, Pro Se for Edmann's Commercial Refrigeration
Daniel Rios for Lifetime Industries, Inc.
Paul Fourt appearing for Atty. Alfredo Padilla for Gabriel Alcantar
Curtis Bonner for M&M Commerical
G. D. Lozano, Pro Se for G D Lozano
Gregory Turley for Sherwin-Williams
Mario Maron, Pro Se for Mario Moron

Michael McGurk for Hope Lumber & Supply Co.
Tom Curtis appearing for Jerry Stapleton for Bowen Distributers
Elizabeth Guerra for Skippers Repair
Bob Evans for Aqua-Tech Lawn

All parties announced ready. Court addresses Motion to deposit money into the Registry of the Court and it is GRANTED by the Court. Parties to submit proposed order.

Court addresses scheduling matter. Court requests written statement due by 10/18/02 showing work performed, filing of liens, when and where liens file, plus copy of lien, list of payments received since of 2/2/02; date notice to Owner/General Cotnractor plus copy of notice, payment made or received since 2/2/02, and when work performed including completion and dates work completed/delivered.

Scheduling order as follows: The ETT is 5 days.
Deadline for Cross-Actions by 11/1/02
Deadline for adding new parties - 11/14/02
Parties to agree on a mediator by 11/27/02. If mediator is not agreed on by that day, Court will appoint mediator.
Mediation set for 12/15/02

Docket call is set for 3/6/03 @ 1:30 pm. All parties need to be present.
Jury Selection is set for 3/7/03 @ 9:00 am.
Joint Pretrial Order due by 2/27/03
Discovery by 2/13/03
Dispositive Motions by 2/13/03
Plaintiff's experts by 1/3/03
Defendants' experts by 1/24/03


Court addresses Motion to Dismiss and is OVERRULED.

Court addresses Motion regarding Service of Pleadings (DE# 34) is GRANTED.

Motion to appear Pro Hac Vice by Atty. Tom Walthall is GRANTED by the Court.

Court is adjourned.