77

United States District Court
Southern District of Texas
FILED

**Sworn Statement Of Account**

OCT 0 2 2002

Date:  May 22, 2002

Michael N. Milby
Clerk of Court

To:    **BROWNDREW, LLC**
       **656 West Randolph, Suite 400W**
       **Chicago, IL. 60661**

Affiant: Aqua Tech

*B-02-137*

       4305 N. 10th
       McAllen, Texas 78504

Project: GSA Building on Coffeeport Road, Brownsville, Texas
         Irrigation System

Amount Due: $2,518.79

        Affiant on oath swears individually and on behalf of Aqua Tech, that the
following statements are true:
        1. The amount due Aqua Tech of $2,518.79 is just and due.
        2. There have been no offsets, payments or credits.
        3. Bills Paid. Aqua Tech has paid the total of all charges for and in
connection with labor and material furnished to Aqua Tech.
        4. Performance Standard. All labor performed by Aqua Tech, on the project
was done in a good and workmanlike manner and in accordance with the plans and
specifications for the project.
        5. Materials Standard. All materials supplied by Aqua Tech, to the Project
were in accordance with the plans and specifications for the Project.
        6. Compliance With Laws. Aqua Tech, has complied with all federal, state
and local tax laws, unemployment compensation laws, occupational safety laws,
federal wage and hour laws, and all applicable laws, ordinances and statutes
applicable to performance of Aqua Tech, duties.

Aqua Tech

By _____
       Robert F. Evans
       **Aqua Tech**

        SUSCRIBED AND SWORN TO by Robert F. Evans before me,
The undersigned authority, on this the 23 day of May 2002.

_____
Notary Public, State of Texas

ALBERTA M. TIJERINA
Notary Public, State of Texas
My Commission Expires

Aqua Tech
P.O. Box 4504
McAllen, Texas 78502
(956) 630-1402/Fax )956) 664-9963
www.aquatechlawn.com

# Memo

**To:**      Mr. Tom Boucher / Browndrew,LLC.

**From:**    Bob Evans

**Project : GSA Building on Coffeeport Rd.**
**Brownsville, Texas      Date:**      5/22/02

**Re:**      **Notice of non-payment**

To Whom It May Concern:

This memo shall serve as notice that Aqua Tech is due the
amount of $2,518.79 for work completed @ GSA building on
Coffeeport Road, Brownsville, Texas. See attached invoice #
7799 and Sworn Statement Of Account as documentation for
this claim. If you have any questions I can be reached @ (956)
638-7131.

Thanks,

Bob Evans

# Memo

**To:**        Subcontractors and Suppliers of Triad Builders, Inc.
**From:**      BROWNDREW, LLC
**Date:**      May 16, 2002
**Subject:**   Claims against GSA Building on Coffeeport Road, Brownsville, Texas

TO WHOM IT MAY CONCERN:

BROWNDREW, LLC, was the owner of the property on which the GSA Building was recently constructed on Lot 2, Block 1, HAPCO Subdivision, and on which Triad Builders, Inc. was the general contractor.  That property was subsequently sold to the current owner, and leased by the current owner to the current tenant.  The parties currently in possession of the property have no connection with or liability to subcontractors or suppliers regarding the construction of the building.

It has come to our attention that a number of subcontractors and suppliers may not have been paid by Triad Construction, Inc. regarding this project, and accordingly funds have been retained in accordance with the Texas Property Code retainage statutes.  An Affidavit of Completion was filed in the Real Property records of Cameron County, Texas on May 8, 2002.  This means that subcontractors and suppliers on this project who have not been paid in full need to file their notices of non-payment at the following address not later than June 7, 2002:

BROWNDREW, LLC
Attn: Mr. Tom Boucher
656 West Randolph, Suite 400W
Chicago, IL 60661

On or after June 8, 2002, BROWNDREW, LLC will proceed to disburse retained funds to those subcontractors or suppliers who have filed notices of non-payment in proportion to their respective claim amounts.  In the meantime, claimants should be advised that contacting the current owner or tenant of the premises with regard to payment will be regarded as trespass and/or tortious interference with contractual relations.  Attempts to remove improvements from the property will be regarded as conversion.  Remedies for unpaid claims must be pursued as set out above, and interference with the current operation of the premises will be reported to the appropriate authorities.

# AQUA-TECH LAWN

P.O. BOX 4505
McALLEN, TX 78502
(956) 630-1402

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/22/2002 | 7799 |

| BILL TO | WORK TO BE DONE |
|---------|-----------------|
| **TRIAD BUILDERS**<br>**2300 W. PIKE**<br>**WESLACO, TX. 78596** | **LAWN SPRINKLER INSTALLATION**<br>**BROWNDREW,LLC** |

| PERSON CALLING | TERMS | APPROVED BY | PROJECT |
|----------------|-------|-------------|---------|
| SANTOS | Due on receipt | ROBERT | COMM. |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **LAWN SPRINKLER G.S.A./S.S.A** | 1 | 12,950.00 | 12,950.00 |
| **PAYMENTS TO DATE** | | -10,431.21 | -10,431.21 |

| AQUA TECH LAWN SPRINKLERS YOU CAN'T BEAT THE SYSTEM | Total | $2,518.79 |
|---|---|---|

United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

## Sworn Statement Of Account

**Date:** May 22, 2002

**To:**     **BROWNDREW, LLC**
            **656 West Randolph, Suite 400W**
            **Chicago, IL. 60661**

**Affiant:** Aqua Tech
            **4305 N. 10th**
            **McAllen, Texas 78504**

**Project:** GSA Building on Coffeeport Road, Brownsville, Texas
            **Irrigation System**

**Amount Due: $2,518.79**

   Affiant on oath swears individually and on behalf of Aqua Tech, that the following statements are true:
   1. The amount due Aqua Tech of $2,518.79 is just and due.
   2. There have been no offsets, payments or credits.
   3. Bills Paid. Aqua Tech has paid the total of all charges for and in connection with labor and material furnished to Aqua Tech.
   4. Performance Standard. All labor performed by Aqua Tech, on the project was done in a good and workmanlike manner and in accordance with the plans and specifications for the project.
   5. Materials Standard. All materials supplied by Aqua Tech, to the Project were in accordance with the plans and specifications for the Project.
   6. Compliance With Laws. Aqua Tech, has complied with all federal, state and local tax laws, unemployment compensation laws, occupational safety laws, federal wage and hour laws, and all applicable laws, ordinances and statutes applicable to performance of Aqua Tech, duties.

Aqua Tech

By _____
      Robert F. Evans
      Aqua Tech

   SUSCRIBED AND SWORN TO by Robert F. Evans before me,
The undersigned authority, on this the 23 day of May 2002.

_____
Notary Public, State of Texas

ALBERTA M. TIJERINA
Notary Public, State of Texas
My Commission Expires 02-08-2006