78

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

OCT 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **BROWNDREW, L.L.C.,** | * | |
| | * | **CIVIL ACTION NO. B-02-137** |
| **Plaintiff** | * | |
| | * | |
| **V.** | * | |
| | * | **COMPLAINT IN** |
| **TRIAD BUILDERS, INC.; ELSA STATE** | * | **INTERPLEADER** |
| **BANK & TRUST CO.; G & T PAVING CO.;** | * | |
| **AQUA TECH; VILLANUEVA FENCE &** | * | |
| **SUPPLY CO.; VALLEY BUILDERS CO.;** | * | |
| **ROBERT'S WELDING & FABRICATORS,** | * | |
| **INC.; BOWMAN DISTRIBUTING COMPANY,** | * | |
| **INC.; OMEGA SYSTEMS; GALVAN SHEET** | * | |
| **METAL SHOP; RAYMOND ROOFING, INC.;** | * | |
| **EDMANN'S COMMERCIAL REFRIGER-** | * | |
| **ATION & A/C; SKIPPER'S REPAIR** | * | |
| **PLUMBING; RZB INC., d/b/a GLOBAL** | * | |
| **ELECTRIC; LIFETIME INDUSTRIES;** | * | |
| **BEN'S GLASS AND METAL; KENMARK,** | * | |
| **INC.; GABRIEL ALCANTAR; ALFREDO** | * | |
| **GUTIERREZ; M&M COMMERCIAL LAWN** | * | |
| **SERVICES, INC.; G.D. LOZANO; KEVIN** | * | |
| **COMIER; JCO SPECIALISTS; OPENING** | * | |
| **SPECIALTIES AND SUPPLY, INC.; DAL-** | * | |
| **TILE CORPORATION; DEA SPECIALTIES** | * | |
| **CO., LTD.; LCM MANAGEMENT CO., INC.** | * | |
| **d/b/a SOUTH TEXAS FLAG; STAR BUILDING** | * | |
| **SYSTEMS; MARIO MARON; D&B GENERAL** | * | |
| **CLEANING; G.T. BLINDS, INC.; ROBERT** | * | |
| **MARISCAL; THE SHERWIN-WILLIAMS** | * | |
| **COMPANY; THE STRIPING COMPANY;** | * | |
| **ROBERTO GOMEZ; A&J PAVING; HOPE** | * | |
| **LUMBER & SUPPLY CO., L.P.; CONSOL-** | * | |
| **IDATED ELECTRIC DISTRIBUTORS, INC.;** | * | |
| **PALMVIEW GLASS & MIRROR, INC.; and** | * | |
| **ENCINAL INVESTMENTS, INC.,** | * | |
| **Defendants** | * | |

**ORDER GRANTING INTERPLEADER**                                                      **PAGE 1**

## ORDER ON INTERPLEADER PETITION

After considering interpleader BROWNDREW, L.L.C.'s interpleader petition, the response, and arguments of counsel, the court GRANTS the interpleader petition.

1. The court orders interpleader to deposit the sum of $258,349.62 into the registry of the court.

2. This case shall continue on the merits among the parties to determine their respective rights to the funds.

SIGNED on _Octobr 10_, 2002.

_____
PRESIDING JUDGE

**ORDER GRANTING INTERPLEADER**                                                        **PAGE 2**