79

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

BROWNDREW, L.L.C. §
§
VS. § CIVIL ACTION NO. B-02-137
§
TRIAD BUILDERS, INC., ET AL. §

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.     ☐ Bench   ☒ Jury

2. New parties must be joined by:                       November 14, 2002
   Mediator to be agreed on by:                         November 27, 2002
   Mediation to be held by:                             December 15, 2002

   *Furnish a copy of this scheduling order to new parties.*

2A. Claim information as ordered to be exchanged by:    October 18, 2002

3. The plaintiff's experts will be named with a report furnished by:    January 3, 2003

4. The defendant's experts must be named with a report furnished by:    January 24, ~~2002~~ 2003

   Deadline for counter-claims filed by:                November 1, 2002

5. Discovery must be completed by:                      February 13, 2003

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************  The Court will provide these dates.  ************************

6. Dispositive Motions will be filed by:                February 13, 2003

7. Joint pretrial order is due:                         February 27, 2003

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 8:30 a.m. on:   March 6, 2003 @ 1:30 pm

9. Jury Selection is set for 9:00 a.m. on:              March 7, 2003 @ 9:00 am

The case will remain on standby until tried.

Signed this the __11th__ day of October, 2002.

Andrew S. Hanen
United States District Judge