UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 11 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>    Plaintiff,<br><br>V.<br><br>TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGER-ATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOL-IDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and FINANCIAL INVESTMENTS, INC.,<br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>B-02-137<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY DEMAND** |

**ELSA STATE BANK & TRUST CO.'S
DEMAND FOR JURY TRIAL**

Page -2-

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

ELSA STATE BANK & TRUST CO., Defendant asserts its right under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

By: _____
LANCE A. KIRBY
Federal I.D. No.: 21811
State Bar No.: 00794096

Of Counsel:

TERRY D. KEY
Federal I.D. No.: 1205
State Bar No.: 11370200
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

**ATTORNEYS FOR DEFENDANT
ELSA STATE BANK & TRUST CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following attorneys on the ___ day of October, 2002:

William L. Rentfro
RENTFRO, FAULK, & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Telecopier: (956) 541-3414
**Attorney for Plaintiff**

Gregory E. Turley
ATTORNEY AT LAW
504 E. Dove Ave., Suite B
McAllen, Texas 78504
Telephone: (956) 682-8531
Telecopier: (956) 682-9533
**Attorneys for The Sherwin-Williams Company**

G.D. Lozano
P.O. Box 854
La Feria, Texas 78559
**Pro-Se**

Jerry L. Stapleton
STAPLETON, CURTIS & BOSWELL
515 E. Harrison, Ste. A
Harlingen, Texas 78550
Telephone: (956) 428-9191
Telecopier: (956) 428-9283
**Attorneys for Bowman Distributing Co., Inc.**

Marshall R. Ray
Elizabeth Guerrero
RANSOME & RAY, P.C.
550 E. Levee St.
Brownsville, Texas 78520
Telephone: (956) 542-3642
Telecopier: (956) 542-3698
**Attorneys for Skipper's Repair Plumbing**

Robert L. Eden
MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE & KNOTT
8131 LBJ Freeway Ste. 700
Dallas, Texas 75251
Telephone: (972) 234-3400
Telecopier: (972) 234-1750
**Consolidated Electrical Distributors, Inc.**

Mauro L. Reyna, III
LAW OFFICE OF MAURO L. REYNA, III
P.O. Box 969
Penitas, Texas 78576
Telephone: (956) 584-7822
Telecopier: (956) 584-8718
**Attorneys for Robert Cardenas, Jr. d/b/a Robert's Welding & Fabricators, Inc.**

Sam Drugan
Marshall L. Armstrong
WARREN, DRUGAN & BARROWS
800 Broadway
San Antonio, Texas 78215
Telephone: (210) 226-4131
Telecopier: (210) 224-6488
**Attorneys for D.E.A. Specialties Co., LTD**

M. Steven Deck
LAW OFFICE OF JOHN KING
3409 N. 10th St., Ste. 100
McAllen, Texas 78501
Telephone: (956) 687-6294
Telecopier: (956) 687-5514
**Attorneys for Robert Mariscal**

Daniel G. Rios
LIFETIME INDUSTRIES, INC.
323 Nolana
McAllen, Texas 78504
Telephone: (956) 630-9401
Telecopier: (956) 682-0566
**Attorneys for Lifetime Industries, Inc.**

Thomas J. Walthall, Jr.
Brad L. Sklencar
THE GARDNER LAW FIRM
745 E. Mulberry, Suite 100
San Antonio, Texas 78212
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
**Attorneys for RZB, Inc., d/b/a Global Electric**

Brittany L. Wills
Mark W. Walker
WALKER & TWENHAFEL, L.L.P.
P.O. Drawer 3766
McAllen, Texas 78502-3766
Telephone: (956) 687-6225
Telecopier: (956) 686-1276
**Attorneys for Opening Specialties and Supply, Inc.**

Alfredo Padilla
ATTORNEY AT LAW
1000 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 544-7100
Telecopier: (956) 544-0647
**Attorney for Alfredo Gutierrez and Gabriel Alcantar**

Antonio Villeda
LAW OFFICE OF ANTONIO VILLEDA
5414 North 10th Street
McAllen, Texas 78504
Telephone: (956) 631-9100
Telecopier: (956) 631-9146
**Attorney for Encinal Investments, Inc. and as Assignee to Palm Valley Glass and Mirror, Inc.**

_____
LANCE A. KIRBY