United States District Court
Southern District of Texas
FILED

*81*

OCT 1 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | CIVIL ACTION NO. B-02-137 |
|     Plaintiff, | § | |
| vs. | § | |
| | § | |
| TRIAD BUILDERS, INC., ET AL., | § | |
|     Defendants. | § | |

## STATEMENT OF CLAIM

TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Now comes D.E.A. Specialties Co., Ltd. ("DEA Specialties"), one of the defendants in the above-referenced action, and files this its Statement of Claim as follows:

1.    DEA furnished toilet compartments and furnished and installed Hufcor 3500 Accordion partitions to the Project.

2.    DEA filed and recorded on May 21, 2002 a mechanic's and materialman's lien in the real property records of Cameron County under Document No. 27243, Volume 8018, pages 259-265 in the amount of $9,896.00 against The Drew Group. DEA sent notice of its lien claim and affidavit claiming lien to The Drew Group and Triad Builders, Inc. on May 13, 2002 certified mail, return receipt requested. True and correct copies of the notice letter and lien documents are attached hereto as Exhibit B and incorporated herein by reference.

3.    DEA filed and recorded on June 12, 2002 a mechanic's and materialman's lien in the real property records of Cameron County under Document No. 31348, Volume 8078, pages 239-247 in the amount of $9,896.00 against Browndrew, L.L.C. DEA sent notice of its lien claim and affidavit claiming lien to Browndrew, L.L.C. and Triad Builders, Inc. on June 6, 2002, certified mail, return receipt requested. True and correct copies of the notice letter and lien documents are attached hereto

as Exhibit C and incorporated herein by reference.

4.      DEA sent notice of its claim to The Drew Group, Triad Builders, Inc. and the General

Services Administration on April 15, 2002, certified mail, return receipt requested, a true and correct

copy of which is attached hereto as Exhibit A and incorporated herein by reference.

5.      DEA has not received any payment from any entity with respect to the materials and/or labor

supplied to the Project by DEA, such materials and/or labor supplied representing the lien claim of

DEA.

6.      The work and labor were performed and completed and the materials delivered by DEA to

the Project in February of 2002.

> Respectfully submitted,
>
> Sam Drugan  06136200
> Attorney-In-Charge
> Southern Dist. of Texas 18843
> Marshall L. Armstrong 24027037
> Southern Dist. of Texas 30143
>
> Warren, Drugan & Barrows, P.C.
> 800 Broadway
> San Antonio, Texas 78215
> Telephone: (210)226-4131
> Telecopier: (210)224-6488
>
> BY: _____
>         Marshall L. Armstrong
>
> ATTORNEYS FOR D.E.A SPECIALTIES
> CO., LTD.

---

## CERTIFICATE OF SERVICE

I certify that on the _11th_ day of October, 2002, a copy of this foregoing document was served by First Class Mail, to the following:

William L. Rentfro
Rentfro, Faulk, & Blakemore, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

Marshall L. Armstrong



*"Since 1984"*
**6874 Alamo Downs Parkway**
**San Antonio, Texas 78238**
  *Mailing: P.O. Box 681045*
  *San Antonio, TX 78268-1045*
  *(210)523-1873 ph. (210)523-1544 fax*

*"We Sell The Best, Service the Rest"*
**Austin Office**
**(512) 440-7872 voice**
**(512) 440-7818 fax**
www.webmaster@hearhis-usa.com/dea
deaspec@flash.net

<u>**NOTICE OF CLAIM TO OWNER AND ORIGINAL CONTRACTOR**</u>

April 15, 2002

The Drew Group
656 West Randolph, Ste. 400 W.
Chicago, IL. 60661

Certified Mail - No. 7001 2510 0009 0171 2891
Return Receipt Requested

Triad Builders, Inc.
2300 W. Pike Blvd.
Weslaco, Tx. 78596

Certified Mail - No. 7001 2510 0009 0171 2884
Return Receipt Requested

Re:  Notice of Claim of DEA Specialties Co., Ltd. in the amount of $9,896.00; for General Services Administration/Social Security Administration construction project located at 1735 Coffee Port Road, Cameron County, Brownsville, Texas.

Gentlemen:

This is to provide you with notice of DEA Specialties Co., Ltd., past due and unpaid billing totaling $9,896.00 for specially fabricated material purchased on the above referenced project. DEA Specialties Co. Ltd. furnished and installed a Hufcor Accordion Partition and furnished only toilet compartments on the project pursuant to their agreement with Triad Builders, Inc.

