October 08, 2002

Robert Evans
Aqua-Tech
P.O. Box 4505
McAllen, Texas  78502

United States District Court
Southern District of Texas
FILED

OCT 1 6 2002

Michael N. Milby
Clerk of Court

United States District Court: B-02-137
Civil Summons
Browndrew, L.L.C  vs  Aqua Tech

To The Honorable Judge John William Black

Dear Sir;

   I am individually and on behalf of Aqua Tech, responding to a request for a completion of information concerning this case.

   In review, in January of 2002, a lawn sprinkler was installed at the G.S.A Building in Brownsville, Texas. Having no leins filed, the original approved contract amount, to include parts used for installation, and labor, totaled 12,950.00. During the time between installation and the completion of this project, the approved contract amount never increased. Two payments were made by Guaranty National Title, in behalf of Browndrew, L.L.C,  in the amounts of 5,769.23 (on 01/22/02), and $4,662.00 (on 12/27/01). The completion date for this project was 01/30/02. The balance for this account remains, in the amount of $ 2,518.79.

   I am requesting, on the behalf of Aqua-Tech, the full balance as shown for the job completed.

Respectfully,

Robert Evans