84

United States District Court
Southern District of Texas
FILED

OCT 1 6 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **BROWNDREW, L.L.C.**<br>**Plaintiff** | §<br>§<br>§<br>§ | |
| | | **CIVIL ACTION NO. B-02-137** |
| **VS.** | §<br>§<br>§ | |
| **TRIAD BUILDERS, INC.; ELSA STATE** | § | **COMPLAINT IN INTERPLEADER** |
| **BANK & TRUST CO.; G&T PAVING CO.;** | § | |

**BROWNDREW, L.L.C.**
**Plaintiff**

**VS.**

**TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G&T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING CO., INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGERATOIN AND A/C; SKIPPER'S REPAIR PLUMBING; RZB, INC. DBA GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLAS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALREDO BUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC; G.D. LOZANO; KEVIN COMIER; JOB SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO, INC.; DBA SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D7B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC. AND ENCINAL INVESTMENTS, INC.**
**Defendants**

**DEFENDANT SHERWIN-WILLIAMS COMPANY'S**
**STATEMENT OF CLAIM AGAINST BROWNDREW, L.L.C.**
**Page 1**

## DEFENDANT SHERWIN-WILLIAMS COMPANY'S
## STATEMENT OF CLAIM AGAINST BROWNDREW, L.L.C.

To the Honorable Judge of this Court:

Defendant Sherwin-Williams Company ("SHW") files this its Statement of Claim
Against Browndrew, L.L.C. and would show the court the following:

1.  SHW sold to Triad Builders, Inc. paint and painting supplies for use on the Social
    Security Building in Brownsville, Cameron County, Texas.

2.  SHW provided such materials in the months of January, February and March 2002, as
    shown on the invoices attached as Exhibit A.

3.  SHW received no payments on this account as shown on the statement of account
    attached as Exhibit B.  SHW did issue a credit for materials returned.

4.  SHW sent notice to USG Social Security Building with a copy to Triad Builders, Inc.
    on April 4, 2002,  to the Drew Group with a copy to Triad Builders, Inc. on May 3,
    2002,  and to Browndrew, L.L.C. with a copy to Triad Builders, Inc. on May 23,
    2002, all by certified mail, return receipt requested.  Copies of such notices are
    attached as Exhibit C.

5.  SHW filed its Affidavit of Mechanic's and Materialman's Lien with the County Clerk
    of Cameron County, Texas on May 31, 2002.  A copy is enclosed as Exhibit D.

Respectfully submitted,

Gregory E. Turley
Attorney      for      Sherwin-Williams
Company
State Bar No: 00785122
SDTX No. 21940
504 E. Dove Ave., Suite B
McAllen, TX 78504
TEL: 1-888-600-7680
FAX: 1-888-252-7864

## CERTIFICATE OF SERVICE

I CERTIFY that in compliance with the provisions of rule 5, Federal Rules of Civil Procedure, on _October  15_ , 2002, I served a true and correct copy of the foregoing document to all counsel of record.

Gregory E. Turley

DEFENDANT SHERWIN-WILLIAMS COMPANY'S
STATEMENT OF CLAIM AGAINST BROWNDREW, L.L.C.
Page 3

413 N TEXAS BLVD
WESLACO TX  78596

Store 7983  LUIS
(956)968-7222
Fax - (956)968-6775

**SHERWIN WILLIAMS**

CHARGE
CORRECT
No. 6734-9

ACCOUNT: 6733-4605-2   JOB 10 TX 8 USE SOCIAL SECURITY

PAGE 01 of 02

TRIAD BUILDERS INC
2300 W PIKE BLVD STE 204
WESLACO TX 78596 5656

APPRVL

(956)447-5198

DATE: 02/08/02
TIME:  2:23 PM

2-6509
E01/10555   4 1 -00

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | VALUE |
|---|---|---|---|---|---|---|
| **CHANGED FROM** ||||||||
| 3648-6976 | EACH | J36X36486 | CONTRACT EXP PLUS IV | 840 | -8.29 | -6963.60 |
| | | | Pattern:99902? | | | |
| | | | Lot:180 | | | |
| | | | SUBTOTAL | | | -6963.60 |
| | | | 8.250% (1-43364) | | | -574.32 |
| **CHANGED TO** ||||||||
| 3648-6950 | EACH | J36X36486 | CONTRACT EXP PLUS IV | 840 | 4.94 | 4149.60 |
| | | | Pattern:99902? | | | |
| | | | Lot:180 | | | |
| | | | SUBTOTAL | | | 4149.60 |
| | | | 8.250% (1-43364) | | | 342.24 |



