IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 16 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
|     PLAINTIFF | § | |
| VS. | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |
|     DEFENDANTS | | |

## OPENING SPECIALTIES AND SUPPLY, INC.'S STATEMENT OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, OPENING SPECIALTIES AND SUPPLY, INC. ("Opening Specialties"), Defendant and Counter-Claimant in the above-entitled and numbered cause, and file this their "Statement of Discovery" and would show unto this Honorable Court as follows:

1. Opening Specialties has an unsecured claim for the amount of $6,732.71 against the interplead funds, and has received no payments for its goods and/or services delivered.

2. Opening Specialties provided doors, frames, and hardware for the project and was under the assumption that the project was a government project (thus, no lien).

3. Opening Specialties delivered the goods and/or services and completed its responsibilities on March 11, 2002, and filed its notice of non-payment on May 13, 2002, to Browndrew, L.L.C.

Respectfully submitted,

page 1

By: *Brittany Wills* (signature)
Brittany L. Wills
State Bar No. 24028228
Federal Bar No. 28616
ATTORNEY IN CHARGE FOR DEFENDANT AND COUNTER-CLAIMANT OPENING SPECIALTIES AND SUPPLY, INC.

WALKER & TWENHAFEL, L.L.P.
McAllen, Texas 78502-3766
(956) 687-6225
(956) 686-1276 (fax)

OF COUNSEL:
Mark W. Walker
State Bar No. 20717350
Federal Bar No. 2270

### Verification

I, Mike Covington, authorized representative for Opening Specialties and Supply, Inc., swear under oath that the facts stated in the above Statement of Discovery are true and correct.

*Mike Covingtion* (signature)
Mike Covingtion

SIGNED under oath before me on 10-14, 2002.

THERESA L BARRETT
NOTARY PUBLIC
State of Texas
Comm. Exp. 10-27-2003

*Theresa L. Barrett* (signature)
Notary Public, State of Texas

### Certificate of Service

page 2

I certify that on the __15th__ day of __October__, 2002, I served a true and correct copy of "Opening Specialties and Supply, Inc.'s Statement of Discovery" on the attorneys listed below by facsimile, first class mail, or certified mail:

| | |
|---|---|
| William Rentfro | via CMRR No. 7002 1000 0004 8573 0670 |
| Marshall Armstrong | via fax (210) 224-6488 |
| Antonio Villeda | via fax (956) 631-914 |
| Thomas J. Walthall, Jr. | via fax (210) 733-5538 |
| Alfredo Padilla | via fax (956) 544-0647 |
| Gregory E. Turley | via fax (888) 252-7864 |
| Lance Alan Kirby | via fax (956) 968-6089 |
| Eduardo Martinez | via first class mail |
| Curtis Bonner | via fax (956) 428-0671 |
| Michael A. McGurk | via fax (956) 630-5199 |
| M. Steven Deck | via fax (956) 687-5514 |
| Robert L. Eden | via fax (972) 234-1750 |
| Jerry Lee Stapleton | via fax (956) 428-9283 |
| Marshall R. Ray | via fax (956) 542-3698 |
| John Skaggs | via fax (956) 630-6570 |
| Daniel Rios | via fax (956) 682-0566 |
| Alison D. Kennamer | via fax (956) 541-2170 |
| Mauro L. Reyna, III | via fax (956) 584-8718 |
| Abel Gonzalez | via first class mail |

Brittany L. Wells

J:\DATA2\SHARED2\Markw\Opening\Pleadings\discovery.wpd