IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>Plaintiff | § § § § | CIVIL ACTION NO. B-02-137 |
| vs. | § § § | United States District Court<br>Southern District of Texas<br>FILED<br><br>OCT 1 6 2002<br><br>Michael N. Milby<br>Clerk of Court |
| Triad Builders, Inc; Elsa State Bank & Trust Co.; G & T Paving Co; Aqua Tech; Villanueva Fence & Supply Co.; Valley Builders Co.; Robert's Welding & Fabricators, Inc.; Bowman Distributing Company, Inc.; Omega Systems; Galvan Sheet Metal Shop; Raymond Roofing, Inc.; Edmann's Commercial Refrigeration & A/C; Skipper's Repair Plumbing; RZB Inc., d/b/a Global Electric; Lifetime Industries; Ben's Glass and Metal; Kenmark, Inc.; Gabriel Alcantar; Alfredo Gutierrez; M&M Commercial Lawn Services, Inc.; G.D. Lozano; Kevin Comier; JCO Specialists; Opening Specialties and Supply, Inc.; Dal-Tile Corporation; DEA Specialties Co., Ltd.; LCM Management Co., Inc. d/b/a South Texas Flag; Star Building Systems; Mario Maron; D&B General Cleaning; G.T. Blinds, Inc.; Robert Mariscal; The Sherwin-Williams Company; The Striping Company; Roberto Gomez; A&J Paving; Hope Lumber & Supply Co., L.P.; Consolidated Electric Distributors, Inc.; Palmview Glass & Mirror, Inc.; and Encinal Investments, Inc.,<br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | |

### DEFENDANT, SKIPPER'S REPAIR PLUMBING'S, STATEMENT OF CLAIM AGAINST BROWNDREW, L.L.P.

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, Defendant Skipper's Repair Plumbing (hereinafter referred to as "Skipper's" and pursuant to the Court's request files this its Statement of Claim against

Browndrew, L.L.P. relating to the Construction on Building located at 1735 Coffee Port Road, Brownsville, Texas, and would respectfully show the Court the following:

1. On or about October 3, 2001, Defendant Triad and Defendant Skipper's entered into a subcontract agreement whereby Defendant Skipper's agreed to provide certain labor and materials for the installation of a complete plumbing system for the Project owned by Browndrew, LLP.

2. The contract required Defendant Skipper's to install lavatories, water fountains, commodes, sinks, sewer and water lines, a water heater and all trims for fixtures.

3. Defendant Skipper's performed the said work during period of September 2001 through March 2002. The work was completed sometime in March 2002.

4. Defendant Skipper's received the following payments: 1) October 2001, received payment for $5,400.00; 2) November 6, 2001, received payment for $11,700.00; 3) December 12, 200, received payment for $7,650.00; and 4) January 2002, received payment for $3,162.60. However, Defendant Skipper's never received the final balance of $5,601.40.

5. On May 15, 2002, Defendant Skipper's filed an Affidavit Claiming Mechanic's and Materialsman's Lien with Official Records in Cameron County. A true and correct copy of said Affidavit is attached hereto as Exhibit "A" and incorporated by reference for all purposes.

6. That same day, Defendant Skipper's sent Browndrew, LLC, owner, and Triad Builders, Inc., general contractor, a letter giving notice of said affidavit claiming lien. A true and correct copy of the Letter is attached hereto to as Exhibit "B" and incorporated by

reference for all purposes.

                           Respectfully Submitted,

                           **RANSOME & RAY, P.C.**
                           550 E. Levee St.
                           Brownsville, Texas 78520
                           Telephone: (956) 542-3642
                           Fax: (956) 542-3698

                           By: _____
                             Marshall R. Ray
                              State Bar #16606100
                              Fed Id. 801
                              Elizabeth Guerrero
                              State Bar #24032376
                              Fed Id. 31185
                       **ATTORNEYS FOR DEFENDANT,**
                       **SKIPPER'S REPAIR PLUMBING**

