

United States District Court
Southern District of Texas
FILED

OCT 17 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| VS. | § | CASE NO. B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |

### DEFENDANT, ROBERTO CARDENAS, JR., D/B/A ROBERT'S WELDING & FABRICATORS, INC. STATEMENT OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ROBERTO CARDENAS, JR., D/B/A ROBERT'S WELDING & FABRICATORS, INC., and files this his State of Claims Against Browndrew, L.L.C., in relation to the construction of a building located at 1735 Coffee Port Road, Brownsville, Texas, and would respectfully show the following:

I.

ROBERTO CARDENAS, JR., D/B/A ROBERT'S WELDING & FABRICATORS, INC. provided materials and services to TRIAD BUILDERS, INC. The contract executed by TRIAD BUILDERS, INC. (Contractor) and ROBERT'S WELDING & FABRICATORS (Subcontractor) were for the services of building the main structural steel roof, columns, beams, steel joists and decking; lintels front steel canopy and various miscellaneous steel items. The job was completed on November 22, 2001.

II.

On May 23, 2002, invoice no. 1076 for the balance of $23,589.00, was mailed for the items and services requested by Terry Adams for TRIAD BUILDERS, INC.

III.

A Mechanics and Materialmans Lien has not been filed.

Respectfully submitted,

**LAW OFFICE OF MAURO L. REYNA, III**
P. O. Box 969
Penitas, Texas 78576
Phone: 956/584-7822
Fax: 956/584-8718

By: _____
MAURO L. REYNA, III
State Bar No. 16794830
Federal ID No. 10465

**Attorney for *ROBERTO CARDENAS, JR., D/B/A ROBERT'S WELDING & FABRICATORS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing DEFENDANT, ROBERTO CARDENAS, JR., D/B/A ROBERT'S WELDING & FABRICATORS, INC. STATEMENT OF CLAIM has been served on this _____ day of October, 2002, to the following:

**HON. WILLIAM L. RENTFRO**
Browndrew, L.L.C.
185 E. Ruben Torres Blvd.
Brownsville, TX 78520
*Atty for BROWNDREW, L.L.C.*

**HON. JERRY LEE STAPLETON**
Stapleton & Curtis
P. O. Box 2644
Harlingen, TX 78550
*Atty for BOWMAN DISTRIBUTING*

**HON. MARSHALL R. RAY**
Ransom & Ray
550 E. Levee St.
Brownsville, TX 78520
*Atty for SKIPPER REPAIR & PLUMBING*

**G.D. LOZANO**
P. O. Box 854
La Feria, TX 78559

*Pro Se*

**HON. ALISON D. KENNAMER**
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, TX 78522
*Atty for SHERWIN-WILLIAMS*

**HON. CURTIS BONNER**
Bonner & Bonner
P. O. Box 288
Harlingen, TX 78551
*Atty for M&M COMMERCIAL LAWN*

**EDMUNDO MARTINEZ**
705 S. San Antonio
San Juan, TX 78589

*Pro Se for EDMANN'S COMMERCIAL REFRIG*

**HON. ROBERT L. EDEN**
Matthews Carlton
8131 LBJ Fwy. Ste 700
Dallas, TX 75251
*Atty for CONSOLIDATED ELECTRIC*

**HON. ANTONIO VILLEDA**
Law Office of Antonio Villeda
5414 N. 10th St.
McAllen, TX 78504

**HON. TOM WALTHALL, JR.**
The Gardner Law Firm
745 East Mulberry Ave, Ste 100
San Antonio, TX 78212
*Atty for RZB, INC.*

**HON. MICHAEL MCGURK**
Kittleman, Thomas & Ramirez
P. O. Box 1416
McAllen, TX 78505
*Atty for Hope Lumber & Supply*

**HON. M. STEVEN DECK**
Law Office of John King
3409 N. 10th St.
McAllen, TX 78501
*Atty for Robert Mariscal*

**HON. LANCE A. KIRBY**
Jones, Galligan, Key & Lozano, L.L.P.
2300 W. Pike Blvd, Ste 300
Weslaco, TX 78599
*Atty for ELSA STATE BANK*

