United States District Court
Southern District of Texas
FILED

OCT 17 2002

Michael N. Milby
Clerk of Court

90

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| VS. | § | |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |

**STATEMENT OF CLAIM OF ENCINAL INVESTMENTS, INC.,
ASSIGNEE OF CLAIMANT PALMVIEW GLASS AND MIRROR**

TO THE HONORABLE JUDGE OF THIS COURT:

Encinal Investments, Inc., Assignee of Claimant Palmview Glass and Mirror (hereinafter referred to as Encinal) files this statement of claim pursuant to the Order of the Court and states:

1. The nature of the labor and/or materials provided on the Social Security Building project: provided windows, doors, frames and accessories.

2. The months in which it provided labor or materials to that project: October, 2001 through November, 2001.

3. The last day in which it provided labor or materials to that project: November 26, 2001.

4. The amount of its unpaid claim: $11,552.50 plus $745.14 in accrued interest for a total of $12, 297.64.

5. Whether it provided notices of nonpayment to Triad Builders; if so, the date of such notices; and attach a copy of any such notices: Encinal does not have in its possession any such notices, such notices, if they exist, are in the possession of Palmview Glass and Mirror, Assignor of claim;

6. Whether it provided notices of nonpayment to Browndrew, LLC; if so, the date of such notices; and attach a copy of any such notices: see attached letter of Antonio Villeda, Attorney, dated June 6, 2002.

7. Whether it filed a lien against the properties; if so, the date and recording information of that lien; and attach a copy of the recorded lien instrument: None.

8. If you claim that any change orders were approved to increase your claim from the originally approved amount, please provide any information for that claim, and attach any documents of which rely in so claiming: Encinal does not have any such documents; if such documents exist, they would be in the possession of the Assignor, Palmview Glass and Mirror.

9. Attach to this statement is invoice No. 6322 issued by Palmview Glass and Mirror to Triad Builders, an invoice No. 6325 relating to the same party; and invoice No. 452380, relating to such parties.

Dated October 16, 2002.

Respectfully submitted,

**LAW OFFICE OF ANTONIO VILLEDA**
5414 North 10th Street
McAllen, Texas 78504
(956) 631-9100 Telephone
(956) 631-9146 Fax
E-Mail: avilleda@hiline.net

By: _____
ANTONIO VILLEDA
State Bar No. 20585300
Attorney for Defendant, Encinal
Investments, Inc.

## **VERIFICATION**

Before me the undersigned authority on this day personally appeared Aaron Rivas, Vice President of Encinal Investments, Inc., who being by me duly sworn on oath deposed and said that Encinal Investments, Inc. is a Defendant in this case, that he has read the above and foregoing statement; and that all of the facts stated therein are within his personal knowledge and are true and correct.

ENCINAL INVESTMENTS, INC.

By: _____
AARON RIVAS, Vice President

SUBSCRIBED AND SWORN TO BEFORE ME on the ___17th___ day of October, 2002, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC, State Of Texas

BETTY ANN MATA
Notary Public, State of Texas
My Commission Expires Apr. 9, 2003

My Commission Expires: __4-9-2003__

Statement of claim of
Encinal Investments, Inc. Assignee
Of Claimant Palmview Glass and Mirror
Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing. *Statement of claim of Encinal Investments, Inc., Assignee of Claimant Palmview Glass and Mirror*, was forwarded on this 17th day October, 2002, to:

William L. Rentfro                                    Via Fax 541-3414 w/ Enclosures
185 East Ruben Torres Blvd
Brownsville, Texas 78520
*Attorney for the Plaintiff*

_____
ANTONIO VILLEDA

Statement of claim of
Encinal Investments, Inc. Assignee
Of Claimant Palmview Glass and Mirror
Page 4 of 4

INVOICE                                          6322

# Palmview Glass & Mirror
3 1/2 Miles West Expressway 83
~~Route 1, Box 324~~T Rt 11 Box 532RQ
Mission, Texas 78572
(512) 585-3272

**SOLD TO:** Triad Builders
2300 W. Pike Blvd. Suite 204
Weslaco, TX 78596
(956) 447-5798 (SSA Brownsville)

**DATE:** 10/4/01

FORM NO 15394
REV: 1-91

| QUAN. | SIZE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
|  |  | Aluminum Storefront Glass |  |  |
|  |  | Glazing & Mirrors |  |  |
|  |  | Operator Doors |  |  |
|  |  | Toilet Accessories |  |  |
|  |  | Hollow Metal Doors & Frames |  |  |
|  |  | Wood doors |  |  |
|  |  | Aluminum Interior Frames |  |  |
|  |  | Fire Extinguishers |  |  |
|  |  | All Aluminum will be |  |  |
|  |  | 1 3/4" X 4" Bronze Aluminum |  |  |
|  |  | with 1/4" Glass doors will |  |  |
|  |  | be off set pivot |  |  |

LABOR _____ @ _____ HRS.

