IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

OCT 18 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| Plaintiff and Counter Defendant | § | |
| | § | |
| V. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ELSA STATE | § | |
| BANK & TRUST.; G&T PAVING CO.; | § | CASE NUMBER: B-02-137 |
| AQUA TECH; VILLANUEVA FENCE & | § | |
| SUPPLY CO.; VALLEY BUILDERS CO.; | § | |
| ROBERT'S WELDING & FABRICATORS, | § | |
| INC.; BOWMAN DISTRIBUTING CO., INC.; | § | |
| OMEGA SYSTEMS; GALVAN SHEET | § | |
| METAL SHOP; RAYMOND ROOFING, INC.; | § | |
| SKIPPER'S REPAIR PLUMBING; RZB, INC., | § | |
| d/b/a GLOBAL ELECTRIC et al. | § | |
| | § | |
| Defendants | § | |

## Defendant, RZB, Inc., d/b/a Global Electric's Statement of Claim against Browndrew, LLP

TO THE HONORABLE U.S. DISTRICT JUDGE:

COMES NOW RZB, INC., d/b/a GLOBAL ELECTRIC ("GLOBAL ELECTRIC"), and files this its *Statement of Claim Against Browndrew, LLP*, and would respectfully show the Court the following:

GLOBAL ELECTRIC furnished and installed light fixtures, electrical panels, fire alarm system, telephone system and related electrical labor and materials for construction of improvements to the building located at 1735 Coffeeport Road, Brownsville, Texas ("Project"). GLOBAL ELECTRIC had a contract with TRIAD BUILDERS, INC. for $164,374.00.

DEFENDANT, RZB, INC., d/b/a GLOBAL ELECTRIC'S
STATEMENT OF CLAIM AGAINST BROWNDREW, LLC
tjw-4/8424 003/browndrew/pleadings/statementofclaim
Page 1 of 4

On April 15, 2002, GLOBAL ELECTRIC filed an Affidavit Claiming Mechanic's Lien in Cameron County, Texas. That document was filed at Volume 7916, Page 222, et seq., Official Public Records of Cameron County, Texas. A copy of the affidavit, with attachments, is attached hereto as Exhibit "A."

GLOBAL ELECTRIC has never received payment for the work performed made the subject of its Affidavit Claiming Mechanic's Lien.

GLOBAL ELECTRIC's work was performed during the months of January, February and March, 2002.

Notices of the GLOBAL ELECTRIC claim were sent to Browndrew, LLP on November 8, 2001, for GLOBAL ELECTRICT'S retainage lien claim, and also on April 15, 2002 for the total GLOBAL ELECTRIC lien claim, including retainage. A copy of the notices are attached hereto as Exhibit "B."

Respectfully submitted,

_____
Thomas J. Walthall, Jr.
State Bar No. 20821600
Brad L. Sklencar
State Bar No. 18474230
Admission No. 13093
THE GARDNER LAW FIRM
A Professional Corporation
745 E. Mulberry, Suite 100
San Antonio, Texas 78212
(210) 733-8191
(210) 733-5538 (Fax)
**ATTORNEYS FOR RZB, INC., d/b/a GLOBAL ELECTRIC**

DEFENDANT, RZB, INC., d/b/a GLOBAL ELECTRIC'S
STATEMENT OF CLAIM AGAINST BROWNDREW, LLC
tjw4/8424 003/browndrew/pleadings/statementofclaim
Page 2 of 4

## CERTIFICATE OF SERVICE

I certify that on the 17th day of October, 2002, a copy of the above instrument has been sent by first class mail, postage pre-paid, to the following:

William L. Rentfro
Rentfro, Faulk & Blakemore, LLP
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
*Counsel for Plaintiff and Counter-Defendant,*
*Browndrew, LLC*

G.D. Lozano
P.O Box 854
La Feria, Texas 78559
*Pro Se*

Lance A. Kirby
Jones, Galligan, Key & Lozana, LLP
2300 W. Pike Blvd., Suite 300
P.O. Drawer 1247
Weslaco, Texas 78599
*Counsel for Defendant, Elsa State Bank*

Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520
*Pro Se for Defendant, G&T Paving Co.*

Marshall R. Ray
Ransome & Ray
550 E. Levee Street
Brownsville, Texas 78520-5343
*Counsel for Defendant and Cross-Claimant,*
*Skipper Repair Plumbing*

M. Steven Deck
Law Offices of John King
3409 N. 10th Street, Suite 100
McAllen, Texas 78501
*Counsel for Defendant, Robert Mariscal*

Robert L. Eden
Matthews Carlton
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
*Counsel for Defendant, Consolidated Electric*
*Distributors, Inc.*

Jerry Lee Stapleton
Stapleton, Curtis & Boswell, LLP
P.O. Box 2644
Harlingen, Texas 78551
*Counsel for Defendant and Counter-Claimant,*
*Bowman Distributing, Bowman Dist. Co., Inc.*

Alison D. Kennamer
Rodriguez, Colvin & Chaney, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, Texas 78522
*Counsel for Defendant, Sherwin-Williams Company*

Curtis Bonner
Bonner & Bonner
P.O. Box 288
Harlingen, Texas 78551
*Counsel for Defendant and Counter-Claimant,*
*M&M Commercial Lawn Services, Inc.*

Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589
*Pro Se for Defendant, Edmann's Commercial*
*Refrigeration & A/C*

Daniel G. Rios
Law Offices of Daniel Rios
323 Nolana Loop
McAllen, Texas 78504
*Counsel for Defendant, Lifetime Industries, Inc.*

Michael A. McGurk
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504
*Counsel for Defendant, Hope Lumber & Supply Co*

Mauro L. Reyna, III
P.O. Box 969
Penitas, Texas 78576
*Counsel for Intervenor-Plaintiff, Robert Cardenas,*
*Jr., d/b/a Robert Welding & Fabricators, Inc.*

DEFENDANT, RZB, INC., d/b/a GLOBAL ELECTRIC'S
STATEMENT OF CLAIM AGAINST BROWNDREW, LLC
tjw4/8424.003/browndrew/pleadings/statementofclaim
Page 3 of 4

Sam Drugan
Marshall L. Armstrong
Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, Texas 78215
*Counsel for DEA Specialties Co., Ltd.*

John Skaggs
Skaggs & Garza
P.O. Drawer 2285
McAllen, Texas 78502
*Counsel for LCM Management Co., Inc., d/b/a South Texas Flag*

_____
Thomas J. Walthall, Jr.

DEFENDANT, RZB, INC., d/b/a GLOBAL ELECTRIC'S
STATEMENT OF CLAIM AGAINST BROWNDREW, LLC
tjw4/8424.003/browndrew/pleadings/statementofclaim
Page 4 of 4



4705 Towerwood Dr. • Brownsville, Texas 78521
Office: 956/831-5004 • Fax: 956/831-5005

## AFFIDAVIT CLAIMING MECHANIC'S LIEN

### NOTICE: THIS IS NOT A LIEN.
### THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN

### AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALSMAN'S LIEN

STATE OF TEXAS
COUNTY OF CAMERON

BEFORE ME, the undersigned authority, on this day personally appeared Rene Z. Barrera, the undersigned Affiant, who swore on his oath that the following facts are true:

My name is Rene Z. Barrera, I am the President of RZB Inc. dba Global Electric. This Affidavit is made on behalf of RZB Inc. dba Global Electric to perfect the Mechanic's and Materialman's Lien against the real property described below:

1.) RZB Inc. dba Global Electric has an unpaid claim in the amount of $114,267.03 for labor and materials furnished on the construction of improvements generally known as the SSA-Bro., Drew Group construction project. The claimed amount of $114,267.03 is, within my personal knowledge, just and true, the same is unpaid, and all lawful offsets, payments and credits have been allowed. The claim amount is for labor and materials furnished and described below, on which a systematic record has been kept.

2.) The name and last known address of the owner or reputed owner of the real property and improvements upon which this claim is made is: Browndrew, LLC, 656 W. Randolph, Suite #400W. Chicago, Illinois 60661.

