

United States District Court
Southern District of Texas
FILED

OCT 1 8 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. B -02-137** |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |
| *Defendants* | § | |

### DEFENDANT HOPE LUMBER & SUPPLY COMPANY, L.P.'S
### STATEMENT OF CLAIM AGAINST BROWNDEW, L.L.P.

NOW COMES, Hope Lumber & Supply Company, L.P. ("Hope"), one of the Defendants in the above-referenced action, and files this its Statement of Claim pursuant to order of the Court and for such would show unto the Court as follows:

1.    Claimant is Hope Lumber & Supply Company, L.P.

2.    Claimant contracted with Triad Building Systems to: furnish building materials for the construction of a building located at 1735 Coffee Port Road, Brownsville, Texas. After allowing all just credits, offsets, and payments, the amount of $7,418.00 remains unpaid as of March 7, 2002. This amount is for materials only and does not include accrued interest.

3.    An Affidavit for Mechanics's and Materialmen's Lien was filed at Volume 7833, Page 74, as Document 00013817 on March 18, 2002, of the Official Records of Cameron County, Texas.

4.    An Amended Affidavit for Mechanics's and Materialmen's Lien claiming lien was filed at Volume 8026, Page 200, of the Official Records of Cameron County, Texas, on May 23, 2002.

5.    Attached hereto as Exhibit "A" are true and correct copies of the Notices sent and Liens filed in connection with this matter.

Respectfully submitted,

Michael A. McGurk
State Bar No. 00797746
Federal I.D. No. 20091

**OF COUNSEL:**

KITTLEMAN, THOMAS, RAMIREZ &
GONZALES, PLLC
4900-B North Tenth
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by regular U.S. mail this _____ day of October, 2002, upon the following:

William L. Rentfro - *Via Certified Mail 7001 0360 0003 5535 8648*
Browndrew, L.L.C.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
*Attorney for Plaintiff and Counter-Defendant, Browndrew, L.L.C.*

Jerry Lee Stapleton - *Via Regular Mail*
Stapleton & Curtis
P.O. Box 2644
Harlingen, Texas 78550
*Attorney for Defendant and Counter-Claimant, Bowman Distributing, Bowman Dist. Co., Inc.*

Marshall R. Ray - *Via Regular Mail*
Ransom & Ray
550 E. Levee Street
Brownsville, Texas 78520-5343
*Attorney for Defendant Skipper Repair & Plumbing*

G.D. Lozano - *Via Regular Mail*
P.O. Box 854
La Feria, Texas 78559
*Pro Se*

Alison D. Kennamer - *Via Regular Mail*
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522
*Attorneys for Defendant Sherwin-Williams Company*

Lance A. Kirby - *Via Regular Mail*
Jones, Galligan, Key & Lozano, L.L.P.
2300 W. Pike Blvd., Ste. 300
Weslaco, Texas 78599
*Attorneys for Defendant, Elsa State Bank*

Curtis Bonner - *Via Regular Mail*
Bonner & Bonner
P.O. Box 288
Harlingen, Texas 78551
*Attorneys for Defendant and Counter-Claimant, M & M Commerical Lawn Services, Inc.*

Abel Gonzales - *Via Regular Mail*
P.O. Box 5136
Brownsville, Texas 78520
***Pro Se for Defendant G & T Paving Co.***

Edmundo Martinez - *Via Regular Mail*
705 S. San Antonio
San Juan, Texas 78589
***Pro Se for Defendant Edmann's Commercial Refrigeration & AC***

Marshall R. Ray - *Via Regular Mail*
Ransome & Ray
550 E. Levee Street
Brownsville, Texas 78520-5343
***Attorney for Defendant and Cross-Claimant, Skipper Repair Plumbing***

Daniel G. Rios - *Via Regular Mail*
Law Offices of Daniel G. Rios
323 Nolana Loop
McAllen, Texas 78504
***Attorney for Defendant, Lifetime Industries, Inc.***

M. Steven Deck - *Via Regular Mail*
Law Offices of John King
3409 N. 10th Street, Ste. 100
McAllen, Texas 78501
***Attorney for Defendant Robert Mariscal***

Robert L. Eden - *Via Regular Mail*
Matthews Carlton
8131 LBJ Fwy, Ste. 700
Dallas, Texas 75251
***Attorney for Defendant, Consolidated Electric Distributors, Inc.***

Mauro L. Reyna, III.- *Via Regular Mail*
P.O. Box 969
Penitas, Texas 78576
***Attorney for Intervenor-Plaintiff, Robert Cardenas, Jr., d/b/a Robert Welding & Fabricators, Inc.***

