IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2002    93

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Case No. B-02-137 |
| | § | |
| | § | |
| v. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ELSA STATE | § | |
| BANK & TRUST CO.; G & T PAVING CO.; | § | |
| AQUA TECH; VILANUEVA FENCE & | § | |
| SUPPLY CO.; VALLEY BUILDERS CO.; | § | |
| ROBERT'S WELDING & FABRICATORS, | § | |
| INC.; BOWMAN DISTRIBUTING COMPANY, | § | |
| INC., OMEGA SYSTEMS; GALVAN SHEET | § | |
| METAL SHOP; RAYMOND ROOFING, INC; | § | |
| EDMANN'S COMMERCIAL REFRIGER- | § | |
| ATION & A/C; SKIPPER'S REPAIR | § | |
| PLUMBING; RZB INC., d/b/a GLOBAL | § | |
| ELECTRIC; LIFETIME INDUSTRIES; | § | |
| BEN'S GLASS AND METAL; KENMARK, | § | |
| INC.,; GABRIEL ALCANTAR; ALFREDO | § | |
| GUTIERREZ; M&M COMMERCIAL LAWN | § | |
| SERVICES, INC.; G.D. LOZANO; KEVIN | § | |
| COMIER; JCO SPECIALISTS; OPENING | § | |
| SPECIALITIES AND SUPPLY, INC.; DAL- | § | |
| TILE CORPORATION; DEA SPECIALTIES | § | |
| CO., LTD.; LCM MANAGEMENT CO., INC. | § | |
| d/b/a SOUTH TEXAS FLAG; STAR BUILDING | § | |
| SYSTEMS; MARIO MARON; D&B GENERAL | § | |
| CLEANING; G.T. BLINDS, INC.; ROBERT | § | |
| MARISCAL; THE SHERWIN-WILLIAMS | § | |
| COMPANY; THE STRIPING COMPANY; | § | |
| ROBERTO GOMEZ; A&J PAVING; HOPE | § | |
| LUMBER & SUPPLY CO., L.P.; CONSOL- | § | |
| IDATED ELECTRIC DISTRIBUTORS, INC.; | § | |
| PALMVIEW GLASS & MIRROR, INC.; AND | § | |
| ENCINAL INVESTMENTS, INC. | § | |
| | § | |
| | § | |
| Defendants. | § | |

STATEMENT OF CLAIM                                                          Page 1

<u>CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.'S</u>
<u>STATEMENT OF CLAIM</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Consolidated Electrical Distributors, Inc., one of the Defendants in the above styled matter, files this its Statement of Claim pursuant to the Court's Order and would respectfully show the Court as follows:

1.  Consolidated Electrical Distributors, Inc., hereinafter referred to as "CED" provided electrical materials, including but not limited to switch gear, fixtures, panels, wire and conduit, in the prosecution of the work provided for in the subcontract between RZB, Inc., doing business as Global Electrical, a subcontractor of Triad Builders, Inc., the original contractor on the subject construction project,

2.  The principal amount of CED's claim is $22,140.06;

3.  Materials were supplied by CED to RZB, Inc., doing business as Global Electrical, a subcontractor of Triad Builders, Inc., the original contractor on the subject construction project;

4.  Materials were supplied by CED to RZB, Inc., doing business as Global Electrical in the months of January 2002, February 2002, March 2002, May 2002 and June 2002;

5.  The last date materials were supplied by CED to RZB, Inc., doing business as Global Electrical was on or about June 3, 2002;

6.  RZB, Inc., doing business as Global Electrical's account was credited in the amount of $154.68 on or about March 6, 2002 and in the amount of $113.30 on or about June 14, 2002 for materials that were returned. Cash payments have been received from RZB, Inc., doing business as Global Electrical in the amount of $12,687.84, bringing the principal balance of CED's claim to $22,140.06;

7.  CED mailed notice of its claim to Triad Builders, Inc. with a copy to RZB, Inc., doing business as Global Electric on March 15, 2002, via certified mail, return receipt requested. A copy of the notice with its enclosures is attached hereto as Exhibit "A";

8.  CED mailed notice of its claim to Browndrew, L.L.C., with a copy to Triad Builders, Inc., and RZB, Inc., doing business as Global Electric on April 15, 2002, May 15,

2002, June 14, 2002 and July 15, 2002, via certified mail, return receipt requested. Copies of the notices with their enclosures are attached hereto as Exhibits "B", "C", "D" and "E" respectively;

9.     CED did not file a lien because it was told that the subject property was owned by the United States of America, occupied by the Social Security Department and was therefore, covered by the Miller Act, 40 U.S.C. 270.

10.     CED also asserts a claim under the Texas Trust Fund Act.

Respectfully submitted,

MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE & KNOTT, L.L.P.

By:_____
     Robert L. Eden
     STATE BAR NO. 06384710

8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
(972) 234-3400
(972) 234-1750 Telecopier

ATTORNEYS FOR DEFENDANT
CONSOLIDATED ELECTRICAL
DISTRIBUTORS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been

mailed to the following, on the 17th day of October, 2002.

_____
Robert L. Eden

William L. Rentfro
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 East Ruben Torres Blvd.
Brownsville, Texas 78520

Lance Alan Kirby                              TO TELECOPIER NO.  (956) 969-9402
Jones, Galligan                              (a hard copy of this letter will not follow unless requested)
2300 W. Pike Blvd., Suite 300
Weslaco, Texas 78596

G & T Paving Co.
c/o Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520

U.S. District Clerk
October 17, 2002
Page 5

Jerry Lee Stapleton                              <u>TO TELECOPIER NO. (956) 428-9283</u>
Stapleton Curtis                                 (a hard copy of this letter will <u>not</u> follow unless requested)
P.O. Box 2644
Harlingen, Texas 78551

Edmann's Commercial
  Refrigeration & A/C
c/o Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589

Marshall R. Ray                                  <u>TO TELECOPIER NO.: (956) 542-3698</u>
Ransome and Ray                                  (a hard copy of this letter will <u>not</u> follow unless requested)
5550 E. Levee St.
Brownsville, Texas 78520

Thomas J. Walthall, Jr.                          <u>TO TELECOPIER NO.: (210) 733-5538</u>
The Gardner Law Firm PC                           (a hard copy of this letter will <u>not</u> follow unless requested)
745 E. Mulberry Ave., Suite 100
San Antonio, Texas 78212

Daniel G. Rios                                   <u>TO TELECOPIER NO.: (956) 682-0566</u>
Law Offices of Daniel G. Rios                     (a hard copy of this letter will <u>not</u> follow unless requested)
323 Nolana Loop
McAllen, Texas 78504

Alfredo Padilla                                  <u>TO TELECOPIER NO.: (956) 544-0647</u>
Attorney at Law                                  (a hard copy of this letter will <u>not</u> follow unless requested)
1000 E. Van Buren
Brownsville, Texas 78520

George Sam Drugan, III                           <u>TO TELECOPIER NO.: (210) 224-6488</u>
LeLaurin & Adams                                 (a hard copy of this letter will <u>not</u> follow unless requested)
800 Broadway
San Antonio, Texas 78215

STATEMENT OF CLAIM                                                           Page 5
T:\206\2\2203\57736\statement of claim.wpd

