United States District Court
Southern District of Texas
FILED

OCT 1 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW L.L.C., | * | |
|     Plaintiff | | |
| VS. | | |
| TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO; G&T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGER-ATION & A/C; SKIPPER REPAIR PLUMBING; RZB, INC. D/B/A GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALTIES; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD; LCM MANAGEMENT CO.,INC. D/B/A SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERT GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOL-IDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC; AND ENCINAL INVESTMENTS; INC. | * | C.A. NO. B-02-137 |
|     Defendants | * | |

**DEFENDANT ALFREDO GUTIERREZ' STATEMENT OF CLAIM**                1

## DEFENDANT ALFREDO GUTIERREZ' STATEMENT OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant ALFREDO GUTIERREZ, and files this his Statement of Claim pursuant to the Court's Order and would respectfully show the Court as follows:

1. Alfredo Gutierrez, hereinafter referred to as Gutierrez provided tile, installation material and labor as between Gutierrez and Triad Builders, Inc., the original contractor on the subject construction project;

2. The principal amount of Alcantar's claim is $10,770.00.

3. Materials were supplied by Alcantar to Triad Builders, Inc., the original contractor on the subject property.

4. Materials were supplied by Alcantar in the months of February, 2002, as per the attached exhibits.

5. The last materials were supplied by Alcantar on February 25, 2002;

6. Gutierrez has not received any payments on his claim and the balance owing is $10,770.00;

7. Gutierrez mailed notice of his claim to Browndrew, L.L.C. with a copy to Triad Builders, Inc. by certified mail, return receipt request on or about May 28, 2002;

8. Gutierrez did not file a lien because it was to told the subject property was owned by the United States of America, occupied by the Social Security Department, and that their claims would be covered by appropriate federal law (Miller Act, 40 U.S.C. 270).

9. Gutierrez also asserts a claim under the Texas Trust Fund Act.



Respectfully Submitted,

ALFREDO PADILLA
Federal Bar No. 3840
Texas State Bar No. 15404600
Attorney for Defendant
  ALFREDO GUTIERREZ
1000 E. Van Buren
Brownsville, Texas 78520
(956) 544-7100
Fax (956) 544-0647

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been delivered by mailing or by telefax transmission on the 18th day of October, 2002, to the following:

Hon. William L. Rentfro
Rentfro, Faulk & Blakemore
185 E. Ruben Torres Boulevard
Brownsville, Texas 78520
(956)

Hon. Robert L. Eden
Mathews, Carlton, et al
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
(by telefax 972-234-1750)

G&T Paving Co.
c/o Able Gonzales
P.O.Box 5136
Brownsville, Texas 78520
(by regular mail)

**DEFENDANT ALFREDO GUTIERREZ' STATEMENT OF CLAIM**                                3

Hon. Lance Alan Kirby
Jones, Galligan, et al
2300 W. Pike, Suite 300
Weslaco, Texas 78596
(by telefax 956-969-9402)

Hon. Jerry Lee Stapleton
Stapleton, Curtis et al
P.O. Box 2644
Harlingen, Texas 78551
(by telefax 428-9283)

Edmann's Commercial
  Refrigeration & A/C
c/o Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589
(by regular mail)

Hon. Marshall R. Ray
Ransome & Ray
5550 E. Levee Street
Brownsville, Texas 78520
(by telefax 956-542-3698)

Hon. Thomas J. Walthall, Jr.
The Gardner Law Firm PC
745 E. Mulberry Ave, Suite 100
San Antonio, Texas 78212
(by telefax 210-733-5538)

Hon. Daniel G. Rios
Law Office of Daniel G. Rios
323 Nolana Loop
McAllen, Texas 78504
(by telefax 956-682-0566)

Hon. George Sam Druggan III
LaLaurin & Adams
800 Broadway
San Antonio, Texas 78215
(by telefax 210-224-6488)

**DEFENDANT ALFREDO GUTIERREZ' STATEMENT OF CLAIM**                                          4

Hon. John Barnaby Skaggs
Skaggs & Garza
P. O. Drawer 2285
McAllen, Texas 78502

(by telefax 956-630-6570)

Hon. M. Steven Deck
Law Office of John Kings
3409 N. 10th Street, Suite 100
McAllen, Texas 78501
(by telefax 956-687-5514)

Hon. Alison Diane Kennamer
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, Texas 78520
(by telefax 956-541-2170)

Hon. Michael A. McGurk
Kittlemay & Thomas
P. O. Box 1416
McAllen, Texas 78504
(by telefax 956-630-5199)

Hon. Antonio Villeda
5414 N. 10th Street
McAllen, Texas 78504
(by telefax 956-631-9146)

ALFREDO PADILLA

*Copy faxed 5-29-02 registered return receipt*

# ALFEDO GUTIERREZ
RT.27 BOX 2356
MISSION TEXAS 78572
(956) 454-4272

**FACSIMILIE COVER SHEET**

| | |
|---|---|
| Send to: *Brown/Drew LLC* | From: *Alfedo Gutierrez* |
| Attention: *Mr. Tom Boucher* | Date: *5-29-02* |
| Fax Number: *312-261-5776* | Phone Number: *956-454-4272* |

☐ Urgent  ☒ Reply ASAP  ☐ Please Comment  ☐ Please Review  ☒ For your information

Total pages, including cover sheet: **#3**

**Comments**

*My Address is: Alfedo Gutierrez*
*Rt 27 Box 2356*
*Mission, Tex 78572*

*Invoices Due*

5-29-02

FROM : ALFEDO GUTIERREZ
RT 27 BOX 2356
MISSION, TEXAS 78572

ATT: BROWNDREW, LLC
TOM BOUCHER
656 West Randolph, Suite 400 W
CHICAGO, IL 60661

REF: TRIAD CONSTRUCTION, INC.

