United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. B-02-137 |
| | § | |
| | § | |
| TRIAD BUILDERS, INC., ELSA STATE | § | |
| BANK AND TRUST, AQUA | § | |
| TECH, VILLANUEVA FENCE AND | § | |
| SUPPLY CO., ET AL | § | |
| Defendants | § | |

## DEFENDANT LIFETIME INDUSTRIES, INC.'S STATEMENT OF CLAIM

DEFENDANT LIFETIME INDUSTRIES, INC. submits its statement of claim in the above captioned claim, as follows:

1.      DEFENDANT LIFETIME INDUSTRIES, INC. sold floor supplies and materials for use on the social security building subject to this litigation.

2.      DEFENDANT LIFETIME INDUSTRIES, INC. delivered flooring supplies and materials between January, 2002 through March, 2002.

3.      DEFENDANT LIFETIME INDUSTRIES, INC.'S invoices reflecting these transactions are attached as Exhibit 1.

4.      DEFENDANT LIFETIME INDUSTRIES, INC.'s statement of account is attached as Exhibit 2, which reflects non-payment for the transactions referenced above.

5.      DEFENDANT LIFETIME INDUSTRIES, INC. did not provide written notice to Plaintiff regarding the status of account.

6.      BROWNDREW, L.L.C. had actual notice of the status of the LIFETIME INDUSTRIES, INC. account, and promised to pay the account.  DEFENDANT LIFETIME INDUSTRIES, INC. relied on the representations of the representatives of BROWNDREW, L.L.C., and based upon such representations, it did not take the steps necessary to perfect its lien.

7.      DEFENDANT LIFETIME INDUSTRIES, INC. has an unsecured claim in the amount of Fourteen Thousand Four Hundred Sixty Seven ($14,467.00) Dollars.

LIFETIME INDUSTRIES, INC., Defendant

By: _____

Daniel G. Rios
Federal Admission No. 17290
Texas Bar No. 00784844
323 Nolana
McAllen, TX 78504
(956)630-9401
Fax (956)682-0566

## CERTIFICATE OF SERVICE

I, Daniel G. Rios, hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record known to me thus far on this __10__ day of October, 2002.

_____
Daniel G. Rios

C:\My Documents\CCWin9\browndrew v. lifetime industries\Statement of Claim.wpd

# EXHIBIT
# "1"

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN |
|------|----------------|-----|----------|
| 1/08/02 | T5198 | 1 | 31 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER N |
|-------------|-----------|---------------------------|
| 372666 | 1110529 | 1285 |

**SOLD TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 1/08/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 CCCOL28 509TL 22426          1 | 100 00 | SY | 100.00 | 16.950 | 1,695. |
| COLLEGIATE 28oz  CURFEW 17"x17" | SY | | SF | 900.00 | 1.8833 | |
| 2 CCCOL28 509TL 22428          1 | 100 00 | SY | 100.00 | 16.950 | 1,695. |
| COLLEGIATE 28oz  CURFEW 17"x17" | SY | | SF | 900.00 | 1.8833 | |
| 3 CCCOL28 509TL 22457          1 | 100 00 | SY | 100.00 | 16.950 | 1,695. |
| COLLEGIATE 28oz  CURFEW 17"x17" | SY | | SF | 900.00 | 1.8833 | |
| 4 CAPS100 4     PS1004 | 2 | | 2.00 | 69.050 | 138. |
| PRESSURE SENSITI ADH  PS100 4 GAL | EA | | EA | EA | |
| JOB:SOCIAL SECURITY ADMINISTRATI | | | | | |
| ON, 1735 COFFEE PORT ROAD | | | | | |
| | | | | | |
| BROWNSVILLE, TX  78521 | | | | | |
| | | | | | |
| | | | | | |
| 7 CCCOL28 509TL 22459          1 | 100 00 | SY | 100.00 | 16.950 | 1,695. |
| COLLEGIATE 28oz  CURFEW 17"x17" | SY | | SF | 900.00 | 1.8833 | |
| 8 CCCOL28 509TL 22463          1 | 100 00 | SY | 100.00 | 16.950 | 1,695. |
| COLLEGIATE 28oz  CURFEW 17"x17" | SY | | SF | 900.00 | 1.8833 | |

-Continued

| | TOTAL AMOUNT | |
|--|--------------|--|

ORIGINAL

# Lifetime Industries, Inc.

*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PA |
|------|----------------|-----|----------|-----|
| 1/08/02 | T5198 | 1 | 31 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER N |
|-------------|-----------|---------------------------|
| 372666 | 1110529 | 1285 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 1/08/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRIC |
|-------------------------|---------|--------------|---------|------------|------------|
| 1 CCCOL28 509TL 22464          1<br>COLLEGIATE 28oz   CURFEW 17"x17" | 100 00 | SY<br>SY | 100.00<br>900.00 | 16.950<br>1.8833 | 1,695. |
| 2 CCCOL28 509TL 22473          1<br>COLLEGIATE 28oz   CURFEW 17"x17" | 100 00 | SY<br>SY | 100.00<br>900.00 | 16.950<br>1.8833 | 1,695. |
| 3 CCCOL28 509TL 22479          1<br>COLLEGIATE 28oz   CURFEW 17"x17" | 100 00 | SY<br>SY | 100.00<br>900.00 | 16.950<br>1.8833 | 1,695. |
| 4 CCCOL28 509TL 22477          1<br>COLLEGIATE 28oz   CURFEW 17"x17" | 100 00 | SY<br>SY | 100.00<br>900.00 | 16.950<br>1.8833 | 1,695. |
| 5 CCCOL28 509TL 23258          1<br>COLLEGIATE 28oz   CURFEW 17"x17" | 70 00 | SY<br>SY | 70.00<br>630.00 | 16.950<br>1.8833 | 1,186. |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | |
|----------|-----|----------|-------|---|--------------|---|
| 16,579.60 | 1367.82 | | | | | |

Balance Due only

$1,797.79

*A RESTOCKING FEE OF 15% WILL     BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

**SINCE 1946**

REMIT TO:
P.O. BOX 3157
1709 N. JACKSON RD.
McALLEN, TEXAS 78501
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

DATE    OUR TRUCK        1 of
1/09/02

REPRINT
Pick Ticket

          JOE        LYDIA      11:59    ARTURO

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

Acct #  ORDER #  ORDER DATE  SHIP VIA    STOP   SALESMAN    TERMS
T5198   1110529  12/20/01  OUR TRUCK      31              NET 30 DAYS
        PO# 1285           FAX               Phone (956)447-5198   TERRY

(- PRODUCT -) (<-----    DESCRIPTION    ------>)    QUANTITY U/M   PRICE EXTENSIO
CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
1.00 by   100-00 SY      22426      1      A      C9978699
CC        100-00      0-00      1

CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
1.00 by   100-00 SY      22428      1      A      C9978699
CC        100-00      0-00      1

CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
1.00 by   100-00 SY      22457      1      A      C9978699
CC        100-00      0-00      1

CAPS100 4     PRESSURE SENSITI ADH  PS100 4 GAL     2.00 EA
              2-00 EA      CAPS1004     1
B8 C          2-00      0-00

              JOB:SOCIAL SECURITY ADMINISTRATI
              ON, 1735 COFFEE PORT ROAD

              BROWNSVILLE, TX  78521

CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
1.00 by   100-00 SY      22459      1      A      C9978699
CC        100-00      0-00      1

CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
1.00 by   100-00 SY      22463      1      A      C9978699
CC        100-00      0-00      1

              *A RESTOCKING FEE OF 15% WILL
              BE CHARGED ON RETURNED ITEMS*
Pull======Load===============================Rec by-X===================
     WEIGHT        RL UNITS            PIECES
      68.00         970.00               12

Deliver   1-11-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

Case 1:02-cv-00137   Document   Filed on   8/2002   Page 7 of 103



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

REMIT TO:

P.O. BOX 3157
1709 N. JACKSON RD.
McALLEN, TEXAS 78501
(956) 682-0168
FAX (956) 682-0890

SINCE 1946

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

DATE               TRUCK
1/09/02

2:54

```
                                              <---- REPRINT ---->
                                                 Pick Ticket


              JOE        LYDIA       11:59   ARTURO

SOLD TO :  TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
           SUITE 204                               SUITE 204
           WESLACO TX 78596                        WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA     STOP  SALESMAN    TERMS
 T5198  1110529 12/20/01  OUR TRUCK     3             NET 30 DAYS
        PO# 1885          FAX                 Phone (956)447-5198  TERRY

(- PRODUCT -) (------    DESCRIPTION    ------)  QUANTITY U/M   PRICE EXTENSI
CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
 1.00 by   100.00 SY    22464      1      A      C9978699
CC       100.00        0.00     1

CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
 1.00 by   100.00 SY    22473      1      A      C9978699
CC       100.00        0.00     1

CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
 1.00 by   100.00 SY    22479      1      A      C9978699
CC       100.00        0.00     1

CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"      100.00 SY
 1.00 by   100.00 SY    22477      1      A      C9978699
CC       100.00        0.00     1

CCCOL28 509TL COLLEGIATE 28oz   CURFEW 17"x17"       70.00 SY
 1.00 by    70.00 SY    23258      1      A      C9978699
CC        70.00        0.00     1
```

9 PALLETS 20 BX PER PALLE
+ 1 PALLOT HAS 18 BXS.

1 OTM 10 PALLETS

2-1-02   MOHAWK 194B
CARPET TILE
2 TNK PRESSURE
ADH.

**\*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS\***

```
Full====Load======================================ted by:==============
    WEIGHT       R_ UNITS           PIECES
    68.00        970.00               12
```

Deliver 1-11-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXEPTIONS. All Claims Must Be Accompanied By This Bill...

**ORIGINAL**

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

**INVOICE**

SINCE 1946

REMIT TO: 1709 N. JACKSON RD. P.O. BOX 3157 McALLEN, TEXAS 78502-3157 (956) 682-0168
1244 ROBIN HOOD BROWNSVILLE, TEXAS 78520 (956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN |
|---|---|---|---|
| 1/18/02 | T5198 | 1 | 31 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER N |
|---|---|---|
| 373273 | 1111172 | 1280 |

**SOLD TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 1/18/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRIC |
|---|---|---|---|---|---|
| 1 B1CB334 C    CB433C VYL 4X.080 COVE  CB433C ADOBE PCH | 5 CT | | 5.00 CT | 42.100 CT | 210. |

THIS IS TO COMPLETE ORDER
NUMBER 1109173**********MAG*****

JOB: SOCIAL SECURITY ADMINISTRAT
ION, 1735 COFFEE PORT RD.

BROWNSVILLE, TX  78521

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT |
|---|---|---|---|---|
| 210.50 | 17.37 | | | |

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
*A RESTOCKING FEE OF 15% WILL BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

P.O. BOX 3157
1709 N. JACKSON RD.
McALLEN, TEXAS 78501
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

SINCE 1946

DELIVER TRUCK
1/04/02 / 02
** PICK UP **

PICK UP
<---- REPRINT ---->
Pick Ticket

1 of

MARY ANN    BLANCA    17:09    ERIKA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1111172 | 1/04/02    | PICKUP   | 31   |          | NET 30 DAYS |
|        | PO# 1280 |           |          |      | Phone (956)441-5198  FAX |

| (- PRODUCT -) | (------  DESCRIPTION  ------) | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|------------------------------|----------|-----|-------|-----------|
| B1CB334 C     | VYL 4X.080 COVE  CB4X30 ADOBE PCH | 5.00 | CT | | |
|               | 5-00 CT    B1CB334C    1 | | | | |
| BO WO?        | 5-00    W-NO    1 | | | | |

THIS IS TO COMPLETE ORDER
NUMBER 1109173*********MAC*****

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load============================Rec by-X===========
| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 130.00 |          | 5      |

*Sandra Echeverria*
1- 18- 2002

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

# INVOICE

SINCE 1946

**REMIT TO:**

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PA |
|---|---|---|---|---|
| 1/21/02 | T5198 | 1 | 27 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER N |
|---|---|---|
| 373338 | 1112187 | 1288 |

| SOLD TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 1/18/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY | | | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | ORDERED | BACK ORDERED | SHIPPED | | |
| 1 LW400   5     LW400.5<br>  *BRUSH CONTACT    LW400 5 GAL | 1<br>EA | | 1.00<br>EA | 48.950<br>EA | 48. |
| **SOCIAL SECURITY ADMINISTRATION<br>*** | | | | | |

| | | | | | TOTAL AMOUNT | 52.99 |
|---|---|---|---|---|---|---|
| Subtotal<br>48.95 | Tax<br>4.04 | Delivery | Other | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

Case 1:08-cv-00137    Document 1-4    Filed 01/18/2002    Page 11 of 103



# Lifetime Industries, Inc.
## Building Materials and Marine Systems

**REMIT TO:**
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

SINCE 1946

```
                              DATE         TRUCK                         1 of  1
                            1/18/02       1/18/02        PICK UP
   Lifetime Industries, Inc            ** PICK UP **
   1709 NORTH JACKSON                                       Pick Ticket
   MCALLEN, TX  78501

     (956)682-0168   JUAN      LYDIA        13:23    LYDIA

SOLD TO :  TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.            T5198      2300 W. PIKE BLVD.
           SUITE 204                                SUITE 204
           WESLACO TX 78596                         WESLACO TX 78596
```

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|-----------|----------|------|----------|-------|
| T5198 | 1112187 | 1/18/02 | PICKUP | 27 | | NET 30 DAYS |
| | PO# 1288 | | GSA IN BROWNSVILLE | | Phone (956)447-5198 | SANTOS |

| <- PRODUCT -> | <------ DESCRIPTION ------> | QUANTITY U/M | PRICE EXTENSION |
|---|---|---|---|
| LW400    5 | *BRUSH CONTACT   LW400 5 GAL | 1.00 EA | |
| | 1-00 EA   LW400  5    3 | | |
| 13 | 4-00    3-00 | | |

#245-00`??`

Rec. By X _____

Date _____ 1 / 18 / 02

```
           *A RESTOCKING FEE OF 15% WILL
            BE CHARGED ON RETURNED ITEMS*
Pull======Load=========================Rec by-X=======================
    WEIGHT       RL UNITS       PIECES
     40.00                        1
```

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PA |
|------|-----------------|-----|----------|-----|
| 1/23/02 | T5198 | 1 | 27 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER N |
|-------------|-----------|----------------------------|
| 373510 | 1112352 | 1280 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 1/22/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRIC |
|-------------------------|------------------|--------------|---------|------------|------------|
| 1 LW600   5      LW600.5<br> *BRSH GRADE #600 LW600 5 GAL | 1<br>EA | | 1.00<br>EA | 59.500<br>EA | 59, |
| JOB: SOCIAL SECURITY ADM. OFFICE<br>GSA | | | | | |

| | Subtotal | Tax | Delivery | Other | | **TOTAL AMOUNT** | 64.41 |
|--|----------|-----|----------|-------|--|------------------|-------|
| | 59.50 | 4.91 | | | | | |

*NO RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

**ORIGINAL**

Case 1:02-cv-00137   Document 104   Filed in TXSD on 03/18/2002   Page 13 of 103



# Lifetime Industries, Inc.
### *Building Materials and Marine Systems*

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

SINCE 1946

```
                                    DATE         TRUCK                        1 of  1
                                  1/22/02   1/22/02        PICK UP

     Lifetime Industries, Inc           ** PICK UP **
     1709 NORTH JACKSON                                          Pick Ticket
     MCALLEN,  TX  78501

     (956)682-0168    JUAN        BLANCA       8:52    BLANCA

SOLD TO : TRIAD BUILDERS, INC.           SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.             T5198     2300 W. PIKE BLVD.
          SUITE 204                                SUITE 204
          WESLACO TX 78596                         WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA   STOP  SALESMAN   TERMS
 T5198  1112352  1/22/02   PICKUP          27         NET 30 DAYS
         PO# 1280                              Phone  (956)447-5198   SANTOS

<- PRODUCT ->. <------    DESCRIPTION   ------>  QUANTITY U/M   PRICE EXTENSION
LW600    5    *BRSH GRADE #600 LW600 5 GAL        1.00 EA
              1-00 EA     LW600  5    3
S3            1-00       0-00

              JOB: SOCIAL SECURITY ADM. OFFICE
              GSA
```

#245-0047

Re: Santos H S

D: 1/22/02

```
     *A RESTOCKING FEE OF 15% WILL
      BE CHARGED ON RETURNED ITEMS*
Pull======Load=========================================Rec by=X===================
   WEIGHT        RL UNITS         PIECES
   41.00                             1
```

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.

