IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | * | |
| | * | CIVIL ACTION NO. B-02-137 |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | |
| TRIAD BUILDERS, INC.; ELSA STATE | * | |
| BANK & TRUST CO.; G & T PAVING CO.; | * | |
| AQUA TECH; VILLANUEVA FENCE & | * | |
| SUPPLY CO.; VALLEY BUILDERS CO.; | * | |
| ROBERT'S WELDING & FABRICATORS, | * | |
| INC.; BOWMAN DISTRIBUTING COMPANY, | * | |
| INC.; OMEGA SYSTEMS; GALVAN SHEET | * | |
| METAL SHOP; RAYMOND ROOFING, INC.; | * | |
| EDMANN'S COMMERCIAL REFRIGER- | * | |
| ATION & A/C; SKIPPER'S REPAIR | * | |
| PLUMBING; RZB INC., d/b/a GLOBAL | * | |
| ELECTRIC; LIFETIME INDUSTRIES; | * | |
| BEN'S GLASS AND METAL; KENMARK, | * | |
| INC.; GABRIEL ALCANTAR; ALFREDO | * | |
| GUTIERREZ; M&M COMMERCIAL LAWN | * | |
| SERVICES, INC.; G.D. LOZANO; KEVIN | * | |
| COMIER; JCO SPECIALISTS; OPENING | * | |
| SPECIALTIES AND SUPPLY, INC.; DAL- | * | |
| TILE CORPORATION; DEA SPECIALTIES | * | |
| CO., LTD.; LCM MANAGEMENT CO., INC. | * | |
| d/b/a SOUTH TEXAS FLAG; STAR BUILDING | * | |
| SYSTEMS; MARIO MARON; D&B GENERAL | * | |
| CLEANING; G.T. BLINDS, INC.; ROBERT | * | |
| MARISCAL; THE SHERWIN-WILLIAMS | * | |
| COMPANY; THE STRIPING COMPANY; | * | |
| ROBERTO GOMEZ; A&J PAVING; HOPE | * | |
| LUMBER & SUPPLY CO., L.P.; CONSOL- | * | |
| IDATED ELECTRIC DISTRIBUTORS, INC.; | * | |
| PALMVIEW GLASS & MIRROR, INC.; and | * | |
| ENCINAL INVESTMENTS, INC., | * | |
| Defendants | * | |

## STATEMENT OF PAYMENTS MADE

Pursuant to the Court's order issued October 2, 2002, BROWNDREW, L.L.C. does hereby

certify to the Court and the other parties that neither it, nor its agent Guaranty National Title Company, has made any payments to any of the parties defendant in this case since February 1, 2002.

Dated October 8, 2002.

BROWNDREW, L.L.C., Plaintiff

BY: /s/ William Rentfro
William L. Rentfro
State Bar No. 16783400
Federal Admission # 5958
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
(956) 541-9600
FAX (956) 541-3414

OF COUNSEL:
RENTFRO, FAULK, & BLAKEMORE, LLP
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

## Certificate of Service

I hereby certify that on the 8th day of October, 2002, a true and correct copy of the foregoing Plaintiff's Statement of Payments Made Dismiss was served upon all counsel of record by Certified Mail, Return Receipt Requested.

/s/ William Rentfro
William L. Rentfro