United States District Court
Southern District of Texas
FILED

OCT 21 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | CIVIL ACTION NO. B-02-137 |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| TRIAD BUILDERS, INC., ET AL., | § | |
| Defendants. | § | |

## AMENDED CERTIFICATE OF SERVICE

TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

I hereby certify that the Statement of Claim was served by First Class Mail to the following on the 11th day of October, 2002.

William L. Rentfro
Rentfro, Faulk, & Blakemore, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

I hereby certify that the Statement of Claim is being served by First Class Mail to the following on this 18th day of October, 2002.

Jerry Lee Stapleton
Stapleton, Curtis & Boswell, L.L.P.
P.O. Box 2644
Harlingen, Texas 78551

G D Lozano
P.O. Box 854
La Feria, Texas 78559

Greg E. Turley
504 E. Dove Ave., Ste. B
McAllen, Texas 78504

Lance A. Kirby
Jones, Galligan, Key & Lozana, L.L.P.
2300 W. Pike Boulevard, Ste. 300
P.O. Drawer 1247
Weslaco, Texas 78599

Curtis Bonner
Bonner & Bonner
Post Office Box 288
Harlingen, Texas 78551

Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520

Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589

Marshall R. Ray
Ransome and Ray
550 E. Levee St.
Brownsville, Texas 78520-5343

Daniel G. Rios
Law Offices of Daniel Rios
323 Nolana Loop
McAllen, Texas 78504

M. Steven Deck
Law Offices of John King
3409 N. 10th St.
Ste. 100
McAllen, Texas 78501

Michael A. McGurk
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504

Robert L. Eden
Matthews Carlton
8131 LBJ Fwy.
Ste. 700
Dallas, Texas 75251

Mauro L. Reyna, III
P.O. Box 969
Penitas, Texas 78576

                                      Respectfully submitted,

Sam Drugan  06136200
Attorney-In-Charge
Southern Dist. of Texas 18843
Marshall L. Armstrong 24027037
Southern Dist. of Texas 30143

Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, Texas 78215
Telephone: (210)226-4131
Telecopier: (210)224-6488

BY: _____
      Marshall L. Armstrong

ATTORNEYS FOR D.E.A SPECIALTIES CO., LTD.