100

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2002

Michael N. Milby
Clerk of Court

BROWNDREW, L.L.C.

Plaintiff

V.

Triad Builders, Inc.; Elsa State Bank & Trust Co.; G&T Paving Co.; Aqua Tech; Villanueva Fence & Supply Co.; Valley Builders Co.; Robert's Welding & Fabricators, Inc.; Bowman Distributing Company, Inc.; Omega Systems; Galvan Sheet Metal Shop; Raymond Roofing, Inc.; Edmann's Commercial Refrigeration & A/C; Skipper's Repair Plumbing; RZB, Inc., d/b/a Global Electric; Lifetime Industries; Ben's Glass and Metal; Kenmark, Inc.; Gabriel Alcantar; Alfredo Gutierrez; M&M Commercial Lawn Services, Inc.; G.D. Lozano; Kevin Comier; JCO Specialists; Opening Specialties and Supply, Inc.; Dal-Tile Corporation; DEA Specialties Co, LTD.; LCM Management Co., Inc. d/b/a South Texas Flag; Star Building Systems; Marion Maron; D&B General Cleaning; G.T. Blinds, Inc.; Robert Mariscal; The Sherwin-Williams Company; The Striping Company; Roberto Gomez; A&J Paving; Hope Lumber & Supply Co., L.P.; Consolidated Electrical Distributors, Inc.; Palmview Glass & Mirror, Inc.; and Encinal Investments, Inc.,

Defendants

§ CIVIL ACTION NO. B-02-137

---

DEFENDANT BOWMAN DISTRIBUTING
COMPANY, INC.'S STATEMENT OF CLAIM

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BOWMAN DISTRIBUTING COMPANY, INC., and files this its Statement of Claim pursuant to the Court's Order and would respectfully show the Court as follows:

1. Bowman Distributing Company, Inc., hereinafter referred to as "Bowman" provided labor and materials for roofing and roofing structures;
2. The principal amount of Bowman's claim is $6,866.34;
3. Materials were supplied by Bowman to Triad Builders, Inc., the original contractor on the subject property;
4. Materials were supplied by Bowman in the months of November and December 2001 and January 2002, as per the attached exhibits.
5. Bowman has not received any payments on its claim and the balance owing is $6,866.34;

Respectfully submitted,

STAPLETON, CURTIS & BOSWELL, L.L.P.
P.O. BOX 2644
HARLINGEN, TX 78551
(956) 428-9191
(956) 428-9283/FAX

By: ______________________
JERRY L. STAPLETON
State Bar No: 19058500
District Clerk No:00003803
ATTORNEYS FOR BOWMAN DISTRIBUTING COMPANY, INC.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served under Rule 5,Federal Rules of Civil Procedure, on October 22nd, 2002, upon the following counsel of record:

Hon. William L. Rentfro
Rentfro, Faulk & Blakemore
185 E. Ruben Torres Boulevard
Brownsville, Texas 78520
(by telefax - 956.541.3414)

Hon. Robert L. Eden
Mathews, Carlton, et al
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
(by telefax - 972.234.1750)

G&T Paving Co.
c/o Abe Gonzales
P.O. Box 5136
Brownsville, Texas 78520
(by regular mail)

Hon. Lance Alan Kirby
Jones, Galligan, et al
2300 W. Pike, Suite 300
Weslaco, Texas 78596
(by telefax - 956.696.9402)

Edmann's Commercial
Refrigeration & A/C
c/o Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589
(by regular maill)

Hon Marshall R. Ray
Ransome & Ray
5550 E. Levee Street
Brownsville, Texas 78520
(by telefax - 956.542.3698)

Hon. Thomass J. Walthall, Jr.
The Gardner Law Firm PC
745 E. Mulberry Ave., Ste. 100
San Antonio, Texas 78212
(by telefax - 210.733.5538)

Hon. Daniel G. Rios
Law Office of Daniel G. Rios
323 Nolana Loop
McAllen, Texas 78504
(by telefax - 956.682.0566)

