/01

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| VS. | § | CASE NUMBER B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |

## STATEMENT OF CLAIM

1.   This claim is filed by L.C.M. Management Co., d/b/a South Texas Flag.

2.   Pursuant to the orders of the Court, a summary of this party's claim is attached to this pleading.

3.   This party also attaches the applicable Notice of Claim dated May 31, 2002.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
LCM Management Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the ___7___ day of __October__ , 2002:

William L. Rentfro
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

John Skaggs

## STATEMENT OF CLAIM

Claimant:  L.C.M. Management Co., d/b/a South Texas Flag.

Lien Recorded:  No.

Payments received since February 1, 2002:  (no payments received at any time.)

Service date (when work was performed, materials were delivered):  January 29, 2002.

Materials:  20' flag pole, installation and sales tax.

Claim:  $487.13.

Date notice sent, and to whom:  sent to Browndrew, L.L.C., May 31, 2002 (see attached notice).

May 31, 2002

BROWNDREW, LLC
656 West Randolph, Suite 400W
Chicago, IL  60661
ATTN:  Mr. Tom Boucher

RE:  Claim against GSA building in Brownsville, Texas

Mr. Broucher,

　　　　In response to the letter I received (see attached) I am submitting the information your office is requesting.  I am also sending a copy of the Invoice #20173 of 1/31/02 that has not been paid.  I request that this matter be handled as soon as possible as specified in the letter.  Of coarse I am demanding that the full sum of the invoice be paid to settle this issue.  If you have any questions please call me at 1-800-990-0362.  May this letter serve as my notice of non-payment.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　Bob Binney



**SOUTH TEXAS FLAG**
PO BOX 2792
HARLINGEN, TX 78551
PHONE: 1-800-990-0362
FAX: 956-423-4007

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 01/31/2002 | 29173 |

| BILL TO: |
|----------|
| TRIAD BUILDERS INC. |
| 2300 WEST PIKE BLVD #264 |
| WESLACO, TEXAS 78596 |

| SHIP TO: |
|----------|
| SOCIAL SECURITY ADMIN |
| 1735 COFFEE PORT RD. |
| BROWNSVILLE, TEXAS |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on recpt | BB | 01/29/2002 | BB | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 1 | ES20 | 20 FT. ESTATE FLAG POLE WITH FLASH COLLAR SATIN WITH SINGLE STATIONARY TRUCK ASSEMBLY | 375.00 | 375.00 |
| 1 | INSTALL | INSTALLATION | 75.00 | 75.00 |
| | | SALES TAX | 8.25% | 37.13 |

THANK YOU! WE APPRECIATE YOUR BUSINESS
PLEASE REMIT TO THE ADDRESS ABOVE

**TOTAL** $487.13

# Memo



**To:**        Subcontractors and Suppliers of Triad Builders, Inc.
**From:**      BROWNDREW, LLC
**Date:**      May 16, 2002
**Subject:**   Claims against GSA Building on Coffeeport Road, Brownsville, Texas

TO WHOM IT MAY CONCERN:

BROWNDREW, LLC, was the owner of the property on which the GSA Building was recently constructed on Lot 2, Block 1, HAPCO Subdivision, and on which Triad Builders, Inc. was the general contractor. That property was subsequently sold to the current owner, and leased by the current owner to the current tenant. The parties currently in possession of the property have no connection with or liability to subcontractors or suppliers regarding the construction of the building.

It has come to our attention that a number of subcontractors and suppliers may not have been paid by Triad Construction, Inc. regarding this project, and accordingly funds have been retained in accordance with the Texas Property Code retainage statutes. An Affidavit of Completion was filed in the Real Property records of Cameron County, Texas on May 8, 2002. This means that subcontractors and suppliers on this project who have not been paid in full need to file their notices of non-payment at the following address not later than June 7, 2002:

BROWNDREW, LLC
Attn: Mr. Tom Boucher
656 West Randolph, Suite 400W
Chicago, IL 60661

On or after June 8, 2002, BROWNDREW, LLC will proceed to disburse retained funds to those subcontractors or suppliers who have filed notices of non-payment in proportion to their respective claim amounts. In the meantime, claimants should be advised that contacting the current owner or tenant of the premises with regard to payment will be regarded as trespass and/or tortious interference with contractual relations. Attempts to remove improvements from the property will be regarded as conversion. Remedies for unpaid claims must be pursued as set out above, and interference with the current operation of the premises will be reported to the appropriate authorities.



THE
DREW GROUP, INC.

656 W. Randolph St., Suite #400W    Chicago, Illinois 60661

South Texas Flex
PO Box 2792
Harlingen, TX 78551

Rec'd 5/21/02