UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>    Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | |
| TRIAD BUILDERS, INC.; ELSA STATE<br>BANK & TRUST CO.; G & T PAVING CO.;<br>AQUA TECH; VILLANUEVA FENCE &<br>SUPPLY CO.; VALLEY BUILDERS CO.;<br>ROBERT'S WELDING & FABRICATORS,<br>INC.; BOWMAN DISTRIBUTING COMPANY<br>INC.; OMEGA SYSTEMS; GALVAN SHEET<br>METAL SHOP; RAYMOND ROOFING, INC.;<br>EDMANN'S COMMERCIAL REFRIGER-<br>ATION & A/C; SKIPPER'S REPAIR<br>PLUMBING; RZB INC., d/b/a GLOBAL<br>ELECTRIC; LIFETIME INDUSTRIES;<br>BEN'S GLASS AND METAL; KENMARK,<br>INC.; GABRIEL ALCANTAR; ALFREDO<br>GUTIERREZ; M&M COMMERCIAL LAWN<br>SERVICES, INC.; G.D. LOZANO; KEVIN<br>COMIER; JCO SPECIALISTS; OPENING<br>SPECIALTIES AND SUPPLY, INC.; DAL-<br>TILE CORPORATION; DEA SPECIALTIES<br>CO., LTD.; LCM MANAGEMENT CO., INC.<br>d/b/a SOUTH TEXAS FLAG; STAR BUILDING<br>SYSTEMS; MARIO MARON; D&B GENERAL<br>CLEANING; G.T. BLINDS, INC.; ROBERT<br>MARISCAL; THE SHERWIN-WILLIAMS<br>COMPANY; THE STRIPING COMPANY;<br>ROBERTO GOMEZ; A&J PAVING; HOPE<br>LUMBER & SUPPLY CO., L.P.; CONSOL-<br>IDATED ELECTRIC DISTRIBUTORS, INC.;<br>PALMVIEW GLASS & MIRROR, INC.; and<br>FINANCIAL INVESTMENTS, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>B-02-137<br><br>**JURY** |

**ELSA STATE BANK'S UNOPPOSED MOTION FOR ENTRY OF
DEFAULT JUDGMENT AGAINST SERVED DEFENDANTS
WHO HAVE FAILED TO ANSWER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant ELSA STATE BANK & TRUST CO. ("ESB") asks court to enter a default judgment against respondents/defendants VILLANUEVA FENCE AND SUPPLY CO., VALLEY BUILDERS CO., OMEGA SYSTEMS, GALVAN SHEET METAL SHOP, RAYMOND ROOFING, INC., KENMARK, INC., KEVIN COMIER, JCO SPECIALTIES, DAL-TILE CORPORATION, STAR BUILDING SYSTEMS, THE STRIPING COMPANY and ROBERT GOMEZ, as authorized by Federal Rule of Civil Procedure 55.

### A. Introduction

1.      Plaintiff is BROWNDREW, L.L.C.; defendant and movant is Elsa State Bank & Trust.

2.      On July 5, 2002, plaintiff sued defendants for interpleader.

3.       On the dates set out below, respondents were served with summons and a copy of plaintiff's complaint by certified mail return receipt requested as allowed under State law and Federal Rule of Civil Procedure 4(e)1. A copy of the returns of service are attached as Exhibits 1-12.

a)      Served on July 11, 2002; Villanueva Fence and Supply Co. (See Exhibit 1)

b)      Served on July 18, 2002; Valley Builders Co. (See Exhibit 2)

c)      Served on July 11, 2002; Omega Systems (See Exhibit 3)

d)      Served on July 13, 2002; Galvan Sheet Metal Shop (See Exhibit 4)

e)      Served on July 11, 2002; Raymond Roofing, Inc. (See Exhibit 5)

f)      Served on July 12, 2002; Kenmark, Inc. (See Exhibit 6)

g)      Served on August 30, 2002; Kevin Comier (See Exhibit 7)

h)      Served on July 23, 2002; JCO Specialties (See Exhibit 8)

i)      Served on July 12, 2002; Dal-Tile Corporation (See Exhibit 9)

j)      Served on July 15, 2002;Star Building Systems (See Exhibit 10)

k)      Served on July 13, 2002; The Striping Company (See Exhibit 11)

l)      Served on July 25, 2002; Robert Gomez (See Exhibit 12)

4.      All of the Defendants recited above failed to file a responsive pleading or otherwise defend the suit per the local rules of the Southern District of Texas, each of the above defendants have been forwarded a copy of this motion by certified mail at their last known address.

