IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
|     PLAINTIFF | § | |
| VS. | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |
|     DEFENDANTS | | |

## ORDER DISMISSING OPENING SPECIALTIES AND SUPPLY, INC. AND DISMISSING COUNTER-CLAIMS

UPON consideration of Defendant "Opening Specialties and Supply, Inc.'s Unopposed Disclaimer of Interest and Notice of Dismissal of Counter-Claims," the Court at Opening Specialties and Supply Inc.'s ("Opening Specialties") request, ORDERS, ADJUDGES, DECREES, AND DECLARES as follows:

1. Opening Specialties has relinquished any interest in the interplead funds made the subject of this proceeding.

2. All of Opening Specialties's claims against Plaintiff and Defendants are DISMISSED and DENIED, without prejudice.

3. There are no other claims made by or against Opening Specialties in this action.

4. All of the claims by or against Opening Specialties are hereby DISMISSED and DENIED, without prejudice, effectively removing Opening Specialties as a party to this action.

5. Costs and attorney's fees incurred by any party in connection with the claims

by or against Opening Specialties are assessed against the party or parties incurring same.

SIGNED this the _____ day of _____, 2002, at _____, Texas.

                                                      _____
                                                          JUDGE PRESIDING

J:\DATA2\SHARED2\Markw\Opening\Pleadings\dismissal.odr.wpd

United States District Court
Southern District of Texas
FILED

NOV 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| PLAINTIFF | § | |
| VS. | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |
| DEFENDANTS | | |

## OPENING SPECIALTIES AND SUPPLY, INC.'S UNOPPOSED DISCLAIMER OF INTEREST AND NOTICE OF DISMISSAL OF COUNTER-CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, OPENING SPECIALTIES AND SUPPLY, INC. ("Opening Specialties"), Defendant and Counter-Claimant in the above-entitled and numbered cause, and file this its "Disclaimer of Interest and Notice of Dismissal of Counter-Claims" and would show unto this Honorable Court as follows:

1. Opening Specialties hereby waives and disclaims any right to or interest in the interplead funds made the subject of this proceeding.

2. Opening Specialties hereby intends that this waiver and disclaimer be relied on in this action to support an adjudication that it has no right to or interest in the interplead funds made this subject of this proceeding.

3. Otherwise, Defendant Opening Specialties denies each and every, all and singular the allegations of Plaintiff's and Defendants' notices filed in this action and demands strict proof thereof.



## Notice of Dismissal of Counter-Claims

4. Opening Specialties hereby dismisses its counter-claims against Plaintiff and Defendants.

5. In the alternative, Opening specialties requests that this Court, by order, dismiss all its counter-claims against Plaintiff and Defendants without prejudice.

6. The granting of the relief requested herein removes Opening Specialties from any involvement in this action, effectively removing it as a party.

## Certificate of Conference

7. The undersigned certifies that she conferred with all counsel/parties of record by means of letter (attached as Exhibit "A"), and no party communicated any opposition to this motion.

WHEREFORE, PREMISES CONSIDERED, OPENING SPECIALTIES requests that Plaintiff's and all Defendants' claims against it be dismissed and denied in their entirety, that Opening Specialties's claims against Plaintiff and all Defendants be dismissed and denied in their entirety without prejudice, Opening Specialties recover its costs, expenses, and attorney's fees from Plaintiff, and that it be in all things dismissed from this action.

Respectfully submitted,

By: *Brittany Wills*
Brittany L. Wills
State Bar No. 24028228
Federal Bar No. 28616

ATTORNEY IN CHARGE FOR DEFENDANT AND COUNTER-CLAIMANT OPENING SPECIALTIES AND SUPPLY, INC.

