UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>    Plaintiff,<br><br>V.<br><br>TRIAD BUILDERS, INC.; ELSA STATE<br>BANK & TRUST CO.; G & T PAVING CO.;<br>AQUA TECH; VILLANUEVA FENCE &<br>SUPPLY CO.; VALLEY BUILDERS CO.;<br>ROBERT'S WELDING & FABRICATORS,<br>INC.; BOWMAN DISTRIBUTING COMPANY<br>INC.; OMEGA SYSTEMS; GALVAN SHEET<br>METAL SHOP; RAYMOND ROOFING, INC.;<br>EDMANN'S COMMERCIAL REFRIGER-<br>ATION & A/C; SKIPPER'S REPAIR<br>PLUMBING; RZB INC., d/b/a GLOBAL<br>ELECTRIC; LIFETIME INDUSTRIES;<br>BEN'S GLASS AND METAL; KENMARK,<br>INC.; GABRIEL ALCANTAR; ALFREDO<br>GUTIERREZ; M&M COMMERCIAL LAWN<br>SERVICES, INC.; G.D. LOZANO; KEVIN<br>COMIER; JCO SPECIALISTS; OPENING<br>SPECIALTIES AND SUPPLY, INC.; DAL-<br>TILE CORPORATION; DEA SPECIALTIES<br>CO., LTD.; LCM MANAGEMENT CO., INC.<br>d/b/a SOUTH TEXAS FLAG; STAR BUILDING<br>SYSTEMS; MARIO MARON; D&B GENERAL<br>CLEANING; G.T. BLINDS, INC.; ROBERT<br>MARISCAL; THE SHERWIN-WILLIAMS<br>COMPANY; THE STRIPING COMPANY;<br>ROBERTO GOMEZ; A&J PAVING; HOPE<br>LUMBER & SUPPLY CO., L.P.; CONSOL-<br>IDATED ELECTRIC DISTRIBUTORS, INC.;<br>PALMVIEW GLASS & MIRROR, INC.; and<br>FINANCIAL INVESTMENTS, INC.,<br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>B-02-137<br><br>**JURY** |

**CLERK'S ENTRY OF DEFAULT AGAINST OMEGA SYSTEMS**

After considering Defendant ELSA STATE BANK & TRUST CO.'s request for entry of default and the Court's order to enter default against Omega Systems, the clerk ENTERS default against Omega Systems.

_____
U.S. DISTRICT CLERK

By: _____
    Deputy Clerk

APPROVED & ENTRY REQUESTED:

_____
Lance A. Kirby
State Bar No.: 00794096
Federal I.D. No.: 21811
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402