UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>Plaintiff, | § § § | |
| V. | § § | |
| TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGER-ATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOL-IDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and FINANCIAL INVESTMENTS, INC.,<br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>B-02-137<br><br>JURY |

**CLERK'S ENTRY OF DEFAULT AGAINST JCO SPECIALISTS**

Page -1-

After considering Defendant ELSA STATE BANK & TRUST CO.'s request for entry of default and the Court's order to enter default against JCO Specialists, the clerk ENTERS default against JCO Specialists.

_____
Michael N. Milby, Clerk
U.S. DISTRICT CLERK

By: [signature]
Deputy Clerk

APPROVED & ENTRY REQUESTED:

_____
Lance A. Kirby
State Bar No.: 00794096
Federal I.D. No.: 21811
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402