This notice is sent in compliance with the Texas Property Code mechanic's lien provision, including Section 53.056. Accordingly, we must notify you that if our claim totaling $9,896.00 remains unpaid, the owner of the premises may be personally liable and the owner's property may be subjected to a lien unless:

1.    The owner withholds payment from the contractor for payment of the claim; or

2.    The claim is otherwise paid or settled.

Also, further notice is given that all of the above-referenced claim has accrued and is past due. Accordingly, demand for payment of such claim in the amount of $9,896.00 is hereby made.

Enclosed are copies of our statements or billings which constitute this claim.

Exhibit  "A"

Triad Builders, Inc.
Page 2 of 2

April 15, 2002

*This also constitutes notice pursuant to Texas Property Code, Section 162.001 et seq. (the "Trust Fund Statute") that we have a priority right to the construction funds for this project in your possession now, or released to you in the future. The Trust Fund Statute states that the project owners and contractors are trustees of the construction loan disbursements or contract draws they receive.* **Such funds must be used to pay for the labor and materials on the project and cannot be used elsewhere.** *The owner and contractor are deemed to be trustees of these project funds for the benefit of unpaid subcontractors and suppliers, including our firm, to see to it that payment is made. Consequently, you are hereby directed to withhold further payment(s) from construction funds on this project to anyone except the undersigned, to the extent of our claim stated above. Diversion of construction trust funds constitutes violation of the referenced Trust Fund Statute.*

Please contact the undersigned immediately regarding this notice.

Sincerely yours,
DEA Management, LLC

*Diane E. Alberthal*

By      Diane E. Alberthal
Its      President
for the General Partner LLC


General Services Administration          Certified Mail - No. 7001 2510 0009 0171 2877
Attn: Maggie Boyd                              Return Receipt Requested
1735 Coffee Port Road
Brownsville, Tx. 78521



***** INVOICE *****

JOB NUMBER: SJ01559
INVOICE NUMBER: 0000085-IN

INVOICE DATE: 02/20/02

SALES REP:    BEAU FOY/ DAVID

P.O. Box 681045
San Antonio, Texas 78268-1045
(210) 523-1073  Fax: (210) 523-1544

JOB NAME:GSA/SSA BROWNSVILLE

TRIAD BUILDERS
2300 W. PIKE BLVD.
Weslaco          TX    78596

CUSTOMER P.O.: PO 1281

SHIP VIA:
TERMS:  NET 30 DAYS

| SALES CD | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| | FURNISH AND INSTALL: | | | .00 |
| | HUFCOR 3500 ACCORDION PARTITION | | | 4,850.00 |
| | | | | .00 |
| | FURNISH ONLY: | | | .00 |
| | TOILET COMPARTMENTS | | | 5,046.00 |

|  |  |
|---|---|
| NET INVOICE: | 9,896.00 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| INVOICE TOTAL: | 9,896.00 |
| RETENTION AMNT: | .00 |

** TAX EXEMPT?  ( Y / N )
☐  Please furnish this office with a sales tax exemption or resale certificate for our file.
☐  Tax added Above (Sales tax may be omitted ONLY if a sales tax resale or exemption cert. is sent.)

Order cancellations will incur a 25% charge due to our time involved in the ordering process. Depending on some manufacturers and the nature and timeliness of cancellation, some orders will not be subject to cancellation and customer will be required to accept and pay for the merchandise. A 25% restocking charge will be assessed on all returnable items. Returned merchandise will only be accepted and credit issued as long as contents and packaging are returned undamaged. We will not accept returns of items of specially ordered items due to freight costs of return items to the manufacturer. DEA values your business and is sorry for any inconvenience.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Drew Group
656 W. Randolph # 400 W.
Chicago, Il. 60661

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) G. Gibson | B. Date of Delivery 4-19-02

C. Signature
X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 2510 0009 0171 8891　　GSA/SSA SJ01-559

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Services Admin
attn: Maggie Boyd.
1735 Coffee Port Road
Brownsville, Tx 78521

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
APR 22 2001
ACME SPECIALTIES CO.