CONTINUED ON PAGE 02

COPY

EXHIBIT

A



413 N TEXAS BLVD
WESLACO TX  78596

Store 7983  LUIS
(956)968-7222
Fax - (956)968-6775

**CHARGE CORRECT**
No. 6734-9

PAGE 02 of 02

## CONTINUED FROM PAGE 01

DATE: 02/08/02
TIME:  2:23 PM

2-6509
E01/10555  41-001

(956)447-5198

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | VALUE |
|---|---|---|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***CORRECTED  TOTALS**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORIGINAL     --------    Thank You    --------
TERM: 10555    receipt required for refund
TRAN: 67331
DATE: 02/08/02

| | |
|---|---|
| SUBTOTAL | -2814.00 |
| 8.250%  SALES TAX(1-43364) | -232.08 |
| CORRECT SUBTOTAL | -2814.00 |
| TOTAL TAX | -232.08 |
| **DUE CUSTOMER** | |
| CHARGE CREDIT | -3046.08 |

Unopened double rolls of wallcovering are returnable within 30 days
of the date that you are notified that your order is in stock.
Returns are subject to 25% restocking fee or return freight charge.

ORDERED BY: TERRY              DATE

S-W SIGNATURE

(CENTRALIZED INVOICE)

COPY



413 N TEXAS BLVD
WESLACO TX  78596

Store 7983  SANTIAGO
(956)968-7222
Fax - (956)968-6775

**CHARGE
INVOICE
No. 5745-6**

ACCOUNT: 6733-4605-2  JOB 10 TX 6 USG SOCIAL SECURITY

PAGE 01 of 02
PO # 1287

TRIAD BUILDERS INC
2300 W PIKE BLVD STE 204
WESLACO TX 78596 5656

DATE: 01/23/02
TIME:  2:45 PM

2-6509
E02/10555  1 1-020

(956)447-5198

TERMS: NET PAYMENT DUE ON FEB. 20th

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | VALUE |
|---|---|---|---|---|---|---|
| 3648-6926 | EACH | J36X36486 | CONTRACT EXP PLUS IV | 90 | 3.34 | 300.30 |
| *************** | | | Pattern:999049 | | | |
| *************** | | | Lot:219 | | | |
| 3648-6924 | EACH | J36X36486 | CONTRACT EXP PLUS IV | 60 | 4.94 | 296.40 |
| *************** | | | Pattern:999045 | | | |
| *************** | | | Lot:102 | | | |
| 3648-6926 | EACH | J36X36486 | CONTRACT EXP PLUS IV | 60 | 3.34 | 200.40 |
| *************** | | | Pattern:999035 | | | |
| *************** | | | Lot:243 | | | |
| 3648-6926 | EACH | J36X36486 | CONTRACT EXP PLUS IV | 90 | 3.34 | 300.60 |
| *************** | | | Pattern:999037 | | | |
| *************** | | | Lot:218 | | | |
| 774-600 | EACH | J61X7740 | W/C DELIVERY/HANDLNS | 1 | 223.39 | 223.39 |

**CONTINUED ON PAGE 02**

 

**COPY**



413 N TEXAS BLVD
WESLACO TX 78596

Store 7983 SANTIAGO
(956)968-7222
Fax - (956)968-6775

**CHARGE INVOICE**
No. **5745-6**

PAGE 02 of 02
PO # 1287

DATE: 01/23/02
TIME: 2:45 PM

2-6509
E02/10555   1 1-020

# CONTINUED FROM PAGE 01

(956)447-5198

TERMS: NET PAYMENT DUE ON FEB. 20th

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | | QTY | PRICE | VALUE |
|---|---|---|---|---|---|---|---|
| --------- | Thank You | --------- | | SUBTOTAL | | | 1321.39 |
| receipt required for refund | | | | 8.250% SALES TAX(1-43364) | | | 108.98 |
| | | | | CHARGE | | | $1430.37 |

Unopened double rolls of wallcovering are returnable within 30 days
of the date that you are notified that your order is in stock.
Returns are subject to 25% restocking fee or return freight charge.