## CERTIFICATE OF SERVICE

I, Elizabeth Guerrero, hereby certify that on this 16 day of October, 2002, a true and correct copy of the above and foregoing Defendant, Skipper's Repair Plumbing's, Statement of Claim was served by certified mail, return receipt requested and/or via fax transmission, on the following, to-wit:

| | |
|---|---|
| William L. Rentfro<br>Rentfro, Faulk, & Blakemore, L.L.P.<br>185 E. Ruben Torres Blvd.<br>Brownsville, Texas 78520<br>**Attorney for Plaintiff, Browndrew LLC** | **CM/RRR#70000520001740890270** |
| Jerry L. Stapleton<br>Stapleton, Curtis & Boswell, L.L.P.<br>P.O. Box 2644<br>Harlingen, Texas 78551<br>**Attorney for Bowman Distributing Inc.** | **CM/RRR#70000520001740890287** |
| G.D. Lozano<br>P.O. Box 854<br>La Feria, Texas 78559<br>**Pro Se** | **CM/RRR#70000520001740890294** |
| Gregory E. Turley<br>504 E. Dove Ave., Suite B<br>McAllen, Texas 78504<br>**Attorney for Sherwin-Williams Co.** | **CM/RRR#70000520001740890300** |
| Lance A. Kirby<br>Jones, Galligan, Key & Lozana, L.L.P.<br>2300 W. Pike Boulevard, Ste. 300<br>P.O. Drawer 1247<br>Weslaco, Texas 78599<br>**Attorney for Elsa State Bank** | **CM/RRR#70000520001740890317** |
| Curtis Bonner<br>Bonner & Bonner<br>P.O. Box 288<br>Harlingen, Texas 78551<br>**Attorneys for M& M Commercial Lawn Services, Inc.** | **CM/RRR#70000520001740890324** |
| Abel Gonzalez | **CM/RRR#70000520001740890331** |

P.O. Box 5136
Brownsville, Texas 78520
**Pro Se**

Eduardo Martinez                                   **CM/RRR#70000520001740890348**
705 S. San Antonio
San Juan, Texas 78589
**Pro se**

Daniel G. Rios                                     **CM/RRR#70000520001740890355**
Law Offices of Daniel Rios
323 Nolana Loop
McAllen, Texas 78504
**Attorney for Lifetime Industries, Inc.**

M. Steven Deck                                     **CM/RRR#70000520001740890553**
Law Offices of John King
3409 N. 10th St., Ste. 100
McAllen, Texas 78501
**Attorney for Robert Mariscal**

Michael A. McGurk                                  **CM/RRR#70000520001740890560**
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504
**Attorney for Hope Lumber & Supply Co.**

Robert L. Eden                                     **CM/RRR#70000520001740890577**
Matthews Carlton
8131 LBJ Fwy., Ste. 700
Dallas, Texas 75251
**Attorney for Consolidated Electric Distributors, Inc.**

Mauro L. Reyna, III                                **CM/RRR#70000520001740890584**
P.O. Box 969
Penitas, Texas 78576
**Attorneys for Robert Cardenas, Jr. d/b/a Robert Welding & Fabricators, Inc.**

John Skaggs                                        **CM/RRR#70000520001740890591**
Skaggs & Garza
P.O. Drawer 2285
McAllen, Texas 78502
**Attorney for LCM Management Co., Inc. d/b/a South Texas Flag**

Marshall Armstrong                                    CM/RRR#70000520001740890607
Warren, Durgan & Barrows, P.C.
800 Broadway
San Antonio, Texas 78215
**Attorneys for D.E.A. Specialties Co., Ltd.**

Thomas Walthall Jr.                                   CM/RRR#70000520001740890614
The Gardner Law Firm
745 East Mulberry Ave., Suite 100
San Antonio, Texas 78212-3149
**Attorneys for RZB, Inc., d/b/a Global Electric**

Brittany L. Wills                                     CM/RRR#70000520001740890621
Walker & Twenhafel, L.L.P.
P.O. Drawer 3766
McAllen, Texas 78502
**Attorneys for Opening Specialties and Supply, Inc.**

Antonio Villeda                                       CM/RRR#70000520001740890638
Law Office of Antonio Villeda
5414 North 10th Street
McAllen, Texas 78504
**Attorney for Encinal Investments, Inc., and as
Assignee to Palm Valley Glass and Mirror, Inc.**

Alfredo Padilla                                       CM/RRR#70000520001740890645
Attorney at Law
1000 E. Van Buren
Brownsville, Texas 78520
**Attorney for Alfredo Gutierrez and Gabriel Alcantar**

_____
Elizabeth Guerrero

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS
On: May 15, 2002 at 08:15A

Document Number:    00026244

Joe G Rivera
County Clerk
By
Liliana Pizana, Deputy
Cameron County

## AFFIDAVIT CLAIMING MECHANIC'S LIEN

### NOTICE: THIS IS NOT A LIEN.
### THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN

### AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALSMAN'S LIEN

STATE OF TEXAS
COUNTY OF CAMERON

BEFORE ME, the undersigned authority, on this day personally appeared Vernon F. Skipper, the undersigned Affiant, who swore on his oath that the following facts are true:

My name is Vernon F. Skipper, I am the Owner of Skipper's Plumbing. This Affidavit is made on behalf of Skipper's Plumbing to perfect the Mechanic's and Materialman's Lien against the real property described below:

1.) Skipper's Plumbing has an unpaid claim in the amount of $ 8,101.40 for labor and materials furnished on the construction of improvements generally known as the SSA-Bro., Drew Group construction project. The claimed amount of $ 8,101.40 is, within my personal knowledge, just and true, the same is unpaid, and all lawful offsets, payments and credits have been allowed. The claim amount is for labor and materials furnished and described below, on which a systematic record has been kept.

2.) The name and last known address of the owner or reputed owner of the real property and improvements upon which this claim is made is: Browndrew, LLC, 656 W. Randolph, Suite #400W. Chicago, Illinois 60661.

3.) The claim amount of $ 8,101.40 represents the unpaid contract price due claimant, or in the alternative, is the reasonable value of the unpaid portion of Skipper's Plumbing labor and materials furnished, which are described below.

4.) Skipper's Plumbing labor and materials furnished for construction of improvements on the real property described below are generally described as: Furnished and installed Labor, PVC pipe, stainless steel drinking fountains and sinks, comodes, lavatories, 40gal. water heater, A/C drains, and insulation pipe for roof drains. This claim consists of said work preformed and materials delivered during each of the following months: January 2002, February 2002 and March 2002 and Retainage billings for work performed September 2001 thru March 2002.

5.) Claimant furnished the above-described labor and materials under a contract with Triad Builders, Inc. whose last known address is 2300 W. Pike Blvd., Suite #204 Weslaco, Texas 78596.



EXHIBIT A
1 OF 4

6.) The name and last known address of the original contractor on the above-referenced project is Triad Builders, Inc. 2300 W. Pike Blvd., Suite #204 Weslaco, Texas 78596.

7.) The legal description of the real property improved by Claimant's above described labor and materials, and which real property and improvements thereon are sought to be charged with Skipper's Plumbing lien, is: See Exhibit "A" attached, and incorporated herein.

8.) Skipper's Plumbing claims a mechanic's and materialman's lien upon the above-described real property and improvements thereon to secure payment of it's claim in the amount of $ 8,101.40 in accordance with the Texas Property Code.

9.) Skipper's Plumbing address is 448 W. Madison St. Brownsville, Texas 78520. Skipper's Plumbing mailing address is 448 W. Madison St. Brownsville, Texas 78520

10.) Skipper's Plumbing notice of mechanic's lien was/were sent by United States, certified mail, return receipt requested, on the following date to the addressee indicated: May 15, 2002 to Browndrew, LLC.

11.) In compliance with the Texas Property Code, Skipper Plumbing is sending one copy of this Affidavit to Browndrew, LLC., at its last known address, and also one copy to the above referenced Triad Builders, Inc. at its last known address.

*Vernon F. Skipper*
Vernon F. Skipper - Owner
Skipper's Plumbing

SUBSCRIBED AND SWORN TO BEFORE ME by the said Vernon F. Skipper this 15th day of May, 2002, to certify which witness my hand and seal of office.

*Maria Salazar*
Maria Salazar - Notary Public,
State of Texas
County of Cameron

MARIA SALAZAR
Notary Public, State of Texas
My Commission Expires
October 19, 2004

EXHIBIT A
2 OF 4

## ACKNOWLEDGMENT

This instrument was acknowledged before me on the 15th day of May, 2002 by Vernon F. Skipper, the Owner and duly authorized agent of Skipper's Plumbing.

*[Notary seal: MARIA S. / Notary Public / My Commission Expires / October 19, 2004]*

Maria Salazar - Notary Public,
State of Texas
County of Cameron

AFTER FILING RETURN TO:
Skipper's Plumbing
448 W. Madison St.
Brownsville, Texas 78520

EXHIBIT A
3 OF 4

**Exhibit A**
**Legal Description**

1.47 Acre tract of land, more or less, out of Lot 2, block1, Hapco Subdivision in Cameron County, Texas according to the plat of said subdivision, recorded in Cabinet 1, Page 1116-B, Map Records, Cameron County, Texas; and said 1.47 Acre Tract of land being more particularly described as follows:

COMMENCING at a ½ Inch Iron Rod found for the Southwest corner of Lot 2, Block 1 of said Hapco Subdivision, being on the North Right-of-way line of Coffeeport Road (Having an 80' Right-of-way),

THENCE, North 05 Degrees 05 Minutes 04 Seconds East, leaving the North Right-of-way line of Coffeeport Road (Having an 80' Right-of-way), along the East boundary line of a 30 foot Access Easement as shown on the recorded plat of said Hapco Subdivision, and along the West boundary line of Lot 1, Block 1 of said Hapco Subdivision, a distance of 336.31 feet to a 1/2" Inch Iron Rod Found on the South Boundary line of Lot 1, block 1 of said Hapco Subdivision;

THENCE, South 45 Degrees 54 Minutes 56 Seconds East, leaving the West boundary line of Lot 2, Block 1, of said Hapco Subdivision, along the South Boundary Line of Lot 1, Block 1of said Hapco Subdivision and along the North boundary line of lot 2, Block 1 of said Hapco Subdivision, at a distance of 168.33 feet, the Southwest corner of a 1.264 Acre Tract for the Public Utilities Board Electrical Substation recorded in Volume 835, Page 567, of the Deed Records of Cameron County, Texas, at a distance of 168.45 feet and 0.07 feet Right, a ½ Inch Iron Rod Found, and continuing a total distance of193.15 feet for the Northwest Corner of the herein described TRACT 2, and the PLACE OF BEGINNING;

THENCE, continuing South 84 Degrees 54 Minutes 56 Seconds East, along the South Boundary Line of Lot 1, Block 1 of said Hapco Subdivision and along the North boundary line of Lot 2, Block 1 of said Hapco Subdivision, at a distance of 145.18 feet, for the Northeast Corner of this tract;

THENCE, South 05 Degrees 05 Minutes 04 Seconds West, leaving the North boundary line of Lot 2, Block 1 of said Hapco Subdivision, along the West boundary line of said 1264 Acre tract of land, a distance of 459.72 feet to a 5/8 Inch Iron Rod Found at the Southeast corner of Lot 2, Block 1 of said Hapco Subdivision, being on the North Right-of way Line of Coffeeport Road (Having an 80' Right-of-way) and on a Curve to the Right, for the Southeast corner of this tract;

THENCE, along the North Right-of-way Line of Coffeeport Road (Having an 80' Right-of-way), and along said curve to the right, having a radius of 1392.40 feet Delta Angle of 06 Degrees 13 Minutes 21 Seconds, an Arc Length of 151.22 Feet, a Chord Bearing of North 68 Degrees 45 Minutes 38 Seconds West, and a Chord Distance of 151.15 Feet, for the Southwest Corner of this tract;

THENCE, North 05 Degrees 05 Minutes 04 Seconds East, a distance of 417.67 feet to the POINT OF BEGINNING; Containing 63896 Square Feet or 1.47 Acres of land, more or less.

All Dimensions are in feet and decimals thereof.

Basis of Bearings on this Metes and Bounds Description are as per Hapco Subdivision, Recorded in Cabinet 1, Page 1116-B, Map Records of Cameron County, Texas.

EXHIBIT A
4 OF 4

COVER LETTER SENDING COPIES OF LIEN AFFIDAVIT
May 15, 2002

Browndrew, LLC.
656 W. Randolph St., Ste. #400W
Chicago, Illinois 60661

Certified Mail No. 7099 3400 0014 6149 9907
Return Receipt Requested

Triad Builders, Inc.
2300 W. Pike Blvd., Ste. #204
Weslaco, Texas 78596

Certified Mail No. 7099 3400 0014 6149 9891
Return Receipt Requested

Re: Claims of Skipper's Plumbing; Mechanic's and Materialsman's Lien

Gentlemen:

We are sending you the enclosed copies of Skipper's Plumbing Affidavit Claiming Mechanic's and Materialmen's Lien.

In accordance with the Texas Property Code, we notify you again that if the claim described in the attached Affidavit remains unpaid, the owner of the property described may be liable, unless the owner withholds payment from the contractor for the amount of the claim, or it is otherwise settled or paid.

Please contact the undersigned on receipt of this letter so that we may discuss a prompt resolution to this matter.

Sincerely yours,

*Vernon F. Skipper* (signature)
Vernon F. Skipper
Owner
Skipper's Plumbing


Encl.:

Affidavit Claiming Mechanic's and Materialmen's Lien

EXHIBIT B