**ABEL GONZALES**
P. O. Box 5136
Brownsville, TX 78520

*Pro Se*

**HON. DANIEL G. RIOS**
Law Office of Daniel G. Rios
323 Nolana Loop
McAllen, TX 78504
*Atty for LIFETIME INDUSTRIES, INC.*

**HON. JOHN SKAGGS**
Skaggs & Garza
P. O. Drawer 2285
McAllen, TX 78502
*Atty for LCM MANAGEMENT CO*

**HON. BRITTANY L. WILLS**
Walker & Twenhafel, L.L.P.
P. O. Drawer 3766
McAllen, TX 78502

**HON. GREGORY E. TURLEY**
Attorney at Law
504 E. Dove Ave, Ste B
McAllen, TX 78504
*Atty for SHERWIN WILLIAMS CO.*

**HON. MARSHALL L. ARMSTRONG**
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215
*Atty for D.E.A. Specialties Co., Ltd*

**MAURO L. REYNA, III**

1997 Edition - Electronic Format

AIA Document A401 - 1997

# Standard Form of Agreement Between Contractor and Subcontractor

AGREEMENT made as of the **2** day of **July** in the year **2001**
(In words, indicate day, month and year)

BETWEEN the Contractor:
(Name, address and other information)
Triad Buildrs, Inc.
2300 W. Pike Blvd., Suite #204
Weslaco, Texas 78596

and the Subcontractor:
(Name, address and other information)
Robert's Welding & Fabricators
P. O. Box 183
Penitas, Texas 78576

The Contractor has made a contract for construction dated: **June 4, 2001**

With the Owner:
(Name, address and other information)
BROWNDREW, LLP.
1333 N. Kingsbury
Chicago, Illiois 60622

For the following Project:
(Include detailed description of Project, location and address)
SSA- Brownsville, Drew Group, Lease Construct
1735 Coffeeport Rd.
Brownsville, Texas 78521

which Contract is hereinafter referred to as the Prime Contract and which provides for the furnishing of labor, materials, equipment and services in connection with the construction of the Project. A copy of the Prime Contract, consisting of the Agreement Between Owner and Contractor (from which compensation amounts may be deleted) and the other Contract Documents enumerated therein has been made available to the Subcontractor.

The Architect for the Project is:
(Name, address and other information)
Valerio, Dewalt, Train Associates, Inc.
500 North Dearborn, 9th Floor
Chicago, Illinois 60610

The Contractor and the Subcontractor agree as follows.

## ARTICLE 1 THE SUBCONTRACT DOCUMENTS

1.1 The Subcontract Documents consist of (1) this Agreement; (2) the Prime Contract, consisting of the Agreement between the Owner and Contractor and the other Contract Documents enumerated therein; (3) Modifications issued subsequent to the execution of the Agreement between the Owner and Contractor, whether before or after the execution of this

*THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES. CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*

*This document has been approved and endorsed by the American Subcontractors Association and the Associated Specialty Contractors, Inc.*



©1997 AIA®
AIA DOCUMENT A401 - 1997
CONTRACTOR – SUBCONTRACTOR AGREEMENT

The American Institute of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

© 1915, 1925, 1937, 1951, 1958, 1961, 1966, 1967, 1972, 1978, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. User Document: 97a401roberts welsing.aia -- 10/2/2001. AIA License Number 1019006, which expires on 3/5/2002.