MATERIAL

- WINDOWS  • TUB & SHOWER DOORS
- SCREENS  • MIRRORS  • LEADED GLASS
- AUTO GLASS  • PATIO DOORS

**SUB TOTAL:** $179,525.00

**TAX:**

**TOTAL:**

PLEASE PAY FROM THIS INVOICE ⟶



# INVOICE    6325

## Palmview Glass & Mirror

~~Route 1, Box 824T~~ Rt 11 Box 532 R.Q.
Mission, Texas 78572
~~(512) 585-9272~~
956-638-5755

**SOLD TO:** Triad Builders
2309 West Pike Blvd Suite 20
Weslaco TX 78596
(956) 447-5198 GSA Brownsville

**DATE:** 11/26/00

FORM NO. 15394
REV: 1-91

| QUAN. | SIZE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | Aluminum Frames | | |
| | | + Glazing | | |
| | | (2) Second Draw | | |
| | | Refer to Invoice # 6322 | 52350 | 00 |
| | | Not Received minus retainage | 47115 | 00 |
| | | Expecting Check for ↗ | | |

LABOR _____ @ _____ HRS.

MATERIAL

- WINDOWS • TUB & SHOWER DOORS
- SCREENS • MIRRORS • LEADED GLASS
- AUTO GLASS • PATIO DOORS

**PLEASE PAY FROM THIS INVOICE** →

SUB TOTAL
TAX
**TOTAL** 18,175.00
Balance ↗

Palmview Glass & Mirror
Rt. 11 Box 532 RQ
Mission TX 78572 (956) 538-5755

**452380**

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 11/2/01 |
|---|---|---|

NAME: Triad Builders
ADDRESS: 2300 W. Pike Blvd., Suite 204 Weslaco TX 78596
CITY, STATE, ZIP: (Brownsville TX) 554)
SOLD BY: R.

| | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | Storefront, Aluminum | | |
| 3 | & Glazing etc. | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | $40,525.00  Total | | |
| 8 | | | |
| 9 | 40,525.00  Draw (please) 1st | | |
| 10 | | | |
| 11 | 30,000.00 | | |
| 12 | | | |

RECEIVED BY

Adams 5805    KEEP THIS SLIP FOR REFERENCE

# LAW OFFICE OF ANTONIO VILLEDA

5414 North 10th Street
McAllen, Texas 78504
(956) 631-9100 Telephone
(956) 631-9146 Facsimile

Antonio Villeda, C.P.A.
Board Certified by the Texas Board of Legal Specialization
and American Board of Certification in Business Bankruptcy

E-Mail: avilleda@biline..iet

June 6, 2002

Browndrew, LLC
Attn: Mr. Tom Boucher
656 West Randolph, Suite 400W
Chicago, IL 60661

VIA FED-EX #833127837079

Re: NOTICE OF UNPAID BALANCE AND DEMAND FOR PAYMENT FOR
MATERIALS DELIVERED FOR PROPERTY LOCATED AT:
LOT 2, BLK. 1, HAPCO SUBDIVISION, CAMERON COUNTY: CONTRACTOR
TRIAD BUILDERS, INC.

Dear Mr. Boucher:

Pursuant to Texas Property Code §53.056, you are hereby notified that the invoices attached to this notice are a true and accurate account of materials supplied to Triad Builders, Inc., (see invoices attached), in connection with the construction on the jobsite referred to above.

The amount of $11,552.50, plus accrued interest, is now unpaid on this account.

You are hereby notified that if this account remains unpaid, you may be personally liable and your property subjected to a lien unless you withhold payments from Triad Builders, Inc., in an amount necessary to pay this claim, or unless this claim is otherwise paid or settled.

On behalf of Encinal Investments, Inc., Assignee of Palmview Glass & Mirror, demand is hereby made that you pay, from the funds you are required to withhold as a result of this notice and/or from those funds you are required to retain by law, the sum of $11,552.50, the amount due on the attached invoices, plus accrued interest, within ten days from the date hereof.

Check needs to be made payable to assignee, Encinal Investments, Inc.

Respectfully submitted,

LAW OFFICE OF ANTONIO VILLEDA

Antonio Villeda

AV:bam
Enclosure
cc: w/encl. Encinal Investments, Inc.
    w/encl. Triad Builders, Inc.

Via Fax at 447-5459