3.) The claim amount of $114,267.03 represents the unpaid contract price due claimant, or in the alternative, is the reasonable value of the unpaid portion of RZB Inc. dba Global Electric's labor and materials furnished, which are described below.

4.) RZB Inc dba Global Electric's labor and materials furnished for construction of improvements on the real property described below are generally described as: Furnished and installed light fixtures, electrical panels, fire alarm system, telephone system, and allied labor and materials for electrical system. This claim consists of said work preformed and materials delivered during each of the following months: January 2002, February 2002, March 2002 and Retainage billings for work performed September 2001 thru March 2002.

5.) Claimant furnished the above-described labor and materials under a contract with Triad Builders, Inc. whose last known address is 2300 W. Pike Blvd., Suite #204 Weslaco, Texas 78596.

EXHIBIT

Commercial                Industrial                Residential

```
Doc      Bk      Vol
0   0146 OR  7916    225
```



**RZB INC. DBA GLOBAL ELECTRIC**

4705 Towerwood Dr. • Brownsville, Texas 78521
Office: 956/831-5004 • Fax: 956/831-5005

6.) The name and last known address of the original contractor on the above-referenced project is Triad Builders, Inc. 2300 W. Pike Blvd., Suite #204 Weslaco, Texas 78596.

7.) The legal description of the real property improved by Claimant's above described labor and materials, and which real property and improvements thereon are sought to be charged with RZB Inc dba Global Electric's lien, is: See Exhibit "A" attached, and incorporated herein.

8.) RZB Inc dba Global Electric claims a mechanic's and materialman's lien upon the above-described real property and improvements thereon to secure payment of it's claim in the amount of $ 114,267.03 in accordance with the Texas Property Code.

9.) RZB Inc dba Global Electric's physical address is 4705 Towerwood Dr. Brownsville, Texas 78521. RZB Inc dba Global Electric's mailing address is P.O. Box 3408 Brownsville, Texas 78523-3408.

10.) RZB Inc. dba Global Electric's notice of mechanic's lien was/were sent by United States, certified mail, return receipt requested, on the following date to the addressee indicated: April 15, 2002 to Browndrew, LLC., and RZB Inc dba Global Electric's Retainge Notice letter was sent by United States, certified mail, return receipt requested on the following dates to the addressee indicated: September 26, 2001 and November 8, 2001 both to Browndrew, LLC.

11.) In compliance with the Texas Property Code, RZB Inc. dba Global Electric is sending one copy of this Affidavit to Browndrew, LLC., at its last known address, and also one copy to the above referenced Triad Builders, Inc. at its last known address.

Rene Z. Barrera - President
RZB Inc. dba Global Electric

SUBSCRIBED AND SWORN TO BEFORE ME by the said Rene Z. Barrera this 15th day of April, 2002, to certify which witness my hand and seal of office.

Maria Salazar - Notary Public,
State of Texas

MARIA SALAZAR
Notary Public, State of Texas
My Commission Expires
October 19, 2004

Commercial          Industrial          Residential



**RZB INC. DBA GLOBAL ELECTRIC**

4705 Towerwood Dr. • Brownsville, Texas 78521
Office: 956/831-5004 • Fax: 956/831-5005

## ACKNOWLEDGMENT

This instrument was acknowledged before me on the 15th day of April, 2002 by Rene Z. Barrera, the President and duly authorized agent of RZB Inc. dba Global Electric, a Texas Corporation, on behalf of said corporation.