John Skaggs - *Via Regular Mail*
Skaggs & Garza
P.O. Drawer 2285
McAllen, Texas 78502
***Attorney for LCM Management Co., Inc., d/b/a South Texas Flag***

Sam Drugan - *Via Regular Mail*
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, Texas 78215
*Attorney for D.E.A. Specialties Co., LTD.*

Antonio Villeda - *Via Regular Mail*
Attorney At Law
5414 N. 10th Street
McAllen, Texas 78504
*Attorney for Encinal Investments, Inc., and Palmview Glass & Mirror, Inc.*

Alfredo Padilla - *Via Regular Mail*
Attorney At Law
1000 E. Van Buren
Brownsville, Texas 78520
*Attorney for Alfredo Gutierrez*

Thomas J. Walthall, Jr.- *Via Regular Mail*
745 E. Mulberry Avenue, Ste. 100
San Antonio, Texas 78212
*Attorney for RZB, Inc., d/b/a Global Electric*

_____
Michael A. McGurk

## VERIFICATION

Before me the undersigned authority on this day personally appeared Rick Salinas of Hope Lumber & Supply Company, L.P., who being by me duly sworn on oath deposed and said that Hope Lumber & Supply Company, L.P. is a Defendant in this cause, that he/she has read the above and foregoing statement, and that all of the facts stated therein is within his personal knowledge and are true and correct.

HOPE LUMBER & SUPPLY COMPANY, L.P.

By: _____
Rick Salinas, General Manager

SUBSCRIBED AND SWORN TO BEFORE ME on October __17 th__, 2002, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas



Printed Name: _Zdo/ JuArez_
My Commission Expires: __9-28. 05__



**KITTLEMAN,**
**THOMAS, RAMIREZ**
**& GONZALES, PLLC**
A T T O R N E Y S   A T   L A W

Michael A. McGurk
mmcgurk@ktrglaw.com

March 19, 2002

**_VIA CMRRR: #7001 0360 0003 5538 1295_**

J. Michael Drew
1333 North Kingsberry, Suite 306
Chicago, IL 60622-2641

      Re:    Amounts owed to Hope Lumber & Supply Co. for materials supplied

Dear Mr. Drew:

      Enclosed please find a copy of an Affidavit for Mechanic's and Materialman's Lien which was recently filed with the Hidalgo County Clerk's office. Pursuant to Texas Property Code Sec. 53.159, you are requested to provide us the following information:

1.    Legal description of the property if not accurate in the affidavit.

2.    Whether there is a surety bond and if so, the name and last known address of the surety and a copy of the bond; and

3.    Whether there are any prior recorded liens or security interests on the real properties being improved and if so, the name and address of the person having the lien or security interest.

      If you have any questions or would like to discuss this matter, please call me.

                Sincerely,

                **_KITTLEMAN, THOMAS,_**
                **_RAMIREZ & GONZALES, PLLC_**

                Michael A. McGurk

MAM/jlt
Enclosure

cc:    Triad Builders, Inc.
       2300 West Pike Boulevard, Suite 204
       Weslaco, TX 78596

**EXHIBIT**
**"A"**



**KITTLEMAN,
THOMAS, RAMIREZ
& GONZALES, PLLC**

A T T O R N E Y S   A T   L A W

Michael A. McGurk
mmcgurk@ktrglaw.com

April 8, 2002

**VIA CMRRR: #7001 0360 0003 5543 1020**
Browndrew, LLC
625 W. Randolph, Suite 400
Chicago, IL 60661

    Re:    Amounts owed to Hope Lumber & Supply Co. for materials supplied

Dear Sir/Madam:

    Enclosed please find a copy of an Affidavit for Mechanic's and Materialman's Lien which was recently filed with the Cameron County Clerk's office.  Pursuant to Texas Property Code Sec. 53.159, you are requested to provide us the following information:

    1.    Legal description of the property if not accurate in the affidavit.

    2.    Whether there is a surety bond and if so, the name and last known address of the surety and a copy of the bond; and

    3.    Whether there are any prior recorded liens or security interests on the real properties being improved and if so, the name and address of the person having the lien or security interest.

    If you have any questions or would like to discuss this matter, please call me.