U.S. District Clerk
October 17, 2002
Page 6

John Barnaby Skaggs
Skaggs & Garza
P.O. Box Drawer 2285
McAllen, Texas 78502

<u>TO TELECOPIER NO.: (956) 630-6570</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

M. Steven Deck
Law Offices of John King
3409 N. 10th Street, Suite 100
McAllen, Texas 78501

<u>TO TELECOPIER NO.: (956) 687-5514</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Alison Diane Kennamer
Rodriquez Colvin & Chaney
1201 E. Van Buren
Brownsville, Texas 78520

<u>TO TELECOPIER NO.: (956) 541-2170</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Michael A. McGurk
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504

<u>TO TELECOPIER NO.: (956) 630-5199</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Antonio Villeda
5414 N. 10th Street
McAllen, Texas 78504

<u>TO TELECOPIER NO.: (956) 631-9146</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Jerry Lee Stapleton
Stapleton Curtis
P.O. Box 2644
Harligen, Texas 78551

<u>TO TELECOPIER NO.: (956) 428-9283</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Marshall R. Ray
Ransome and Ray
550 E. Levee St.
Brownsville, Texas 78520

<u>TO TELECOPIER NO.: (956) 542-3698</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

# CED CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

P.O. Box 925627
Houston, TX  77292
Phone 713-688-1222
Fax  713-688-0182

March 15, 2002

TRIAD BUILDERS INC                    Certified Mail No. 7001 0320 0004 6188 9472
2300 W PIKE BLVD. STE 204                  Return Receipt Requested
WESLACO, TEXAS 78596

    RE:  Consolidated Electrical Distributors, Inc. dba Astro Electric, Valmac Electric
         Best Electric, and Columbia Electric
         vs.
         RZB GLOBAL ELECTRIC, Subcontractor
         TRIAD BUILDERS INC, Original Contractor
         Project:  GSA-SSA

Gentlemen:

Our company, Consolidated Electrical Distributors, Inc., has furnished materials to
RZB GLOBAL ELECTRIC pertaining to the construction project located at BROWNSVILLE,
TEXAS and known as GSA-SSA. The nature of the material furnished was electrical material
including but not limited to: switchgear, fixtures, panels, wire and conduit.  The above
designated subcontractor owes $618.97 to CED, Inc. at this time.  We understand that you are the
Original Contractor on that construction project and that the above designated subcontractor is
one of your subcontractors.  If we are incorrect in this understanding, please advise.

Attached you will  find a copy of the statement of account.

The purpose of this letter is to comply with the mechanic's and materialmen's lien statutes.

Yours very truly,

Tim Kennedy
Division Credit Manager
Consolidated Electrical Distributors, Inc.

cc: RZB GLOBAL ELECTRIC                 Certified Mail No.  7001 0320 0004 6188 9465
                               Return Receipt Requested

# EXHIBIT #  A

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                        PAGE    1

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX  77292-5627

|  |  |  |
|--|--|--|
| LOCATION | ACCOUNT NO. | DATE |
| 2888 | 07-32373 | 03/13/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|----------|-----|------|-----------|----------|---------|-----------|
| CSR | 30 | 01/22/02 | 2888-102479 | 3.02 | 151.20 | .00 |
| Cash Recd | 30 | 01/22/02 | 2888-102493 | 3.32 | 165.49 | .00 |
|  | 30 | 01/22/02 | 2888-102522 | 2.46 | 123.14 | .00 |
| CRM | 30 | 01/23/02 | 2888-102544 | 3.31 | 165.23 | .00 |
| Credit Memo | 30 | 01/24/02 | 2888-102591 | .28 | 13.91 | .00 |
|  | 00 | 01/30/02 | 2888-102647 | 1.66 | 83.20 | .00 |
| CDC | 00 | 01/30/02 | 2888-102686 | .00 | 49.50 | .00 |
| Cash Disc | 00 | 01/30/02 | 2888-102717 | 4.94 | 246.95 | .00 |
|  | 00 | 01/30/02 | 2888-102745 | 2.55 | 127.28 | .00 |
| COR | 00 | 01/30/02 | 2888-102755 | 1.66 | 83.20 | .00 |
| Correction | 00 | 01/31/02 | 2888-102332 | .00 | 1,614.58 | .00 |
|  | 00 | 01/31/02 | 2888-102334 | .00 | 14,372.94 | .00 |
| SVC | 00 | 01/31/02 | 2888-102338 | .00 | 3,266.00 | .00 |
| Service Chg | 00 | 01/31/02 | 2888-102768 | 1.68 | 83.92 | .00 |
|  | 00 | 02/04/02 | 2888-102791 | .70 | 35.01 | .00 |
| NSF | 00 | 02/06/02 | 2888-102348 | .00 | 2,216.50 | .00 |
| Returned Chk | 00 | 02/06/02 | 2888-102919 | 6.54 | 326.78 | .00 |
|  | 00 | 02/11/02 | 2888-102899 | 7.30 | 365.37 | .00 |
| TAX | 00 | 02/11/02 | 2888-102900 | 13.99 | 698.90 | .00 |
| Sales Tax | 00 | 02/11/02 | 2888-102941 | 1.95 | 97.61 | .00 |
|  | 00 | 02/11/02 | 2888-102956 | .48 | 24.00 | .00 |
| FRT | 00 | 02/11/02 | 2888-102962 | 3.52 | 175.65 | .00 |
| Freight | 00 | 02/11/02 | 2888-102977 | 1.77 | 88.39 | .00 |
|  | 00 | 02/14/02 | 2888-102806 | .00 | 577.18 | .00 |
|  | 00 | 02/14/02 | 2888-102809 | .00 | 6,020.62 | .00 |
|  | 00 | 02/14/02 | 2888-102810 | .00 | 873.77 | .00 |
|  | 00 | 02/14/02 | 2888-102811 | .00 | 342.70 | .00 |
|  | 00 | 02/14/02 | 2888-102990 | 4.80 | 240.29 | .00 |
|  | 00 | 02/14/02 | 2888-103053 | .03 | 1.73 | .00 |
|  | 00 | 02/14/02 | 2888-103120 | 3.96 | 198.69 | .00 |
|  | 00 | 02/19/02 | 2888-102692 | .00 | 189.09 | .00 |
|  | 00 | 02/19/02 | 2888-103032 | .00 | 1,520.00 | .00 |

*** CONTINUED *1

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                           PAGE    2