NOTICE OF NON-PAYMENT

ENCLOSED YOU WILL FIND INVOIVES THAT HAVE NOT BEEN PAID.

INVOICE #414176 DATED 2-8-02 THE AMOUNT DUE $3,510.00
INVOICE #414178 DATED 2-25-02 THE AMOUNT DUE $7,260.00

TOTAL AMOUNT DUE $10,770.00

ALFEDO GUTIERREZ

STATE OF TEXAS
COUNTY OF HIDALGO

ON THIS 29TH DAY OF May 29, 2002, I CERTIFY THAT THE PRECEDING OR ATTACHED DOCUMENT, AND THE DUPLICATE RETAINED BY ME AS A NOTARIAL, ARE TRUE, EXACT, COMPLETE, AND UNALTERED PHOTOCOPIES MADE BY ME OF INVICE BOOK, PRESENTED TO ME BY THE DOCUMENT'S CUSTODIAN, ALFREDO GUTIERREZ.

*[signature]*
JOSEFA MACIEL
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS
HIDALGO COUNTY

---

**STATEMENT**

4141/0

TO: TRIAD BUILDERS INC.
DATE: 2/25/02

IN ACCOUNT WITH:

| Description | | Amount |
|---|---|---|
| Floor Tile 12x12 2nd Bathrooms 4x4 | | |
| 4,000 sqft. Floor Tile | $1.75 | $7000.= |
| Extras 13 Bags for Fixing Floor | | 260 |
| | Total | $7260.= |

Alfredo Gutierrez
Rt. 22 Box 2356
Mission Tx 78572

Ph 454-4278

STATE OF TEXAS
COUNTY OF HIDALGO

ON THIS 29TH DAY OF May 29, 2002, I CERTIFY THAT THE PRECEDING OR ATTACHED DOCUMENT, AND THE DUPLICATE RETAINED BY ME AS A NOTARIAL, ARE TRUE, EXACT, COMPLETE, AND UNALTERED PHOTOCOPIES MADE BY ME OF INVOICE BOOK, PRESENTED TO ME BY THE DOCUMENT'S CUSTODIAN, ALFREDO GUTIERREZ.

*Josefa Maciel*
JOSEFA MACIEL
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS
HIDALGO COUNTY

---

**STATEMENT**

414176

Dated 2/8/02

TO: Triad Builders, Inc.

IN ACCOUNT WITH: Restrooms Wall Tile

TERMS:

1,110 sq.ft. wall tile    $3.= $3350=

Alfredo Gutiérrez
R.2. Box 2356
Mission Tx

Ph. 4514-4792

# Memo

*fax - 312-561-5776*
*361*

| | |
|---|---|
| **To:** | Subcontractors and Suppliers of Triad Builders, Inc. |
| **From:** | BROWNDREW, LLC |
| **Date:** | May 16, 2002 |
| **Subject:** | Claims against GSA Building on Coffeeport Road, Brownsville, Texas |

TO WHOM IT MAY CONCERN:

BROWNDREW, LLC, was the owner of the property on which the GSA Building was recently constructed on Lot 2, Block 1, HAPCO Subdivision, and on which Triad Builders, Inc. was the general contractor. That property was subsequently sold to the current owner, and leased by the current owner to the current tenant. The parties currently in possession of the property have no connection with or liability to subcontractors or suppliers regarding the construction of the building.

It has come to our attention that a number of subcontractors and suppliers may not have been paid by Triad Construction, Inc. regarding this project, and accordingly funds have been retained in accordance with the Texas Property Code retainage statutes. An Affidavit of Completion was filed in the Real Property records of Cameron County, Texas on May 8, 2002. This means that subcontractors and suppliers on this project who have not been paid in full need to file their notices of non-payment at the following address not later than June 7, 2002:

BROWNDREW, LLC
Attn: Mr. Tom Boucher
656 West Randolph, Suite 400W
Chicago, IL 60661

On or after June 8, 2002, BROWNDREW, LLC will proceed to disburse retained funds to those subcontractors or suppliers who have filed notices of non-payment in proportion to their respective claim amounts. In the meantime, claimants should be advised that contacting the current owner or tenant of the premises with regard to payment will be regarded as trespass and/or tortious interference with contractual relations. Attempts to remove improvements from the property will be regarded as conversion. Remedies for unpaid claims must be pursued as set out above, and interference with the current operation of the premises will be reported to the appropriate authorities.