*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/01/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 374075 | 1113204 | 1292 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/01/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|---------|--------------|---------|------------|-------------|
| 1 LW400   5     LW400.5<br>  *BRUSH CONTACT   LW400 5 GAL | 3<br>EA | | 3.00<br>EA | 48.950<br>EA | 146.85 |
| **FROM B.O.#1113199******* | | | | | |
| SIDEMARK:GSA-LEASE CONST.<br>SOCIAL SECURITY ADMIN | | | | | |

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT |
|----------|-----|----------|-------|--------------|
| 146.85 | 12.12 | | | 158.97 |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO:    McALLEN, TEXAS 78502-3157    DATE    1244 ROBIN HOOD    TRUCK    1 of 1
(956) 682-0168    BROWNSVILLE, TEXAS    PICK UP
FAX (956) 682-0890    2/01/02    (956) 541-0376
SINCE 1946                            FAX (956) 544-0375

Lifetime Industries, Inc    ** PICK UP **
1709 NORTH JACKSON                                    Pick Ticket
MCALLEN, TX  78501

(956)682-0168    ARTURO    LYDIA    10:34    LYDIA

SOLD TO : TRIAD BUILDERS, INC.              SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.               T5198     2300 W. PIKE BLVD.
          SUITE 204                                  SUITE 204
          WESLACO TX 78596                           WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1113204 | 2/01/02    | PICKUP   |      | 27       | NET 30 DAYS |
|        | PO# 1292 |           | FAX      |      | Phone (956)447-5198 | TERRY |

| (- PRODUCT -) | (------ | DESCRIPTION | ------) | QUANTITY | U/M | PRICE EXTENSION |
|---------------|---------|-------------|---------|----------|-----|-----------------|
| LW400 | 5 | *BRUSH CONTACT | LW400 5 GAL |  | 3.00 EA |  |  |
|       | 3-00 EA | LW400 | 5 | 1 |  |  |  |
| AA 001 | 9-00 | 6-00 |  |  |  |  |  |

**FROM B.O.#1113199*******

SIDEMARK:GSA-LEASE CONST.
SOCIAL SECURITY ADMIN

BROWNSVILLE, TX

4C
2-1-02    *A RESTOCKING FEE OF 15% WILL
          BE CHARGED ON RETURNED ITEMS*
Pull=====Load===============================Rec by-X========================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 120.00 |          | 3      |

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

# INVOICE

SINCE 1948

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/01/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 374134 | 1113208 | 1292 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/01/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|------------------|--------------|---------|------------|-------------|
| 1 LW400   5      LW400.5<br>  *BRUSH CONTACT   LW400 5 GAL | 5<br>EA | | 5.00<br>EA | 48.950<br>EA | 244.75 |

*WITH ORDER #'S 1113199&1113204

SIDEMARK:GSA-LEASE CONST.
SOCIAL SECURITY ADMIN.-BROWNSVIL

| | Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT |
|--|----------|-----|----------|-------|--|--------------|
| | 244.75 | 20.19 | | | | 264.94 |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO:   McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS
(956) 544-0374
FAX (956) 544-0375

DATE   2/01/02   TRUCK   1 of 1

Lifetime Industries, Inc
1709 NORTH JACKSON                                          Pick Ticket
MCALLEN, TX 78501

(956)682-0168    ARTURO    BLANCA    10:52    BLANCA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1113208 | 2/01/02    | OUR TRUCK | 27  |          | NET 30 DAYS |
|        | PO# 1292 |           | FAX      |      | Phone (956)447-5198 | TERRY |

| (- PRODUCT -) | (------ DESCRIPTION ------) | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|-----------------|
| LW400  5 | *BRUSH CONTACT   LW400 5 GAL | 5.00 EA | |
|          | 5-00 EA    LW400  5    1 | | |
| AA 001   11-00 | 6-00 | | |

           *WITH ORDER #'S 1113199&1113204

           SIDEMARK:GSA-LEASE CONST.
           SOCIAL SECURITY ADMIN.

           *A RESTOCKING FEE OF 15% WILL
           BE CHARGED ON RETURNED ITEMS*         Rec by-X  Jim Guthrie
Pull======Load================================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 200.00 |          | 5      |

2-1-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...
ORIGINAL



**Lifetime Industries, Inc.**
*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/04/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 374194 | 1113004 | 1292 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 1/30/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|------------------|--------------|---------|------------|-------------|
| 1 LW600   5     LW600.5<br>*BRSH GRADE #600 LW600 5 GAL | 1<br>EA | | 1.00<br>EA | 59.500<br>EA | 59.50 |

G.S.A

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT |
|----------|-----|----------|-------|---|--------------|
| 59.50 | 4.91 | | | | 64.41 |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO:   McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

```
                              DATE          TRUCK                          1 of  1
                            1/30/02       1/30/02        PICK UP
     Lifetime Industries, Inc              ** PICK UP **
     1709 NORTH JACKSON                                        Pick Ticket
     MCALLEN,  TX  78501

     (956)682-0168    JUAN        BLANCA        13:24    BLANCA

SOLD TO : TRIAD BUILDERS, INC.           SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.             T5198     2300 W. PIKE BLVD.
          SUITE 204                                SUITE 204
          WESLACO TX 78596                         WESLACO TX 78596
```

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198 | 1113004 | 1/30/02 | PICKUP | | 27 | NET 30 DAYS |
| | PO# 1292 | | | | Phone (956)447-5198   TINO | |

| <- PRODUCT -> | <------ DESCRIPTION ------> | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|-----------------|
| LW600   5 | *BRSH GRADE #600 LW600 5 GAL | 1.00 EA | |
| | 1-00 EA    LW600   5    3 | | |
| S3 | 2-00        1-00 | | |

```
          G.S.A
```

Rec. By _____

Date _____1/30/02_____

\*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS\*

```
Pull=====Load===========================Rec by-X=====================
    WEIGHT      RL UNITS        PIECES
     41.00                         1
```

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
### *Building Materials and Marine Systems*

# INVOICE

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

SINCE 1946

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAG |
|---|---|---|---|---|
| 2/08/02 | T5198 | 1 | 27 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO |
|---|---|---|
| 374485 | 1113547 | 1192 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 2/06/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 GUTOOLS 333AR G333AR *GU AIRWAY EXT   HANDLE ROLLER (2 | 1 EA | | 1.00 EA | 32.130 EA | 32.1 |
| 2 GUTOOLS 25AB  G25AB GU KNIFE BLADE    12/TUBE (24) | 1 EA | | 1.00 EA | 6.190 EA | 6.1 |
| 3 GUTOOLS 12WB  G12WB GU KNIFE BLADE    12/TUBE (24) | 1 EA | | 1.00 EA | 6.180 EA | 6.1 |

SOCIAL SECURITY BUILDING
BROWNSVILLE, TEXAS

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | |
|---|---|---|---|---|---|---|
| 44.50 | 3.67 | | | | | 48.17 |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO:   McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

SINCE 1946

---

```
                              DATE        TRUCK                      1 of  1
                            2/06/02     2/06/02        PICK UP
   Lifetime Industries, Inc           ** PICK UP  **
   1709 NORTH JACKSON                                    Pick Ticket
   MCALLEN, TX  78501

   (956)682-0168   JUAN      LYDIA       13:36    LYDIA
```

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1113547 | 2/06/02    | PICKUP   |      | 27       | NET 30 DAYS |
|        | PO# 1192 |           |          |      | Phone (956)447-5198 | SANTOS |

| <- PRODUCT -> | <------   DESCRIPTION   ------> | QUANTITY U/M | PRICE EXTENSION |
|---------------|--------------------------------|--------------|-----------------|
| GUTOOLS 333AR | *GU AIRWAY EXT  HANDLE ROLLER (2 | 1.00 EA |  |
|               | 1-00 EA   GUTOOLS333AR3         |  |  |
| GU            | 1-00       0-00                |  |  |
|  |  |  |  |
| GUTOOLS 25AB  | GU KNIFE BLADE  12/TUBE (24)   | 1.00 EA |  |
|               | 1-00 EA   GUTOOLS25AB 3        |  |  |
| GU S          | 4-00       3-00                |  |  |
|  |  |  |  |
| GUTOOLS 12WB  | GU KNIFE BLADE  12/TUBE (24)   | 1.00 EA |  |
|               | 1-00 EA   GUTOOLS12WB 3        |  |  |
|               | 6-00       5-00                |  |  |

```
       SOCIAL SECURITY BUILDING
       BROWNSVILLE, TEXAS
```

Rec. By _____

Date ___ 2-6-02 ___

#6050625

```
       *A RESTOCKING FEE OF 15% WILL
        BE CHARGED ON RETURNED ITEMS*
Pull=====Load=============================Rec by-X==========================
      WEIGHT      RL UNITS        PIECES
       2.50                          3
```

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

**SINCE 1946**

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

# INVOICE

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/08/02 | T5198 | 1 | 27 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO |
|-------------|-----------|----------------------------|
| 374486 | 1113199 | 1292 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/06/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 WA182   3173  48182   3173 3 | 15 | | 480.00 | .490 | 235.2 |
| *FROSTY WHITE    -65-182 CAB LINE 48 X 96 ST | | | SF | SF | |

SIDEMARK:GSA-LEASE CONST.
SOCIAL SECURITY ADMIN

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT |
|----------|-----|----------|-------|--------------|
| 235.20 | 19.40 | | | 254.60 |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
## Building Materials and Marine Systems

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

```
                              DATE        TRUCK                        1 of  1
                            2/01/02     2/01/02

    Lifetime Industries, Inc
    1709 NORTH JACKSON                              Pick Ticket
    MCALLEN,  TX  78501

     (956)682-0168    ARTURO      BLANCA        10:53    BLANCA

SOLD TO : TRIAD BUILDERS, INC.         SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.           T5198     2300 W. PIKE BLVD.
          SUITE 204                              SUITE 204
          WESLACO TX 78596                       WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA    STOP  SALESMAN   TERMS
T5198  1113199  2/01/02   OUR TRUCK    27             NET 30 DAYS
        PO# 1292          FAX                 Phone (956)447-5198    TERRY

<- PRODUCT -> <------   DESCRIPTION   ------>  QUANTITY U/M   PRICE EXTENSION
WA182  3173  *FROSTY WHITE    -65-182 CAB LINE   480.00 SF
        15-00 ST    48182   3173 3            48 X 96
       140-00     125-00

          SIDEMARK:GSA-LEASE CONST.
          SOCIAL SECURITY ADMIN


          BROWNSVILLE, TEXAS
```

Rec ?  Satu
Date  2/6/02
# 605 8625

```
      *A RESTOCKING FEE OF 15% WILL
       BE CHARGED ON RETURNED ITEMS*
Pull=====Load============================Rec by-X========================
   WEIGHT     RL UNITS       PIECES
                               15
```

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
## *Building Materials and Marine Systems*

# INVOICE

**SINCE 1946**

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAG |
|------|-----------------|-----|----------|-----|
| 2/08/02 | T5198 | 1 | 27 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO |
|-------------|-----------|----------------------------|
| 374496 | 1113388 | 1293 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/08/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|------------------|--------------|---------|------------|-------------|
| 1 WA107S  D47   38107S D47  1<br>  MOCCASIN        -60-107<br>  UA5103<br>DELIVER TO ** 1735 COFFEE PORT<br>RD BROWNSVILLE<br><br>SIDEMARK:GSA-LEASE CONST./<br>SOCIAL SECURITY ADMIN. | 4<br>36 X 96 ST | | 96.00<br>SF | 1.490<br>SF | 143.0<br>36 X 96 |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 154.84 |
|----------|-----|----------|-------|---|---|---|
| 143.04 | 11.80 | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78521
(956) 544-0374
FAX (956) 544-0375

SINCE 1946

DATE   2/07/02

STOCK   1 of

Lifetime Industries, Inc.
1709 NORTH JACKSON                                    Pick Ticket
MCALLEN, TX 78501

(956)682-0168    ARTURO    LYDIA         14:50    LYDIA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                                SUITE 204
          WESLACO TX 78596                         WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1113388 | 2/05/02    | OUR TRUCK |     | 27       | NET 30 DAYS |
|        | PO# 1293 |            | FAX      |      | Phone (956)447-5198 | TERRY |

| (- PRODUCT -) | (------  DESCRIPTION  ------) | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|------------------------------|----------|-----|-------|-----------|
| WA107S   D47  | MOCCASIN      -60-107        | 96.00    | SF  |       |           |
| 4-00 ST       | 38107S D47  1                | 36 X 96  |     |       |           |
| 5-00    1-00  |                              | S/M 36 X 96 |  |       |           |

DELIVER TO ** 1735 COFFEE PORT
RD BROWNSVILLE

SIDEMARK:GSA-LEASE CONST./
SOCIAL SECURITY ADMIN.