Hon. George Sam Druggan III
LaLaurin & Adams
800 Broadway
San Antonio, Texas 78215
(by telefax - 210.224.6488)

Hon. John Barnaby Skaggs
Skaggs & Garza
P.O. Drawer 2285
McAllen, Texas 78502
(by telefax - 956.630.6570)

Hon. M. Steven Deck
Law Office of John King
3409 N. 10th Street, Suite 100
McAllen, Texas 78501
(by telefax - 956.687.5514)

Hon. Alison Diane Kennamer
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, Texas 78520
(by telefax - 956.541.2170)

Hon. Michael A. McGurk
Kittleman & Thomas
P.O. Box 1416
McAllen, Texas 78504
(by telefax - 956.630.5199)

Hon. Antonio Villeda
5414 N. 10th Street
McAllen, Texas 78504
(by telefax - 956.631.9146)

Hon. Alfredo Padilla
Attorney at Law
1000 E. Van Buren
Brownsville, Texas 78520
(by telefax - 956.544.0647)

Jerry L. Stapleton

# Invoice

**BOWMAN DISTRIBUTING CO., INC.**
P.O. BOX 1134
HARLINGEN, TEXAS 78551
(956) 423-6002 FAX (956) 425-1792

| DATE | INVOICE # |
|---|---|
| 01/22/2002 | 956 |

**BILL TO:**

TRIAD BUILDERS
2300 W. PIKE BLVD. SUITE 204
WESLACO, TX 78596

**SHIP TO:**

SOCIAL SECURITY ADMISTRATION

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | | | 01/22/2002 | | | SOCIAL SECURITY ADMIN... |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | RETAINAGE | RETAINAGE | 2,484.60 | 2,484.60 |

TAX EXEMPT

**TOTAL** $2,484.60

# SUBCONTRACTOR'S APPLICATION FOR PAYMENT

(Developed as a guide by The Associated General Contractors of America, The Nation Electrical Contractors Association, The Mechanical Contractors Association of America. The Sheet Metal and Air Conditioning Contractors National Association of Plumbing-Heating Cooling Contractors.)

TO: TRIAD BUILDERS

FROM: Bowman Distributing Co., Inc.
P.O. Box 1134 Harlingen, TX 78550

PROJECT: SOCIAL SECURITY ADMINISTRATION

PAYMENT REQUEST NO. 4 ( RET)

PERIOD ______, 20___, to JANUARY 21,2002.
JANUARY 31,2002

STATEMENTS OF CONTRACT ACCOUNT:

| | | |
|---|---|---|
| 1. | Original Contract Amount | $ 16353.00 |
| 2. | Approved Change Order Nos. ____ (As per attached breakdown) (Net) | $ 8493.00 |
| 3. | Adjusted Contract Amount | $ 24846.00 |
| 4. | Value of Work Completed to Date: (As per attached breakdown) | $ -0- |
| 5. | Value of Approved Change Orders Completed: (As per attached breakdown) | $ -0- |
| 6. | Materials Stored on Site: (As per attached breakdown) | $ -0- |
| 7. | Total to date 100% | $ 24846.00 |
| 8. | Less Amount Retained -0- % | ( $ -0- ) |
| 9. | Total Less Retainage | $ 24846.00 |
| 10. | Total Previously Certified (Deduct) | $ 22361.40 |
| 11. | AMOUNT DUE THIS REQUEST | $ 2484.60 |

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and TRIAD BUILDERS relating to the above reference project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors and (2) for all materials and labor used in or in connection with the performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment Compensation laws and Workmen's Compensation laws insofar as applicable to the performance of this Contract.

Date: JANUARY 21,2002
Subscribed and Sworn before me this
21 day of JANUARY ,2001.

Notary Public: Martha O Cruz

Bowman Distributing Co., Inc.