### B. Argument

5.      Defendants did not file an answer within 20 days after the dates of service recited herein.  Fed. R. Civ. P. 12(a)(1)(A).

6.      Defendant ESB meets the procedural requirements for obtaining default judgment from the court as demonstrated by the attached exhibits reflecting the returns of service.  See Exhibits 1-12.  Defendants have failed to file any responsive pleading and have not asserted any claim to the interplead proceeds.

7.      Defendants are not infants, incompetent persons, or members of the United States military.  50 U.S.C. app. §520(1);  Fed. R. Civ. P. 55(b)(1).

8.      Because defendants did not file a responsive pleading or otherwise defend the suit, movant Elsa State Bank is entitled to entry of default judgment.  Fed. R. Civ. P. 55(b)(1); *Key Bank v. Tablecloth Textile Corp.*, 74 F.3d 349, 352-53 (1st Cir. 1996).

9.      No damages are sought against any of the defaulting defendants.  ESB seeks a default judgment finding that each of said defendants are not entitled to any portion of the interplead proceeds and have no lien claims against plaintiff Browndrew LLC

## C. Conclusion and Prayer

10.    For foregoing reasons, movant asks the court to enter a default judgment in

favor of defendant Elsa State Bank & Trust and against co-defendants VILLANUEVA

FENCE AND SUPPLY CO., VALLEY BUILDERS CO., OMEGA SYSTEMS, GALVAN

SHEET METAL SHOP, RAYMOND ROOFING, INC., KENMARK, INC., KEVIN COMIER,

JCO SPECIALTIES, DAL-TILE CORPORATION, STAR BUILDING SYSTEMS, THE

STRIPING COMPANY and ROBERT GOMEZ finding that said co-defendants have no right

to the interplead proceeds, as authorized by Federal Rule of Civil Procedure 55 and grant

all relief requested in the motion.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

By: _____
        LANCE A. KIRBY
        Federal I.D No.: 21811
        State Bar No.: 00794096

Of Counsel:

TERRY D. KEY
Federal I.D. No.: 1205
State Bar No.: 11370200
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

**ATTORNEYS FOR DEFENDANT
ELSA STATE BANK & TRUST CO.**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following attorneys on the _____ day of October, 2002:

William L. Rentfro
RENTFRO, FAULK, & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Telecopier: (956) 541-3414
**Attorney for Plaintiff**

Gregory E. Turley
ATTORNEY AT LAW
504 E. Dove Ave., Suite B
McAllen, Texas 78504
Telephone: (956) 682-8531
Telecopier: (956) 682-9533
**Attorneys for The Sherwin-Williams Company**

G.D. Lozano
P.O. Box 854
La Feria, Texas 78559
**Pro-Se**

Jerry L. Stapleton
STAPLETON, CURTIS & BOSWELL
515 E. Harrison, Ste. A
Harlingen, Texas 78550
Telephone: (956) 428-9191
Telecopier: (956) 428-9283
**Attorneys for Bowman Distributing Co., Inc.**

Marshall R. Ray
Elizabeth Guerrero
RANSOME & RAY, P.C.
550 E. Levee St.
Brownsville, Texas 78520
Telephone: (956) 542-3642
Telecopier: (956) 542-3698
**Attorneys for Skipper's Repair Plumbing**