WALKER & TWENHAFEL, L.L.P.
McAllen, Texas 78502-3766
(956) 687-6225
(956) 686-1276 (fax)

OF COUNSEL:
Mark W. Walker
State Bar No. 20717350
Federal Bar No. 2270

### Certificate of Service

I certify that on the _5th_ day of _November_, 2002, I served a true and correct copy of "Opening Specialties and Supply Inc.'s Unopposed Disclaimer of Interest and Notice of Dismissal of Counter-Claims" on the attorneys listed below by facsimile, first class mail, or certified mail:

| | |
|---|---|
| William Rentfro | via fax (956) 541-9695 |
| Marshall Armstrong | via fax (210) 224-6488 |
| Antonio Villeda | via fax (956) 631-9146 |
| Thomas J. Walthall, Jr. | via fax (210) 733-5538 |
| Alfredo Padilla | via fax (956) 544-0647 |
| Gregory E. Turley | via fax (888) 252-7864 |
| Lance Alan Kirby | via fax (956) 968-6089 |
| Misti L. Beanland | via fax (972) 234-1750 |
| Curtis Bonner | via fax (956) 428-0671 |
| Michael A. McGurk | via fax (956) 630-5199 |
| M. Steven Deck | via fax (956) 687-5514 |
| Robert L. Eden | via fax (972) 234-1750 |
| Jerry Lee Stapleton | via fax (956) 428-9283 |
| Marshall R. Ray | via fax (956) 542-3698 |
| John Skaggs | via fax (956) 630-6570 |
| Daniel Rios | via fax (956) 682-0566 |
| Alison D. Kennamer | via fax (956) 541-2170 |
| Mauro L. Reyna, III | via fax (956) 584-8718 |

| | |
|---|---|
| Abel Gonzalez | via first class mail |
| G.D. Lozano | via first class mail |
| Eduardo Martinez | via first class mail |

_____
Brittany L. Wills

J:\DATA2\SHARED2\Markw\Opening\Pleadings\disclaimer.wpd

# WALKER & TWENHAFEL, L.L.P.
ATTORNEYS AT LAW

MARK W. WALKER
MARK A. TWENHAFEL
BRITTANY L. WILLS

P.O. Drawer 3766
McAllen, Texas 78502-3766

2424 N. 10th Street, Suite 200
McAllen, Texas 78501

Telephone
(956) 687-6225
Facsimile
(956) 686-1276

## FACSIMILE COVER SHEET

**DATE:** October 31, 2002

**TO:** William Rentfro

**FAX NO:** (956) 541-9695

*FAXED OCT 31 2002*

**FROM:** Brittany L. Wills

**FILE NO. 31224.000**

**TOTAL NO. OF PAGES:** 8

**SENT BY:** Esther L.M. Story

**cc:**
| | |
|---|---|
| Marshall Armstrong | via fax (210) 224-6488 |
| Antonio Villeda | via fax (956) 631-9146 |
| Thomas J. Walthall, Jr. | via fax (210) 733-5538 |
| Alfredo Padilla | via fax (956) 544-0647 |
| Gregory E. Turley | via fax (888) 252-7864 |
| Lance Alan Kirby | via fax (956) 968-6089 |
| Misti L. Beanland | via fax (972) 234-1750 |
| Curtis Bonner | via fax (956) 428-0671 |
| Michael A. McGurk | via fax (956) 630-5199 |
| M. Steven Deck | via fax (956) 687-5514 |
| Robert L. Eden | via fax (972) 234-1750 |
| Jerry Lee Stapleton | via fax (956) 428-9283 |
| Marshall R. Ray | via fax (956) 542-3698 |

**IMPORTANT:**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at **(956) 687-6225** and return the original message to us at the above address via the United States Postal Service. Thank you.

EXHIBIT A

| | |
|---|---|
| John Skaggs | via fax (956) 630-6570 |
| Daniel Rios | via fax (956) 682-0566 |
| Alison D. Kennamer | via fax (956) 541-2170 |
| Mauro L. Reyna, III | via fax (956) 584-8718 |
| Abel Gonzalez | via first class mail |
| G.D. Lozano | via first class mail |
| Eduardo Martinez | via first class mail |

Re: Civil Action No. B-02-137; Browndrew, L.L.C. vs. Triad Builders, Inc., et al; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Counsel and Parties:

This correspondence includes a copy of "Opening Specialties and Supply, Inc.'s Unopposed Disclaimer of Interest and Notice of Dismissal of Counter-Claims" and the proposed order. Please respond to me by Monday, November 4, 2002, if you are opposed to the enclosed motion.

Thank you for your attention to this matter.

Sincerely,

Brittany L. Wills

BLW/els
Enclosures: as noted
J:\DATA2\SHARED2\Markw\Opening\Correspondence\dismissal fax.wpd

**IMPORTANT:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at **(956) 687-6225** and return the original message to us at the above address via the United States Postal Service. Thank you.