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 2510 0009 0171 2877　　GSA/SSA SJ01-559

PS Form 3811, July 1999　　Domestic Return Receipt　　102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Triad Builders, Inc.
2300 W. Pike Blvd.
Weslaco, Tx 78596

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Sandra Echavarria | B. Date of Delivery 4-18-2 Mn

C. Signature
X Sandra Echavarria ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
APR 22 2001
ACME SPECIALTIES CO.

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 2510 0009 0171 2884　　GSA/SSA SJ01-559

PS Form 3811, July 1999　　Domestic Return Receipt　　102595-00-M-0952



*"Since 1984"*
*6874 Alamo Downs Parkway*
*San Antonio, Texas 78238*
*Mailing: P.O. Box 681045*
*San Antonio, TX 78268-1045*
*(210)523-1073 ph. (210)533-1544 fax*

*"We Sell The Best, Service the Rest"*
*Austin Office*
*(512) 440-7872 voice*
*(512) 440-7818 fax*
http://www.deaspecialties.com
*dlane@deaspecialties.com*

May 13, 2002

The Drew Group                     Certified Mail-No. 7099 3400 0019 5154 2960
656 West Randolph, #400 W.         Return Receipt Requested
Chicago, IL. 60661

Triad Builders, Inc.               Certified Mail-No.7099 3400 0019 5154 295
2300 W. Pike Blvd., Ste.204        Return Receipt Requested
Weslaco, Tx. 78596

Re:  Claims of DEA Specialties Co. Ltd. Mechanic's and
     Materialmen's Lien - GSA-SSA BROWNSVILLE Project

Gentlemen:

    We are sending to you the enclosed copies of DEA Specialties
Co.Ltd.'s Affidavit Claiming Mechanic's and Materialmen's Lien.

    In accordance with the Texas Property Code, we notify you
again that if the claim described in the attached Affidavit remains
unpaid, the owner of the property described may be liable, unless
the owner withholds payment from the contractor for the amount of
the claim, or it is otherwise settled or paid.

    DEA Specialties Co.Ltd. was forced to proceed with securing
its lien rights since we have not received payment from any source
on the claim set forth in the Affidavit enclosed.

Previous written demand by DEA Specialties Co. Ltd. for payment of
this claim was made on April 15, 2002.  No notice of dispute
regarding this claim was ever submitted.  Therefore, demand for
payment of the claimed amount is hereby made in accordance with
Texas Property Code Section 53.083.  We enclose proof of service of
the previous demands for payment of the claim.

The exclusive local factory authorized installing distributor for Hufcor Operable & Accordion Partitions,
McKeon Rolling (fire) Steel Doors with Emergency Egress and other selected manufacturers.

*DEA Specialties Co. is WBE Certified with the City of Austin and the City of San Antonio; WBE/HUB certified with the State of Texas*

Exhibit   "B"

Please contact the undersigned upon receipt of this letter so that we may discuss a prompt resolution to this matter.

Sincerely yours,
DEA Management, LLC

By    Diane E. Alberthal
Its    President
For the General Partner LLC

Encl.: Affidavit Claiming Mechanic's and Materialmen's Lien



Susan, Cover letter
being return. not enough
money to record.

Enough for
all but 1 pg.

~m~ ~RECEIVED~

MAY 2 4 2002

DEA SPECIALTIES CO.

Doc
0000027243 OR    Bk    Vol    Pg
                  0010    265

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS
On: May 21, 2002 at 10:51A

Document Number:    00027243

By
Joe G Rivera, County Clerk
Cameron County

DEA SPECIALTIES CO.

JUN 0 3 2002

RECEIVED



*'Since 1984"*
*6874 Alamo Downs Parkway*
*San Antonio, Texas 78238*
  *Mailing: P.O. Box 681045*
  *San Antonio, TX 78268-1045*
*(210)523-1073 ph. (210)523-1544 fax*

*"We Sell The Best, Service the Rest"*
*Austin Office*
*(512) 440-7872 voice*
*(512) 440-7818 fax*
http://www.deaspecialties.com
*diane@deaspecialties.com*

May 13, 2002

### AFFIDAVIT CLAIMING MECHANIC'S LIEN

#### NOTICE:  THIS IS NOT A LIEN.
#### THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN.

#### AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALSMAN'S LIEN

STATE OF TEXAS        ]
                      ]
COUNTY OF BEXAR       ]

BEFORE ME, the undersigned authority, on this day personally appeared Diane E. Alberthal, the undersigned Affiant, who swore on her oath that the following facts are true:

My name is Diane E. Alberthal, I am the President of DEA Specialties Co. Ltd.  This Affidavit is made on behalf of DEA Specialties Co. Ltd. to perfect the Mechanic's and Materialman's Lien against the real property described below:

1.    DEA Specialties Co. Ltd. has an unpaid claim in the amount of $9,896.00 for labor and materials furnished on the construction of improvements generally known as the GSA/SSA Brownsville construction project.  The claimed amount of $9,896.00 is, within my personal knowledge, just and true, the same is due and unpaid, and all just and lawful offsets, payments and credits have been allowed.  The claim amount is for labor and materials furnished and described below, on which a systematic record has been kept.