MERCHANDISE RECEIVED IN GOOD ORDER BY:

ORDERED BY: TERRY                    DATE (CENTRALIZED INVOICE)

COPY

Jun.    2002 09:13AM  P3

FAX    : 956 542-0455

ERWIN-WILLIAMS PAINT

SEE Manuel form 2264606
SANTOS HERNDEZ

MERCHANDISE RECEIVED IN GOOD ORDER BY:
'CHANDISE RECEIVED IN GOOD ORDER BY:

DATE (CENTRALIZED INVOICE)

ORIGINAL

# SHERWIN-WILLIAMS
## CHARGE INVOICE
## No. 2089-8

Store 709 GRAND
(956)542-3597
Fax - (956)542-0455

1100 N EXPRESSWAY #1
BROWNSVILLE TX 78521

(956) 447-5198

ACCOUNT: 6733-4605-2   JOB 10 TX G USG SOCIAL SECURITY

SHIPPED TO:

TRIAD BUILDERS INC
2300 N PIKE BLVD STE 204
WESLACO TX 78596 5656

69A-SSA

PO # 1295

DATE: 02/07/02
TIME: 5:25 PM

2-6509
E10/10543  11-022

TERMS: NET PAYMENT DUE ON MAR. 20th

* INDICATES SALE PRICE

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | VALUE |
|---|---|---|---|---|---|---|
| 160-0402 | GALLON | | PT THIN-PLAS. GAL | 2 | 3.15 * | 6.30 |
| 161-3303 | 11 OZ | | SIL RUBBER K&B WH | 5 | 4.54 | 22.70 |
| | | | SUBTOTAL | | | 29.00 |
| | | | 8.250% SALES TAX(1-A3101) | | | 2.39 |
| | | | CHARGE | | | $31.39 |

Thank You
receipt required for refund



413 N TEXAS BLVD
WEBLACO TX  78596

Store 79833 - IOLA
(956) 968-7222
Fax - (956)968-6775

**CHARGE**
**INVOICE**
No. 6733 - 1

ACCOUNT: 6733-4685-2   JOB 10 TX & USB SOCIAL SECURITY

PAGE 01 of 02

TRIAD BUILDERS INC
2300 W PIKE BLVD STE 204
WEBLACO TX 78596 5656

(956)447-5198

DATE: 02/08/02
TIME:  2:17 PM

2-6509
E09/10555  1 1-8

TERMS: NET PAYMENT DUE ON MAR. 20th

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | VALU |
|---|---|---|---|---|---|---|
| 3648-6946 | EACH | J36X36486 | CONTRACT EXP PLUS IV | 90 | 4.59 | 413.1 |
| ***************** | | | Pattern:999082 | | | |
| ***************** | | | Lot:180 | | | |
| 3648-6955 | EACH | J36X36486 | CONTRACT EXP PLUS IV | 840 | 8.29 | 6963.6 |
| ***************** | | | Pattern:999082 | | | |
| ***************** | | | Lot:1 80 | | | |
| 774-000 | EACH | J61X7740 | W/C DELIVERY/HANDLING | 1 | 533.36 | 533. |

CONTINUED ON PAGE 02

COPY



413 N TEXAS BLVD
WESLACO TX 78596

Store 7983  VIOLA
(956)968-7222
Fax - (956)968-6775

**SHERWIN**

**CHARGE**
**INVOICE**
No. 6733-1

PAGE 02 of 02

## CONTINUED FROM PAGE 01

DATE: 02/08/02
TIME:  2:17 PM

2-6509
E09/10555   1 1

(956)447-5198

**TERMS:** NET PAYMENT DUE ON MAR. 20th

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | | QTY | PRICE | VA |
|---|---|---|---|---|---|---|---|

Thank You
receipt required for refund

Unopened double rolls of wallcovering are returnable within 30 days
of the date that you are notified that your order is in stock.
Returns are subject to 25% restocking fee or return freight charge.