1

**EXHIBIT "A"**

## ARTICLE 9  DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

9.1  . The Subcontractor's date of commencement is the date from which the Contract Time of Paragraph 9.3 is measured; it shall be the date of this Agreement, as first written above, unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Contractor.
*(Insert the date of commencement, if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*
<u>July 3, 2001 and will be completed no later than October 5, 2001.</u>

9.2  Unless the date of commencement is established by a notice to proceed issued by the Contractor, or the Contractor has commenced visible Work at the site under the Prime Contract, the Subcontractor shall notify the Contractor in writing not less than five days before commencing the Subcontractor's Work to permit the timely filing of mortgages, mechanic's liens and other security interests.

9.3  The Work of this Subcontract shall be substantially completed not later than
*(Insert the calendar date or number of calendar days after the Subcontractor's date of commencement. Also insert any requirements for earlier Substantial Completion of certain portions of the Subcontractor's Work, if not stated elsewhere in the Subcontract Documents.)*
<u>October 5, 2001.</u>

, subject to adjustments of this Subcontract Time as provided in the Subcontract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to complete on time.)*
<u>Liquidated Damages of One Hundred ($ 100.00) Dollars per Day.</u>

9.4  With respect to the obligations of both the Contractor and the Subcontractor, time is of the essence of this Subcontract.

9.5  No extension of time will be valid without the Contractor's written consent after claim made by the Subcontractor in accordance with Paragraph 5.3.

## ARTICLE 10  SUBCONTRACT SUM

10.1  The Contractor shall pay the Subcontractor in current funds for performance of the Subcontract the Subcontract Sum of <u>Eighty Six Thousand Seven Hundred Fifty Nine & 0/100</u> Dollars ($ <u>86,759.00</u> ), subject to additions and deductions as provided in the Subcontract Documents.

10.2  The Subcontract Sum is based upon the following alternates, if any, which are described in the Subcontract Documents and have been accepted by the Owner and the Contractor:
*(Insert the numbers or other identification of accepted alternates.)*
<u>Alternate #1 per Proposal from Robert's Welding to Triad Builders, Inc. dated 6-8-01.</u>

10.3  Unit prices, if any, are as follows:
<u>None</u>

## ARTICLE 11  PROGRESS PAYMENTS

11.1  Based upon applications for payment submitted to the Contractor by the Subcontractor, corresponding to applications for payment submitted by the Contractor to the Architect, and certificates for payment issued by the Architect, the Contractor shall make progress payments on account of the Subcontract Sum to the Subcontractor as provided below and elsewhere in the Subcontract Documents. Unless the Contractor provides the Owner with a payment bond in the full penal sum of the Contract Sum, payments received by the Contractor and Subcontractor for Work properly performed by their contractors and suppliers shall be held by the Contractor and Subcontractor for those contractors or suppliers who performed Work or furnished materials, or both, under contract with the Contractor or



THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES. CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.

*This document has been approved and endorsed by the American Subcontractors Association and the Associated Specialty Contractors, Inc.*

©1997 AIA®
AIA DOCUMENT A401 - 1997
CONTRACTOR – SUBCONTRACTOR AGREEMENT

The American Institute of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

© 1915, 1925, 1937, 1951, 1958, 1961, 1966, 1967, 1972, 1978, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. User Document: 97a401roberts welsing.aia -- 10/2/2001. AIA License Number 1019006, which expires on 3/5/2002.

This Agreement entered into as of the day and year first written above.

_____
**CONTRACTOR** *(Signature)*
Thearl C. Adams
Project Manager
*(Printed name and title)*

_____
**SUBCONTRACTOR** *(Signature)*
Robert Cardenas Jr
*(Printed name and title)*

THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES. CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.

This document has been approved and endorsed by the American Subcontractors Association and the Associated Specialty Contractors, Inc.



© 1997 AIA®
AIA DOCUMENT A401 - 1997
CONTRACTOR – SUBCONTRACTOR AGREEMENT

The American Institute of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

© 1915, 1925, 1937, 1951, 1958, 1961, 1966, 1967, 1972, 1978, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. User Document: 97a401roberts welsing.aia -- 10/2/2001. AIA License Number 1019006, which expires on 3/5/2002.

15