MARIA SALAZAR
Notary Public, State of Texas
My Commission Expires
October 19, 2004

Maria Salazar - Notary Public,
State of Texas

AFTER FILING RETURN TO:
RZB Inc. dba Global Electric
P.O. Box 3408
Brownsville, Texas 78523-3408

Commercial         Industrial         Residential





4705 Towerwood Dr. • Brownsville, Texas 78521
Office: 956/831-5004 • Fax: 956/831-5005

### Exhibit A
### Legal Description

1.47 Acre tract of land, more or less, out of Lot 2, block1, Hapco Subdivision in Cameron County, Texas according to the plat of said subdivision, recorded in Cabinet 1, Page 1116-B, Map Records, Cameron County, Texas; and said 1.47 Acre Tract of land being more particularly described as follows:

COMMENCING at a ½ Inch Iron Rod found for the Southwest corner of Lot 2, Block 1 of said Hapco Subdivision, being on the North Right-of-way line of Coffeeport Road (Having an 80' Right-of-way),

THENCE, North 05 Degrees 05 Minutes 04 Seconds East, leaving the North Right-of-way line of Coffeeport Road (Having an 80' Right-of-way), along the East boundary line of a 30 foot Access Easement as shown on the recorded plat of of said Hapoco Subdivision, and along the West boundary lineof Lot 1, Block 1 of said Hapco Subdivision, a distance of 336.31 feet to a 1/2" Inch Iron Rod Found on the South Boundary line of Lot 1, block 1 of said Hapco Subdivision;

THENCE, South 45 Degrees 54 Minutes 56 Seconds East, leaving the West boundary line of Lot 2, Block 1, of said Hapco Subdivision, along the South Boundary Line of Lot 1, Block 1of said Hapco Subdivision and along the North boundary line of lot 2, Block 1 of said Hapco Subdivision, at a distance of 168.33 feet, the Southwest corner of a 1.264 Acre Tract for the Public Utilities Board Electrical Substation recorded in Volume 835, Page 567, of the Deed Records of Cameron County, Texas, at a distance of 168.45 feet and 0.07 feet Right, a ½ Inch Iron Rod Found, and continuing a total distance of193.15 feet for the Northwest Corner of the herein described TRACT 2, and the PLACE OF BEGINNING;

THENCE, continuing South 84 Degrees 54 Minutes 56 Seconds East, along the South Boundary Line of Lot 1, Block 1 of said Hapco Subdivision and along the North boundary line of Lot 2, Block 1 of said Hapco Subdivision, at a distance of 145.18 feet, for the Northeast Corner of this tract;

THENCE, South 05 Degrees 05 Minutes 04 Seconds West, leaving the North boundary line of Lot 2, Block 1 of said Hapco Subdivision, along the West boundary line of said 1264 Acre tract of land, a distance of 459.72 feet to a 5/8 Inch Iron Rod Found at the Southeast corner of Lot 2, Block 1 of said Hapco Subdivision, being on the North Right-of way Line of Coffeeport Road (Having an 80' Right-of-way) and on a Curve to the Right, for the Southeast corner of this tract;

THENCE, along the North Right-of-way Line of Coffeeport Road (Having an 80' Right-of-way), and along said curve to the right, having a radius of 1392.40 feet Delta Angle of 06 Degrees 13 Minutes 21 Seconds, an Arc Length of 151.22 Feet, a Chord Bearing of North 68 Degrees 45 Minutes 38 Seconds West, and a Chord Distance of 151.15 Feet, for the Southwest Corner of this tract;

THENCE, North 05 Degrees 05 Minutes 04 Seconds East, a distance of 417.67 feet to the POINT OF BEGINNING; Containing 63896 Square Feet or 1.47 Acres of land, more or less.

All Dimensions are in feet and decimals thereof.

Basis of Bearings on this Metes and Bounds Description are as per Hapco Subdivision, Recorded in Cabinet 1, Page 1116-B, Map Records of Cameron County, Texas.

Commercial                    Industrial                    Residential



**RZB INC. DBA GLOBAL ELECTRIC**

4705 Towerwood Dr. • Brownsville, Texas 78521
Office: 956/831-5004 • Fax: 956/831-5005

## COVER LETTER SENDING COPIES OF LIEN AFFIDAVIT
April 15, 2002

**Browndrew, LLC.**
656 W. Randolph St., Ste. #400W
Chicago, Illinois 60661

Certified Mail No. 7099 3400 0014 6150 1273
Return Receipt Requested

**Triad Builders, Inc.**
2300 W. Pike Blvd., Ste. #204
Weslaco, Texas 78596

Certified Mail No. 7099 3400 0014 6150 1204
Return Receipt Requested

Re:   Claims of RZB Inc. dba Global Electric; Mechanic's and Materialsman's Lien

Gentlemen:

We are sending you the enclosed copies of RZB Inc. dba Global Electric's Affidavit Claiming Mechanic's and Materialmen's Lien.