                Sincerely,

                *KITTLEMAN, THOMAS,
RAMIREZ & GONZALES, PLLC*

                Michael A. McGurk

MAM/jlt
Enclosure

cc:    Triad Builders, Inc.
    2300 West Pike Boulevard, Suite 204
    Weslaco, TX 78596



EXHIBIT
**"A"**

P. O. Box 1416 / McAllen, Texas 78505

4900-B North 10th Street / McAllen, Texas 78504 / (956)686-8797 / Fax (956)630-5199



Michael A. McGurk
mmcgurk@ktrglaw.com

# KITTLEMAN,
# THOMAS, RAMIREZ
# & GONZALES, PLLC
### A T T O R N E Y S    A T    L A W

May 28, 2002

***Via Federal Express Airbill #834215782258***
Browndrew, LLC
Attn: Mr. Tom Boucher
656 West Randolph, Suite 400W
Chicago, IL 60661

Re:    Project: GSA Building on Coffeeport Road, Brownsville, Texas
Legal description: Lot 2, Block 1, HAPCO Subdivision, Brownsville,
Cameron County, Texas

### NOTICE OF NONPAYMENT

This law firm has been retained by Hope Lumber & Supply Co. (*"Hope Lumber"*) to collect delinquent sums owed by Triad Builders, Inc. to Hope Lumber in the amount of $7,418.00. Pursuant to your correspondence dated May 16, 2002 regarding claims against the referenced project Hope Lumber hereby gives notice that it has furnished materials in December 2001 and January 2002 with respect to the referenced project pursuant to an agreement with Triad Builders, Inc.

Enclosed are copies of the invoices identifying the materials furnished by Hope Lumber on the project. Also enclosed are copies of the notices and mechanic's liens filed with Cameron County. The original lien was previously sent to the purported owners of the referenced property (the owner listed on the original lien was based on information provided by the City of Brownsville. Hope Lumber did not learn of Browndrew, L.L.C.'s ownership until very recently and has since filed its amended lien to reflect that ownership. However, timely and proper notice of the lien was sent to purported owners, J. Michael Drew and Browndrew, L.L.C.).

Please notify me whether there is sufficient retainage to pay Hope Lumber's claim for the materials provided pursuant to the lien on file. Also, if there is not enough in retainage to pay this claim, please provide me with documentation to show that Browndrew, L.L.C. did not pay Triad Builders, Inc. any funds after receiving notice of Hope Lumber's lien on the project.



EXHIBIT
"A"

Browndrew, LLC
Attn: Mr. Tom Boucher
Page 2
May 28, 2002

Very truly yours,

**KITTLEMAN, THOMAS, RAMIREZ**
**& GONZALES, PLLC**

Michael A. McGurk *by gh*

MAM:jlt

Enclosures

cc:    Rick Salinas
       Hope Lumber & Supply Company

*NOTICE: THIS IS NOT A LIEN. THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN*

## AMENDED AFFIDAVIT FOR MECHANIC'S AND MATERIALMEN'S LIEN

*STATE OF TEXAS*          §
                          §
*COUNTY OF HIDALGO*       §

      BEFORE ME, the undersigned authority, personally appeared **RICARDO SALINAS,**

**JR.,** who, upon his oath, deposed and stated the following:

(1)    "My name is **RICARDO SALINAS, JR.** I am the authorized agent of **HOPE LUMBER AND SUPPLY COMPANY** (the "Claimant"). Except as otherwise stated, I have personal knowledge of the facts stated in this affidavit and attest that each is true and correct. I am competent to make this affidavit.

(2)    "Claimant's business and mailing address is **2101 Brand Avenue, McAllen, Texas, 78504.**

(3)    "Claimant provided **TRIAD BUILDERS, INC.,** whose address is **2300 West Pike Boulevard, Suite 204, Weslaco, Texas 78596,** material to improve certain real property described as:

    **Hapco Subdivision Lot 2 Block 1, 3.147 acres, City of Brownsville, County of Cameron, Texas.**

    The labor and materials provided are generally described as **lumber and building materials.** Claimant provided these materials in **December, 2001 and January 2002.** Claimant provided these materials pursuant to a contract with the owners, a copy of which is attached as Exhibit "A" pursuant to Property Code § 53.054(c).

(4)    "The owner or reputed owner of the subject property is **BROWNDREW, L.L.C.,** whose last known address is **655 W. RANDOLPH, SUITE 400, CHICAGO, ILLINOIS 60661.**

(5)    "After allowing all just credits, offsets, and payments, the amount of **$7,418.00** unpaid as of **March 7, 2002** and is due and owing to Claimant for providing the labor and materials described herein. The amount, on which a systematic record was kept, is within my personal knowledge and is true and correct. Claimant claims a lien on the subject real property and improvements to secure payment of this amount.