REMIT TO: POST OFFICE BOX 925627
         HOUSTON, TX  77292-5627

|                      | LOCATION | ACCOUNT NO. | DATE |
|----------------------|----------|-------------|----------|
|                      | 2888     | 07-32373    | 03/13/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|----------|-----|------|-----------|----------|---------|-----------|
| CSR | 00 | 02/19/02 | 2888-103043 | .00 | 1,445.62 | .00 |
| Cash Recd | 00 | 02/19/02 | 2888-103086 | 5.82 | 290.98 | .00 |
|  | 00 | 02/19/02 | 2888-103092 | .47 | 23.53 | .00 |
| CRM | 00 | 02/19/02 | 2888-103133 | 3.17 | 158.89 | .00 |
| Credit Memo | 00 | 02/19/02 | 2888-103251 | .33 | 16.48 | .00 |
|  | 00 | 02/22/02 | 2888-102326 | .00 | 844.30 | .00 |
| CDC | 00 | 02/25/02 | 2888-102815 | .00 | 51.64 | .00 |
| Cash Disc | 00 | 02/25/02 | 2888-103166 | .00 | 488.24 | .00 |
|  | 00 | 02/25/02 | 2888-103185 | .00 | 52.70 | .00 |
| COR | 00 | 02/25/02 | 2888-103226 | .45 | 22.34 | .00 |
| Correction | 00 | 02/25/02 | 2888-103229 | 1.92 | 95.90 | .00 |
|  | 00 | 02/25/02 | 2888-103256 | 1.28 | 64.11 | .00 |
| SVC | 00 | 02/25/02 | 2888-103283 | .42 | 20.98 | .00 |
| Service Chg | 00 | 02/27/02 | 2888-103351 | 1.49 | 74.47 | .00 |
|  | 00 | 03/01/02 | 2888-103387 | .27 | 13.59 | .00 |
| NSF | 00 | 03/06/02 | 2888-102835 | .00 | 18.56 | .00 |
| Returned Chk | 00 | 03/06/02 | 2888-103200 | .00 | 81.90 | .00 |
|  | 00 | 03/06/02 | 2888-103293 | .00 | 48.03 | .00 |
| TAX | 00 | 03/06/02 | 2888-103316 | .15 | 48.43 | .00 |
| Sales Tax | 00 | 03/06/02 | 2888-103450 | 1.24 | 62.00 | .00 |
|  | 00 | 03/06/02 | 2888-103502 | .41 | 20.27 | .00 |
| FRT | 00 | 03/06/02 | 2888-103520 | .19 | 9.35 | .00 |
| Freight | 00 | 03/06/02 | 2888-103524 | .17 | 8.50 | .00 |
|  | 00 | 03/06/02 | CRM 2888-297435 | .00 | .00 | 154.68- |
|  | 00 | 03/07/02 | 2888-103534 | 1.26 | 62.94 | .00 |

|                    | Current | 30 Days | 60 Days | 90 Days | Balance Due |
|--------------------|---------|---------|---------|---------|-------------|
| Status of Account  | 37,788.92 | 618.97 | .00 | .00 | 38,407.89 |



# CED CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

P.O. Box 925627
Houston, TX 77292
Phone 713-688-1222
Fax 713-688-0182

April 12, 2002

BROWNDREW LLP                          Certified Mail No. 7001 0320 0004 8328
8758
1333 N KINGSBURG                       Return Receipt Requested
CHICAGO, IL 60622

RE: Consolidated Electrical Distributors, Inc. dba Astro Electric, Valmac Electric, Best
    Electric and Columbia Electric
    vs.
    RZB DBA GLOBAL ELECT, (Subcontractor)
    TRIAD BUILDERS INC, (Original Contractor)
    BROWNDREW LLP, (Owner)
    Project: GSA-SSA

Gentlemen:

Our company, Consolidated Electrical Distributors, Inc., has furnished materials to RZB
DBA GLOBAL ELECT pertaining to the construction project located at
BROWNSVILLE, TEXAS known as GSA-SSA. We understand that you are the record
owner of the described location. If you are not the record owner, please advise as soon as
possible.

We further understand that TRIAD BUILDERS INC is the Original Contractor and that
RZB DBA GLOBAL ELECT is the Subcontractor of TRIAD BUILDERS INC. Please
advise as soon as possible if either of these understandings is incorrect.

The principal amount of the claim with RZB DBA GLOBAL ELECT is $38,114.53 and
is unpaid.

If this account remains unpaid, you will be personally liable or your property subjected to
a lien unless you withhold payment from your Original Contractor for the payment of the
claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the statement of account (and/or invoices.)

# EXHIBIT # B

The materials consist of electrical material, including but not limited to: switchgear, fixtures, panels, wire and conduit.

The Mechanic's and Materialmen's Lien Affidavit will be filed with the County Clerk's Office and will follow under separate cover.

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against RZB DBA GLOBAL ELECT is past due according to its' terms.

The purpose of this letter is to comply with the mechanic's and materialmen's lien statutes.

Sincerely,

Tim Kennedy
Division Credit Manager
Consolidated Electrical Distributors, Inc.

cc: TRIAD BUILDERS INC
8772

    RZB DBA GLOBAL ELECT
8765

Certified Mail No. 7001 0320 0004 8328

Return Receipt Requested
Certified Mail No. 7001 0320 0004 8328

Return Receipt Requested

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                        PAGE    1

REMIT TO: POST OFFICE BOX 925627
         HOUSTON, TX  77292-5627

|  | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
|  | 2888 | 07-32373 | 04/11/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|---|---|---|---|---|---|---|
| CSR | 60 | 01/22/02 | 2888-102479 | 3.02 | 151.20 | .00 |
| Cash Rec'd | 60 | 01/22/02 | 2888-102493 | 3.32 | 165.49 | .00 |
|  | 60 | 01/22/02 | 2888-102522 | 2.46 | 123.14 | .00 |
| CRM | 60 | 01/23/02 | 2888-102544 | 3.31 | 165.23 | .00 |
| Credit Memo | 60 | 01/24/02 | 2888-102591 | .28 | 13.91 | .00 |
|  | 30 | 01/30/02 | 2888-102647 | 1.66 | 83.20 | .00 |
| COC | 30 | 01/30/02 | 2888-102686 | .00 | 49.50 | .00 |
| Cash Disc | 30 | 01/30/02 | 2888-102717 | 4.94 | 246.95 | .00 |
|  | 30 | 01/30/02 | 2888-102745 | 2.55 | 127.28 | .00 |
| COR | 30 | 01/30/02 | 2888-102755 | 1.66 | 83.20 | .00 |
| Correction | 30 | 01/31/02 | 2888-102332 | .00 | 1,614.58 | .00 |
|  | 30 | 01/31/02 | 2888-102334 | .00 | 14,372.94 | .00 |
| SVC | 30 | 01/31/02 | 2888-102338 | .00 | 3,266.00 | .00 |
| Service Chg | 30 | 01/31/02 | 2888-102768 | 1.68 | 83.92 | .00 |
|  | 30 | 02/04/02 | 2888-102791 | .70 | 35.01 | .00 |
| NSF | 30 | 02/06/02 | 2888-102348 | .00 | 2,216.50 | .00 |
| Returned Chk | 30 | 02/06/02 | 2888-102919 | 6.54 | 326.78 | .00 |
|  | 30 | 02/11/02 | 2888-102899 | 7.30 | 365.37 | .00 |
| TAX | 30 | 02/11/02 | 2888-102900 | 13.99 | 698.90 | .00 |
| Sales Tax | 30 | 02/11/02 | 2888-102941 | 1.95 | 97.61 | .00 |
|  | 30 | 02/11/02 | 2888-102956 | .48 | 24.00 | .00 |
| FRT | 30 | 02/11/02 | 2888-102962 | 3.52 | 175.65 | .00 |
| Freight | 30 | 02/11/02 | 2888-102977 | 1.77 | 88.39 | .00 |
|  | 30 | 02/14/02 | 2888-102806 | .00 | 577.18 | .00 |
|  | 30 | 02/14/02 | 2888-102809 | .00 | 6,020.62 | .00 |
|  | 30 | 02/14/02 | 2888-102810 | .00 | 873.77 | .00 |
|  | 30 | 02/14/02 | 2888-102811 | .00 | 342.70 | .00 |
|  | 30 | 02/14/02 | 2888-102990 | 4.80 | 240.29 | .00 |
|  | 30 | 02/14/02 | 2888-103053 | .03 | 1.73 | .00 |
|  | 30 | 02/14/02 | 2888-103120 | 3.96 | 198.69 | .00 |
|  | 30 | 02/19/02 | 2888-102692 | .00 | 189.09 | .00 |
|  | 30 | 02/19/02 | 2888-103032 | .00 | 1,520.00 | .00 |