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*
Pull=====Load==============================Rec by-X=======
WEIGHT       RL UNITS       PIECES
                              4

2-8-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...
ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

# INVOICE

**SINCE 1946**

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|
| 2/08/02 | T5198 | 1 | 31 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 374497 | 1113598 | 1294 |

**SOLD TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 2/08/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 TXPRIME 35    TCLP.35 | 40 | | 40.00 | 1.990 | 79.6 |
| *TX CEM LATEX    UNDERLYMT 35# | EA | | EA | EA | |
| 2 TXUNDER 5    TCLA.5 | 8 | | 8.00 | 29.150 | 233.8 |
| *TX CEM LQD 5 G  LA-O-TEX WHITE | EA | | EA | EA | |

JOB: SOCIAL SECURITY ADMINISTRAT
ION, BROWNSVILLE, TX

DELIVER TO 1735 COFFEE PORT

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT | |
|---|---|---|---|---|---|
| 312.80 | 25.81 | | | | 338.61 |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries Inc.

**Building Materials and Marine Systems**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
MCALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

DATE
2/07/02

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 504-3702
FAX (956) 544-0375

PICK

1 of

Lifetime Industries, Inc.

1709 NORTH JACKSON
MCALLEN, TX 78501

Pick Ticket

(956)682-0168    JUAN      BLANCA        9:44    BLANCA

SOLD TO :  TRIAD BUILDERS, INC.          SHIP TO :  TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.            T5198      2300 W. PIKE BLVD.
           SUITE 204                                SUITE 204
           WESLACO TX 78596                         WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1113598 | 2/07/02    | OUR TRUCK | 31  |          | NET 30 DAYS |
|        | PO# 1294 |           |          |      | Phone (956)447-5198 | SANTO |

| (- PRODUCT -) | (------   DESCRIPTION   ------) | QUANTITY U/M | PRICE EXTENSION |
|---------------|-------------------------------|--------------|-----------------|
| TXPRIME 35    | *TX CEM LATEX   UNDERLYMT 35# | 40.00 EA     |                 |
|               | 40-00 EA    TXPRIME35    1    |              |                 |
| EE 009        | 350-00      310-00            |              |                 |
|               |                               |              |                 |
| TXUNDER 5     | *TX CEM LQD 5 G  LA-O-TEX WHITE | 8.00 EA    |                 |
|               | 8-00 EA    TXUNDER5    1       |              |                 |
| EE 011        | 104-00      96-00             |              |                 |

JOB: SOCIAL SECURITY ADMINISTRAT
ION, BROWNSVILLE, TX

*Deliver to 1735 Coffee Port Brownsville*

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull======Load=============================================Rec by-X===========================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 1,784.00 |        | 48     |

2-8-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

**ORIGINAL**

# Lifetime Industries, Inc.
## *Building Materials and Marine Systems*

# INVOICE

SINCE 1948

REMIT TO:    1709 N. JACKSON RD.    1244 ROBIN HOOD
P.O. BOX 3157    BROWNSVILLE, TEXAS 78520
McALLEN, TEXAS 78502-3157    (956) 544-0374
(956) 682-0168

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAG |
|---|---|---|---|---|
| 2/12/02 | T5198 | 1 | 31 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 374625 | 1113601 | 1294 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 2/08/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 HE430   4      H430.4<br>  *TILE ADHESIVE   430 4 G  48/PLT | 1<br>EA | | 1.00<br>EA | 23.860<br>EA | 23.8 |
| 2 HE440   4      H440.4<br>  *COVE BASE ADH   440 4 GAL 48/PLT | 2<br>EA | | 2.00<br>EA | 28.650<br>EA | 57.3 |

JOB: SOCIAL SECURITY ADMINISTRAT
ION, BROWNSVILLE, TX

DELIVER TO 1735 COFFEE PORT RD.
BROWNSVILLE

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 87.86 |
|---|---|---|---|---|---|---|
| 81.16 | 6.70 | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

SINCE 1946

```
                              DATE        TRUCK                            1 of  1
                            2/07/02    2/07/02         PICK UP
Lifetime Industries, Inc                ** PICK UP **
1709 NORTH JACKSON                                     Pick Ticket
MCALLEN, TX 78501

  (956)682-0168    JUAN      BLANCA        9:45   BLANCA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596
```

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1113601 | 2/07/02    | PICKUP   |      | 31       | NET 30 DAYS |
|        | PO# 1294 |           | G.S.A    |      | Phone (956)447-5198 | SANTOS |

```
<- PRODUCT -> <------  DESCRIPTION  ------>  QUANTITY U/M   PRICE EXTENSION
HE430   4   *TILE ADHESIVE  430 4 G  48/PLT    1.00 EA
            1-00 EA    HE430   4    3
BU LK    27-00    26-00

HE440   4   *COVE BASE ADH   440 4 GAL. 48/PLT   2.00 EA
            2-00 EA    HE440   4    3
P2      15-00    13-00

        JOB: SOCIAL SECURITY ADMINISTRAT
        ION, BROWNSVILLE, TX
```

Rec'd _Santos H.S._
Date _2/8/02_
#G05-0625

```
     *A RESTOCKING FEE OF 15% WILL
      BE CHARGED ON RETURNED ITEMS*
Pull=====Load=================================Rec by-X=========================
    WEIGHT      RL UNITS         PIECES
    115.00                          3
```

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/13/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 374725 | 1113716 | 1294 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/13/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 CEIN110 4X4    BON4X4<br>  INTERCERAMIC 4X4 #110 BONE 10SF/C | 56 CT | | 560.00 SF | .850 SF | 476. |
| 2 CEIN110 A3401 BONA3401<br>  INTR A3401 4X4  #110 BONE<br>  INTERCERAMIC COVEBASE 4X4 | 195 PC | | 195.00 PC | .600 PC | 117. |
| 3 CEI3101 4X4   PBWHI4X4<br>  INTR #3101 4X4   PEARL BRITE WHTE | 36 CT | | 360.00 SF | .850 SF | 306. |
| 4 CEI3701 4X4   PMWHI4X4<br>  INTR #3701 4X4   PEARL MATTE WHTE | 21 CT | | 210.00 SF | .850 SF | 178. |
| 5 CEI3701 S4449 PMWHIS4449<br>  INTR S4449 4X4   #3701 WHITE | 20 PC | | 20.00 PC | .550 PC | 11. |
| 6 CEINHIM SUMMI I-74       1<br>  HIMALAYA 72/PLT  12X12 SUMMIT | 11 00 CT | | 121.00 SF | 1.420 SF | 171. |

JOB NAME GSA /ADMINISTRATION
BUILDING BROWNSVILLE

DELIVER***** 1735 COFFE PORT R
BROWNSVILLE TX 78520

-Continued

| | TOTAL AMOUNT | |
|--|--------------|--|

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/13/02 | T5198 | 1 | 24 | 2 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 374725 | 1113718 | 1294 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/13/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| CONTACT SANTOS HERNANDEZ<br>245-0047 CELL # | | | | | |

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT | |
|----------|-----|----------|-------|--------------|--|
| 1,260.32 | 103.98 | | | | 1,364.30 |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78521
(956) 544-9370
FAX (956) 544-0375

SINCE 1946

DATE 2/13/02   TRUCK   1 of 2

(----- REPRINT -----)
Pick Ticket

BECKY      BLANCA      15:51    BECKY

SOLD TO :  TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.            T5198      2300 W. PIKE BLVD.
           SUITE 204                                SUITE 204
           WESLACO TX 78596                         WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1113718 | 2/08/02    | OUR TRUCK | 31  |          | NET 30 DAYS |
|        | PO# 1294 |           |          |      | Phone (956)447-5198  FAX |

| <- PRODUCT -> | <------ DESCRIPTION ------> | QUANTITY | U/M | PRICE EXTENSION |
|---------------|------------------------------|----------|-----|-----------------|
| CEIN110 4X4   | INTERCERAMIC 4X4 #110 BONE 10SF/C | 560.00 | SF | |
|               | 56-00 CT    CEIN1104X4  1    |          |     | 3440536 |
| EE 007  97-00    41-00 | | | | |
| | | | | |
| CEIN110 A3401 | INTR A3401 4X4  #110 BONE | 195.00 | PC | |
|               | 195-00 PC   CEIN110A34011 |          |     | |
|               | 195-00      0-00    1      | | | |
| | | | | |
| CEI3101 4X4   | INTR #3101 4X4  PEARL BRITE WHTE | 360.00 | SF | |
|               | 36-00 CT    CEI31014X4  1 | | | |
|               | 36-00       0-00    1     | | | |
| | | | | |
| CEI3701 4X4   | INTR #3701 4X4  PEARL MATTE WHTE | 210.00 | SF | |
|               | 21-00 CT    CEI37014X4  1 | | | |
|               | 21-00       0-00    1     | | | |
| | | | | |
| CEI3701 S4449 | INTR S4449 4X4  #3701 WHITE | 20.00 | PC | |
|               | 20-00 PC    CEI3701S44491 | | | |
|               | 20-00       0-00    1     | | | |
| | | | | |
| CEINHIM SUMMI | HIMALAYA 72/PLT  12X12 SUMMIT | 121.00 | SF | |
|               | 11-00 CT    I-74    1   A | | | 3443704 |
| CE            | 11-00       0-00    1     | | | |

JOB NAME GSA /ADMINISTRATION
BUILDING BROWNSVILLE

DELIVER*****   1735 COFFE PORT R
BROWNSVILLE TX 78520
*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load=============================Rec by-X===========================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 3,680.00 | | 339 |

*B. Cisneros*
2-13-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

SINCE 1946

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

DATE
2/13/02

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

TRUCK

2 of 2

<---- REPRINT ---->
Pick Ticket

BECKY        BLANCA       15:51    BECKY

SOLD TO :  TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
           SUITE 204                               SUITE 204
           WESLACO TX 78596                        WESLACO TX 78596

Acct #  ORDER #  ORDER DATE  SHIP VIA    STOP  SALESMAN    TERMS
T5198   1113718   2/08/02   OUR TRUCK     31               NET 30 DAYS
          PO# 1294                                Phone (956)447-5198  FAX

<- PRODUCT ->  <------   DESCRIPTION   ------>  QUANTITY U/M   PRICE  EXTENSION
               CONTACT SANTOS HERNANDEZ
               245-0047 CELL #

          *A RESTOCKING FEE OF 15% WILL
          BE CHARGED ON RETURNED ITEMS*
Pull=====Load============================Rec by-X==================
     WEIGHT        RL UNITS         PIECES
     3,680.00                        339

2-13-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...
ORIGINAL

# Lifetime Industries, Inc.

*Building Materials and Marine Systems*

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAG. |
|------|-----------------|-----|----------|------|
| 2/15/02 | T5198 | 1 | 31 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 374867 | 1113948 | 1294 |

**SOLD TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/15/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 CEIN710 4X4    BON4X4M | 35 | | 350.00 | .850 | 297. |
|   INTERCERAMIC 4X4 #710 BONE 10SF/C | CT | | SF | SF | |
| 2 CEI3701 4X4    PMWHI4X4 | 8 | | 80.00 | .850 | 68. |
|   INTR #3701 4X4    PEARL MATTE WHTE | CT | | SF | SF | |
| JOB NAME: GSA ADMINISTRATION | | | | | |
| BUILDING | | | | | |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 395.65 |
|----------|-----|----------|-------|--|--------------|--------|
| 365.50 | 30.15 | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

Case 1:02-cv-00137   Document 97   Filed in TXSD on 10/18/2002   Page 35 of 103



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

DATE
2/15/02

TRUCK
2/15/02

PICK UP

1 of

** PICK UP **

(---- REPRINT ---->)
Pick Ticket

BECKY     LYDIA     15:53     BECKY

| SOLD TO : | TRIAD BUILDERS, INC. | SHIP TO : | TRIAD BUILDERS, INC. |
|---|---|---|---|
| T5198 | 2300 W. PIKE BLVD. | T5198 | 2300 W. PIKE BLVD. |
| | SUITE 204 | | SUITE 204 |
| | WESLACO TX 78596 | | WESLACO TX 78596 |

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|---|---|---|---|---|---|---|
| T5198 | 1113948 | 2/12/02 | PICKUP | | 31 | NET 30 DAYS |
| | PO# 1294 | | | | Phone (956)447-5198 FAX | |

| (- PRODUCT -) | <------ DESCRIPTION ------> | QUANTITY | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|
| CEIN710 4X4 | INTERCERAMIC 4X4 #710 BONE 10SF/C | 350.00 | SF | | |
| | 35-00 CT    CEIN7104X4   1 | | | 3441408 | |
| | 35-00        0-00 | | | | |
| | | | | | |
| CEI3701 4X4 | INTR #3701 4X4    PEARL MATTE WHTE | 80.00 | SF | | |
| | 8-00 CT    CEI37014X4   1 | | | | |
| | 8-00        0-00        1 | | | | |

JOB NAME: GSA ADMINISTRATION
BUILDING

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load=============================Rec by-X==========================

| WEIGHT | RL UNITS | PIECES |
|---|---|---|
| 1,204.00 | | 43 |

2-13-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

SINCE 1946

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAG |
|------|-----------------|-----|----------|-----|
| 2/21/02 | T5198 | 1 | 31 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO |
|-------------|-----------|----------------------------|
| 375133 | 1114147 | 1306 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/18/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|------------------------|---------|--------------|---------|------------|-------------|
| 1 CAPS100 4     PS1004 | 2 | | 2.00 | 69.050 | 138. |
| PRESSURE SENSITI ADH   PS100 4 GAL | EA | | EA | EA | |
| 2 CAPS100 4     PS1004 | 2 | | 2.00 | | |
| PRESSURE SENSITI ADH   PS100 4 GAL | EA | | EA | EA | |
| NOTE: CUSTOMER TO RETURN 2 | | | | | |
| CANISTERS SHIPPED WRONG***** | | | | | |

| | | | | | TOTAL AMOUNT | 149.49 |
|---|---|---|---|---|---|---|

Subtotal   Tax     Delivery     Other
138.10     11.39

*A RESTOCKING FEE OF 15% WILL     BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157         1244 ROBIN HOOD
(956) 682-0168                BROWNSVILLE, TEXAS 78520
FAX (956) 682-0890    DATE    (956) 544-0374  TRUCK    1 of
SINCE 1946                                        FAX (956) 544-0002
2/16/02

Lifetime Industries, Inc
1709 NORTH JACKSON                                    Pick Ticket
MCALLEN, TX 78501