BY: [signature]
(authorized signature)

TITLE: PRESIDENT



# Invoice

**BOWMAN DISTRIBUTING CO., INC.**
P.O. BOX 1134
HARLINGEN, TEXAS 78551
(956) 423-6002 FAX (956) 425-1792

| DATE | INVOICE # |
|---|---|
| 01/22/2002 | 955 |

**BILL TO:**

TRIAD BUILDERS
2300 W. PIKE BLVD. SUITE 204
WESLACO, TX 78596

**SHIP TO:**

SOCIAL SECURITY ADMISTRATION

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | | | 01/22/2002 | | | SOCIAL SECURITY ADMIN... |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | COMPLETION | COMPLETION OF CONTRACT | 4,325.40 | 4,325.40 |

TAX EXEMPT

**TOTAL** $4,325 40

# SUBCONTRACTOR'S APPLICATION FOR PAYMENT

(Developed as a guide by The Associated General Contractors of America, The Nation Electrical Contractors Association, The Mechanical Contractors Association of America. The Sheet Metal and Air Conditioning Contractors National Association of Plumbing-Heating Cooling Contractors.)

TO: TRIAD BUILDERS

FROM: Bowman Distributing Co., Inc.
P.O. Box 1134 Harlingen, TX 78550

PROJECT: SOCIAL SECURITY ADMINISTRATION

PAYMENT REQUEST NO. 3

PERIOD ______, 20___, to JANUARY 21,2002.
JANUARY 31,2002

STATEMENTS OF CONTRACT ACCOUNT:

| | | |
|---|---|---|
| 1. | Original Contract Amount | $ 16353.00 |
| 2. | Approved Change Order Nos. _2_ (As per attached breakdown) (Net) | $ 8493.00 |
| 3. | Adjusted Contract Amount | $ 24846.00 |
| 4. | Value of Work Completed to Date: (As per attached breakdown) | $ -0- |
| 5. | Value of Approved Change Orders Completed: (As per attached breakdown) | $ -0- |
| 6. | Materials Stored on Site: (As per attached breakdown) | $ -0- |
| 7. | Total to date 100% | $ 24846.00 |
| 8. | Less Amount Retained 10 % | ( $ 2484.60 ) |
| 9. | Total Less Retainage | $ 22361.40 |
| 10. | Total Previously Certified (Deduct) | $ 18036.00 |
| 11. | AMOUNT DUE THIS REQUEST | $ 4325.40 |

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and TRIAD BUILDERS relating to the above reference project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors and (2) for all materials and labor used in or in connection with the performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment Compensation laws and Workmen's Compensation laws insofar as applicable to the performance of this Contract.

Date: JANUARY 21,2002
Subscribed and Sworn before me this
21 day of JANUARY ,2001.

Notary Public: Martha O Cruz

Bowman Distributing Co., Inc.
BY: [signature]
(authorized signature)
TITLE: PRESIDENT



**BOWMAN DISTRIBUTING CO., INC.**
P.O. Box 1134
4201 S. Expressway 83
HARLINGEN, TX 78551

**(956) 423-6002**
**FAX (956) 425-1792**

# CHANGE ORDER

4

## ADDITIONAL WORK ORDER

TO Triad Builders, Inc.
2300 W. Pike Blvd
Suite 204
Weslaco TX. 78596

| PHONE 447-5198 | DATE 1/15/02 |
|---|---|
| JOB NAME / LOCATION Social Security Building | |
| CONTRACT / JOB NUMBER | JOB PHONE 245-0047 Santos |

We hereby agree to the change(s) or additional work specified below:

Eye Brow Canopy to be changed from:
6 at 24' long
4 at 18' long

To actual canopy sizes:
7 at 24' long
2 at 18' long
1 at 29'5" long

Including modification to door way canopy (over exit door).