Robert L. Eden
MATTHEWS, CARLTON, STEIN, SHIELS, PEARCE
  & KNOTT
8131 LBJ Freeway Ste. 700
Dallas, Texas 75251
Telephone: (972) 234-3400
Telecopier: (972) 234-1750
**Consolidated Electrical Distributors, Inc.**

Mauro L. Reyna, III
LAW OFFICE OF MAURO L. REYNA, III
P.O. Box 969
Penitas, Texas 78576
Telephone: (956) 584-7822
Telecopier: (956) 584-8718
**Attorneys for Robert Cardenas, Jr. d/b/a Robert's Welding & Fabricators, Inc.**

Sam Drugan
Marshall L. Armstrong
WARREN, DRUGAN & BARROWS
800 Broadway
San Antonio, Texas 78215
Telephone: (210) 226-4131
Telecopier: (210) 224-6488
**Attorneys for D.E.A. Specialties Co., LTD**

M. Steven Deck
LAW OFFICE OF JOHN KING
3409 N. 10th St., Ste. 100
McAllen, Texas 78501
Telephone: (956) 687-6294
Telecopier: (956) 687-5514
**Attorneys for Robert Mariscal**

Daniel G. Rios
LIFETIME INDUSTRIES, INC.
323 Nolana
McAllen, Texas 78504
Telephone: (956) 630-9401
Telecopier: (956) 682-0566
**Attorneys for Lifetime Industries, Inc.**

Thomas J. Walthall, Jr.
Brad L. Sklencar
THE GARDNER LAW FIRM
745 E. Mulberry, Suite 100
San Antonio, Texas 78212
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
**Attorneys for RZB, Inc., d/b/a Global Electric**

Brittany L. Wills
Mark W. Walker
WALKER & TWENHAFEL, L.L.P.
P.O. Drawer 3766
McAllen, Texas 78502-3766
Telephone: (956) 687-6225
Telecopier: (956) 686-1276
**Attorneys for Opening Specialties and
Supply, Inc.**

Alfredo Padilla
ATTORNEY AT LAW
1000 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 544-7100
Telecopier: (956) 544-0647
**Attorney for Alfredo Gutierrez and Gabriel
Alcantar**

Eduardo Martinez
EDMANN'S COMMERCIAL
REFRIGERATION AND A/C
705 S. San Antonio
San Juan, Texas 78589
**Pro-Se**

Michael A. McGurk
KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ
4900-B North Tenth
McAllen, Texas 78504
Telephone: (956) 686-8797
Telecopier: (956) 630-5199
**Attorneys for Hope Lumber &
Supply Company, L.P.**

Robert F. Evans
AQUA TECH
4305 N. 10th
McAllen, Texas 78504
**Pro-Se**

Robert Serra
BEN'S GLASS AND METAL
1125-A E. 13th Street
Brownsville, Texas 78520
**Pro Se**

Villanueva Fence & Supply Co.
4828 Michelle Dr.
Brownsville, Texas 78526
**CM, RRR # 7001 0320 0004 7920 3680**

Valley Builders Co.
P.O. Box 4413

McAllen, Texas 78502-4413
**CM, RRR # 7001 0320 0004 7920 3673**

Omega Systems
116 Deanna Drive
San Juan, Texas 78589
**CM, RRR # 7001 0320 0004 7920 3666**

Galvan Sheet Metal Shop
531 Perkins
San Benito, Texas 78586
**CM, RRR # 7001 0320 0004 7920 3659**

Raymond Roofing, Inc.
c/o Ramon Garcia, Jr.
1005 Fillmore
Brownsville, Texas 78520
**CM, RRR # 7001 0320 0004 7920 3642**

Kenmark, Inc.
c/o Kenneth C. Delke
10865 alder Cr.
Dallas, Texas 75238
**CM, RRR # 7001 0320 0004 7920 3635**

Kevin Comier
534 Wildrose Lane
Brownsville, Texas 78520
**CM, RRR # 7001 0320 0004 7920 3628**

JCO Specialists
P.O. Box 4582
Edinburg, Texas 78540
**CM, RRR # 7001 0320 0004 7920 3611**