2.    The name and last known address of the owner or reputed owner of the real property and improvements upon which this claim is made is The Drew Group, 656 West Randolph, #400 W., Chicago, IL. 60661.

The exclusive local factory authorized installing distributor for Hufcor Operable & Accordion Partitions,
McKeon Rolling (fire) Steel Doors with Emergency Egress and other selected manufacturers.

*DEA Specialties Co. is WBE Certified with the City of Austin and the City of San Antonio; WBE/HUB certified with the State of Texas*

3.    The claim amount of $9,896.00 represents the unpaid contract price due claimant, or in the alternative, is the reasonable value of the unpaid portion of DEA Specialties Co. Ltd.'s labor and materials furnished, which are described below.

4.    DEA Specialties Co.Ltd.'s labor and materials furnished for construction of improvements on the real property described below are generally described as: furnish only specially fabricated toilet compartments and furnish and install Hufcor 3500 accordion partition. This claim consists of said work performed and materials delivered during the month of February 2002.

5.    Claimant furnished the above-described labor and materials under Purchase Order #1,281 with Triad Builders, Inc., whose last known address is 2300 W. Pike Blvd., Ste. 204, Weslaco, Texas  78596.

6.    The name and last known address of the original contractor on the above-referenced project is Triad Builders, Inc., 2300 W. Pike Blvd., Ste. 204, Weslaco, Texas 78596.

7.    The legal description of the real property improved by Claimant's above-described labor and materials, and which real property and improvements thereon are sought to be charged with DEA Specialties Co. Ltd.'s  lien, is:

1.47 Acre tract of land, more or less, out of Lot 2, block 1, Hapco Subdivision in Cameron County, Texas according to the plat of said subdivision, recorded in Cabinet 1, Page 1116-B, Map Records, Cameron County, Texas: and said 1.47 Acre Tract of land being more particularly described as follows:

COMMENCING at a ½ Inch Iron Rod found for the Southwest corner of Lot 2, Block 1 of said Hapco Subdivision, being on the North Right-of-way line of Coffeeport Road (Having an 80' Right-of way).

THENCE, North 05 Degrees 05 Minutes 04 Seconds East, leaving the North Right-of-way line of Coffeeport Road (Having and 80' Right-of-way), along the East boundary line of a 30 foot Access Easement as shown on the recorded plat of said Hapco Subdivision, and along the West boundary line of Lot 1, Block 1, Block 1 of said Hapco Subdivision, a distance of 336.31 feet to a ½" Inch Iron Rod Found on the South Boundary line of Lot 1, block 1 of said Hapco Subdivision:

We provide turn key installations, including structural steel work, authorized factory warranty service and service work for the products that we install. We stock toilet compartments and toilet accessories. Call today for a complete list of our products & services.

THENCE, South 45 Degrees 54 Minutes 56 Seconds East, leaving the West boundary line of Lot 2, Block 1, of said Hapco Subdivision, along the South Boundary Line of Lot 1, Block 1 of said Hapco Subdivision and along the North boundary line of lot 2, Block 1 of said Hapco Subdivision at a distance of 168.33 feet, the Southwest corner of a 1.264 Acre Tract for the Public Utilities Board Electrical Substation recorded in Volume 835, Page 567, of the Deed Records of Cameron County, Texas, at a distance of 168.45 feet and 0.07 feet Right, a ½ Inch Iron Rod Found, and continuing a total distance of 193.15 feet for the Northwest Corner of the herein described TRACT 2, and the PLACE OF BEGINNING:

THENCE, continuing South 84 Degrees 54 Minutes 56 Seconds East, along the South Boundary Line of Lot 1, Block 1 of said Hapco Subdivision and along the North boundary line of Lot 2, Block 1 of said Hapco Subdivision, at a distance of 145.18 feet, for the Northeast Corner of this tract:

THENCE, South 05 Degrees 05 Minutes 04 Seconds West, leaving the North boundary line of Lot 2, Block 1 of said Hapco Subdivision, along the West boundary line of said 1264 Acre tract of land, a distance of 459.72 feet to a 5/8 Inch Iron Rod Found at the Southeast corner of Lot 2, Block 1 of said Hapco Subdivision, being on the North Right-of-way Line of Coffeeport Road (Having an 80' Right-of-way) and on a Curve to the Right, for the Southeast corner of this tract:

THENCE, along the North Right-of-way Line of Coffeeport Road (Having an 80' Right-of-way), and along said curve to the right, having a radius of 1392.40 feet Delta Angle of 06 Degrees 13 Minutes 21 Seconds, an Arc Length of 151.22 Feet, a Chord Bearing of North 68 Degrees 45 Minutes 38 Seconds West, and a Chord Distance of 151.15 Feet, for the Southwest Corner of this tract:

THENCE, North 05 Degrees 05 Minutes 04 Seconds East a distance of 417.67 feet to the POINT OF BEGINNING, Containing 63896 Square Feet or 1.47 Acres of land, more or less.