SUBTOTAL
8.250%     SALES TAX(1-43364)
CHARGE

7910
652
$8562

COVER
THE
EARTH

MERCHANDISE RECEIVED IN GOOD ORDER BY:

ORDERED BY: TERRY

DATE (CENTRALIZED INVOICE)

COPY

# SHERWIN-WILLIAMS

1100 N EXPRESSWAY  #1
BROWNSVILLE, TX  78521

Visit www.sherwin-williams.com
Store 7404  LAZARO
(956)542-3597
Fax - (956)542-0455

**CHARGE
INVOICE**
No. 4034-5

ACCOUNT: 6733-4605-2  JOB 10 TX G USB SOCIAL SECURITY

PO # 1300

TRIAD BUILDERS INC
2300 W PIKE BLVD STE 204
WESLACO TX 78596 5656

DATE: 02/11/02
TIME: 11:26 AM

2-6509
E10/12499  1 1

(956)447-5198

* INDICATES SALE PRICE

**TERMS:** NET PAYMENT DUE ON MAR. 20th

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | |
|---|---|---|---|---|---|---|
| 160-0402 | GALLON | | PT THIN-PLAS.  GAL | 1 | 3.15 * | 3.1 |
| 160-0204 | GALLON | | LAC THINNER GAL-STX | 1 | 8.03 | 8. |

--------    Thank You    --------
receipt required for refund

| | | |
|---|---|---|
| SUBTOTAL | | 11.1 |
| 8.250% | SALES TAX(1-43101) | 0.9 |
| CHARGE | | $12.1 |

MERCHANDISE RECEIVED IN GOOD ORDER BY: #245-0047

SANTOS HERNANDEZ                    DATE **(CENTRALIZED INVOICE)
COPY**

FROM : SHERWIM-WILLIAMS/C0/79P    FAX NO. : 9686775    Jun. 26 2002 08:20AM P1

# SHERWIN-WILLIAMS

413 N TEXAS BLVD
WESLACO TX 78596

VISIT WWW.SHERWIN-WILLIAMS.COM
Store 7983  LUIS
(956)968-7222
Fax - (956)968-6775

**CHARGE
INVOICE
No. 7458-4**

ACCOUNT: 6733-4685-2  JOB 10 TX G USG SOCIAL SECURITY

TRIAD BUILDERS INC
2300 W PIKE BLVD STE 204
WESLACO TX 78596 5656

DATE: 02/21/02
TIME:  8:01 AM

2-6509
E01/10555  11-004

(956)447-5198

TERMS: NET PAYMENT DUE ON MAR. 20th

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | VALUE |
|---|---|---|---|---|---|---|
| 3648-6924 | EACH | J36X36486 | CONTRACT EXP. PLUS IV | 150 | 4.94 | 741.00 |
| ************** | | | Pattern:999 | | | |
| ************** | | | Lot:109 | | | |
| 774-000 | EACH | J61X7740 | W/C DELIVERY/HANDLNG | 1 | 120.00 | 120.00 |

———————  Thank You  ———————
receipt required for refund

Unopened double rolls of wallcovering are returnable within 30 days
of the date that you are notified that your order is in stock.
Returns are subject to 25% restocking fee or return freight charge.

| | | |
|---|---|---|
| SUBTOTAL | | 861.00 |
| 8.250% SALES TAX(1-43364) | | 71.01 |
| CHARGE | | *932.01 |

MERCHANDISE RECEIVED IN GOOD ORDER BY:

Jose Angel Barrones
JOSE ANGEL    DATE (CENTRALIZED INVOICE)
COPY


# SHERWIN-WILLIAMS

1100 N EXPRESSWAY  #1
BROWNSVILLE TX  78521

Store 7484   JESUS
(956)542-3597
Fax - (956)542-0455

**CHARGE INVOICE**

No. 4148-0

ACCOUNT: 6733-4605-2   JOB 10 TX G USG SOCIAL SECURITY

SHIPPED TO:

PO # 1370

TRIAD BUILDERS INC
2300 W PIKE BLVD STE 204
WESLACO TX 78596 5536

SOCIAL SECURITY

DATE: 03/08/02
TIME:  2:15 PM

2-6509
E27/10543   1 1 -029

(956)447-5198

* INDICATES SALE PRICE

**TERMS:** NET PAYMENT DUE ON APR. 20th

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | | VALUE |
|---|---|---|---|---|---|---|---|
| 154-5037 | EACH | | EASY SAND 20 18# BAG | 1 | 7.99 | * | 7.99 |
| S405-10111 | GALLON | B30W451 | PM400 LTX FL EXTRA | 1 | 15.28 | | 15.28 |