In accordance with the Texas Property Code, we notify you again that if the claim described in the attached Affidavit remains unpaid, the owner of the property described may be liable, unless the owner withholds payment from the contractor for the amount of the claim, or it is otherwise settled or paid.

Please contact the undersigned on receipt of this letter so that we may discuss a prompt resolution to this matter.

Sincerely yours,

Rene Z. Barrera
President
RZB Inc. dba Global Electric

Encl.:

Affidavit Claiming Mechanic's and Materialmen's Lien



EXHIBIT B

Commercial          Industrial          Residential

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _D. Gibson_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 6-22-

1. Article Addressed to:

Browndrew, LLC.
656 W. Randolph St.,
   Suite 400W
Chicago, Illinois
        60661

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7099 3400 0014 6150 1273

PS Form 3811, August 2001   Domestic Return Receipt   102595-01

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0014 6150 1273

CHICAGO, IL 60661

| | | |
|---|---|---|
| Postage | 0.57 | UNIT ID: 0056 |
| Certified Fee | 2.10 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.50 | |
| Restricted Delivery (Endorsement Required) | | Clerk: KT4C40 |
| Total Postage & Fees | 4.17 | 04/15/02 |

(Postmark: Brownsville, Texas 78520, APR 15)

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Browndrew LLC
Street, Apt No., or PO Box No.
656 W. Randolph St., Ste. 400W
City, State, ZIP+4
Chicago, Illinois 60661

PS Form 3800, February 2000   See Reverse



4705 Towerwood Dr. • Brownsville, Texas 78521
Office: 956/831-5004 • Fax: 956/831-5005



11/8/01

## NOTICE OF AGREEMENT PROVIDING FOR RETAINAGE

November 8, 2001

**BROWNDREW, LLP.**  **Certified Mail - No. 7099 3400 0014 6150 1037**
**656 W. RANDOLPH ST., SUITE #400W**  **Return Receipt Requested**
**CHICAGO, ILLINOIS 60661**

Re:  Notice of Contractual Retainage Claim of RZB Inc. dba Global Electric; SSA-Brownsville, Drew Group, Lease Construction project located at 1735 Coffeeport Rd. Brownsville, Texas.

Gentlemen:

We are pleased to have been selected as a subcontractor for the above-referenced construction project. Our contact with Triad Builders, Inc. provides that 10 percent of the contract price may be withheld as reasonable. We therefore respectfully submit our notice of contractual retainage agreement. This notice is required by Texas Law.

The general nature of the agreement is as follows:

10% retainage of contract price as adjusted by the change orders.

We believe the total sum to be retained under our contract will be $14,600.00. Also, 10% of increases to our contract by change order(s) will be subject to retainage.

This notice is not in any way to be considered a negative comment regarding our customer, Triad Builders, Inc., and we look forward to working with them for a successful completion of your project.

Sincerely yours,

René Z. Barrera – President
RZB Inc. dba Global Electric

Cc. Triad Builders, Inc.  Certified Mail – No. 7099 3400 0014 6150 1020
  Return Receipt Requested



Commercial  Industrial  Residential

*[Page contains a sideways-oriented USPS Certified Mail Receipt and return receipt card]*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Browndrew, LLP
65W W. Randolph St. #400W
Chicago, Illinois 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature  X G. C. Bscw
D. Is delivery address different from item 1?  If YES, enter delivery address below:

RECEIVED [stamp]

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number: ATTN: Tim Bruckner

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0014 6150 1037

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Recipient's Name: Browndrew LLP
Street, Apt. No.: 65W W. Randolph St. Suite 400
City, State, ZIP+4: Chicago, Illinois 60601

PS Form 3800, February 2000