(6)    "Claimant is sending a copy of this affidavit to the above referenced owner at the last known address listed herein within one day of its filing.



**EXHIBIT**
**"A"**

Doc 00027763 Bk Vol 0026 Pg 200

(7)    "This Amended Affidavit for Mechanic's and Materialman's Lien amends the Affidavit for Mechanic's and Materialman's Lien dated March 13, 2002 in the amount of $7,418.00 recorded on March 18, 2002, under Clerk's File No. 00013817, Official Records, Cameron County, Texas."

Further Affiant Sayeth naught.

HOPE LUMBER & SUPPLY COMPANY

By: _____

RICARDO SALINAS, JR.
GENERAL MANAGER

        SUBSCRIBED AND SWORN TO BEFORE ME, by the aforementioned, RICARDO SALINAS, JR., being personally known to me, on the 27 day of May , 2002, to certify which witness my hand and official seal

_____
Notary Public, State of Texas

JERI L. TISDALE
MY COMMISSION EXPIRES
February 8, 2003

After Recording Return To:

Michael A. McGurk
KITTLEMAN, THOMAS, RAMIREZ
& GONZALES, PLLC
4900-B North Tenth Street
McAllen, Texas 78504

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS
on May 28, 2002 at 10:14am

DOCUMENT NUMBER:        00021733

Aed to ......
ss only .......
By
Brenda Manning, Deputy
County ........

*NOTICE: THIS IS NOT A LIEN.  THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN*

## AFFIDAVIT FOR MECHANIC'S AND MATERIALMEN'S LIEN

| | |
|---|---|
| *STATE OF TEXAS* | § |
| | § |
| *COUNTY OF HIDALGO* | § |

BEFORE ME, the undersigned authority, personally appeared **IRMA ARROYO**, who, upon his oath, deposed and stated the following:

(1)    "My name is **IRMA ARROYO**.  I am the authorized agent of **HOPE LUMBER AND SUPPLY COMPANY** (the "Claimant").  Except as otherwise stated, I have personal knowledge of the facts stated in this affidavit and attest that each is true and correct.  I am competent to make this affidavit.

(2)    "Claimant's business and mailing address is **2101 Brand Avenue, McAllen, Texas, 78504.**

(3)    "Claimant provided **TRIAD BUILDERS, INC.**, whose address is **2300 West Pike Boulevard, Suite 204, Weslaco, Texas 78596**, material to improve certain real property described as:

**Hapco Subdivision Lot 2 Block 1, 3.147 acres, City of Brownsville, County of Cameron, Texas.**

The labor and materials provided are generally described as **lumber and building materials.** Claimant provided these materials in **December 2001 and January 2002.** Claimant provided these materials pursuant to a contract with the owners, a copy of which is attached as Exhibit "A" pursuant to Property Code § 53.054(c).

(4)    "The owner or reputed owner of the subject property is **J. MICHAEL DREW**, whose last known address is **1333 N. KINGSBERRY, SUITE 306, CHICAGO, ILLINOIS 60622-2641.**

(5)    "After allowing all just credits, offsets, and payments, the amount of **$7,418.00** unpaid as of **March 7, 2002** and is due and owing to Claimant for providing the labor and materials described herein. The amount, on which a systematic record was kept, is within my personal knowledge and is true and correct.  Claimant claims a lien on the subject real property and improvements to secure payment of this amount.

(6)    "Claimant is sending a copy of this affidavit to the above referenced owner at the last known address listed herein within one day of its filing."

**EXHIBIT
"A"**

Further Affiant Sayeth naught.

HOPE LUMBER & SUPPLY COMPANY

By

**IRMA ARROYO**
**CREDIT MANAGER**

SUBSCRIBED AND SWORN TO BEFORE ME, by the aforementioned, IRMA ARROYO, being personally known to me, on the _13th_ day of _March_, 2002, to certify which witness my hand and official seal.

Notary Public, State of Texas

After Recording Return To:

Michael A. McGurk
KITTLEMAN, THOMAS, RAMIREZ
& GONZALES, PLLC
4900-B North Tenth Street
McAllen, Texas 78504



JERI L. TISDALE
MY COMMISSION EXPIRES
February 8, 2003

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS
This Nov 18,2002  at  09:05A

Document Number :          0001301

Joe G Rivera
County Clerk
By
Lorena Garcia, Deputy
Cameron County