*** CONTINUED **

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                    PAGE    2

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX  77292-5627

|  | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
|  | 2888 | 07-32373 | 04/11/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|---|---|---|---|---|---|---|
| CSR | 30 | 02/19/02 | 2888-103043 | .00 | 1,445.62 | .00 |
| Cash Recd | 30 | 02/19/02 | 2888-103086 | 5.82 | 290.98 | .00 |
|  | 30 | 02/19/02 | 2888-103092 | .47 | 23.53 | .00 |
| CRM | 30 | 02/19/02 | 2888-103133 | 3.17 | 158.89 | .00 |
| Credit Memo | 30 | 02/19/02 | 2888-103251 | .33 | 16.48 | .00 |
|  | 30 | 02/22/02 | 2888-102326 | .00 | 844.30 | .00 |
| CDC | 30 | 02/25/02 | 2888-102815 | .00 | 51.64 | .00 |
| Cash Disc | 30 | 02/25/02 | 2888-103166 | .00 | 488.24 | .00 |
|  | 30 | 02/25/02 | 2888-103185 | .00 | 52.70 | .00 |
| COR | 30 | 02/25/02 | 2888-103226 | .45 | 22.34 | .00 |
| Correction | 30 | 02/25/02 | 2888-103229 | 1.92 | 95.90 | .00 |
|  | 30 | 02/25/02 | 2888-103256 | 1.28 | 64.11 | .00 |
| SVC | 30 | 02/25/02 | 2888-103283 | .42 | 20.98 | .00 |
| Service Chg | 00 | 02/27/02 | 2888-103351 | 1.49 | 74.47 | .00 |
|  | 00 | 03/01/02 | 2888-103387 | .27 | 13.59 | .00 |
| NSF | 00 | 03/06/02 | 2888-102835 | .00 | 18.56 | .00 |
| Returned Chk | 00 | 03/06/02 | 2888-103200 | .00 | 81.90 | .00 |
|  | 00 | 03/06/02 | 2888-103293 | .00 | 48.03 | .00 |
| TAX | 00 | 03/06/02 | 2888-103316 | .15 | 48.43 | .00 |
| Sales Tax | 00 | 03/06/02 | 2888-103450 | 1.24 | 62.00 | .00 |
|  | 00 | 03/06/02 | 2888-103502 | .41 | 20.27 | .00 |
| FRT | 00 | 03/06/02 | 2888-103520 | .19 | 9.35 | .00 |
| Freight | 00 | 03/06/02 | 2888-103524 | .17 | 8.50 | .00 |
|  | 00 | 03/06/02  CRM | 2888-297435 | .00 | .00 | 154.68- |
|  | 00 | 03/07/02 | 2888-103534 | 1.26 | 62.94 | .00 |
|  | 00 | 03/11/02 | 2888-103492 | .98 | 48.95 | .00 |
|  | 00 | 03/11/02 | 2888-103705 | .03 | 1.58 | .00 |
|  | 00 | 03/13/02 | 2888-102850 | .00 | 307.74 | .00 |
|  | 00 | 03/13/02 | 2888-103045 | .00 | 373.69 | .00 |
|  | 00 | 03/13/02 | 2888-103627 | .00 | 55.83 | .00 |
|  | 00 | 03/13/02 | 2888-103630 | .00 | 120.00 | .00 |
|  | 00 | 03/13/02 | 2888-103668 | .43 | 21.50 | .00 |

*** CONTINUED ***

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

# S T A T E M E N T

PAGE     3

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX 77292-5627

| | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
| | 2888 | 07-32373 | 04/11/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| - LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS - |
|---|---|---|---|---|---|---|
| CSR | 00 | 03/26/02 | 2888-103648 | .00 | 233.39 | .00 |
| Cash Recd | 00 | 03/29/02 | 2888-104064 | 3.37 | 168.58 | .00 |
| CRM | | | | | | |
| Credit Memo | | | | | | |
| CDC | | | | | | |
| Cash Disc | | | | | | |
| COR | | | | | | |
| Correction | | | | | | |
| SVC | | | | | | |
| Service Chg | | | | | | |
| NSF | | | | | | |
| Returned Chk | | | | | | |
| TAX | | | | | | |
| Sales Tax | | | | | | |
| FRT | | | | | | |
| Freight | | | | | | |

| | Current | 30 Days | 60 Days | 90 Days | Balance Due |
|---|---|---|---|---|---|
| Status of Account | 1,624.62 | 37,495.56 | 618.97 | .00 | 39,739.15 |







# CED <span>CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.</span>

**P.O. Box 925627**
**Houston, TX 77292**
**Phone 713-688-1222**
**Fax 713-688-0182**

May 14, 2002

BROWNDREW LLP
8161
1333 N KINGSBURG
CHICAGO, IL 60622

Certified Mail No. 7001 0320 0004 8328

Return Receipt Requested

RE: Consolidated Electrical Distributors, Inc. dba Astro Electric, Valmac Electric, Best
Electric and Columbia Electric
vs.
RZB DBA GLOBAL ELECTRIC, (Subcontractor)
TRIAD BUILDERS, (Original Contractor)
BROWNDREW LLP, (Owner)
Project: GSA-SSA

Gentlemen:

Our company, Consolidated Electrical Distributors, Inc., has furnished materials to RZB
DBA GLOBAL ELECTRIC pertaining to the construction project located at
BROWNSVILLE, TEXAS known as GSA-SSA. We understand that you are the record
owner of the described location. If you are not the record owner, please advise as soon as
possible.

We further understand that TRIAD BUILDERS is the Original Contractor and that RZB
DBA GLOBAL ELECTRIC is the Subcontractor of TRIAD BUILDERS. Please advise
as soon as possible if either of these understandings is incorrect.

The principal amount of the claim with RZB DBA GLOBAL ELECTRIC is $39,337.18
and is unpaid.

If this account remains unpaid, you will be personally liable or your property subjected to
a lien unless you withhold payment from your Original Contractor for the payment of the
claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the statement of account (and/or invoices.)

## EXHIBIT # C

The materials consist of electrical material, including but not limited to:  switchgear, fixtures, panels, wire and conduit.

The Mechanic's and Materialmen's Lien Affidavit will be filed with the County Clerk's Office and will follow under separate cover.

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas.  Our claim, or a part thereof, against RZB DBA GLOBAL ELECTRIC is past due according to its' terms.

The purpose of this letter is to comply with the mechanic's and materialmen's lien statutes.