(956)682-0168    JOE        LYDIA        9:19    LYDIA

SOLD TO : TRIAD BUILDERS, INC.        SHIP TO : TRIAD BUILDERS, INC.
T5198    2300 W. PIKE BLVD.          T5198    2300 W. PIKE BLVD.
         SUITE 204                           SUITE 204
         WESLACO TX 78596                    WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|-----------|----------|------|----------|-------|
| T5198  | 1114147 | 2/15/02   | OUR TRUCK |     | 31       | NET 30 DAYS |
|        | PO# TERRY |         |          |      | Phone (956)447-5198 | |

1306

| (- PRODUCT -) | (------ DESCRIPTION ------) | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|-----------------|
| CAPS100 4 | PRESSURE SENSITI ADH  PS100 4 GAL | 2.00 EA | |
|           | 2.00 EA    CAPS1004    1 | | |
| B8 C  22.00    20.00 | | | |
| | | | |
| CAPS100 4 | PRESSURE SENSITI ADH  PS100 4 GAL | 2.00 EA | |
|           | 2.00 EA    CAPS1004    1 | | |
| B8 C  20.00    18.00 | | | |

NOTE: CUSTOMER TO RETURN 2
CANISTERS SHIPPED WRONG*****

******

JOB NAME: SOCIAL SECURITY ADMIN
BROWNSVILLE, TX

Rec. by _Santos H S_

Date _2-18-02_

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull======Load============================Rec by-X========================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 136.00 |          | 4      |

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...
ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAG |
|------|-----------------|-----|----------|-----|
| 2/21/02 | T5198 | 1 | 27 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO |
|-------------|-----------|----------------------------|
| 375134 | 1113668 | 1293 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/18/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | QUANTITY | | | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | ORDERED | BACK ORDERED | SHIPPED | | |
| 1 WA107S  D47   38107S D47  1 | 1 | | 24.00 | 1.490 | 35.7 |
| MOCCASIN          -60-107        36 | X 96 ST | | SF | SF | 3X8 |
| UA5103 | | | | | |
| PER TERRY SHIP TO LIB | | | | | |

| Subtotal | Tax | Delivery | Other | **TOTAL AMOUNT** | 38.71 |
|----------|-----|----------|-------|------------------|-------|
| 35.76 | 2.95 | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

Case 1:02-cv-00137   Document     Filed     8/2002   Page 39 of 103



# Lifetime Industries Inc.
## Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

SINCE 1948

| DATE | DATE | TRUCK | 1 of : |
|------|------|-------|--------|
| 2/18/02 | 2/18/02 | | |

```
                                         <---- REPRINT ---->
                                             Pick Ticket
```

BECKY        LYDIA        15:19     RACHEL

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|-----------|----------|------|----------|-------|
| T5198 | 1113668 | 2/07/02 | OUR TRUCK | 27 | | NET 30 DAYS |
| | PO# 1293 | | | | Phone (956)447-5198 | TERRRY |

| (- PRODUCT -) | (------ DESCRIPTION ------) | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|------------------------------|----------|-----|-------|-----------|
| WA107S  D47 | MOCCASIN      -60-107 | 24.00 | SF | | |
| | 1-00 ST    38107S D47  1 | 36 X 96 | | | |
| 1-00     0-00     1 | | | S/M 3X8 | | |

JOB NAME: SOCIAL SECURITY BLDG
BROWNSVILLE, TX

PER TERRY SHIP TO LIB

Rec. By _____

Date _2-18-02_

*A RESTOCKING FEE OF 15% WILL
 BE CHARGED ON RETURNED ITEMS*
Pull======Load=============================Rec by-X===========================Load=
    WEIGHT        RL UNITS          PIECES
                                      1

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAG |
|------|-----------------|-----|----------|-----|
| 2/21/02 | T5198 | 1 | 31 | |

| INVOICE NO | ORDER NO. | CUSTOMER PURCHASE ORDER NO |
|------------|-----------|----------------------------|
| 375169 | 1114617 | 1307 |

**SOLD TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/21/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 B4CE40C      CE40C    | 5       |              | 5.00    | 6.240      | 31.:        |
| VYL CPT/CER TILE CE40C BLACK | PC |         | PC      | PC         |             |
|                         |         |              |         |            |             |
| SOCIAL   SECURITY   ADMID |       |              |         |            |             |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 33.77 |
|----------|-----|----------|-------|---|--------------|-------|
| 31.20 | 2.57 | | | | | |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78521
(956) 544-0700
FAX (956) 544-0375

DATE  2/21/02    TRUCK    1 of

SINCE 1946

Lifetime Industries, Inc.
1709 NORTH JACKSON                                    Pick Ticket
MCALLEN,  TX  78501

(956)682-0168    JUAN    BLANCA    10:10    BLANCA

SOLD TO :  TRIAD BUILDERS, INC.        SHIP TO :  TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.          T5198      2300 W. PIKE BLVD.
           SUITE 204                              SUITE 204
           WESLACO TX 78596                       WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1114617 | 2/21/02    | OUR TRUCK | 31  |          | NET 30 DAYS |
|        | PO# 1307 |           |          |      | Phone (956)447-5198 | SANTOS |

| (- PRODUCT -) | (------   DESCRIPTION   ------) | QUANTITY U/M | PRICE EXTENSION |
|---------------|-------------------------------|--------------|-----------------|
| B4CE40C       | VYL CPT/CER TILE CE40C BLACK  | 5.00 PC      |                 |
|               | 5-00 PC    B4CE40C       1    |              |                 |
| FL OOR        | 21-00      16-00              |              |                 |

          SOCIAL  SECURITY  ADMID

    *A RESTOCKING FEE OF 15% WILL
     BE CHARGED ON RETURNED ITEMS*                    Sandra Echauarria
Pull======Load=============================Rec by-X============================
    WEIGHT        RL UNITS          PIECES
     9.50                             5

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, inc.
*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAG |
|------|----------------|-----|----------|-----|
| 2/22/02 | T5198 | 1 | 31 | |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO |
|-------------|-----------|----------------------------|
| 375259 | 1114744 | 12 |

**SOLD TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/22/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|------------------------|------------------|--------------|---------|------------|-------------|
| 1 CAPS100 4    PS1004<br>PRESSURE SENSITI ADH   PS100 4 GAL | 4<br>EA | | 4.00<br>EA | 69.050<br>EA | 276. |

| Subtotal | Tax | Delivery | Other | | **TOTAL AMOUNT** | 298.99 |
|----------|-----|----------|-------|---|-----------------|--------|
| 276.20 | 22.79 | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
## Building Materials and Marine Systems

SINCE 1946

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-3702
FAX (956) 544-0375

DATE
2/22/02

PICK
UP

1 of

** PICK UP **                                    PICK UP

Lifetime Industries, Inc.
1709 NORTH JACKSON                                          Pick Ticket
MCALLEN, TX 78501

(956)682-0168   CHARLES   BLANCA      13:00   BLANCA

SOLD TO : TRIAD BUILDERS, INC.        SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.          T5198     2300 W. PIKE BLVD.
          SUITE 204                             SUITE 204
          WESLACO TX 78596                      WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1114744 | 2/22/02    | PICKUP   | 31   |          | NET 30 DAYS |
|        | PO# 12  |            |          |      | Phone (956)447-5198 | TERRY |

| (- PRODUCT -) | (------ DESCRIPTION ------) | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|------------------|
| CAPS100 4     | PRESSURE SENSITI ADH  PS100 4 GAL | 4.00 EA |  |
|               | 4-00 EA      CAPS1004      1 |  |  |
| B8 C          | 16-00      12-00 |  |  |

SOCIAL SEC. OFF.

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull======Load============================Rec by=X==============================

| WEIGHT | RL | UNITS | PIECES |
|--------|----|-------|--------|
| 136.00 |    |       | 4      |

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

# INVOICE

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/22/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375260 | 1114068 | 1302 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/22/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY | | | UNIT PRICE | TOTAL PRICE |
|-------------------------|----------|--------------|---------|------------|-------------|
| | ORDERED | BACK ORDERED | SHIPPED | | |
| 1 CCCOL28 509TL 665966          1<br>COLLEGIATE 28oz  CURFEW 17"x17"<br>***DYELOT  C9978699*** | 50 00<br>SY | SY<br>SF | 50.00<br>450.00 | 17.660<br>1.9622 | 883.00 |

| | | | | | | |
|--|--|--|--|--|--|--|
| Subtotal<br>883.00 | Tax<br>72.85 | Delivery | Other | | **TOTAL AMOUNT** | 955.85 |

*A RESTOCKING FEE OF 15% WILL     BE CHARGED ON RETURNED ITEMS*

ORIGINAL

Case 1:02-cv-00137    Document 97    Filed 11/08 on 10/18/2002    Page 45 of 103



# Lifetime Industries, Inc.
## Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 542-0702
FAX (956) 544-0375

DATE    PICK

2/22/02

** PICK UP **

PICK UP
<---- REPRINT ----->
Pick Ticket

1 of 1

ERIKA    LYDIA    11:03    RACHEL

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1114068 | 2/14/02    | PICKUP   |      | 31       | NET 30 DAYS |
|        | PO# 1302 |           |          |      | Phone (956)447-5198 | TERRI/FAX |

| (- PRODUCT -) | (------   DESCRIPTION   ------) | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|-------------------------------|----------|-----|-------|-----------|
| CCCOL28 509TL | COLLEGIATE 28oz  CURFEW 17"x17" | 50.00 | SY | | |
| 1.00 by   50.00 SY   665966    1 | A    C4045999 | | | | |
| CC      50.00      0-00      1 | | | | | |

***DYELOT    C9978699***

JOB NAME: SOCIAL SECURITY ADMIN
BROWNSVILLE, TEXAS

C.J.
2/22/02

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load==============================Rec by=X====================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 50.00  |          | 1      |

# 605-0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/22/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375292 | 1114442 | 1303 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC. 2300 W. PIKE BLVD. SUITE 204 WESLACO TX 78596 | TRIAD BUILDERS, INC. 2300 W. PIKE BLVD. SUITE 204 WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/22/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|------------------|--------------|---------|------------|-------------|
| 1 CEIN110 S4269 BONS4269 INTR S4269 2X6  #110 BONE | 212 PC | | 212.00 PC | .420 PC | 89.04 |
| 2 CEI3101 S4269 PBWHIS4269 INTR S4269 2X6  #3101 WHITE | 150 PC | | 150.00 PC | .420 PC | 63.00 |

JOB NAME GSA SS ADMIN. OFF

1735 COFFEE PORT RD BROWNSVILLE

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT |
|----------|-----|----------|-------|--|--------------|
| 152.04 | 12.54 | | | | 164.58 |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL

Case 1:02-cv-00137    Document 07    Filed in TXSD on 10/18/2002    Page 47 of 103



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO:   McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

DATE
2/22/02

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78521
(956) 542-0672
FAX (956) 544-0375

TRUCK                        1 of 1

SINCE 1946

(==== REPRINT =====)
Pick Ticket

BECKY      LYDIA      16:25      BECKY

| SOLD TO : | TRIAD BUILDERS, INC. | SHIP TO : | TRIAD BUILDERS, INC. |
|---|---|---|---|
| T5198 | 2300 W. PIKE BLVD. | T5198 | 2300 W. PIKE BLVD. |
| | SUITE 204 | | SUITE 204 |
| | WESLACO TX 78596 | | WESLACO TX 78596 |

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|---|---|---|---|---|---|---|
| T5198 | 1114442 | 2/19/02 | OUR TRUCK | 31 | | NET 30 DAYS |
| | PO# 1303 | | | | Phone (956)447-5198 | TERRY |

| (- PRODUCT -) | (------  DESCRIPTION  ------) | QUANTITY U/M | PRICE EXTENSION |
|---|---|---|---|
| CEIN110 S4269 | INTR S4269 2X6    #110 BONE | 212.00 PC | |
| 212-00 PC | CEIN110S42691 | 3444706 | |
| TO OL    360-00     148-00     1 | | | |
| | | | |
| CEI3101 S4269 | INTR S4269 2X6    #3101 WHITE | 150.00 PC | |
| 150-00 PC | CEI3101S42691 | 3444706 | |
| 150-00     0-00     1 | | | |

JOB NAME GSA SS ADMIN. OFF

1735 COFFEE PORT RD BROWNSVILLE

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull======Load==============================Rec by=X==========================

| WEIGHT | RL UNITS | PIECES |
|---|---|---|
| 72.40 | | 362 |

2-22-02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...
ORIGINAL

# Lifetime Industries, Inc.

*Building Materials and Marine Systems*

**INVOICE**

SINCE 1946

REMIT TO.
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/25/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375298 | 1114299 | 1304 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/20/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDERED | QUANTITY SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 CAPS100 4       PS1004<br>PRESSURE SENSITI ADH   PS100  4 GAL<br>JOB NAME:GSA/SOCIAL SECURITY<br>ADMINISTRATION/BROWNSVILLE | 2<br>EA | | 2.00<br>EA | 69.050<br>EA | 138.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal<br>138.10 | Tax<br>11.39 | Delivery | Other | | **TOTAL AMOUNT** | 149.49 |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

| DATE | DATE | TRUCK | 1 of 1 |
|------|------|-------|--------|
| 2/18/02 | 2/18/02 | | |

Lifetime Industries, Inc
1709 NORTH JACKSON
MCALLEN, TX 78501

Pick Ticket

(956)682-0168    ARTURO    LYDIA    11:47    LYDIA

SOLD TO : TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.
           SUITE 204
           WESLACO TX 78596

SHIP TO : TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.
           SUITE 204
           WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS | |
|--------|---------|-----------|----------|------|----------|-------|--|
| T5198 | 1114299 | 2/18/02 | OUR TRUCK | | 31 | NET 30 DAYS | |
| | PO# 1304 | | FAX | | | Phone (956)447-5198 | TERRY |

| <- PRODUCT -> | <------  DESCRIPTION  ------> | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|-----------------|
| CAPS100 4 | PRESSURE SENSITI ADH  PS100 4 GAL | 2.00 EA | |
| | 2.00 EA    CAPS1004    1 | | |
| B8 C | 18.00      16.00 | | |

JOB NAME:GSA/SOCIAL SECURITY
ADMINISTRATION/BROWNSVILLE

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Rec 3.