NOTE: This Change Order becomes part of and in conformance with the existing contract.

| We Agree hereby to make the change(s) specified above at this price | 1,993.00 |
|---|---|
| PREVIOUS CONTRACT AMOUNT | 22,853.00 |
| REVISED CONTRACT TOTAL | 24,846.00 |

Date of agreement ______________________

Authorized Signature ______________________ (CONTRACTOR)

Payment will be made as follows:

**Accepted** — The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized Signature ______________________ (OWNER)

Date of acceptance: ______________________

# Invoice

**BOWMAN DISTRIBUTING CO., INC.**
P.O. BOX 1134
HARLINGEN, TEXAS 78551
(956) 423-6002 FAX (956) 425-1792

| DATE | INVOICE # |
|---|---|
| 12/18/2001 | 925 |

**BILL TO:**

TRIAD BUILDERS
2300 W. PIKE BLVD. SUITE 204
WESLACO, TX 78596

**SHIP TO:**

SOCIAL SECURITY ADMISTRATION

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | | | 12/18/2001 | | | SOCIAL SECURITY ADMIN.. |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | WORK TO DATE | WORK TO DATE | 5,696.00 | 5,696.00 |

PAID
CK # 062161
DATE 1-02-02
pd - 62d

PAID
CK # 062571 (5639.04)
DATE 1-22-02

Bal. 56.34

TAX EXEMPT

**TOTAL** $5,696.00

© 1997 INTUIT INC. # 371 1-800-433-8810

# SUBCONTRACTOR'S APPLICATION FOR PAYMENT

(Developed as a guide by The Associated General Contractors of America, The Nation Electrical Contractors Association, The Mechanical Contractors Association of America. The Sheet Metal and Air Conditioning Contractors National Association of Plumbing-Heating Cooling Contractors.)

TO: Triad Builders

FROM: Bowman Distributing Co., Inc.
P.O. Box 1134 Harlingen, TX 78550

PROJECT: Social Security Administration

PAYMENT REQUEST NO. 2

PERIOD ____, 20__, to 12-17 ,2001.
12-31-01

STATEMENTS OF CONTRACT ACCOUNT:

| | | |
|---|---|---|
| 1. | Original Contract Amount | $ 16353.00 |
| 2. | Approved Change Order Nos. 1 (As per attached breakdown) (Net) | $ 6500.00 |
| 3. | Adjusted Contract Amount | $ 22853.00 |
| 4. | Value of Work Completed to Date: (As per attached breakdown) | $ 16140.00 |
| 5. | Value of Approved Change Orders Completed: (As per attached breakdown) | $ 3900.00 |
| 6. | Materials Stored on Site: (As per attached breakdown) | $ 0 |
| 7. | Total to date 88 | $ 20040.00 |
| 8. | Less Amount Retained 10 % | ($ 2004.00) |
| 9. | Total Less Retainage | $ 18036.00 |
| 10. | Total Previously Certified (Deduct) | $ 12340.00 |
| 11. | AMOUNT DUE THIS REQUEST | $ 5696.00 |

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and Triad Builders relating to the above reference project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors) and (2) for all materials and labor used in or in connection with the performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment Compensation laws and Workmen's Compensation laws insofar as applicable to the performance of this Contract.

Date: 12-17-01

Bowman Distributing Co., Inc.

Subscribed and Sworn before me this day of Dec., 2001.

BY: [signature]
(authorized signature)

Notary Public: [signature]
My commission Expires:

TITLE: PRESIDENT



# Invoice

**BOWMAN DISTRIBUTING CO., INC.**
P.O. BOX 1134
HARLINGEN, TEXAS 78551
(956) 423-6002 FAX (956) 425-1792

| DATE | INVOICE # |
|---|---|
| 11/19/2001 | 894 |

| BILL TO: | SHIP TO: |
|---|---|
| TRIAD BUILDERS<br>2300 W. PIKE BLVD. SUITE 204<br>WESLACO, TX 78596 | SOCIAL SECURITY ADMISTRATION |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | | | 11/19/2001 | | | SOCIAL SECURITY ADMIN... |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | MATERIALS | MATERIALS | 13,711.80 | 13,711.80 |
| | RETAINAGE | LESS RETAINAGE | -1,371.80 | -1,371.80 |