Dal-Tile Corporation
c/o Corporation Systems
350 North St. Paul
Dallas, Texas 75201
**CM, RRR # 7001 0320 0004 7920 3604**

Star Building Systems
P.O. Box 681045
Chicago, IL 60693
**CM, RRR # 7001 0320 0004 7920 3598**

The Striping Company
3613 North 25th Lane
McAllen, Texas 78504
**CM, RRR # 7001 0320 0004 7920 3581**

Roberto Gomez
34768 California Rd.
Los Fresnos, Texas 78566

CM, RRR # 7001 0320 0004 7920 3574

Abel Gonzalez
G&T PAVING COMPANY
P.O. Box 5136
Brownsville, Texas 78520
**Pro-Se**

Curtis Bonner
BONNER & BONNER
P.O. Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Telecopier: (956) 428-0671
**Attorneys for M&M Commercial Lawn
Services**

John Skaggs
LAW OFFICE OF JOHN SKAGGS
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Telephone: (956) 687-8216
Telecopier: (956) 630-6570
**Attorneys for LCM Management Co., Inc.**

Antonio Villeda
LAW OFFICE OF ANTONIO VILLEDA
5414 North 10th Street
McAllen, Texas 78504
Telephone: (956) 631-9100
Telecopier: (956) 631-9146
**Attorney for Encinal Investments, Inc. and as
Assignee to Palm Valley Glass and Mirror,
Inc.**

David K. Solis
D & B GENERAL CLEANING CONTRACTOR
P.O. Box 8551
Brownsville, Texas 78526
**Pro Se**

LANCE A. KIRBY

Villanueva Fence
and Supply Co.

**RETURN OF SERVICE**

B-02-137.44

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-11-02 | United States District Court Southern District of Texas FILED |
| NAME OF SERVER (PRINT) William Rentfro | TITLE Atty | OCT 03 2002 |

*Check one box below to indicate appropriate method of service*

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): 7099 3220 0000 8243 7462
_____ Received by Laura Villanueva on 7/11/02 _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-11-02
Date

_William Rentfro_
Signature of Server

185 E. Ruben Torres Blvd.

---

**SENDER: COMPLETE THIS SECTION**
■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
 nueva Fence and Supply Co.
Michelle Dr.
rsville, Texas 78526

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)  B. Date of Delivery
LAURA Villanueva  7-11-02
C. Signature
X _____ ☐ Agent  ☑ Addressee
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☑ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7099 3220 0000 8243 7462

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**EXHIBIT**
1

*Valley Builders Co.*                          B-02-137

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-18-02 |
| NAME OF SERVER (PRINT) William Renfro | TITLE Atty |

United States District Court
Southern District of Texas
FILED
OCT 0 2 2002
Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  7099   3220   6600   8243   7479
   Received on 7/18/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-18-02                  _William Renfro_
              Date                     Signature of Server

              185 E. Ruben Torres Blvd.
              Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Valley Builders Co.
P.O. Box 4413
McAllen, Texas 78502-4413

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery 7/18/02
_Ron Rosales_

C. Signature
X _Ron Rosales_     ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099   3220   6600   8243   7479

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

EXHIBIT
2

Omega Systems

B-02-137

48

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7-11-02 | United States District Court Southern District of Texas FILED |
|---|---|---|
| NAME OF SERVER *(PRINT)* William Bentfro | TITLE Atty. | OCT 3 2002 |
| *Check one box below to indicate appropriate method of service* | | Michael N. Milby Clerk of Court |

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):   7099    3220    0000    8243    7509

Recieved on 7/11/02

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-11-02
Date

Willie Bentfro
*Signature of Server*

135 E. Ruben Torres Blvd.
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Omega Systems
116 Deanna Drive
San Juan, Texas 78589

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery  7/11/02

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099   3220   0000   8243   7509