All Dimensions are in feet and decimals thereof.

Basis of Bearings on this Metes and Bounds Description are as per Hapco Subdivision, Recorded in Cabinet 1, Page 1116-B, Map Records of Cameron County, Texas.

We provide turn key installations, including structural steel work, authorized factory warranty service and service work for the products that we install. We stock toilet compartments and toilet accessories. Call today for a complete list of our products & services.

8.    DEA Specialties Co. Ltd. claims a mechanic's and
materialman's lien upon the above described real property and
improvements thereon to secure payment of its claim in the amount
of $9,896.00 in accordance with the Texas Property Code.

9.    DEA Specialties Co. Ltd.'s physical address is 6874 Alamo
Downs Parkway, San Antonio, Texas 78238.  DEA Specialties Co.
Ltd.'s mailing address is P. O. Box 681045, San Antonio, Texas
78268-1045.

10.    DEA Specialties Co. Ltd.'s notice of mechanic lien was
sent to The Drew Group, by United States, certified mail, return
receipt requested, #7099 3400 0019 5154 2960, on May 13, 2002.

11.    In compliance with the Texas Property Code, DEA
Specialties Co.Ltd.is sending one copy of this Affidavit to The
Drew Group, at its last known address, one copy to the above-
referenced Triad Builders, inc., at its last known address and one
original to Cameron County Clerk at P.O. Box 2178,
Brownsville, Texas 78522, for filing.

DEA Management LLC

Diane E. Alberthal, President
FOR THE GENERAL PARTNER LLC


SUBSCRIBED AND SWORN TO BEFORE ME by the said Diane E.
Alberthal this _13_ day of _May_, 2002, to certify which
witness my hand and seal of office.

Notary Public, State of Texas



We provide turn key installations, including structural steel work, authorized factory warranty service and service work for the products that we install.
We stock toilet compartments and toilet accessories. Call today for a complete list of our products & services.

## ACKNOWLEDGEMENT

This instrument was acknowledged before me on the _/3_ day of
_May_, 2002 by Diane E. Alberthal, the President and
duly authorized agent of DEA Specialties Co., a Texas Corporation,
on behalf of said corporation.

_Susan J Moore_
Notary Public, State of Texas

AFTER FILING RETURN TO:
Diane E. Alberthal
DEA Specialties Co. Ltd.
6874 Alamo Downs Parkway
San Antonio, TX  78238



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Drew Group
656 W. Randolph #400 W
Chicago, IL. 60661

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X G. GIBSON ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 5-16-02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7099 3400 0019 5154 2960   GSA-SSA 5701-554

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Triad Builders Inc.
2300 W. Pike Blvd
#204
Weslaco, Tx 78596

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sandra Echaveste ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Tim 5-17-02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7099 3400 0019 5154 2953   GSA-SSA 5701-555

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cameron Co. Clerk
P.O. Box 2178
Brownsville, Tx 78522

MAY 2 4 2002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MANNY BARRY

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7099 3400 0019 5154 2946   GSA-SSA 5701-555

PS Form 3811, August 2001   Domestic Return Receipt   102595-0-M-2509





*"Since 1984"*
*4874 Alamo Downs Parkway*
*San Antonio, Texas 78238*
    *Mailing: P.O. Box 681045*
    *San Antonio, TX 78268-1045*
*(210)523-1073 ph. (210)523-1544 fax*

*"We Sell The Best, Service the Rest"*
*Austin Office*
*(513) 440-7872 voice*
*(512) 440-7818 fax*
http://www.deaspecialties.com
*diane@deaspecialties.com*

RECEIVED

JUN 2 7 2002

DEA SPECIALITES CO.

June 6, 2002

### AFFIDAVIT CLAIMING MECHANIC'S LIEN

#### NOTICE:  THIS IS NOT A LIEN.
#### THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN.

#### AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALSMAN'S LIEN

STATE OF TEXAS          ]
                        ]
COUNTY OF BEXAR         ]

BEFORE ME, the undersigned authority, on this day personally appeared Diane E. Alberthal, the undersigned Affiant, who swore on her oath that the following facts are true:

My name is Diane E. Alberthal, I am the President of DEA Specialties Co. Ltd. This Affidavit is made on behalf of DEA Specialties Co. Ltd. to perfect the Mechanic's and Materialman's Lien against the real property described below:

1.   DEA Specialties Co. Ltd. has an unpaid claim in the amount of $9,896.00 for labor and materials furnished on the construction of improvements generally known as the GSA/SSA Brownsville construction project.  The claimed amount of $9,896.00 is, within my personal knowledge, just and true, the same is due and unpaid, and all just and lawful offsets, payments and credits have been allowed.  The claim amount is for labor and materials furnished and described below, on which a systematic record has been kept.