---------   Thank You   ---------
receipt required for refund

SUBTOTAL                          23.27
8.250%   SALES TAX(1-43101)        1.92
CHARGE                          $25.19

MERCHANDISE RECEIVED IN GOOD ORDER BY:

SANTOS HERNANDEZ        DATE (CENTRALIZED INVOICE)

# (cell fax25      COPY

Page: 1 Document Name: untitled

```
BAD DEBT ACCOUNT        SHERWIN-WILLIAMS STORES DIVISION        06/26/02
                       CUSTOMER ACCOUNT AGING ----- JOB         RSARM003
BAD DEBT                                        JOB HAS DCO COMMENTS

CUST..... 6733-4605-2   JOB: 10  TX G USG SOCIAL SECURITY      T/A 1 PAINTER
                                                      DCM........ 09680
UNAPPLIED PAYMENTS/CREDITS....    -3,046.08           STORE...... 9694
1-30 PAST DUE.................          .00      .0%  TERRITORY.. 6509
31-60 PAST DUE...............         25.19      .3%  TERMS CODE: 120
61-90 PAST DUE...............      7,922.23    99.6%
OVER 90 PAST DUE.............          .00      .0%


TOTAL PAST DUE...............      7,947.42 *  99.9%  100.0%
CURRENT DUE..................          .00              .0%
TOTAL COLLECTIBLE............      7,947.42           100.0%  100.0%
FUTURE DUE...................          .00              .0%
*** TOTAL CURRENT BALANCE ****    7,947.42           100.0%
                                   * NOTE - THIS ACCOUNT IS PAST DUE
LAST STATEMENT BALANCE......      7,947.42   OPEN TO BUY...        .00
CREDIT LIMIT................      7000       OVERLIMIT.....     947.42

CUST: 6733-4605-2  JOB: 10
PF1 = DCO COMMENT        PF11 = MAIN MENU            PF12 = EXIT APPLICATION
DC903057 LAST JOB FOR CUSTOMER
```



EXHIBIT
B

Page: 1 Document Name: ur. tled

```
RSARF055              SHERWIN-WILLIAMS STORES GROUP           DATE: 06/26/02
RSARM055              COMMERCIAL STATEMENTS                   PAGE:    1

ACCT NBR: 6733-4605-2    JOB: 10    NAME/ADDR: TRIAD BUILDERS INC
STMT YR/MO: 2002 / 06   OI  STORE: 9694      2300 W PIKE BLVD STE 204
TERMS: 120                  DCM: 09680       WESLACO        TX    78596
PAST DUE AMOUNT       MINIMUM PAYMENT
       7,947.42
PREVIOUS BALANCE      CURRENT CHARGES     CURRENT CREDITS   ACCOUNT BALANCE
       7,947.42                                                  7,947.42
             TRAN DATE   REF NO.    TYPE   STORE   TRANS AMOUNT   TOTAL AMOUNT
UNAPPLIED    02/08/02    67349      CRED   7983      -3,046.08     -3,046.08
PAST DUE     01/23/02    57456      CHRG   7983       1,430.37
             02/07/02    20898      CHRG   7404          31.39
             02/08/02    67331      CHRG   7983       8,562.44
             02/11/02    40345      CHRG   7404          12.10
             02/21/02    74584      CHRG   7983         932.01
             03/08/02    41480      CHRG   7404          25.19     10,993.50



  PF21=COMM    PF23=RETL    PF7=BCK    PF8=FWD    PF11=MENU    PF12=QUIT
DC903063 ONLY ONE PAGE OF DATA TO DISPLAY . . . .
```

Date: 6/26/ 2 Time: 11:21:39 AM



**The Sherwin-Williams Company**
PO Box 36469
10440 E. Northwest Hwy.
Dallas, TX 75238

04/04/2002

USG Social Security Bldg
1735 Coffee Port Road
Brownsville Tx 78521

7001032000041851437 2
Return receipt Requested

Re: G.C. : Triad Builders Inc #6733-4605-2
   Project Location: 1735 Coffee Port Road/Brownsville
   Known as: TX G USG Social Security

Gentlemen:

Our company has sold and delivered materials to the above named original contractor pertaining to the construction project described above. We understand you are the owner of the land and improvements at the described location. We further understand that the above designated original contractor is your original contractor. Please advise immediately if any of these assumptions are incorrect.