Sincerely,

Tim Kennedy
Division Credit Manager
Consolidated Electrical Distributors, Inc.

cc:  TRIAD BUILDERS          Certified Mail No. 7001 0320 0004 8328
8185
                             Return Receipt Requested
     RZB DBA GLOBAL ELECTRIC  Certified Mail No. 7001 0320 0004 8328
8178
                             Return Receipt Requested

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                      PAGE    1

REMIT TO: POST OFFICE BOX 925627
HOUSTON, TX  77292-5627

|  | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
|  | 2888 | 07-32373 | 05/14/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX   78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|---|---|---|---|---|---|---|
| CSR | 90 | 01/22/02 | 2888-102479 | 3.02 | 151.20 | .00 |
| Cash Recd | 90 | 01/22/02 | 2888-102493 | 3.32 | 165.49 | .00 |
|  | 90 | 01/22/02 | 2888-102522 | 2.46 | 123.14 | .00 |
| CRM | 90 | 01/23/02 | 2888-102544 | 3.31 | 165.23 | .00 |
| Credit Memo | 90 | 01/24/02 | 2888-102591 | .28 | 13.91 | .00 |
|  | 60 | 01/30/02 | 2888-102647 | 1.66 | 83.20 | .00 |
| CDC | 60 | 01/30/02 | 2888-102686 | .00 | 49.50 | .00 |
| Cash Disc | 60 | 01/30/02 | 2888-102717 | 4.94 | 246.95 | .00 |
|  | 60 | 01/30/02 | 2888-102745 | 2.55 | 127.28 | .00 |
| COR | 60 | 01/30/02 | 2888-102755 | 1.66 | 83.20 | .00 |
| Correction | 60 | 01/31/02 | 2888-102332 | .00 | 1,614.58 | .00 |
|  | 60 | 01/31/02 | 2888-102334 | .00 | 14,372.94 | .00 |
| SVC | 60 | 01/31/02 | 2888-102338 | .00 | 3,266.00 | .00 |
| Service Chg | 60 | 01/31/02 | 2888-102768 | 1.68 | 83.92 | .00 |
|  | 60 | 02/04/02 | 2888-102791 | .70 | 35.01 | .00 |
| NSF | 60 | 02/06/02 | 2888-102348 | .00 | 2,216.50 | .00 |
| Returned Chk | 60 | 02/06/02 | 2888-102919 | 6.54 | 326.78 | .00 |
|  | 60 | 02/11/02 | 2888-102899 | 7.30 | 365.37 | .00 |
| TAX | 60 | 02/11/02 | 2888-102900 | 13.99 | 698.90 | .00 |
| Sales Tax | 60 | 02/11/02 | 2888-102941 | 1.95 | 97.61 | .00 |
|  | 60 | 02/11/02 | 2888-102956 | .48 | 24.00 | .00 |
| FRT | 60 | 02/11/02 | 2888-102962 | 3.52 | 175.65 | .00 |
| Freight | 60 | 02/11/02 | 2888-102977 | 1.77 | 88.39 | .00 |
|  | 60 | 02/14/02 | 2888-102806 | .00 | 577.18 | .00 |
|  | 60 | 02/14/02 | 2888-102809 | .00 | 6,020.62 | .00 |
|  | 60 | 02/14/02 | 2888-102810 | .00 | 873.77 | .00 |
|  | 60 | 02/14/02 | 2888-102811 | .00 | 342.70 | .00 |
|  | 60 | 02/14/02 | 2888-102990 | 4.80 | 240.29 | .00 |
|  | 60 | 02/14/02 | 2888-103053 | .03 | 1.73 | .00 |
|  | 60 | 02/14/02 | 2888-103120 | 3.96 | 198.69 | .00 |
|  | 60 | 02/19/02 | 2888-102692 | .00 | 189.09 | .00 |
|  | 60 | 02/19/02 | 2888-103032 | .00 | 1,520.00 | .00 |

*** CONTINUED **

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

# S T A T E M E N T                                    PAGE    2

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX  77292-5627

| | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
| | 2888 | 07-32373 | 05/14/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms.  A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|---|---|---|---|---|---|---|
| CSR | 60 | 02/19/02 | 2888-103043 | .00 | 1,445.62 | .00 |
| Cash Recd | 60 | 02/19/02 | 2888-103086 | 5.82 | 290.98 | .00 |
| | 60 | 02/19/02 | 2888-103092 | .47 | 23.53 | .00 |
| CRM | 60 | 02/19/02 | 2888-103133 | 3.17 | 158.89 | .00 |
| Credit Memo | 60 | 02/19/02 | 2888-103251 | .33 | 16.48 | .00 |
| | 60 | 02/22/02 | 2888-102326 | .00 | 844.30 | .00 |
| CDC | 60 | 02/25/02 | 2888-102815 | .00 | 51.64 | .00 |
| Cash Disc | 60 | 02/25/02 | 2888-103166 | .00 | 488.24 | .00 |
| | 60 | 02/25/02 | 2888-103185 | .00 | 52.70 | .00 |
| COR | 60 | 02/25/02 | 2888-103226 | .45 | 22.34 | .00 |
| Correction | 60 | 02/25/02 | 2888-103229 | 1.92 | 95.90 | .00 |
| | 60 | 02/25/02 | 2888-103256 | 1.28 | 64.11 | .00 |
| SVC | 60 | 02/25/02 | 2888-103283 | .42 | 20.98 | .00 |
| Service Chg | 30 | 02/27/02 | 2888-103351 | 1.49 | 74.47 | .00 |
| | 30 | 03/01/02 | 2888-103387 | .27 | 13.59 | .00 |
| NSF | 30 | 03/06/02 | 2888-102835 | .00 | 18.56 | .00 |
| Returned Chk | 30 | 03/06/02 | 2888-103200 | .00 | 81.90 | .00 |
| | 30 | 03/06/02 | 2888-103293 | .00 | 48.03 | .00 |
| TAX | 30 | 03/06/02 | 2888-103316 | .15 | 48.43 | .00 |
| Sales Tax | 30 | 03/06/02 | 2888-103450 | 1.24 | 62.00 | .00 |
| | 30 | 03/06/02 | 2888-103502 | .41 | 20.27 | .00 |
| FRT | 30 | 03/06/02 | 2888-103520 | .19 | 9.35 | .00 |
| Freight | 30 | 03/06/02 | 2888-103524 | .17 | 8.50 | .00 |
| | 30 | 03/06/02 CRM | 2888-297435 | .00 | .00 | 154.68- |
| | 30 | 03/07/02 | 2888-103534 | 1.26 | 62.94 | .00 |
| | 30 | 03/11/02 | 2888-103492 | .98 | 48.95 | .00 |
| | 30 | 03/11/02 | 2888-103705 | .03 | 1.58 | .00 |
| | 30 | 03/13/02 | 2888-102850 | .00 | 307.74 | .00 |
| | 30 | 03/13/02 | 2888-103045 | .00 | 373.69 | .00 |
| | 30 | 03/13/02 | 2888-103627 | .00 | 55.83 | .00 |
| | 30 | 03/13/02 | 2888-103630 | .00 | 120.00 | .00 |
| | 30 | 03/13/02 | 2888-103668 | .43 | 21.50 | .00 |