Pull=====Load============================Rec by=X===========================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 68.00 | | 2 |

#605-0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL



**Lifetime Industries, Inc.**
*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|
| 2/25/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 375299 | 1114279 | 1293 |

| SOLD TO |
|---|
| TRIAD BUILDERS, INC. |
| 2300 W. PIKE BLVD. |
| SUITE 204 |
| WESLACO TX 78596 |

| SHIP TO |
|---|
| TRIAD BUILDERS, INC. |
| 2300 W. PIKE BLVD. |
| SUITE 204 |
| WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 2/21/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 UAFFADH 5305   UA5305<br>FORMFILL ADH 4OZ UA5305 (D381) | 2<br>EA | | 2.00<br>EA | 5.850<br>EA | 11.70 |

| | | | | |
|---|---|---|---|---|
| Subtotal<br>11.70 | Tax<br>.97 | Delivery | Other | **TOTAL AMOUNT**   12.67 |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
**Building Materials and Marine Systems**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

```
                    DATE        TRUCK                      1 of  1
                  2/21/02    2/21/02        PICK UP
                      ** PICK UP **      <---- REPRINT ---->
                                            Pick Ticket


            JUAN     LYDIA      14:54   MELISSA
SOLD TO : TRIAD BUILDERS, INC.         SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.           T5198     2300 W. PIKE BLVD.
          SUITE 204                              SUITE 204
          WESLACO TX 78596                       WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA   STOP  SALESMAN   TERMS
 T5198  1114279  2/18/02  PICKUP      27              NET 30 DAYS
        PO# 1293                            Phone (956)447-5198  SANTOS

<- PRODUCT -> <------  DESCRIPTION  ------>  QUANTITY U/M   PRICE EXTENSION
UAFFADH 5305  FORMFILL ADH 4OZ UA5305 (D381)   2.00 EA
           2-00 EA    UAFFADH5305 3
UA      2-00      0-00      1

         JOB NAME: SOCIAL SECURITY ADMID
```

Rec'd

Date  2-21-02

#605-0625

```
          *A RESTOCKING FEE OF 15% WILL
           BE CHARGED ON RETURNED ITEMS*
Pull=====Load===============================Rec by-X==========================
     WEIGHT      RL UNITS      PIECES
      2.00                       2
```

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

**ORIGINAL**



# Lifetime Industries, Inc.
## Building Materials and Marine Systems

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|
| 2/25/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 375300 | 1114616 | 1307 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 2/21/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 TXUNDER 5      TCLA.5 | 3 | | 3.00 | 29.150 | 87.4 |
| *TX CEM LQD 5 G  LA-O-TEX WHITE | EA | | EA | EA | |
| 2 TXPRIME 35     TCLP.35 | 15 | | 15.00 | 1.990 | 29.8 |
| *TX CEM LATEX    UNDERLYMT 35# | EA | | EA | EA | |

SOCIAL SECURITY  ADMID

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | |
|---|---|---|---|---|---|---|
| 117.30 | 9.68 | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
## Building Materials and Marine Systems

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

```
@                              @@TE        TR@C@                     1 @@
@  @@@@@@    RL @@IT@     @1EC@@C  2/21/02              PICK UP
@  @@@@@@    RL @@IT@     @1EC@@C  2/21/02              PICK UP
                          ** PICK UP **            <---- REPRINT ----->
                                                       Pick Ticket
```

JUAN      BLANCA      10:13    JUAN

SOLD TO : TRIAD BUILDERS, INC.            SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.              T5198     2300 W. PIKE BLVD.
          SUITE 204                                 SUITE 204
          WESLACO TX 78596                          WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1114616 | 2/21/02    | PICKUP   |      | 31       | NET 30 DAYS |
|        | PO# 1307 |           |          |      | Phone (956)447-5198   SANTOS | |

| <- PRODUCT -> | <------  DESCRIPTION  ------> | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|-----------------|
| TXUNDER 5 | *TX CEM LQD 5 G  LA-O-TEX WHITE | 3.00 EA | |
|           | 3-00 EA     TXUNDER5    3 | | |
| 1X        | 18-00      15-00 | | |
| | | | |
| TXPRIME 35 | *TX CEM LATEX   UNDERLYMT 35# | 15.00 EA | |
|            | 15-00 EA    TXPRIME35   3 | | |
|            | 81-00      66-00 | | |

SOCIAL SECURITY  ADMID

Rec by X _____

Date  2/21/02

# 605 0625

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

```
Pull=====Load=============================Rec by-X=====================
    WEIGHT      RL UNITS         PIECES
    669.00                         18
```

**50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...**
**ORIGINAL**



# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

SINCE 1946

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/26/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375365 | 1114171 | 1303 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/22/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|------------------------|---------|--------------|---------|------------|-------------|
| 1 CEIN117 A4402 MOCA4402<br>  INTR A4402 4X4  BLNS #117 MOCHA | 438<br>PC | | 438.00<br>PC | .560<br>PC | 245.28 |
| 2 CEI3701 4X4  PMWHI4X4<br>  INTR #3701 4X4  PEARL MATTE WHTE | 8<br>CT | | 80.00<br>SF | .850<br>SF | 68.00 |
| JOB NAME: SOCIAL SECURITY ADMID | | | | | |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT |
|----------|-----|----------|-------|--|-------------|
| 313.28 | 25.85 | | | | 339.13 |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
**REMIT TO:** McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0880

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0174
FAX (956) ~~544~~

*(handwritten top right)* 2/21 & 2/26  29791

DATE       TRUCK                    1 of
2/15/02    2/15/02          BACK ORDER
                    ← BACK ORDER →
                                    Pick Ticket

                    BECKY          11:15   BECKY

SOLD TO : TRIAD BUILDERS, INC.       SHIP TO : TRIAD BUILDERS, INC.
:5198     2300 W. PIKE BLVD.         75198     2300 W. PIKE BLVD.
          SUITE 204                            SUITE 204
          WESLACO TX 78596                     WESLACO TX 78596

Act # ORDER # ORDER DATE SHIP VIA   STOR SALESMAN   TERMS
75198  1114171  2/15/02  BACK ORDER                 NET 30 DAYS
       PO# 1303                      Phone (956) 447-5194   TERRY

PRODUCT  *(B/O ETA 2/26)*  DESCRIPTION       QUANTITY U/M   PRICE EXTENSION
*4300 pc*  GEIN117 MOCHA A4408 4X4      *SOLD  IN  PCS*
           146SF                              *NOT SF*

           PEARL BRITES 0759 A4408   ← *NOT*
           75SF                       *CORRECT*          *HOW MANY PCS?*

*(handwritten)* 3700 IC ULTRA WHITE  OR  3701 IC WHITE per Laura

*(handwritten)* 533-1889

*(handwritten)* order # 1114171

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

*(handwritten)* SB #605 0620  2/22/02

Rec By—X_____
WEIGHT    RL UNITS      PIECES

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

# INVOICE

**SINCE 1946**

REMIT TO:

| 1709 N. JACKSON RD. | 1244 ROBIN HOOD |
|---|---|
| P.O. BOX 3157 | BROWNSVILLE, TEXAS 78520 |
| McALLEN, TEXAS 78502-3157 | (956) 544-0374 |
| (956) 682-0168 | |

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|
| 2/26/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 375397 | 1114948 | 1311 |

| SOLD TO | SHIP TO |
|---|---|
| TRIAD BUILDERS, INC. <br> 2300 W. PIKE BLVD. <br> SUITE 204 <br> WESLACO TX 78596 | TRIAD BUILDERS, INC. <br> 2300 W. PIKE BLVD. <br> SUITE 204 <br> WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 2/26/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 WA107S D48   4B107S D48  1 <br> THISTLE          -60-107 <br> UA5280 <br> GSA SOCIAL SECURITY ADMINISTRAT | 1 <br> 48 X144 ST | | 48.00 <br> SF | 1.490 <br> SF | 71.5 |

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT | 77.42 |
|---|---|---|---|---|---|
| 71.52 | 5.90 | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157   DATE   1244 ROBIN HOOD   BROWNSVILLE, TEXAS   TRUCK
(956) 682-0168   2/26/02   (956) 544-0376
FAX (956) 682-0890   FAX (956) 544-0375

PICK UP        1 of

Lifetime Industries, Inc.        ** PICK UP **
1709 NORTH JACKSON                              Pick Ticket
MCALLEN, TX 78501

(956)682-0168   BECKY   LYDIA        15:55   LYDIA

SOLD TO : TRIAD BUILDERS, INC.        SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.          T5198     2300 W. PIKE BLVD.
          SUITE 204                             SUITE 204
          WESLACO TX 78596                      WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1114942 | 2/26/02    | PICKUP   | 27   |          | NET 30 DAYS |
|        | PO# 1311 |           |          |      | Phone (956)447-5198 | TERRY |

| <- PRODUCT -> | <------ DESCRIPTION ------> | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|------------------|
| WA107S   D48  | THISTLE      -60-107         | 48.00 SF     |                  |
|               | 1-00 ST   4B107S D48 1       | 48 X144      |                  |
|               | 1-00      0-00               |              |                  |

GSA SOCIAL SECURITY ADMINISTRAT

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*,
Pull=====Load============================Rec by-X=========================
WEIGHT      RL UNITS        PIECES
                              1

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

# INVOICE

SINCE 1946

REMIT TO:
1709 N JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/26/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375398 | 1114804 | 1310 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/26/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|--------|--------------|---------|------------|-------------|
| 1 CEINRIO CIMAR H-74    1<br>RIO    72/PLT    12X12 CIMARRON<br>GSA SS ADMINISTRATION  BUILDING<br>BROWNSVILLE, TEXAS | 83 00<br>CT | | 913.00<br>SF | 1.420<br>SF | 1,296.46 |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 495.42 |
|----------|-----|----------|-------|--|--------------|--------|
| 1,296.46 | 106.96 | | | | | |



✳A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS✳

Case 1:02-cv-00137   Document 97   Filed in TXSB on 10/18/2002   Page 59 of 103



# Lifetime Industries, Inc.
## Building Materials and Marine Systems

SINCE 1946

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78521
(956) 541-2371
FAX (956) 544-0375

DATE
2/26/02

TRUCK

** PICK UP **

PICK UP

1 of 1

<------ REPRINT ------>
Pick Ticket

BECKY    LYDIA    15:57    BECKY

SOLD TO : TRIAD BUILDERS, INC.
T5198    2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

SHIP TO : TRIAD BUILDERS, INC.
T5198    2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198 | 1114804 | 2/25/02 | PICKUP | 31 | | NET 30 DAYS |
| | PO# 1310 | | | | Phone (956)447-5198 | TERRY |

| <- PRODUCT -> | <------ DESCRIPTION ------> | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|----------------------------|----------|-----|-------|-----------|
| CEINRIO CIMAR RIO | 72/PLT  12X12 CIMARRON | 913.00 | SF | | |
| | 83-00 CT   H-74    1 | 3445232 | | | |
| CE | 83-00    0-00    1 | | | | |

GSA SS ADMINISTRATION BUILDING
BROWNSVILLE, TEXAS

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load=============================Rec by-X=====================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 3,569.00 | | 83 |

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill.
ORIGINAL

Case 1:02-cv-00162   Document 45   Filed in TXSD on 10/18/2002   Page 60 of 103



# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR | SALESMAN | PAGE |
|------|-----------------|----|----------|------|
| 2/27/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|------------|-----------|------------------------------|
| 375513 | 1114808 | 1307 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/25/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY | | | UNIT PRICE | TOTAL PRICE |
|-------------------------|----------|--------------|---------|------------|-------------|
| | ORDERED | BACK ORDERED | SHIPPED | | |
| A5CM104 S    CM104S<br>*SILVER W/TEETH   TEETH 12' CM104S<br>SOCIAL SECURITY ADM | 5<br>PC | | 5.00<br>PC | 4.490<br>PC | 22.45 |

| | | | | TOTAL AMOUNT | 24.30 |
|--|--|--|--|--------------|-------|

Subtotal   Tax   Delivery   Other
22.45      1.85

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

Case 1:02-cv-00137    Document 69    Filed in TXSD on 10/18/2002    Page 61 of 103



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

```
                        DATE        TRUCK                    1 of  1
                       2/25/02    2/25/02       PICK UP
  Lifetime Industries, Inc         ** PICK UP **
  1709 NORTH JACKSON                                     Pick Ticket
  MCALLEN, TX  78501

   (956)682-0168   JUAN      LYDIA      10:09   LYDIA
```

SOLD TO : TRIAD BUILDERS, INC.            SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.    T5198     2300 W. PIKE BLVD.
          SUITE 204                       SUITE 204
          WESLACO TX 78596                WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|-----------|----------|------|----------|-------|
| T5198 | 1114808 | 2/25/02 | PICKUP | 27 | | NET 30 DAYS |
| | PO# 1307 | | | | Phone (956)447-5198 | SANTOS |

| <- PRODUCT -> | <------  DESCRIPTION  ------> | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|-----------------|
| A5CM104 S | *SILVER W/TEETH  TEETH 12' CM104S | 5.00 PC | |
| | 5.00 PC   A5CM104S   3 | | |
| | 14.00      9.00 | | |

SOCIAL SECURITY ADM

Rec. by _Santo H. S._

Date _2-25-02_

#605 0625

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load=========================Rec by-X=========================
   WEIGHT      RL UNITS        PIECES
    20.00                         5

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL



# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:  1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 2/28/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375652 | 1114987 | 1307 |

### SOLD TO
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

### SHIP TO
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/27/02 PICKUP | |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|---------|--------------|---------|------------|-------------|
| 1 UAFFADH 5008   UA5008 | 1 | | 1.00 | 5.850 | 5.85 |
| FORMFILL ADH 4OZ (1753/4635/D25) | EA | | EA | EA | |
| | | | | | |
| S.S.A BROWNSVILLE, TX | | | | | |
| ADMINISTRATION BLDG | | | | | |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 6.33 |
|----------|-----|----------|-------|--|--------------|------|
| 5.85 | .48 | | | | | |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL

Case 1:02-cv-00137    Document 114-7    Filed in TXSD on 01/18/2002    Page 63 of 103



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

**REMIT TO:**

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

SINCE 1946

```
                            DATE        TRUCK                          1 of   1
                          2/27/02    2/27/02          PICK UP
   Lifetime Industries, Inc        ** PICK UP **
   1709 NORTH JACKSON                                    Pick Ticket
   MCALLEN,  TX  78501

   (956)682-0168   JUAN      LYDIA      10:16    LYDIA

SOLD TO : TRIAD BUILDERS, INC.        SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.          T5198     2300 W. PIKE BLVD.
          SUITE 204                             SUITE 204
          WESLACO TX 78596                      WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA    STOP  SALESMAN   TERMS
 T5198  1114987   2/27/02  PICKUP      27              NET 30 DAYS
        PO# 1307                            Phone (956)447-5198    SANTOS

<- PRODUCT -> <------   DESCRIPTION   ------>  QUANTITY U/M  PRICE EXTENSION
UAFFADH 5008  FORMFILL ADH 4OZ (1753/4635/D25)   1.00 EA
              1-00 EA    UAFFADH5008 3
UA        2-00     1-00

              S.S.A  BROWNSVILLE, TX
              ADMINISTRATION BLDG
```

*Santos H.*
2/27/02
# 605-0625

```
         *A RESTOCKING FEE OF 15% WILL
          BE CHARGED ON RETURNED ITEMS*
Pull=====Load==============================================Rec by-X=========================
    WEIGHT        RL UNITS          PIECES
     1.00                             1
```

**50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...**
**ORIGINAL**

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|
| 3/01/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 375682 | 1114982 | 1312 |

| SOLD TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 3/01/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 WA107S  D47   38107S D47  1 | 2 | | | 48.00 | 71.52 |
| MOCCASIN        -60-107      .36 | X 96 S1 | | | SF | SF |
| UA5103 | | | | | |
| SOCIAL SECURITY OFFICE | | | | | |
| | | | | | |
| 1735 COFFEE PORT RD. | | | | | |

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT |
|---|---|---|---|---|
| 71.52 | 5.90 | | | 77.42 |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78521
(956) 542-0712
FAX (956) 544-0375

DATE 2/27/02    TRUCK PICK UP    1 of 1

Lifetime Industries, Inc    ** PICK UP **

1709 NORTH JACKSON                                     Pick Ticket
MCALLEN, TX  78501

(956)682-0168    RACHEL    LYDIA    10:08    LYDIA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1114982 | 2/27/02    | PICKUP   | 27   |          | NET 30 DAYS |
|        | PO# 1312 |           |          |      | Phone (956)447-5198  SANTOS | |

| <- PRODUCT -> | <------ DESCRIPTION ------> | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|------------------------------|----------|-----|-------|-----------|
| WA107S  D47   | MOCCASIN         -60-107    | 48.00    | SF  |       |           |
| 2-00 ST       | 38107S D47  1               | 36 X 96  |     |       |           |
| 8-00          | 6-00                        |          |     |       |           |

SOCIAL SECURITY OFFICE

1735 COFFEE PORT RD.

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*
Pull======Load==============================Rec by-X===============================

WEIGHT        RL UNITS              PIECES
                                       2

#605-0625

3/01/02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.