PAID
CK # 062161
DATE 1-02-02

TAX EXEMPT

**TOTAL** $12,340.00

© 1997 INTUIT INC. # 371 1-800-433-8810

# SUBCONTRACTOR'S APPLICATION FOR PAYMENT

(Developed as a guide by The Associated General Contractors of America, The Nation Electrical Contractors Association, The Mechanical Contractors Association of America. The Sheet Metal and Air Conditioning Contractors National Association of Plumbing-Heating Cooling Contractors.)

TO: Triad Builders

FROM: Bowman Distributing Co., Inc.
P.O. Box 1134 Harlingen, TX 78550

PROJECT: Social Security Building

PAYMENT REQUEST NO. 1

PERIOD ________, 20___, to 11-19-01 ,2001.
11-30-01

STATEMENTS OF CONTRACT ACCOUNT:

| | | |
|---|---|---|
| 1. | Original Contract Amount | $ 16353.00 |
| 2. | Approved Change Order Nos. ____ (As per attached breakdown) (Net) | $ 6500.00 |
| 3. | Adjusted Contract Amount | $ 22853.00 |
| 4. | Value of Work Completed to Date: (As per attached breakdown) | $ 0 |
| 5. | Value of Approved Change Orders Completed: (As per attached breakdown) | $ 0 |
| 6. | Materials Stored on Site: (As per attached breakdown) | $ 13711.80 |
| 7. | Total to date 60% | $ 13711.80 |
| 8. | Less Amount Retained 10 % | ( $ 1371.18 ) |
| 9. | Total Less Retainage | $ 12340.00 |
| 10. | Total Previously Certified (Deduct) | $ 0 |
| 11. | AMOUNT DUE THIS REQUEST | $ 12340.00 |

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and Triad Builders relating to the above reference project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors and (2) for all materials and labor used in or in connection with the performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment Compensation laws and Workmen's Compensation laws insofar as applicable to the performance of this Contract.

Date: 11-19-01
Subscribed and Sworn before me this
19th day of November ,2001.

Notary Public: [signature]
My commission Expires:

Bowman Distributing Co., Inc.
BY: [signature]
(authorized signature)
TITLE: PRESIDENT



**BOWMAN DISTRIBUTING CO., INC.**
P.O. Box 1134
4201 S. Expressway 83
HARLINGEN, TX 78551

**(956) 423-6002**
**FAX (956) 425-1792**

# CHANGE ORDER

3

## ADDITIONAL WORK ORDER

TO
Triad Builders, Inc.
2300 W. Pike Blvd., Suite 204
Weslaco TX 78596

| PHONE | DATE |
|---|---|
| 447-5198 | 11/16/01 |
| **JOB NAME / LOCATION** | |
| SSA Brownsville, TX | |
| **CONTRACT / JOB NUMBER** | **JOB PHONE** |
| 447-5459 | |

We hereby agree to the change(s) or additional work specified below:

Add soffit, end panels and cap flashing to canopies.
Soffit to be selected from MBCI standard colors.
End panels to match canopy tile color.
Cap flashing to match canopy tile color.
Extend canopy face height to 12'

NOTE: This Change Order becomes part of and in conformance with the existing contract.

**We Agree** hereby to make the change(s) specified above at this price ▶ 6,500.00

Date of agreement:
Authorized Signature [signature] (CONTRACTOR)

| | |
|---|---|
| PREVIOUS CONTRACT AMOUNT | 16,353.00 |
| REVISED CONTRACT TOTAL | 22,853.00 |

Payment will be made as follows:
Conditions of AIA contract dated 08-28-01

**Accepted** — The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized Signature [signature] (OWNER)

Date of acceptance: 11-20-01