PS Form 3811, July 1999       Domestic Return Receipt

**EXHIBIT 3**

Galvan Sheetmetal Shop          B-02-137          49

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7-13-02 |
| --- | --- |
| NAME OF SERVER *(PRINT)* William Brentfro | TITLE Atty |

United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):   7099   3220   0000   8247   7516
   Recieved on 7/13/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-13-02
              Date

Signature of Server

195 E. Ruben Torres Blvd.
Address of Server

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

alvan  Sheet  Metal  Shop
531  Perkins
an  Benito,  Texas  78586

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery 7-13-0

C. Signature
X                      ☐ Agent
                       ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7099  3220  0000  8293  7516

PS Form 3811, July 1999          Domestic Return Receipt

EXHIBIT
4

Raymond Roofing, Inc.                                    B-02-137

50

## RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED

OCT 0 3 2002

Michael N. Milby
Clerk of Court

| Service of the Summons and complaint was made by me[1] | DATE 7-11-02 |
|---|---|
| NAME OF SERVER *(PRINT)* William Rentfro | TITLE Atty |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  7099  3220  0000  8243  7523
    Received on 7/11/02  by Raymond Garcia

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7-11-02___
        Date

*Signature of Server*

___185 E. Ruben Torres Blvd.___
    Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Roofing, INC.
1005 Fillmore
Brownsville, Texas 78520

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*
B. Date of Delivery 7-11-02

C. Signature
X Raymond Garcia
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7099  3220  0000  8243  7523

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**EXHIBIT**
**5**

Kenmark Inc.

**RETURN OF SERVICE** B-02-137'    55

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-12-02 | United States District Court Southern District of Texas FILED |
| NAME OF SERVER *(PRINT)* William Benthro | TITLE Atty | OCT 0 3 2002 |

Check one box below to indicate appropriate method of service

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7608

Recieved on 7/12/02 by Terrie Wolfe

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7-12-02___    _Willi Benthro_
           Date              Signature of Server

175 E. Ruben Torres Blvd.
        Address of Server

---

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
☐ Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
Kenmark, Inc
% Kennetha Duke
10865 Alder Ct
Dallas TX 75238

4a. Article Number

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise    ☐ COD

7. Date of Delivery  7-12-07

5. Received By: (Print Name)
Terri Wolfe

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
Terri Wolfe

PS Form 3811, December 1994    102595-99-B-0223    Domestic Return Receipt

**EXHIBIT
6**

B-02-137   32

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 08·30·02  at 4:35 P.M. |
|---|---|

| NAME OF SERVER *(PRINT)* JUANITA SALDIVAR. | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 534 Waldron Lane, Brownsville, Texas.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ~~will be done jan 09·13 · 40~~

*[stamp]* Southern District
Court of Texas
FILED
SEP 0 3 2002
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08 - 30 - 02     *[signature]* Juanita Saldivar
         Date                Signature of Server
at 4:35 P.M.

*[signature]* Juanita Saldivar    **Professional Civil Process**
         Address of Server       786 Paredes Ave., #206
                                 Brownsville, Texas 78520
                                 Tel. (956) 546-1515

*[notary stamp]*
EDUARDO GONZALEZ
MY COMMISSION EXPIRES
MARCH 21, 2006

SUBSCRIBED AND SWORN TO BEFORE ME
ON _____ TO
CERTIFY WHICH WITNESS MY HAND AND
OFFICIAL SEAL
*[signature]*
NOTARY PUBLIC  STATE OF TEXAS

*[right margin stamp]* 02 SEP -3 PM 1:3?  MICHAEL N. MILBY, CLERK
SOUTHERN DISTRICT
FILED Recd.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT
7

JCO Specialists                                B-02-137 · 60

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/23/02 | United States District Court Southern District of Texas |
|---|---|---|

NAME OF SERVER *(PRINT)*  William Renfro    TITLE Atty

OCT 0 3 2002

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify):  7099  3220  0000  8243  7738

Received by Sandra Perez  on  7/23/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/23/02 _____    _William Renfro_____
Date                                      *Signature of Server*