2.   The name and last known address of the owner or reputed owner of the real property and improvements upon which this claim is made is Browndrew, LLC, Attn: Tom Boucher, 656 West Randolph, #400 W., Chicago, IL. 60661.

The exclusive local factory authorized installing distributor for Hufcor Operable & Accordion Partitions.
McKeon Rolling (fire) Steel Doors with Emergency Egress and other selected manufacturers.

*DEA Specialties Co. is WBE Certified with the City of Austin and the City of San Antonio; WBE/HUB certified with the State of Texas*

Exhibit   "C"

3.   The claim amount of $9,896.00 represents the unpaid contract price due claimant, or in the alternative, is the reasonable value of the unpaid portion of DEA Specialties Co. Ltd.'s labor and materials furnished, which are described below.

4.   DEA Specialties Co.Ltd.'s labor and materials furnished for construction of improvements on the real property described below are generally described as: furnish only specially fabricated toilet compartments and furnish and install Hufcor 3500 accordion partition. This claim consists of said work performed and materials delivered during the month of February 2002.

5.   Claimant furnished the above-described labor and materials under Purchase Order #1,281 with Triad Builders, Inc., whose last known address is 2300 W. Pike Blvd., Ste. 204, Weslaco, Texas  78596.

6.   The name and last known address of the original contractor on the above-referenced project is Triad Builders, Inc., 2300 W. Pike Blvd., Ste. 204, Weslaco, Texas 78596.

7.   The legal description of the real property improved by Claimant's above-described labor and materials, and which real property and improvements thereon are sought to be charged with DEA Specialties Co. Ltd.'s  lien, is:

1.47 Acre tract of land, more or less, out of Lot 2, block 1, Hapco Subdivision in Cameron County, Texas according to the plat of said subdivision, recorded in Cabinet 1, Page 1116-B, Map Records, Cameron County, Texas: and said 1.47 Acre Tract of land being more particularly described as follows:

COMMENCING at a ½ Inch Iron Rod found for the Southwest corner of Lot 2, Block 1 of said Hapco Subdivision, being on the North Right-of-way line of Coffeeport Road (Having an 80' Right-of way).

THENCE, North 05 Degrees 05 Minutes 04 Seconds East, leaving the North Right-of-way line of Coffeeport Road (Having and 80' Right-of-way), along the East boundary line of a 30 foot Access Easement as shown on the recorded plat of said Hapco Subdivision, and along the West boundary line of Lot 1, Block 1, Block 1 of said Hapco Subdivision, a distance of 336.31 feet to a ½" Inch Iron Rod Found on the South Boundary line of Lot 1, block 1 of said Hapco Subdivision:

THENCE, South 45 Degrees 54 Minutes 56 Seconds East, leaving the West boundary line of Lot 2, Block 1, of said Hapco Subdivision, along the South Boundary Line of Lot 1, Block 1 of said Hapco Subdivision and along the North boundary line of lot 2, Block 1 of said Hapco Subdivision at a distance of 168.33 feet, the Southwest corner of a 1.264 Acre Tract for the Public Utilities Board Electrical Substation recorded in Volume 835, Page 567, of the Deed Records of Cameron County, Texas, at a distance of 168.45 feet and 0.07 feet Right, a ½ Inch Iron Rod Found, and continuing a total distance of 193.15 feet for the Northwest Corner of the herein described TRACT 2, and the PLACE OF BEGINNING:

THENCE, continuing South 84 Degrees 54 Minutes 56 Seconds East, along the South Boundary Line of Lot 1, Block 1 of said Hapco Subdivision and along the North boundary line of Lot 2, Block 1 of said Hapco Subdivision, at a distance of 145.18 feet, for the Northeast Corner of this tract:

THENCE, South 05 Degrees 05 Minutes 04 Seconds West, leaving the North boundary line of Lot 2, Block 1 of said Hapco Subdivision, along the West boundary line of said 1264 Acre tract of land, a distance of 459.72 feet to a 5/8 Inch Iron Rod Found at the Southeast corner of Lot 2, Block 1 of said Hapco Subdivision, being on the North Right-of-way Line of Coffeeport Road (Having an 80' Right-of-way) and on a Curve to the Right, for the Southeast corner of this tract:

THENCE, along the North Right-of-way Line of Coffeeport Road (Having an 80' Right-of-way), and along said curve to the right, having a radius of 1392.40 feet Delta Angle of 06 Degrees 13 Minutes 21 Seconds, an Arc Length of 151.22 Feet, a Chord Bearing of North 68 Degrees 45 Minutes 38 Seconds West, and a Chord Distance of 151.15 Feet, for the Southwest Corner of this tract:

THENCE, North 05 Degrees 05 Minutes 04 Seconds East a distance of 417.67 feet to the POINT OF BEGINNING, Containing 63896 Square Feet or 1.47 Acres of land, more or less.

All Dimensions are in feet and decimals thereof.

Basis of Bearings on this Metes and Bounds Description are as per Hapco Subdivision, Recorded in Cabinet 1, Page 1116-B, Map Records of Cameron County, Texas.

8.   DEA Specialties Co. Ltd. claims a mechanic's and materialman's lien upon the above described real property and improvements thereon to secure payment of its claim in the amount of $9,896.00 in accordance with the Texas Property Code.

9.   DEA Specialties Co. Ltd.'s physical address is 6874 Alamo Downs Parkway, San Antonio, Texas 78238. DEA Specialties Co. Ltd.'s mailing address is P. O. Box 681045, San Antonio, Texas 78268-1045.

10.   DEA Specialties Co. Ltd.'s notice of mechanic lien was sent to Browndrew LLC, by United States, certified mail, return receipt requested, #7099 3400 0019 5154 1505, on  June 6, 2002.

11.   In compliance with the Texas Property Code, DEA Specialties Co.Ltd.is sending one copy of this Affidavit to Browndrew, LLC, at its last known address, one copy to the above-referenced Triad Builders, Inc., at its last known address and one original to Cameron County Clerk at P.O. Box 2178, Brownsville, Texas 78522, for filing.

DEA Management LLC

*Diane E. Alberthal*

Diane E. Alberthal, President
FOR THE GENERAL PARTNER LLC


SUBSCRIBED AND SWORN TO BEFORE ME by the said Diane E. Alberthal this _6_ day of _June_, 2002, to certify which witness my hand and seal of office.

*Susan J Moore*

Notary Public, State of Texas

We provide turn key installations, including structural steel work, authorized factory warranty service and service work for the products that we install. We stock toilet compartments and toilet accessories. Call today for a complete list of our products & services.

## ACKNOWLEDGEMENT

This instrument was acknowledged before me on the ___6___ day of
___June___, 2002 by Diane E. Alberthal, the President and
duly authorized agent of DEA Specialties Co., a Texas Corporation,
on behalf of said corporation.

_Susan J Moore_
Notary Public, State of Texas

AFTER FILING RETURN TO:
Diane E. Alberthal
DEA Specialties Co. Ltd.
6874 Alamo Downs Parkway
San Antonio, TX  78238



We provide turn key installations, including structural steel work, authorized factory warranty service and service work for the products that we install.
We stock toilet compartments and toilet accessories. Call today for a complete list of our products & services.



"Since 1984"
6874 Alamo Downs Parkway
San Antonio, Texas 78238
    Mailing: P.O. Box 681045
    San Antonio, TX 78268-1045
(210)523-1073 ph. (210)523-1544 fax

"We Sell The Best, Service the Rest"
Austin Office
(512) 440-7872 voice
(512) 440-7818 fax
www.webmaster@besthac-usa.com/dea
deaspec@flash.net

## NOTICE OF CLAIM TO OWNER AND ORIGINAL CONTRACTOR

June 6, 2002

Browndrew, LLC                          Certified Mail - No. 7099 3400 0019 5154 1505
Attn: Mr. Tom Boucher                   Return Receipt Requested
656 West Randolph, Ste. 400 W.
Chicago, IL. 60661


Triad Builders, Inc.                    Certified Mail - No. 7099 3400 0019 5154 3240
2300 W. Pike Blvd.                      Return Receipt Requested
Weslaco, Tx. 78596

Re:     Notice of Claim of DEA Specialties Co., Ltd. in the amount of $9,896.00; for General
Services Administration/Social Security Administration construction project located at 1735
Coffee Port Road, Cameron County, Brownsville, Texas.

Gentlemen:

        This is to provide you with notice of DEA Specialties Co., Ltd., past due and unpaid
billing totaling $9,896.00 for specially fabricated material purchased on the above referenced
project. DEA Specialties Co. Ltd. furnished and installed a Hufcor Accordion Partition and
furnished only toilet compartments on the project pursuant to their agreement with Triad
Builders, Inc.