The principal amount of the account with the original contractor is $ 7,922.23.

If this account remains unpaid, you may be personally liable or your property subjected to a lien unless you withhold payment from your original contractor for the payment of the account or unless the account is otherwise paid or settled.

The materials / labor performed consist of building materials including but not limited to paint, varnish and sundries.

Demand for payment is hereby made pursuant to 53.083 of the Texas Property Code. Our claim or a part thereof, against the above subject contractor may be past due according to its terms.

Yours truly,

District Credit Manager
Sherwin Williams Company
000-000-0000

cc:   Triad Builders Inc
      2300 West Pike Blvd Ste 204
      Weslaco, Tx 78596

gp1



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

USG Social Security Bldg
1735 Coffee Port Road
Brownsville TX 78521

7001 0320 0004 1851 4372

PS Form 3811, August 2001    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
            ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number    7001 0320 0004 1851 4372
   (Transfer from service label)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | 1.34 |
| Return Receipt Fee (Endorsement Required) | 2.10 |
| Restricted Delivery Fee (Endorsement Required) | 1.50 |
| Total Postage & Fees | $ 3.94 |

Sent To  USG Social Security
Street, Apt. No.; 1735 Coffee Port Rd.
or PO Box No.
City, State, ZIP+4  Brownsville, TX 78521

7001 0320 0004 1851 4372

NORTHLAKE DALLAS TX APR 1 2002



**The Sherwin-Williams Company**
PO Box 36469
10440 E. Northwest Hwy.
Dallas, TX 75238

05/03/2002

The Drew Group
656 West Raandolph Suite 400 W
Chicago Il 60661

70010320000418514136
Return receipt Requested

Re: G.C. : Triad Builders Inc #6733-4605-2
    Project Location: 1735 Coffee Port Road/Brownsville
    Known as: TX G USG Social Security

Gentlemen:

Our company has sold and delivered materials to the above named original contractor
pertaining to the construction project described above. We understand you are the owner
of the land and improvements at the described location. We further understand that the
above designated original contractor is your original contractor. Please advise
immediately if any of these assumptions are incorrect.

The principal amount of the account with the original contractor is $ 7,947.42.

If this account remains unpaid, you may be personally liable or your property subjected
to a lien unless you withhold payment from your original contractor for the payment of
the account or unless the account is otherwise paid or settled.

The materials / labor performed consist of building materials including but not limited to
paint, varnish and sundries.

Demand for payment is hereby made pursuant to 53.083 of the Texas Property Code.
Our claim or a part thereof, against the above subject contractor may be past due
according to its terms.

Yours truly,

District Credit Manager
Sherwin Williams Company
000-000-0000

cc:    Triad Builders Inc
       2300 West Pike Blvd Ste 204
       Weslaco, Tx 78596

gp1

Is your **RETURN ADDRESS** completed on the reverse side?

**SENDER:**
• Complete items 1 and/or 2 for additional services.
• Complete items 3, 4a, and 4b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write "Return Receipt Requested" on the mailpiece below the article number.
• The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

THE DREOO GROUP
1050 W RANDOLPH ST #4000
CHICAGO IL 60061

4a. Article Number
7001 0320 0004 1851 4136

4b. Service Type
☐ Registered          ☐ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
5-8-02

5. Received By: (Print Name)
XLanda Zale

6. Signature: (Addressee or Agent)
XLanda Zale

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          Domestic Return Receipt

Thank you for using Return Receipt Service.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 0320 0004 1851 4136

Postage | $ | .34
Certified Fee | 2.10
Return Receipt Fee
(Endorsement Required) | 1.50
Restricted Delivery Fee
(Endorsement Required) |
Total Postage & Fees | $ | 3.94

Sent To
THE DREOO GROUP
Street, Apt. No.;
or PO Box No. 1050 W RANDOLPH STE 400 0
City, State, ZIP+4
CHICAGO IL 60061