                                        *** CONTINUED ***

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

# S T A T E M E N T

PAGE    3

REMIT TO: POST OFFICE BOX 925627
HOUSTON, TX 77292-5627

| | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
| | 2888 | 07-32373 | 05/14/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|---|---|---|---|---|---|---|
| CSR | 00 | 03/26/02 | 2888-103648 | .00 | 233.39 | .00 |
| Cash Rec'd | 00 | 03/29/02 | 2888-104064 | 3.37 | 168.58 | .00 |
| | 00 | 05/02/02 | 2888-104963 | 2.28 | 113.30 | .00 |
| CRM | | | | | | |
| Credit Memo | | | | | | |
| CDC | | | | | | |
| Cash Disc | | | | | | |
| COR | | | | | | |
| Correction | | | | | | |
| SVC | | | | | | |
| Service Chg | | | | | | |
| NSF | | | | | | |
| Returned Chk | | | | | | |
| TAX | | | | | | |
| Sales Tax | | | | | | |
| FRT | | | | | | |
| Freight | | | | | | |

| | Current | 30 Days | 60 Days | 90 Days | Balance Due |
|---|---|---|---|---|---|
| Status of Account | 515.27 | 1,222.65 | 37,495.56 | 618.97 | 39,852.45 |



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Global - GSA-SSA

Postage $ 34.57
Certified Fee
Return Receipt Fee
(Endorsement Required) 1.50
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 39.59.17

BROWNDREW LLP
1333 N KINGBURG
CHICAGO IL 60622

7001 0320 0004 8324 8121



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Global - GSA-SSA

Postage $ 34.57
Certified Fee 2.10
Return Receipt Fee
(Endorsement Required) 1.50
Restricted Delivery Fee
(Endorsement Required)
Total 3.94 4.17

RZB DBA GLOBAL
P.O. BOX 3408
BROWNSVILLE TX 78523

7001 0320 0004 8324 8178



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Global - GSA-SSA

Postage $ .57
Certified Fee 2.10
Return Receipt Fee
(Endorsement Required) 1.50
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 3.96 4.17

Sent To
Triad Builders
Street, Apt. No.
or PO Box No. 2300 W Pike Blvd #304

7001 0320 0004 8324 8185

# CED CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

P.O. Box 925627
Houston, TX  77292
Phone 713-688-1222
Fax  713-688-0182

June 13, 2002

BROWNDREW LLP
7652
1333 N KINGSBURG
CHICAGO, IL 60622

Certified Mail No. 7001 0320 0004 8328

Return Receipt Requested

RE: Consolidated Electrical Distributors, Inc. dba Astro Electric, Valmac Electric, Best
　　 Electric and Columbia Electric
　　　 vs.
　　 RZB DBA GLOBAL ELEC, (Subcontractor)
　　 TRIAD BUILDERS, (Original Contractor)
　　 BROWNDREW LLP, (Owner)
　　　 Project: GSA-SSA

Gentlemen:

Our company, Consolidated Electrical Distributors, Inc., has furnished materials to RZB
DBA GLOBAL ELEC pertaining to the construction project located at BROWNSVILLE,
TEXAS known as GSA-SSA.  We understand that you are the record owner of the
described location.  If you are not the record owner, please advise as soon as possible.

We further understand that TRIAD BUILDERS is the Original Contractor and that RZB
DBA GLOBAL ELEC is the Subcontractor of TRIAD BUILDERS.  Please advise as
soon as possible if either of these understandings is incorrect.

The principal amount of the claim with RZB DBA GLOBAL ELEC is $40,130.99 and is
unpaid.

If this account remains unpaid, you will be personally liable or your property subjected to
a lien unless you withhold payment from your Original Contractor for the payment of the
claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the statement of account (and/or invoices.)

# EXHIBIT #  D

The materials consist of electrical material, including but not limited to: switchgear, fixtures, panels, wire and conduit.

The Mechanic's and Materialmen's Lien Affidavit will be filed with the County Clerk's Office and will follow under separate cover.

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against RZB DBA GLOBAL ELEC is past due according to its' terms.

The purpose of this letter is to comply with the mechanic's and materialmen's lien statutes.

Sincerely,

Tim Kennedy
Division Credit Manager
Consolidated Electrical Distributors, Inc.

cc: TRIAD BUILDERS                         Certified Mail No. 7001 0320 0004 8328
7676
                                           Return Receipt Requested
     RZB DBA GLOBAL ELEC                   Certified Mail No. 7001 0320 0004 8328
7669
                                           Return Receipt Requested

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                    PAGE    1

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX 77292-5627

| | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
| | 2888 | 07-32373 | 06/13/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|---|---|---|---|---|---|---|
| CSR | 90 | 01/22/02 | 2888-102479 | 3.02 | 151.20 | .00 |
| Cash Recd | 90 | 01/22/02 | 2888-102493 | 3.32 | 165.49 | .00 |
| | 90 | 01/22/02 | 2888-102522 | 2.46 | 123.14 | .00 |
| CRM | 90 | 01/23/02 | 2888-102544 | 3.31 | 165.23 | .00 |
| Credit Memo | 90 | 01/24/02 | 2888-102591 | .28 | 13.91 | .00 |
| | 90 | 01/30/02 | 2888-102647 | 1.66 | 83.20 | .00 |
| CDC | 90 | 01/30/02 | 2888-102686 | .00 | 49.50 | .00 |
| Cash Disc | 90 | 01/30/02 | 2888-102717 | 4.94 | 246.95 | .00 |
| | 90 | 01/30/02 | 2888-102745 | 2.55 | 127.28 | .00 |
| COR | 90 | 01/30/02 | 2888-102755 | 1.66 | 83.20 | .00 |
| Correction | 90 | 01/31/02 | 2888-102332 | .00 | 1,614.58 | .00 |
| | 90 | 01/31/02 | 2888-102334 | .00 | 14,372.94 | .00 |
| SVC | 90 | 01/31/02 | 2888-102338 | .00 | 3,266.00 | .00 |
| Service Chg | 90 | 01/31/02 | 2888-102768 | 1.68 | 83.92 | .00 |
| | 90 | 02/04/02 | 2888-102791 | .70 | 35.01 | .00 |
| NSF | 90 | 02/06/02 | 2888-102348 | .00 | 2,216.50 | .00 |
| Returned Chk | 90 | 02/06/02 | 2888-102919 | 6.54 | 326.78 | .00 |
| | 90 | 02/11/02 | 2888-102899 | 7.30 | 365.37 | .00 |
| TAX | 90 | 02/11/02 | 2888-102900 | 13.99 | 698.90 | .00 |
| Sales Tax | 90 | 02/11/02 | 2888-102941 | 1.95 | 97.61 | .00 |
| | 90 | 02/11/02 | 2888-102956 | .48 | 24.00 | .00 |
| FRT | 90 | 02/11/02 | 2888-102962 | 3.52 | 175.65 | .00 |
| Freight | 90 | 02/11/02 | 2888-102977 | 1.77 | 88.39 | .00 |
| | 90 | 02/14/02 | 2888-102806 | .00 | 577.18 | .00 |
| | 90 | 02/14/02 | 2888-102809 | .00 | 6,020.62 | .00 |
| | 90 | 02/14/02 | 2888-102810 | .00 | 873.77 | .00 |
| | 90 | 02/14/02 | 2888-102811 | .00 | 342.70 | .00 |
| | 90 | 02/14/02 | 2888-102990 | 4.80 | 240.29 | .00 |
| | 90 | 02/14/02 | 2888-103053 | .03 | 1.73 | .00 |
| | 90 | 02/14/02 | 2888-103120 | 3.96 | 198.69 | .00 |
| | 90 | 02/19/02 | 2888-102692 | .00 | 189.09 | .00 |
| | 90 | 02/19/02 | 2888-103032 | .00 | 1,520.00 | .00 |