### Building Materials and Marine Systems

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/01/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375683 | 1113958 | 1301 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/01/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|------------------|--------------|---------|------------|-------------|
| 1 WA726    D354   48726   D354 1 | 8 | | 256.00 SF | .850 SF | 217.60 |
| DESIGNER WHITE   -0-726 CAB LINER 48 X 96 ST | | | | | 4X8 |
| S/M  SOCIAL SECURITY BUILDING | | | | | |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 235.55 |
|----------|-----|----------|-------|--|--------------|--------|
| 217.60 | 17.95 | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 546-3700
FAX (956) 546-0375

SINCE 1946

DATE
2/22/02

TRUCK
PICK UP

1 of 1

** PICK UP **

Lifetime Industries, Inc.
1709 NORTH JACKSON
MCALLEN, TX 78501

Pick Ticket

(956)682-0168    ERIKA        LYDIA        11:33    LYDIA

| | |
|---|---|
| SOLD TO : TRIAD BUILDERS, INC. | SHIP TO : TRIAD BUILDERS, INC. |
| T5198    2300 W. PIKE BLVD. | T5198    2300 W. PIKE BLVD. |
|         SUITE 204 |         SUITE 204 |
|         WESLACO TX 78596 |         WESLACO TX 78596 |

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|-----------|----------|------|----------|-------|
| T5198 | 1113958 | 2/12/02 | PICKUP | | 27 | NET 30 DAYS |
| | PO# 1301 | | | | Phone (956)447-5198 | TERRI |

| (- PRODUCT -) | (------ DESCRIPTION ------) | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|------------------|
| WA726   D354 | DESIGNER WHITE  -0-726 CAB LINER | 256.00 SF | |
|    8-00 ST | 48726   D354 1 | 48 X 96 | |
|    8-00    0-00 | 1 | S/M 4X8 | |

S/M  SOCIAL SECURITY BUILDING

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load===============================Rec by X====================
WEIGHT        RL UNITS        PIECES
8

#605-0625

3/1/02

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

**INVOICE**

LI

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/01/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375684 | 1112163 | 1288 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/01/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY | | | UNIT PRICE | TOTAL PRICE |
|-------------------------|----------|--------------|---------|------------|-------------|
| | ORDERED | BACK ORDERED | SHIPPED | | |
| 1. LW400    5      LW400.5<br>*BRUSH CONTACT    LW400 5 GAL | 1<br>EA | | 1.00<br>EA | 48.950<br>EA | 48.95 |
| **LAURA PLACED ORDER 1/18/02*** | | | | | |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | |
|----------|-----|----------|-------|--|--------------|--|
| 48.95 | 4.04 | | | | | |

50% deposit required on all special orders. Full payment is required to pick up items.

*A RESTOCKING FEE OF 15% WILL BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0082

DATE 1/29/02    TRUCK    PICK UP    1 of 1

** PICK UP **    (==== REPRINT ====)
Pick Ticket

ARTURO    BLANCA    16:20    MIRELLA

SOLD TO : TRIAD BUILDERS, INC.         SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.           T5198     2300 W. PIKE BLVD.
          SUITE 204                              SUITE 204
          WESLACO TX 78596                       WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1112163 | 1/18/02    | PICKUP   | 27   |          | NET 30 DAYS |
|        | PO# 1288 |           |          |      | Phone (956)447-5198 | LAURA |

| (- PRODUCT -) | (------ DESCRIPTION ------) | QUANTITY U/M | PRICE EXTENSION |
|---------------|------------------------------|--------------|-----------------|
| LW400    5    | *BRUSH CONTACT   LW400 5 GAL | 1.00 EA      |                 |
|               | 1-00 EA    LW400    5    1   |              |                 |
| AA 001   29-00 | 28-00    1                   |              |                 |

**LAURA PLACED ORDER 1/18/02***

JOB: SOCIAL SECURITY ADM.

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull======Load================================Rec by-X=================================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 40.00  |          | 1      |

# 605-0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/01/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375685 | 1115240 | 1307 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/01/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|------------------|--------------|---------|------------|-------------|
| 1 B4EG40K      EG40K<br>   *VYL EDGE GUARD   EG40K BLACK | 3<br>PC | | 3.00<br>PC | 4.920<br>PC | 14.76 |
| 2 A5CM210 S    CM210S<br>   *FLANGE TRACK N/ T CM210SL | 3<br>PC | | 3.00<br>PC | 4.100<br>PC | 12.30 |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 29.29 |
|----------|-----|----------|-------|--|--------------|-------|
| 27.06 | 2.23 | | | | | |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

**ORIGINAL**

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO:  McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
DATE Brownsville, TEXAS 78521
(956) 544-0370
FAX (956) 544-0375

3/01/02

TRUCK                    1 of  1

PICK UP

Lifetime Industries, Inc         ** PICK UP **                    Pick Ticket
1709 NORTH JACKSON
MCALLEN, TX  78501

(956)682-0168    CHARLES    LYDIA        10:18    LYDIA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|-----------|----------|------|----------|-------|
| T5198  | 1115240 | 3/01/02   | PICKUP   | 27   |          | NET 30 DAYS |
|        | PO# 1307 |          |          |      | Phone (956)447-5198 | SANTOS |

| (- PRODUCT -) | (------    DESCRIPTION   ------) | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|--------------------------------|----------|-----|-------|-----------|
| B4EG40K | *VYL EDGE GUARD  EG40K BLACK | 3.00 PC | | | |
|         | 3-00 PC   B4EG40K    1 | | | | |
| FL OOR  18-00    15-00 | | | | | |
| | | | | | |
| A5CM210 S | *FLANGE TRACK N/ T CM210SL | 3.00 PC | | | |
|           | 3-00 PC   A5CM210S    1 | | | | |
| 01  3-00    0-00 | | | | | |

SOCIAL SEC. OFF. *JOB*
BROWNSVILLE, TEXAS

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load==============================Rec by-X=========================

| WEIGHT | RL UNITS | PIECES |
|--------|----------|--------|
| 16.20  |          | 6      |

#605-0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

SINCE 1946

**INVOICE**

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/05/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375789 | 1115260 | 1307 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/01/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|------------------|--------------|---------|------------|-------------|
| 1 UAFFADH 5103  UA5103<br>FORMFILL ADH 4OZ (4509/D47/4764)<br><br>SOCIAL SECURITY ADM. | 1<br>EA | | 1.00<br>EA | 5.850<br>EA | 5.85 |

| | | | | | |
|---|---|---|---|---|---|
| Subtotal<br>5.85 | Tax<br>.48 | Delivery | Other | **TOTAL AMOUNT** | 6.33 |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.

*Building Materials and Marine Systems*

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

|  | DATE | TRUCK |  | 1 of 1 |
|---|---|---|---|---|
|  | 3/01/02  3/01/02 | PICK UP |  |  |

Lifetime Industries, Inc          ** PICK UP **
1709 NORTH JACKSON                                    Pick Ticket
MCALLEN,  TX  78501

(956)682-0168    JUAN     LYDIA      12:06    LYDIA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.          T5198      2300 W. PIKE BLVD.
           SUITE 204                              SUITE 204
           WESLACO TX 78596                       WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|---|---|---|---|---|---|---|
| T5198 | 1115260 | 3/01/02 | PICKUP |  | 27 | NET 30 DAYS |
|  | PO# 1307 |  |  | Phone (956)447-5198 | SANTOS |

| <- PRODUCT -> | <------ DESCRIPTION ------> | QUANTITY | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|
| UAFFADH 5103 | FORMFILL ADH 4OZ (4509/D47/4764) | 1.00 | EA |  |  |
|  | 1-00 EA    UAFFADH5103 | 3 |  |  |  |
| UA S | 1-00      0-00 |  |  |  |  |

SOCIAL SECURITY  ADM.

Rec. By _____

Date ____3/1/02____

#605-0625

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load=========================Rec by-X=======================
     WEIGHT        RL UNITS        PIECES
      1.00                           1

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...
ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

**INVOICE**

INCE 1946

REMIT TO:
1709 N JACKSON RD
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 375879 | 1115519 | 1316 |

| SOLD TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 3/06/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 CEIN110 A4200 BONA4200<br>  INTR A4200 2X6   BLNSE #110 BONE<br>JOB: SS ADMIN OFFICE | 30<br>PC | | 30.00<br>PC | .420<br>PC | 12.60 |

| | | | TOTAL AMOUNT | 13.64 |
|---|---|---|---|---|

Subtotal  Tax      Delivery    Other
12.60     1.04

**\*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS\***

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

|  | DATE | TRUCK |  | 1 of 1 |
|---|---|---|---|---|
|  | 3/06/02 | 3/06/02 | PICK UP | |

Lifetime Industries, Inc          ** PICK UP **
1709 NORTH JACKSON                                    Pick Ticket
MCALLEN, TX 78501

(956)682-0168   RACHEL      LYDIA        8:57   LYDIA

SOLD TO :  TRIAD BUILDERS, INC.        SHIP TO : TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.          T5198     2300 W. PIKE BLVD.
           SUITE 204                             SUITE 204
           WESLACO TX 78596                      WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|---|---|---|---|---|---|---|
| T5198 | 1115519 | 3/06/02 | PICKUP | | 31 | NET 30 DAYS |
| | PO# 1316 | | | | Phone (956)447-5198 | SANTOS |

| <- PRODUCT -> | <------  DESCRIPTION  ------> | QUANTITY | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|
| CEIN110 A4200 | INTR A4200 2X6  BLNSE #110 BONE | 30.00 | PC | | |
| 30-00 PC | CEIN110A42001 | 3436458 | | | |
| 116-00 | 86-00 | | | | |

JOB: SS ADMIN OFFICE

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*
Pull=====Load=============================Rec by-X===============
   WEIGHT      RL UNITS        PIECES
    9.00                          30

3-6-00        # 605 0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:
1709 N JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

# INVOICE

| DATE | CUSTOMER NUMBER | BR | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/06/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375880 | 1115515 | 1305 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/06/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|-------|---------|-----------|-------------|
| 1 WA726  D354  38726  D354 1<br>DESIGNER WHITE  -0-726 CAB LINER 36 X 96 ST | 11 | | 264.00<br>SF | .850<br>SF | 224.40 |
| JOB: GSA/ SSI ADMINISTRATION<br>BROWNSVILLE | | | | | |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT |
|----------|-----|----------|-------|---|--------------|
| 224.40 | 18.51 | | | | 242.91 |

*A RESTOCKING FEE OF 20% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.

## Building Materials and Marine Systems

SINCE 1946

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

```
                              DATE        TRUCK                            1 of  1
                            3/06/02    3/06/02      PICK UP
    Lifetime Industries, Inc          ** PICK UP **
    1709 NORTH JACKSON                                       Pick Ticket
    MCALLEN, TX 78501

    (956)682-0168    ERIKA      BLANCA        8:35    BLANCA

SOLD TO : TRIAD BUILDERS, INC.            SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.              T5198     2300 W. PIKE BLVD.
          SUITE 204                                 SUITE 204
          WESLACO TX 78596                          WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA    STOP  SALESMAN    TERMS
T5198  1115515  3/06/02   PICKUP            27          NET 30 DAYS
       PO# 1305                        Phone (956)447-5198    SANTOS

<- PRODUCT -> <------   DESCRIPTION   ------>  QUANTITY U/M   PRICE  EXTENSION
WA726   D354 DESIGNER WHITE   -0-726 CAB LINER  264.00 SF
        11-00 ST      38726  D354 1             36 X 96
        11-00         0-00

          JOB:  GSA/ SSI ADMINISTRATION
          BROWNSVILLE
```

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load==============================Rec by-X====================

WEIGHT      RL UNITS        PIECES
                              11

3/5/02   # 605 0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
## *Building Materials and Marine Systems*

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/06/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375881 | 1114503 | 1303 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/06/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 CEI3101 S4269 PBWHIS4269 INTR S4269 2X6 #3101 WHITE JOB NAME GSA SS ADM BUILDING | 150 PC | | 150.00 PC | .420 PC | 63.00 |

| | Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 68.20 |
|--|----------|-----|----------|-------|--|--------------|-------|
| | 63.00 | 5.20 | | | | | |

*A RESTOCKING FEE OF 15% WILL BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO:   McALLEN, TEXAS 78502-3157          1244 ROBIN HOOD
(956) 682-0168                BROWNSVILLE, TEXAS 78520
FAX (956) 682-0890              (956) 544-0374
FAX (956) 544-0375