_135 E. Ruben Torres Blvd._____
*Address of Server*

---

SENDER:
☐ Complete items 1 and/or 2 for additional services.
☐ Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
JCO Specialists
P.O. Box 4582
Edinburg, Texas 78540

4a. Article Number
7099 3220 0000 8243 7738
4b. Service Type
☒ Registered              ☒ Certified
☐ Express Mail            ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD
7. Date of Delivery

5. Received By: (Print Name)
Sandra Perez
6. Signature (Addressee or Agent)
Sandra Perez

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          Domestic Return Receipt

*Is your RETURN ADDRESS completed on the reverse side?*
*Thank you for using Return Receipt Service.*

EXHIBIT
8

DAL - Tile Corp.                                B-02-137                    62

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/12/02 | United States District Court Southern District of Texas |
|---|---|---|
| NAME OF SERVER (PRINT) William Bentfro | TITLE Atty | OCT 0 3 2002 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

                                   Michael N. Milby
                                   Clerk of Court

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7691

    Recieved by Marie Garcia on 7/12/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/12/02
        Date           William Bentfro
                        Signature of Server

                  185 E. Ruben Torres Blvd.
                  Address of Server

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
    Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
DAL - Tile Corporation
350 North St. Paul
Dallas, Texas 75201

4a. Article Number
7099 3220 0000 8243 7691
4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise ☐ COD
7. Date of Delivery

5. RECEIVED JUL 1 2 2002 (Print Name)

6. Signature (Addressee or Agent)
Marie Garcia

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          102595-99-B-0223          Domestic Return Receipt

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

EXHIBIT
9
tabbies®

*Star Building Systems*   **B-02-137**

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7-15-02 | United States District Court Southern District of Texas FILED |
| NAME OF SERVER *(PRINT)* William Renfro | TITLE Atty | OCT 0 2 2002 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

Michael N. Milby
Clerk of Court

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 7099 3220 0000 8243 7721

Received by Yolanda Perez on 7/15/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-15-02                  *William Renfro*
_____                      _____
Date                                 Signature of Server

_____ Blvd.

---

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

*Is your RETURN ADDRESS completed on the reverse side?*

3. Article Addressed to:
Star Building Systems
P.O. Box 681045
Chicago, Illinois 60693

4a. Article Number
7099 3220 0000 8243 7721
4b. Service Type
☑ Registered            ☑ Certified
☐ Express Mail          ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD
7. Date of Delivery  7/15/02

5. Received By: *(Print Name)*

6. Signature *(Addressee or Agent)*
Yolanda Perez

8. Addressee's Address *(Only if requested and fee is paid)*

*Thank you for using Return Receipt Service.*

PS Form **3811**, December 1994          102595-99-8-0223   Domestic Return Receipt

---

**EXHIBIT**
**10**
tabbies

Striping Co.                                    B-02-137¹        68

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7-13-02 |
|---|---|

| NAME OF SERVER (PRINT) William Renfro | TITLE Atty |
|---|---|

United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):    7099   3220   0000   8243   7639
                   Rendered on 7/13/02

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7-13-02
                   Date

Signature of Server    *William Renfro*

185 E. Ruben Torres Blvd.
Address of Server

---

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
The Striping Company
3613 North 25th Lane
McAllen, Texas  78564

4a. Article Number
7699  3220  0000  8243  7639
4b. Service Type
☒ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
7-13-02

5. Received By: (Print Name)

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form 3811, December 1994          102595-99-B-0223    Domestic Return Receipt

**EXHIBIT**
11

Roberto Gomez

B-02-137

69

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-25-02 |

United States District Court
Southern District of Texas

OCT 0 2 2002

Michael N. Milby
Clerk of Court

| NAME OF SERVER *(PRINT)* William Renfro | TITLE Atty |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): 7000 0520 0000 1407 1157
Received on 7/25/02 by Roberto Gomez

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7-25-02___    _Willie Renfro_
                Date          Signature of Server

185 E. Ruben Torres Blvd.
Address of Server

---

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
Roberto Gomez
B4768 California
Los Fresnos TX
78566