        This notice is sent in compliance with the Texas Property Code mechanic's lien
provision, including Section 53.056. Accordingly, we must notify you that if our claim totaling
$9,896.00 remains unpaid, the owner of the premises may be personally liable and the owner's
property may be subjected to a lien unless:

        1.      The owner withholds payment from the contractor for payment of the claim; or

        2.      The claim is otherwise paid or settled.

        Also, further notice is given that all of the above-referenced claim has accrued and is past
due. Accordingly, demand for payment of such claim in the amount of $9,896.00 is hereby
made.

        Enclosed are copies of our statements or billings which constitute this claim.

Triad Builders, Inc.
Page 2 of 2

June 6, 2002

*This also constitutes notice pursuant to Texas Property Code, Section 162.001 et seq. (the
"Trust Fund Statute") that we have a priority right to the construction funds for this project in
your possession now, or released to you in the future. The Trust Fund Statute states that the
project owners and contractors are trustees of the construction loan disbursements or contract
draws they receive.* **Such funds must be used to pay for the labor and materials on the
project and cannot be used elsewhere.** *The owner and contractor are deemed to be trustees of
these project funds for the benefit of unpaid subcontractors and suppliers, including our firm, to
see to it that payment is made. Consequently, you are hereby directed to withhold further
payment(s) from construction funds on this project to anyone except the undersigned, to the
extent of our claim stated above. Diversion of construction trust funds constitutes violation of
the referenced Trust Fund Statute.*

Please contact the undersigned immediately regarding this notice.

Sincerely yours,
DEA Management, LLC

By      Diane E. Alberthal
Its     President
for the General Partner LLC

Doc 00031348
Bk OR Vol 0078 Pg 245



**DEA**
**Specialties Co., Ltd.**

P.O. Box 681045
San Antonio, Texas 78268-1045
(210) 523-1073  Fax: (210) 523-1544

***** INVOICE *****

JOB NUMBER: SJ01559
INVOICE NUMBER: 0000085-IN

INVOICE DATE: 02/20/02

SALES REP:   BEAU FOY/ DAVID O

JOB NAME: GSA/SSA BROWNSVILLE

TRIAD BUILDERS
2300 W. PIKE BLVD.
Weslaco          TX   78596

CUSTOMER P.O.: PO 1281

SHIP VIA:
TERMS:   NET 30 DAYS

| SALES CD | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| | FURNISH AND INSTALL: | | | .00 |
| | HUFCOR 3500 ACCORDION PARTITION | | | 4,850.00 |
| | | | | .00 |
| | FURNISH ONLY: | | | .00 |
| | TOILET COMPARTMENTS | | | 5,046.00 |

NET INVOICE:    9,896.00
FREIGHT:
SALES TAX:

INVOICE TOTAL:   9,896.00
RETENTION AMNT:

** TAX EXEMPT?  ( Y / N )
   ☐  Please furnish this office with a sales tax exemption or resale certificate for our file.
   ☐  Tax added Above (Sales tax may be omitted ONLY if a sales tax resale or exemption cert. is sent.)

Order cancelations will incur a 25% charge due to our time involved in the ordering process. Depending on some manufacturers and the nature and timeliness of cancelation, some orders will not be subject to cancelation and customer will be required to accept and pay for the merchandise. A 25% restocking charge will be assessed on all returnable items. Returned merchandise will only be accepted and credit issued as long as contents and packaging are returned undamaged. We will not accept returns of items of specially ordered items due to freight costs of return items to the manufacturer. DEA values your business and is sorry for any inconvenience.

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS
On: Jun 12, 2002 at 12:58P
Document Number: 00031348

By

Mel Perez
Joe G Rivera, County Clerk
Cameron County

00031348 OR 8078 247



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brandrew LLC
Attn: Tom Boucher
656 W. Randolph, Ste. 400W
Chicago, IL. 60661

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X G. GIBSON    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7099-3400 0019 5154 1503    SJ01-559 65A

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to

Triad Builder Inc.
2300 W. Pike Blvd.
#204
Weslaco, TX 78596

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sancho Echavarria    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Fnb 6-10-02

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED
JUN 1 0 2002
Dept...

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7099-3400-0019 5154-3240    SJ01-559 65A
(Transfer from service label)

PS Form 3811  August 2001    Domestic Return Receipt    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cameron County Clerk
PO Box 2178
Brownsville, TX 78520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
MARY SAENZ

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

BROWNSVILLE TX 78521
JUN 12 2002

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7099 3400 0019 5154 3233    SJC1-559 65A
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509