**The Sherwin-Williams Company**
PO Box 38469
10440 E. Northwest Hwy.
Dallas, TX 75238

Thursday, May 23, 2002

BROWNDREW,LLC
656 West Randolph, Suite 400W
Chicago IL 60661

70010320000418505813
Return receipt Requested

Re: G.C. : Triad Builders Inc #6733-4605-2
    Project Location: 1735 Coffee Port Road/Brownsville
    Known as: TX G USG Social Security

Gentlemen:

Our company has sold and delivered materials to the above named original contractor
pertaining to the construction project described above. We understand you are the owner
of the land and improvements at the described location. We further understand that the
above designated original contractor is your original contractor. Please advise
immediately if any of these assumptions are incorrect.

The principal amount of the account with the original contractor is $ 7,947.42.

If this account remains unpaid, you may be personally liable or your property subjected
to a lien unless you withhold payment from your original contractor for the payment of
the account or unless the account is otherwise paid or settled.

The materials / labor performed consist of building materials including but not limited to
paint, varnish and sundries.

Demand for payment is hereby made pursuant to 53.083 of the Texas Property Code.
Our claim or a part thereof, against the above subject contractor may be past due
according to its terms.

Yours truly,

District Credit Manager
Sherwin Williams Company
000-000-0000

cc:    Triad Builders Inc
       2300 West Pike Blvd Ste 204
       Weslaco, Tx 78596

gp1



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

NORTHLAKE FOR DALLAS TX 76299
Postmark
MAY 24 2002
USPS

Postage $ .34
Certified Fee 2.10
Return Receipt Fee
(Endorsement Required) 1.50
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 3.94

Sent To
BROWNDREW, LLC
Street, Apt.
or PO Box
City, State, ZIP+4
656 West Randolph, Suite 400W
Chicago IL 60661

7001 0320 0004 1650 5613

SENDER:
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. □ Addressee's Address
2. □ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

BROWNDREW, LLC
656 West Randolph, Suite 400W
Chicago IL 60661

ATTN: ML 72 m BOUCHER

4a. Article Number
7001 0320 0004 1650 5613

4b. Service Type
□ Registered        ☑ Certified
□ Express Mail      □ Insured
□ Return Receipt for Merchandise   □ COD

7. Date of Delivery
5/29/10

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X G GIBSON

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    (03065-97-B-0179)    Domestic Return Receipt

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

**NOTICE: THIS IS NOT A LIEN.  THIS IS ONLY
AN AFFIDAVIT CLAIMING A LIEN.**

<u>AFFIDAVIT AND CLAIM FOR MECHANIC'S AND MATERIALMAN'S LIEN</u>
(Subcontractor)

| | |
|---|---|
| *STATE OF TEXAS* | § |
| | § |
| *COUNTY OF CAMERON* | § |



EXHIBIT
**D**

*BEFORE ME*, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Rick Cullins, who being by me here and now duly sworn, upon oath says:

"My name is Rick Cullins and I am a Region Manager, Financial Operations of **The Sherwin-Williams Company,** a corporation, whose mailing address is P.O. Box 38469, Dallas, Texas 75238 and whose physical address is 10440 E. Northwest Highway, Dallas, Texas 75238 (hereinafter called "Claimant").  The facts set forth herein are true and correct, and I am competent and authorized to make this Affidavit.

1.    **SSA Brownsville, LLC,** whose address is 24081 West River Road, P.O. Drawer 417, Grosse Ile, Michigan 48138-0417, is the current owner or reputed owner of the said land and is the current owner or reputed owner of the improvements located thereon.

2.    **BrownDrew, LLC,** whose address is 656 West Randolph, Suite 400W, Chicago, Illinois 60661, was the previous owner or reputed owner of the said land and was the previous owner or reputed owner of the improvements located thereon.

3.    Claimant is a subcontractor on the job or that portion thereof for which the hereinafter described material and/or labor was furnished.