*** CONTINUED **

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                    PAGE    2

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX 77292-5627

|  | LOCATION | ACCOUNT NO. | DATE |
|--|----------|-------------|------|
|  | 2888 | 07-32373 | 06/13/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|----------|-----|------|-----------|----------|---------|-----------|
| CSR | 90 | 02/19/02 | 2888-103043 | .00 | 1,445.62 | .00 |
| Cash Recd | 90 | 02/19/02 | 2888-103086 | 5.82 | 290.98 | .00 |
|  | 90 | 02/19/02 | 2888-103092 | .47 | 23.53 | .00 |
| CRM | 90 | 02/19/02 | 2888-103133 | 3.17 | 158.89 | .00 |
| Credit Memo | 90 | 02/19/02 | 2888-103251 | .33 | 16.48 | .00 |
|  | 90 | 02/22/02 | 2888-102326 | .00 | 844.30 | .00 |
| CDC | 90 | 02/25/02 | 2888-102815 | .00 | 51.64 | .00 |
| Cash Disc | 90 | 02/25/02 | 2888-103166 | .00 | 488.24 | .00 |
|  | 90 | 02/25/02 | 2888-103185 | .00 | 52.70 | .00 |
| COR | 90 | 02/25/02 | 2888-103226 | .45 | 22.34 | .00 |
| Correction | 90 | 02/25/02 | 2888-103229 | 1.92 | 95.90 | .00 |
|  | 90 | 02/25/02 | 2888-103256 | 1.28 | 64.11 | .00 |
| SVC | 90 | 02/25/02 | 2888-103283 | .42 | 20.98 | .00 |
| Service Chg | 60 | 02/27/02 | 2888-103351 | 1.49 | 74.47 | .00 |
|  | 60 | 03/01/02 | 2888-103387 | .27 | 13.59 | .00 |
| NSF | 60 | 03/06/02 | 2888-102835 | .00 | 18.56 | .00 |
| Returned Chk | 60 | 03/06/02 | 2888-103200 | .00 | 81.90 | .00 |
|  | 60 | 03/06/02 | 2888-103293 | .00 | 48.03 | .00 |
| TAX | 60 | 03/06/02 | 2888-103316 | .15 | 48.43 | .00 |
| Sales Tax | 60 | 03/06/02 | 2888-103450 | 1.24 | 62.00 | .00 |
|  | 60 | 03/06/02 | 2888-103502 | .41 | 20.27 | .00 |
| FRT | 60 | 03/06/02 | 2888-103520 | .19 | 9.35 | .00 |
| Freight | 60 | 03/06/02 | 2888-103524 | .17 | 8.50 | .00 |
|  | 60 | 03/06/02 CRM | 2888-297435 | .00 | .00 | 154.68- |
|  | 60 | 03/07/02 | 2888-103534 | 1.26 | 62.94 | .00 |
|  | 60 | 03/11/02 | 2888-103492 | .98 | 48.95 | .00 |
|  | 60 | 03/11/02 | 2888-103705 | .03 | 1.58 | .00 |
|  | 60 | 03/13/02 | 2888-102850 | .00 | 307.74 | .00 |
|  | 60 | 03/13/02 | 2888-103045 | .00 | 373.69 | .00 |
|  | 60 | 03/13/02 | 2888-103627 | .00 | 55.83 | .00 |
|  | 60 | 03/13/02 | 2888-103630 | .00 | 120.00 | .00 |
|  | 60 | 03/13/02 | 2888-103668 | .43 | 21.50 | .00 |

*** CONTINUED **

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

# S T A T E M E N T                                      PAGE    3

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX  77292-5627

| | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
| | 2888 | 07-32373 | 06/13/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|---|---|---|---|---|---|---|---|
| CSR | 30 | 03/26/02 | | 2888-103648 | .00 | 233.39 | .00 |
| Cash Recd | 30 | 03/29/02 | | 2888-104064 | 3.37 | 168.58 | .00 |
| | 00 | 04/26/02 | SVC | 2888-870045 | .00 | 189.79 | .00 |
| CRM | 00 | 05/02/02 | | 2888-104963 | 2.28 | 113.30 | .00 |
| Credit Memo | 00 | 06/03/02 | | 2888-104044 | .00 | 88.75 | .00 |
| CDC | | | | | | | |
| Cash Disc | | | | | | | |
| COR | | | | | | | |
| Correction | | | | | | | |
| SVC | | | | | | | |
| Service Chg | | | | | | | |
| NSF | | | | | | | |
| Returned Chk | | | | | | | |
| TAX | | | | | | | |
| Sales Tax | | | | | | | |
| FRT | | | | | | | |
| Freight | | | | | | | |

| | Current | 30 Days | 60 Days | 90 Days | Balance Due |
|---|---|---|---|---|---|
| Status of Account | 391.84 | 401.97 | 1,222.65 | 38,114.53 | 40,130.99 |









# CED CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

P.O. Box 925627
Houston, TX 77292
Phone 713-688-1222
Fax 713-688-0182

July 12, 2002

BROWNDREW LLP                    Certified Mail No. 7001 0320 0004 8328
6839
1333 N. KINGSBURY                Return Receipt Requested
CHICAGO, ILL 60622

RE: Consolidated Electrical Distributors, Inc. dba Astro Electric, Valmac Electric, Best
Electric and Columbia Electric
        vs.
    RZB DBA/GLOBAL ELECT, (Subcontractor)
    TRIAD BUILDERS INC, (Original Contractor)
    BROWNDREW LLP, (Owner)
    Project: GSA-SSA

Gentlemen:

Our company, Consolidated Electrical Distributors, Inc., has furnished materials to RZB
DBA/GLOBAL ELECT pertaining to the construction project located at
BROWNSVILLE, TEXAS 78521 known as GSA-SSA. We understand that you are the
record owner of the described location. If you are not the record owner, please advise as
soon as possible.

We further understand that TRIAD BUILDERS INC is the Original Contractor and that
RZB DBA/GLOBAL ELECT is the Subcontractor of TRIAD BUILDERS INC. Please
advise as soon as possible if either of these understandings is incorrect.

The principal amount of the claim with RZB DBA/GLOBAL ELECT is $35,214.37 and
is unpaid.

If this account remains unpaid, you will be personally liable or your property subjected to
a lien unless you withhold payment from your Original Contractor for the payment of the
claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the statement of account (and/or invoices.)

EXHIBIT # E

The materials consist of electrical material, including but not limited to: switchgear, fixtures, panels, wire and conduit.

The Mechanic's and Materialmen's Lien Affidavit will be filed with the County Clerk's Office and will follow under separate cover.

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against RZB DBA/GLOBAL ELECT is past due according to its' terms.

The purpose of this letter is to comply with the mechanic's and materialmen's lien statutes.