SINCE 1946

```
                    DATE        TRUCK                        1 of 1
                 3/06/02    3/06/02        PICK UP
                        ** PICK UP **          <---- REPRINT ----->
                                                   Pick Ticket


          BECKY      BLANCA      8:26    RACHEL

SOLD TO :  TRIAD BUILDERS, INC.      SHIP TO :  TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.        T5198      2300 W. PIKE BLVD.
           SUITE 204                            SUITE 204
           WESLACO TX 78596                     WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA   STOP  SALESMAN   TERMS
 T5198  1114503  2/20/02  PICKUP      31            NET 30 DAYS
        PO# 1303                           Phone (956)447-5198   TERRY

<- PRODUCT -> <------  DESCRIPTION  ------>  QUANTITY U/M  PRICE EXTENSION
CEI3101 S4269 INTR S4269 2X6    #3101 WHITE     150.00 PC
        150-00 PC  CEI3101S42691              3444706
        150-00       0-00        1

           JOB NAME GSA SS ADM BUILDING
```

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

```
Pull=====Load================================Rec by=X===================
    WEIGHT       RL UNITS         PIECES
    30.00                          150
```

3-6-02      #605-0625

**50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...**

**ORIGINAL**



# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

REMIT TO:  1709 N JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

SINCE 1946

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|----------------|-----|----------|------|

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 37588L | 111326-1 | |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/06/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY | | | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | ORDERED | BACK ORDERED | SHIPPED | | |
| 1 WA107S  D47    38107S D47  1 | 3 | | 72.00 | 1.490 | 107.28 |
| MOCCASIN         -60-107    36 X 96 ST | | | SF | SF | |
| UA5103 | | | | | |
| JOB NAME SSA | | | | | |
| | | | | | |
| ***** DELIVER TO LIB ******** | | | | | |
| | | | | | |
| ******DELIVER TO LIB *********** | | | | | |

| | | | | TOTAL AMOUNT | 116.13 |
|---|---|---|---|---|---|
| Subtotal  Tax   Delivery   Other | | | | | |
| 107.28   8.85 | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

CE 1946

```
                          DATE          TRUCK                           1 of  1
                          3/06/02      3/06/02          PICK UP
                             ** PICK UP  **            <---- REPRINT ---->
                                                          Pick Ticket


              RACHEL     LYDIA      17:07    RACHEL

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA    STOP  SALESMAN    TERMS
T5198  1115261  3/01/02  PICKUP         27            NET 30 DAYS
       PO# 1312                              Phone (956)447-5198   SANTOS

<- PRODUCT -> <------   DESCRIPTION   ------>   QUANTITY U/M   PRICE EXTENSION
WA107S  D47    MOCCASIN         -60-107          72.00 SF
        3-00 ST    38107S D47  1        36 X 96
       6-00      3-00

          JOB NAME SSA

          ***** DELIVER TO LIB ********

          ******DELIVER TO LIB ***********
```

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*
Pull=====Load==============================Rec by=X======================
    WEIGHT      RL UNITS       PIECES
                                 3

3/6/02 # 605 0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

**ORIGINAL**

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

# INVOICE

SINCE 1946

REMIT TO
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/06/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375903 | 1115603 | 1307 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | | CREDIT MEMO |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 A5CM104 S        CM104S<br> *SILVER W/TEETH   TEETH 12' CM104S<br>*** REF. INV #375513 ***<br>JOB: SOCIAL SECURITY ADM. | 5<br>PC | | 5.00<br>PC | 4.490-<br>PC | 22.45<br>RETURNED |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 24.30CR |
|----------|-----|----------|-------|---|------------|---------|
| 22.45- | 1.85- | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

REORDER FROM GULF DATA PRODUCTS — 1-800-825-5395

 **LIFETIME INDUSTRIES, INC.**

412 Ash
McAllen, Texas

1244 Robin Hood
Brownsville, Texas

# CREDIT MEMO

Date  3/1/02

Credit No. M/H  16501

CREDIT TO  Triad Builders, Inc.

T 5198

1114808
1114617

| Authorization by | Returned ☑ | Credit To Account ☑ |
|---|---|---|
| *[signature]* | Pickup ☐ | Cash Paid Out ☐ |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | B4CE40C | 5.00 | |
| 5 | A5CM104 S | 4.49 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Special Instructions | | SUB-TOTAL | |
|---|---|---|---|
| Credit to Account | | | |
| Att: Blanca | | | |
| CREDIT RECEIVED BY: *[signature]* | Restocking Charge | % | |
| # C05-0625 | Tax Credit | | |
| | Net Credit | | |

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

# INVOICE

**SINCE 1946**

REMIT TO

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/06/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375904 | 1115604 | 1307 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | | CREDIT MEMO |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|------------------|--------------|---------|------------|-------------|
| 1 B4CE40C      CE40C<br>VYL CPT/CER TILE CE40C BLACK | 5<br>PC | | 5.00<br>PC | 6.240-<br>PC | 31.20<br>RETURNED |

\*\*\* REF. INV #375169 \*\*\*
JOB: SOCIAL SECURITY ADM.

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT |
|----------|-----|----------|-------|--------------|
| 31.20- | 2.57- | | | 33.77CR |

\*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS\*

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/07/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375939 | 1115171 | 1315 |

| SOLD TO | SHIP TO |
|---------|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/07/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|---------|--------------|---------|------------|-------------|
| 1 RUR4434 4X8    R44344X8<br>PANEL 2 SIDE R44 3/4"X4X8 INT WHT<br>JOB NAME: SOCIAL SECURITY BLDG* | 14 EA | | 14.00 EA | 42.310 EA | 592.34 |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | |
|----------|-----|----------|-------|---|--------------|---|
| 592.34 | 48.87 | | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

```
                         DATE         TRUCK                    1 of  1 -
                       3/07/02      3/07/02     PICK UP
    Lifetime Industries, Inc       ** PICK UP **
    1709 NORTH JACKSON                              Pick Ticket
    MCALLEN, TX  78501

    (956)682-0168   MELISSA    LYDIA      10:07   LYDIA

SOLD TO : TRIAD BUILDERS, INC.        SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.          T5198     2300 W. PIKE BLVD.
          SUITE 204                             SUITE 204
          WESLACO TX 78596                      WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA    STOP  SALESMAN   TERMS
T5198   1115171  2/28/02  PICKUP       27              NET 30 DAYS
                 PO# 1315                     Phone (956)447-5198  M.A.S

(- PRODUCT -) (------  DESCRIPTION  ------)  QUANTITY U/M   PRICE EXTENSION
RUR4434 4X8    PANEL 2 SIDE R44 3/4"X4X8 INT WHT   14.00 EA
        14-00 EA    RUR44344X8  1
        14-00       0-00        1

        JOB NAME: SOCIAL SECURITY BLDG*
```

C.J.
3/7/02

```
          *A RESTOCKING FEE OF 15% WILL
          BE CHARGED ON RETURNED ITEMS*
Pull======Load=============================Rec by=X=================
    WEIGHT       RL UNITS       PIECES
                                 14
```

# 605-0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

**ORIGINAL**

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

**INVOICE**

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR | SALESMAN | PAGE |
|------|-----------------|----|----------|------|
| 3/07/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 375981 | 1114209 | 1294 |

| SOLD TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---------|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 2/20/02 | OUR TRUCK |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|-------------------------|-------|--------------|---------|------------|-------------|
| 1 CEINRIO CIMAR 0227        1<br>RIO    72/PLT    12X12 CIMARRON<br>GSA ADMINISTRATION<br><br>****FOR DELIVERY*** ON 2-20-02 | 191 00<br>CT | | 2101.00<br>SF | 1.420<br>SF | 2,983.42 |

| Subtotal | Tax | Delivery | Other | TOTAL AMOUNT |
|----------|-----|----------|-------|--------------|
| 2,983.42 | 246.13 | | | 3,229.55 |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

| DATE | TRUCK | 1 of 1 |
|------|-------|--------|
| 2/15/02 | 2/19/02 | |

<---- REPRINT ----->
Pick Ticket

BECKY      LYDIA      15:51    BLANCA

SOLD TO : TRIAD BUILDERS, INC.            SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.              T5198     2300 W. PIKE BLVD.
          SUITE 204                                 SUITE 204
          WESLACO TX 78596                          WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|-----------|----------|------|----------|-------|
| T5198 | 1114209 | 2/15/02 | OUR TRUCK | 31 | | NET 30 DAYS |
| | PO# 1294 | | | | Phone (956)447-5198 | TERRY |

| (- PRODUCT -) | (------   DESCRIPTION   ------) | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|-------------------------------|----------|-----|-------|-----------|
| CEINRIO CIMAR RIO | 72/PLT   12X12 CIMARRON | 2101.00 | SF | | |
| 191-00 CT | 0227          1 | 3443704 | | | |
| CE | 191-00 | 0-00 | 1 | | |

          GSA ADMINISTRATION

          ****FOR DELIVERY*** ON 2-20-02

          *A RESTOCKING FEE OF 15% WILL
          BE CHARGED ON RETURNED ITEMS*
Pull=====Load===========================Rec by-X==========================
     WEIGHT        RL UNITS        PIECES
     8,213.00                        191

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

**ORIGINAL**

# Lifetime Industries, Inc.
### *Building Materials and Marine Systems*

# INVOICE

**SINCE 1946**

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|
| 3/08/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 376033 | 1115449 | 1316 |

| SOLD TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 3/08/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 WA107S  D381   4A107S D381 1 | 3 | | 120.00 | 1.490 | 178.80 |
| *FASHION GREY   --60-107    48 X120 ST | | | SF | SF | 4X10 |
| 2 WA107S  D381   38107S D381 1 | 7 | | 168.00 | 1.490 | 250.32 |
| *FASHION GREY   -60-107    36 X 96 ST | | | SF | SF | 3X8 |
| JOB:  SS OFFICE 1735 COFFEE PORT | | | | | |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 464.52 |
|---|---|---|---|---|---|---|
| 429.12 | 35.40 | | | | | |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

|  | DATE | TRUCK |  | 1 of 1 |
|---|---|---|---|---|
|  | 3/08/02   3/08/02 | PICK UP |  |  |

Lifetime Industries, Inc          ** PICK UP **
1709 NORTH JACKSON                                    Pick Ticket
MCALLEN, TX  78501

(956)682-0168    ERIKA    LYDIA       10:46    LYDIA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|---|---|---|---|---|---|---|
| T5198 | 1115449 | 3/05/02 | PICKUP | | 27 | NET 30 DAYS |
| | PO# 1316 | | | | Phone (956)447-5198 | SANTOS |

| <- PRODUCT -> | <------    DESCRIPTION   ------> | QUANTITY U/M | PRICE EXTENSION |
|---|---|---|---|
| WA107S   D381 | *FASHION GREY   -60-107 | 120.00 SF | |
| 3-00 ST | 4A107S D381 1 | 48 X120 | |
| WA      3-00 | 0-00      1 | S/M 4X10 | |
| | | | |
| WA107S   D381 | *FASHION GREY   -60-107 | 168.00 SF | |
| 7-00 ST | 38107S D381 1 | 36 X 96 | |
| WA      7-00 | 0-00      1 | S/M 3X8 | |

JOB:  SS OFFICE 1735 COFFEE PORT

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*
Pull======Load=================================Rec by-X===============================
    WEIGHT        RL UNITS              PIECES
                                          10

3/8/02    # 605 -0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...
ORIGINAL

# Lifetime Industries, Inc.
## Building Materials and Marine Systems

# INVOICE

**SINCE 1946**

REMIT TO:

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR | SALESMAN | PAGE |
|---|---|---|---|---|
| 3/08/02 | T5198 | 1 | 31 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 376034 | 1115748 | 1316 |

| SOLD TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| SHIP TO |
|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 3/08/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 CEIN110 S4269 BONS4269<br>  INTR S4269 2X6   #110 BONE<br>JOB:  GSA OFFICE | 20<br>PC | | 20.00<br>PC | .420<br>PC | 8.40 |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8.40 | .69 | | | | 9.09 |

**\*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS\***

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

**LI**
SINCE 1946

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

|  | DATE | TRUCK |  | 1 of 1 |
|---|---|---|---|---|
|  | 3/08/02 | 3/08/02 | PICK UP |  |

Lifetime Industries, Inc          ** PICK UP **
1709 NORTH JACKSON
MCALLEN, TX  78501                                    Pick Ticket

(956)682-0168    ERIKA     LYDIA        10:18    LYDIA

SOLD TO :  TRIAD BUILDERS, INC.         SHIP TO :  TRIAD BUILDERS, INC.
T5198      2300 W. PIKE BLVD.           T5198      2300 W. PIKE BLVD.
           SUITE 204                               SUITE 204
           WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|---|---|---|---|---|---|---|
| T5198 | 1115748 | 3/08/02 | PICKUP |  | 31 | NET 30 DAYS |
|  | PO# 1316 |  |  |  | Phone (956)447-5198 | SANTOS |

| <- PRODUCT -> | <------   DESCRIPTION   ------> | QUANTITY | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|
| CEIN110 S4269 | INTR S4269 2X6   #110 BONE | 30.00 | PC |  |  |
| 30.00 PC | CEIN110S42691 | 3444706 |  |  |  |
| TO OL   102-00 | 72-00 |  |  |  |  |

JOB:  GSA OFFICE

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*
=Pull======Load============================Rec by=X==========================

| WEIGHT | RL UNITS | PIECES |
|---|---|---|
| 6.00 |  | 30 |

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill.