4a. Article Number
Roberto Gomez
4b. Service Type
☒ Registered          ☐ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD
7. Date of Delivery
7 25 02

5. Received By: (Print Name)

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          102595-99-B-0223   Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

**EXHIBIT**
**12**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. <br>     Plaintiff, | § <br> § <br> § | |
| V. | § <br> § | CIVIL ACTION NO. <br> B-02-137 |
| TRIAD BUILDERS, INC.; ELSA STATE <br> BANK & TRUST CO.; G & T PAVING CO.; <br> AQUA TECH; VILLANUEVA FENCE & <br> SUPPLY CO.; VALLEY BUILDERS CO.; <br> ROBERT'S WELDING & FABRICATORS, <br> INC.; BOWMAN DISTRIBUTING COMPANY <br> INC.; OMEGA SYSTEMS; GALVAN SHEET <br> METAL SHOP; RAYMOND ROOFING, INC.; <br> EDMANN'S COMMERCIAL REFRIGER- <br> ATION & A/C; SKIPPER'S REPAIR <br> PLUMBING; RZB INC., d/b/a GLOBAL <br> ELECTRIC; LIFETIME INDUSTRIES; <br> BEN'S GLASS AND METAL; KENMARK, <br> INC.; GABRIEL ALCANTAR; ALFREDO <br> GUTIERREZ; M&M COMMERCIAL LAWN <br> SERVICES, INC.; G.D. LOZANO; KEVIN <br> COMIER; JCO SPECIALISTS; OPENING <br> SPECIALTIES AND SUPPLY, INC.; DAL- <br> TILE CORPORATION; DEA SPECIALTIES <br> CO., LTD.; LCM MANAGEMENT CO., INC. <br> d/b/a SOUTH TEXAS FLAG; STAR BUILDING <br> SYSTEMS; MARIO MARON; D&B GENERAL <br> CLEANING; G.T. BLINDS, INC.; ROBERT <br> MARISCAL; THE SHERWIN-WILLIAMS <br> COMPANY; THE STRIPING COMPANY; <br> ROBERTO GOMEZ; A&J PAVING; HOPE <br> LUMBER & SUPPLY CO., L.P.; CONSOL- <br> IDATED ELECTRIC DISTRIBUTORS, INC.; <br> PALMVIEW GLASS & MIRROR, INC.; and <br> FINANCIAL INVESTMENTS, INC., <br>     Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | JURY |

**ORDER ON ENTRY OF DEFAULT & DEFAULT JUDGMENT**

After considering plaintiff ELSA STATE BANK's request for entry of default and for default judgment against co-defendants, VILLANUEVA FENCE AND SUPPLY CO., VALLEY BUILDERS CO., OMEGA SYSTEMS, GALVAN SHEET METAL SHOP, RAYMOND ROOFING, INC., KENMARK, INC., KEVIN COMIER, JCO SPECIALTIES, DAL-TILE CORPORATION, STAR BUILDING SYSTEMS, THE STRIPING COMPANY and ROBERT GOMEZ, the attached exhibits, and the evidence on file, the court

FINDS the record supports entry of default and default judgment.  Therefore, the court ORDERS the clerk to enter default and default judgment against co-defendants, VILLANUEVA FENCE AND SUPPLY CO., VALLEY BUILDERS CO., OMEGA SYSTEMS, GALVAN SHEET METAL SHOP, RAYMOND ROOFING, INC., KENMARK, INC., KEVIN COMIER, JCO SPECIALTIES, DAL-TILE CORPORATION, STAR BUILDING SYSTEMS, THE STRIPING COMPANY and ROBERT GOMEZ and the court finds that said co-defendants are not entitled to any portion of the interplead proceeds

SIGNED on _____, 2002.


_____
U.S. DISTRICT JUDGE


APPROVED & ENTRY REQUESTED:

_____
LANCE A. KIRBY
Federal I.D No.: 21811
State Bar No.: 00794096
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402