4.     Said materials and/or labor were furnished to Triad Builders, Inc., 2300 W. Pike Blvd., Suite 204, Weslaco, Texas 78596, an original contractor of BrownDrew, LLC, owner, pursuant to a contract with such party, it having been furnished for the improvement of property located in Cameron County, Texas, and described as follows:

> Lot 2, Block 1, HAPCO Subdivision, a Subdivision in Cameron County, Texas, (now being described as Lot 2, BrownDrew Subdivision) and more commonly known as 1735 Coffee Port Road, Brownsville, Texas.

5.     The amount of this claim is $7,947.42 and said amount is just, reasonable and unpaid.  Such unpaid work was furnished during the month(s) of February and March, 2002.  A general statement of the kind of work done and/or materials furnished by Claimant is as follows:

> Paint and related materials and supplies.

6.     This lien for the amount shown above is upon the land and the improvements described above.  Notices of Claimant's claim against the owner were sent to the previous owner on May 6 and May 24, 2002, by U.S. certified mail, return receipt requested."

_____
Rick Cullins

    SWORN TO AND SUBSCRIBED before me under my official hand and seal of office this 2⁹ day of May, 2002.

_____
Notary Public, State of Texas
_L i N d a   P e e l_
Notary's Printed Name
My Commission Expires: _11-27-04_



LINDA PEEL
MY COMMISSION EXPIRES
NOVEMBER 27, 2004

**AFTER RECORDING RETURN TO:**
Randall F. Adair
Adair, Morris & Osborn, P.C.
1201 Main Street, Suite 2600
Dallas, Texas 75202

F:\wpat\liens\02220.ml

# ADAIR, MORRIS & OSBORN, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

1201 MAIN STREET
SUITE 2600
DALLAS, TEXAS 75202-3982

(214) 748-8000
FAX: (214) 761-0658

O. HAYNES MORRIS, JR.
OF COUNSEL

May 30, 2002

CERTIFIED - RETURN
RECEIPT REQUESTED
7001 0360 0001 1280 0618
SSA Brownsville, LLC
24081 West River Road
P.O. Drawer 417
Grosse Ile, Michigan 48138-0417

CERTIFIED - RETURN
RECEIPT REQUESTED
7001 0360 0001 1280 0632
BrownDrew, LLC
656 West Randolph, Suite 400W
Chicago, Illinois 60661

|  | Re: | Claimant: | The Sherwin-Williams Company |
|---|---|---|---|
|  |  | Original Contractor: | Triad Builders, Inc. |
|  |  | Job: | 1735 Coffee Port Road |
|  |  |  | Brownsville, Texas |
|  |  | Amount of Claim: | $7,947.42 |
|  |  | Our file no. | 227.02-220 |

Dear Sir or Madam:

Pursuant to the requirements of Section 53.055 of the Property
Code of the State of Texas, please find enclosed herewith a copy of the
Affidavit and Claim for Mechanic's and Materialman's Lien by The
Sherwin-Williams Company, which is being filed of record in the Mechanic
Lien Records of Cameron County, Texas. This lien affidavit is against
the property described on the attached Affidavit and Claim for
Mechanic's and Materialman's Lien more commonly known as 1735 Coffee
Port Road, Brownsville, Texas. By copy of this letter, I am forwarding
a copy of the Affidavit and Claim for Mechanic's and Materialman's Lien
to Triad Builders, Inc., the original contractor on this job.

Very truly yours,

ADAIR, MORRIS & OSBORN, P.C.

Randall F. Adair

RFA:pp
Encl.
cc:  Triad Builders, Inc.
     2300 W. Pike Blvd., Suite 204
     Weslaco, Texas 78596
     CERTIFIED RETURN RECEIPT REQUESTED NO. 7001 0360 0001 1280 0649







## Form 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brown Deew, LLC
656 West Randolph, #400W
Chicago, IL 60661

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery: 6-3

C. Signature
X G-Gibson  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form    102595-01-M-1424

---

## Form 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Triad Builders Inc.
2300 W. Pike Blvd. #204
Weslaco, TX 78596

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Sandra Echavarria  B. Date of Delivery: 6/3 amw

C. Signature
X Sandra Echavarria  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7001 0360 0001 1280 0649

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

## Form 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SSA Brownsville, LLC
24081 West River Road
P.O. Drawer 417
Grosse Ile, MI 48138-0417

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery: 6.3.2

C. Signature
X  Jun Widner  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7001 0360 0001 1280 0618

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424