Sincerely,

Tim Kennedy
Division Credit Manager
Consolidated Electrical Distributors, Inc.

cc: TRIAD BUILDERS INC          Certified Mail No. 7001 0320 0004 8328
6853
                                Return Receipt Requested
                                Certified Mail No. 7001 0320 0004 8328
     RZB DBA/GLOBAL ELECT
6846
                                Return Receipt Requested

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                         PAGE    1

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX  77292-5627

                              LOCATION    ACCOUNT NO.       DATE
                                2888      07-32373        07/12/02

RZB DBA/GLOBAL ELEC.                      Refer to Invoices for terms.  A
GSA-SSA                                   Service Charge will be made for
P.O. BOX 3408                             Past Due Accounts.
BROWNSVILLE, TX  78523-3408
                                          Please check off the Invoices
                                          you are paying and send a copy of
                                          this statement along with your
                                          remittance to the address printed
                                          above.

| — LEGEND | AGE | DATE | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|----------|-----|------|-----------|----------|---------|-----------|
| CSR | 90 | 01/31/02 | 2888-102334 | .00 | 14,372.94 | .00 |
| Cash Recd | 90 | 02/04/02 | 2888-102791 | .70 | 35.01 | .00 |
|  | 90 | 02/06/02 | 2888-102348 | .00 | 2,216.50 | .00 |
| CRM | 90 | 02/11/02 | 2888-102900 | 13.99 | 698.90 | .00 |
| Credit Memo | 90 | 02/11/02 | 2888-102941 | 1.95 | 97.61 | .00 |
|  | 90 | 02/11/02 | 2888-102956 | .48 | 24.00 | .00 |
| CDC | 90 | 02/11/02 | 2888-102962 | 3.52 | 175.65 | .00 |
| Cash Disc | 90 | 02/11/02 | 2888-102977 | 1.77 | 88.39 | .00 |
|  | 90 | 02/14/02 | 2888-102806 | .00 | 577.18 | .00 |
| COR | 90 | 02/14/02 | 2888-102809 | .00 | 6,020.62 | .00 |
| Correction | 90 | 02/14/02 | 2888-102810 | .00 | 873.77 | .00 |
|  | 90 | 02/14/02 | 2888-102811 | .00 | 342.70 | .00 |
| SVC | 90 | 02/14/02 | 2888-102990 | 4.80 | 240.29 | .00 |
| Service Chg | 90 | 02/14/02 | 2888-103053 | .03 | 1.73 | .00 |
|  | 90 | 02/14/02 | 2888-103120 | 3.96 | 198.69 | .00 |
| NSF | 90 | 02/19/02 | 2888-102692 | .00 | 189.09 | .00 |
| Returned Chk | 90 | 02/19/02 | 2888-103032 | .00 | 1,520.00 | .00 |
|  | 90 | 02/19/02 | 2888-103043 | .00 | 1,445.62 | .00 |
| TAX | 90 | 02/19/02 | 2888-103086 | 5.82 | 290.98 | .00 |
| Sales Tax | 90 | 02/19/02 | 2888-103092 | .47 | 23.53 | .00 |
|  | 90 | 02/19/02 | 2888-103133 | 3.17 | 158.89 | .00 |
| FRT | 90 | 02/19/02 | 2888-103251 | .33 | 16.48 | .00 |
| Freight | 90 | 02/22/02 | 2888-102326 | .00 | 844.30 | .00 |
|  | 90 | 02/25/02 | 2888-102815 | .00 | 51.64 | .00 |
|  | 90 | 02/25/02 | 2888-103166 | .00 | 488.24 | .00 |
|  | 90 | 02/25/02 | 2888-103185 | .00 | 52.70 | .00 |
|  | 90 | 02/25/02 | 2888-103226 | .45 | 22.34 | .00 |
|  | 90 | 02/25/02 | 2888-103229 | 1.92 | 95.90 | .00 |
|  | 90 | 02/25/02 | 2888-103256 | 1.28 | 64.11 | .00 |
|  | 90 | 02/25/02 | 2888-103283 | .42 | 20.98 | .00 |
|  | 90 | 02/27/02 | 2888-103351 | 1.49 | 74.47 | .00 |
|  | 90 | 03/01/02 | 2888-103387 | .27 | 13.59 | .00 |

*** CONTINUED **

*** MAY NOT REPRESENT ALL UNPAID ITEMS ***

S T A T E M E N T                                    PAGE    2

REMIT TO: POST OFFICE BOX 925627
          HOUSTON, TX  77292-5627

| | LOCATION | ACCOUNT NO. | DATE |
|---|---|---|---|
| | 2888 | 07-32373 | 07/12/02 |

RZB DBA/GLOBAL ELEC.
GSA-SSA
P.O. BOX 3408
BROWNSVILLE, TX  78523-3408

Refer to Invoices for terms. A
Service Charge will be made for
Past Due Accounts.

Please check off the Invoices
you are paying and send a copy of
this statement along with your
remittance to the address printed
above.

| — LEGEND | AGE | DATE | | REFERENCE | DISCOUNT | CHARGES | CREDITS — |
|---|---|---|---|---|---|---|---|
| CSR | 90 | 03/06/02 | | 2888-102835 | .00 | 18.56 | .00 |
| Cash Recd | 90 | 03/06/02 | | 2888-103200 | .00 | 81.90 | .00 |
| | 90 | 03/06/02 | | 2888-103293 | .00 | 48.03 | .00 |
| CRM | 90 | 03/06/02 | | 2888-103316 | .15 | 48.43 | .00 |
| Credit Memo | 90 | 03/06/02 | | 2888-103450 | 1.24 | 62.00 | .00 |
| | 90 | 03/06/02 | | 2888-103502 | .41 | 20.27 | .00 |
| CDC | 90 | 03/06/02 | | 2888-103520 | .19 | 9.35 | .00 |
| Cash Disc | 90 | 03/06/02 | | 2888-103524 | .17 | 8.50 | .00 |
| | 90 | 03/06/02 | CRM | 2888-297435 | .00 | .00 | 154.68- |
| COR | 90 | 03/07/02 | | 2888-103534 | 1.26 | 62.94 | .00 |
| Correction | 90 | 03/11/02 | — | 2888-103492 | .98 | 48.95 | .00 |
| | 90 | 03/11/02 | | 2888-103705 | .03 | 1.58 | .00 |
| SVC | 90 | 03/13/02 | | 2888-102850 | .00 | 307.74 | .00 |
| Service Chg | 90 | 03/13/02 | | 2888-103045 | .00 | 373.69 | .00 |
| | 90 | 03/13/02 | | 2888-103627 | .00 | 55.83 | .00 |
| NSF | 90 | 03/13/02 | | 2888-103630 | .00 | 120.00 | .00 |
| Returned Chk | 90 | 03/13/02 | | 2888-103668 | .43 | 21.50 | .00 |
| | 60 | 03/26/02 | | 2888-103648 | .00 | 233.39 | .00 |
| TAX | 60 | 03/29/02 | | 2888-104064 | 3.37 | 168.58 | .00 |
| Sales Tax | 30 | 04/26/02 | SVC | 2888-870045 | .00 | 189.79 | .00 |
| | 30 | 05/02/02 | | 2888-104963 | 2.28 | 113.30 | .00 |
| FRT | 00 | 05/26/02 | SVC | 2888-872079 | .00 | 196.68 | .00 |
| Freight | 00 | 06/03/02 | | 2888-104044 | .00 | 88.75 | .00 |
| | 00 | 06/14/02 | CRM | 2888-231967 | .00 | .00 | 113.30- |
| | 90 | 07/09/02 | COR | 2888-902338 | .00 | 1,865.75 | .00 |

| | Current | 30 Days | 60 Days | 90 Days | Balance Due |
|---|---|---|---|---|---|
| Status of Account | 172.13 | 303.09 | 401.97 | 34,337.18 | 35,214.37 |