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

# INVOICE

**REMIT TO:**
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

SINCE 1946

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|
| 3/13/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 376296 | 1116038 | 1318 |

| SOLD TO | SHIP TO |
|---|---|
| TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 | TRIAD BUILDERS, INC.<br>2300 W. PIKE BLVD.<br>SUITE 204<br>WESLACO TX 78596 |

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | 3/13/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 WA107S  D97    48107S D97  1 | 3 | | 96.00 | 1.490 | 143.04 |
| *HAZE          -60-107    48 X 96 ST | | | SF | SF | |
| UA5052 | | | | | |
| S/M GSA | | | | | |

| | | | | TOTAL AMOUNT | 154.84 |
|---|---|---|---|---|---|
| Subtotal | Tax | Delivery | Other | | |
| 143.04 | 11.80 | | | | |

*A RESTOCKING FEE OF 15% WILL BE CHARGED ON RETURNED ITEMS*

ORIGINAL

# Lifetime Industries, Inc.
### *Building Materials and Marine Systems*



**SINCE 1948**

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

REMIT TO:

DATE 3/13/02

STOCK    PICK UP

1 of 1

```
Lifetime Industries, Inc            ** PICK UP **
1709 NORTH JACKSON                                    Pick Ticket
MCALLEN, TX  78501

   (956)682-0168    RACHEL      LYDIA        17:02    LYDIA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

Acct # ORDER # ORDER DATE SHIP VIA    STOP  SALESMAN    TERMS
T5198  1116038  3/12/02   PICKUP            27          NET 30 DAYS
       PO# 1318                             Phone (956)447-5198   SANTOS

<- PRODUCT -> <------    DESCRIPTION   ------> QUANTITY U/M   PRICE EXTENSION
WA107S  D97   *HAZE        -60-107              96.00 SF
              3-00 ST   48107S D97  1          48 X 96
              3-00      0-00

WA107S  D97   *HAZE        -60-107              48.00 SF
              2-00 ST   38107S D97  1          36 X 96
              2-00      0-00

              S/M GSA
```

S/M  GSA

C.J.
3/13/02

**\*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS\***

Pull=====Load===========================Rec by=X===================
   WEIGHT      RL UNITS       PIECES
                                5

*Satu H.S.*

#605-0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

*A

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

# INVOICE

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/13/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 376297 | 1115525 | 1312 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/13/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|---------|--------------|---------|------------|-------------|
| 1 WA107S  D47    3A107S D47   1 | 2 | | 60.00 | 1.490 | 89.40 |
| MOCCASIN         -60-107      36 | X120 ST | | SF | SF | 3X10 |
| UA5103 | | | | | |
| JOB: SSI | | | | | |
| | | | | | |
| **B/O TICKET REF 1115261 | | | | | |

| Subtotal | Tax | Delivery | Other | | TOTAL AMOUNT | 96.78 |
|----------|-----|----------|-------|--|--------------|-------|
| 89.40 | 7.38 | | | | | |

*A RESTOCKING FEE OF 15% WILL   BE CHARGED ON RETURNED ITEMS*

ORIGINAL

Case 1-02-cv-00137   Document 7   Filed in TXSD on 10/18/2002   Page 96 of 103

# Lifetime Industries Inc.
### Building Materials and Marine Systems

SINCE 1946

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78521
(956) 544-0871
FAX (956) 544-0375

DATE 3/13/02   TRUCK   PICK UP   1 of 1

Lifetime Industries, Inc
1709 NORTH JACKSON
MCALLEN, TX 78501

** PICK UP **                    Pick Ticket

(956)682-0168   ERIKA    LYDIA    10:26    LYDIA

SOLD TO : TRIAD BUILDERS, INC.         SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.      T5198     2300 W. PIKE BLVD.
          SUITE 204                          SUITE 204
          WESLACO TX 78596                   WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198 | 1115525 | 3/06/02 | PICKUP | | 27 | NET 30 DAYS |
| | PO# 1312 | | | | Phone (956)447-5198 | SANTOS |

| (- PRODUCT -) | (------ DESCRIPTION ------) | QUANTITY | U/M | PRICE | EXTENSION |
|---------------|------------------------------|----------|-----|-------|-----------|
| WA107S D47 | MOCCASIN     -60-107 | 60.00 | SF | | |
| | 2-00 ST   3A107S D47   1 | 36 X120 | | | |
| WA | 2-00    0-00    1 | | S/M 3X10 | | |

JOB: SSI

**B/O TICKET REF 1115261

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*

Pull=====Load==========================Rec by-X====================
   WEIGHT      RL UNITS      PIECES
                               2

3/13/02
#605-035

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
## *Building Materials and Marine Systems*

**SINCE 1946**

REMIT TO:
1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

# INVOICE

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|------|-----------------|-----|----------|------|
| 3/13/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|-------------|-----------|------------------------------|
| 376298 | 1115563 | 1307 |

**SOLD TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**
TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|-------------------|-------|-----------|----------|
| T5198 | NET 30 DAYS | 3/13/02 | PICKUP |

| ITEM NUMBER/DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|--------------------------|---------|--------------|---------|------------|-------------|
| 1  WA107S  D304   3A107S  D304  1 | 2 | | 60.00 | 1.490 | 89.40 |
| ROSE BUFF        -60-107      36 | X120 ST | | SF | SF | 3X10 |
| UA5562 | | | | | |
| JOB NAME : SS OFFICE | | | | | |

| | Subtotal | Tax | Delivery | Other | | | TOTAL AMOUNT | |
|---|----------|-----|----------|-------|---|---|--------------|---|
| | 89.40 | 7.38 | | | | | 96.78 | |

**\*A RESTOCKING FEE OF 15% WILL BE CHARGED ON RETURNED ITEMS\***

ORIGINAL

# Lifetime Industries, Inc.
*Building Materials and Marine Systems*

1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

REMIT TO:

DATE

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 541-0874
FAX (956) 544-0375

SINCE 1948

TRUCK

PICK UP

1 of 1

3/13/02

Lifetime Industries, Inc.                                    Pick Ticket
1709 NORTH JACKSON
MCALLEN, TX  78501

(956)682-0168    RACHEL    LYDIA        10:26    LYDIA

SOLD TO : TRIAD BUILDERS, INC.          SHIP TO : TRIAD BUILDERS, INC.
T5198     2300 W. PIKE BLVD.            T5198     2300 W. PIKE BLVD.
          SUITE 204                               SUITE 204
          WESLACO TX 78596                        WESLACO TX 78596

| Acct # | ORDER # | ORDER DATE | SHIP VIA | STOP | SALESMAN | TERMS |
|--------|---------|------------|----------|------|----------|-------|
| T5198  | 1115563 | 3/06/02    | PICKUP   | 27   |          | NET 30 DAYS |
|        | PO# 1307 |           |          |      | Phone (956)447-5198 | SANTOS |

| <-- PRODUCT --> | <------ DESCRIPTION ------> | QUANTITY U/M | PRICE | EXTENSION |
|-----------------|------------------------------|--------------|-------|-----------|
| WA107S  D304    | ROSE BUFF        -60-107     | 60.00 SF     |       |           |
| 2-00 ST         | 3A107S D304 1               | 36 X120      |       |           |
| WA      2-00    | 0-00      1                 | S/M 3X10     |       |           |

JOB NAME : SS OFFICE

*A RESTOCKING FEE OF 15% WILL
BE CHARGED ON RETURNED ITEMS*.
Pull======Load==================================Rec by-X=====================
WEIGHT      RL UNITS        PIECES
                               2

3/13/02
#605-0625

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be
returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

ORIGINAL

# Lifetime Industries, Inc.
### Building Materials and Marine Systems

**SINCE 1946**

REMIT TO:  1709 N. JACKSON RD.
P.O. BOX 3157
McALLEN, TEXAS 78502-3157
(956) 682-0168

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374

# INVOICE

| DATE | CUSTOMER NUMBER | BR. | SALESMAN | PAGE |
|---|---|---|---|---|
| 3/21/02 | T5198 | 1 | 27 | 1 |

| INVOICE NO. | ORDER NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|---|
| 376896 | 1116787 | 1311 |

**SOLD TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

**SHIP TO**

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO TX 78596

| TAX EXEMPT NUMBER | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| T5198 | NET 30 DAYS | | CREDIT MEMO |

| ITEM NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 WA107S  D48    4B107S D48   1 | 1 | | 48.00 | 1.490- | 71.52 |
| THISTLE          -60-107          48 X144 ST | | | SF | SF | RETURNED |
| UA5280 | | | | | |
| *** REF. INV #375397 *** | | | | | |
| ** LESS 15% RESTOCKING CHARGE ** | | | | | |

| Subtotal | Tax | Restocking Ch. Delivery | Other | | TOTAL AMOUNT | 66.70CR |
|---|---|---|---|---|---|---|
| 71.52- | 5.90- | 10.72 | | | | |

*A RESTOCKING FEE OF 15% WILL    BE CHARGED ON RETURNED ITEMS*

ORIGINAL

29335

REORDER FROM GULF DATA PRODUCTS — 1-800-825-5395



# LIFETIME INDUSTRIES, INC.

1709 N. Jackson Rd.
McAllen, Texas

1244 Robin Hood
Brownsville, Texas

## CREDIT MEMO

Date **3/1/02**

Credit No. M/H **21669**

CREDIT TO *Triad Builders*

*T5198*

| Authorization by BEF | Returned ☐ Pickup ☐ | Credit To Account ☑ Cash Paid Out ☐ |
|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | D48        4X12 | 1.49 | 71 52 |
|  | Ticket # 1114942 |  |  |
|  | Inv # 10375397 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | 03/04/02 |  |  |
| Special Instructions |  | SUB-TOTAL | 71 52 |

| CREDIT RECEIVED BY | Restocking Charge | – 15 % | 10 72 |
|---|---|---|---|
| #605-0625 | Tax Credit | + | 5 90 |
|  | Net Credit |  | 66 70 |

# EXHIBIT

## "2"



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO:  McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

SINCE 1948

STATEMENT OF ACCOUNT

Account No. : T5198
Closing Date:  04/  /02

PATIO BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 201
WESLACO          TX
78596

| Date | Invoice | Type | PO Number | Amount | If Paid By Deduct | Days Due |
|---|---|---|---|---|---|---|
| 1/06/02 | 10373264 | Invoice | 1285 | 1,297.39 | ** Past Due |  |
| 1/18/02 | 10373273 | Invoice | 1280 | 227.87 | ** Past Due |  |
| 1/31/02 | 10373713 | Invoice | 1288 | 52.99 | ** Past Due |  |
| 1/02/02 | 10373610 | Invoice | 1289 | 64.41 | ** Past Due |  |
| 1/31/02 | 10374065 | Invoice | 1290 | 150.00 | ** Past Due |  |
| 2/01/02 | 10374124 | Invoice | 1292 | 264.94 | ** Past Due |  |
| 2/01/02 | 10374123 | Invoice | 1292 | 64.41 | ** Past Due |  |
| 2/08/02 | 10374485 | Invoice | 1192 | 48.17 | ** Past Due |  |
| 1/08/02 | 10374494 | Invoice | 1292 | 254.69 | ** Past Due |  |
| 2/08/02 | 10374496 | Invoice | 1293 | 154.34 | ** Past Due |  |
| 2/06/02 | 10374497 | Invoice | 1294 | 338.61 | ** Past Due |  |
| 2/12/02 | 10374625 | Invoice | 1294 | 87.86 | ** Past Due |  |
| 2/11/02 | 10374720 | Invoice | 1294 | 1,364.20 | ** Past Due |  |
| 2/15/02 | 10374867 | Invoice | 1294 | 395.65 | ** Past Due |  |
| 2/21/02 | 10375133 | Invoice | 1306 | 149.49 | ** Past Due |  |
| 2/21/02 | 10375134 | Invoice | 1293 | 28.71 | ** Past Due |  |
| 2/21/02 | 10375135 | Invoice | 1307 | 33.72 | ** Past Due |  |
| 2/22/02 | 10375259 | Invoice | 12 | 298.99 | ** Past Due |  |
| 2/22/02 | 10375269 | Invoice | 1302 | 955.85 | ** Past Due |  |
| 2/22/02 | 10375242 | Invoice | 1303 | 164.58 | ** Past Due |  |
| 2/22/02 | 10375270 | Invoice | 1304 | 149.49 | ** Past Due |  |
| 2/25/02 | 10375299 | Invoice | 1293 | 12.67 | ** Past Due |  |
| 2/25/02 | 10375300 | Invoice | 1307 | 126.98 | ** Past Due |  |
| 2/26/02 | 10375365 | Invoice | 1303 | 339.13 | ** Past Due |  |
| 2/26/02 | 10375397 | Invoice | 1311 | 77.42 | ** Past Due |  |
| 2/26/02 | 10375398 | Invoice | 1310 | 1,403.42 | ** Past Due |  |
| 2/27/02 | 10375613 | Invoice | 1307 | 24.30 | ** Past Due |  |
| 2/28/02 | 10375652 | Invoice | 1307 | 5.33 | ** Past Due |  |
| 3/01/02 | 10375761 | Invoice | 1312 | 77.42 | ** Past Due |  |
| 3/01/02 | 10375683 | Invoice | 1301 | 235.55 | ** Past Due |  |

Continued -

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...
ORIGINAL



# Lifetime Industries, Inc.
### Building Materials and Marine Systems

**SINCE 1946**

1709 N. JACKSON RD.
P.O. BOX 3157
REMIT TO: McALLEN, TEXAS 78502-3157
(956) 682-0168
FAX (956) 682-0890

1244 ROBIN HOOD
BROWNSVILLE, TEXAS 78520
(956) 544-0374
FAX (956) 544-0375

STATEMENT OF ACCOUNT

Account No. : T5196
Closing Date: 5/31/02

TRIAD BUILDERS, INC.
2300 W. PIKE BLVD.
SUITE 204
WESLACO                    TX
78596

| Date | House | Type | PO Number | Amount | If Paid P/V Deduct | Days Due |
|------|-------|------|-----------|--------|---------|----------|
| 5/01/02 | 10375431 | Invoice | 1300 | 52.99 | ** | Past Due |
| 5/01/02 | 10375685 | Invoice | 1307 | 29.59 | ** | Past Due |
| 5/01/02 | 10375709 | Invoice | 1307 | 6.22 | ** | Past Due |
| 5/06/02 | 10375879 | Invoice | 1313 | 13.64 | ** | Past Due |
| 5/06/02 | 10375880 | Invoice | 1305 | 242.91 | ** | Past Due |
| 5/06/02 | 10375881 | Invoice | 1303 | 58.29 | ** | Past Due |
| 5/06/02 | 10375882 | Invoice | 1313 | 116.13 | ** | Past Due |
| 5/06/02 | 10375905 | Cr Memo | 1307 | -24.30 | | |
| 5/06/02 | 10375904 | Cr Memo | 1307 | -33.77 | | |
| 5/07/02 | 10375939 | Invoice | 1315 | 641.21 | ** | Past Due |
| 5/07/02 | 10375991 | Invoice | 1294 | 3,209.65 | ** | Past Due |
| 5/08/02 | 10376033 | Invoice | 1316 | 464.52 | ** | Past Due |
| 5/08/02 | 10376034 | Invoice | 1316 | 9.00 | ** | Past Due |
| 5/13/02 | 10376296 | Invoice | 1319 | 154.84 | ** | Past Due |
| 5/13/02 | 10376297 | Invoice | 1312 | 96.78 | ** | Past Due |
| 5/13/02 | 10376298 | Invoice | 1307 | 96.78 | ** | Past Due |
| 5/31/02 | 10376876 | Cr Memo | 1311 | -66.70 | | |

| Current | 30 | 01-60 | 61-90 | Over 90 | Pay Total Amount of |
|---------|-----|-------|-------|---------|---------------------|
| .00 | .00 | 9191.59 | 3195.75 | 2077.65 | 14,407.00 |

A FINANCE CHARGE OF 1.50% per period is applied to all balances
over 30 DAYS LATE, this is an ANNUAL PERCENTAGE RATE of 18.00%.

50% deposit required on all special orders. Cut merchandise or opened boxes and packages cannot be returned. NO EXCEPTIONS. All Claims Must Be Accompanied By This Bill...

**ORIGINAL**