IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 2 5 2002
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-137 |
| VS. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ET AL. | § | |
| Defendants | § | COMPLAINT IN INTERPLEADER |
| | § | |

### DEFENDANT SHERWIN-WILLIAMS COMPANY'S
### MOTION TO APPOINT LEO C. SALZMAN AS MEDIATOR AND
### FOR RELEASE OF INTERPLED FUNDS

To the Honorable Judge of this Court:

Sherwin-Williams Company ("Movant") files this its Motion to Appoint Leo C. Salzman as Mediator and Release of Interpled Funds and would show the court the following:

1. On October 2, 2002 at the pretrial conference in this matter, the Court ordered the parties to agree on a mediator by Wednesday, November 27, 2002.

2. The parties have agreed that Leo C. Salzman of Harlingen, Texas is to serve as mediator.

3. Leo C. Salzman has agreed to a mediation fee of $3,000.00 plus any expense at cost of renting an appropriate facility (if necessary), considering the number of potential attendees.

4. No party or counsel has objected to Leo C. Salzman serving as mediator.

5. Movant requests that the court appoint Leo C. Salzman as mediator

6. Such mediation is to occur on December 10, 2002, at a place to be determined, depending on the number of parties attending.

7. Movant further requests that the court issue an order authorizing release of $3,000.00 from the registry of the court, payable to Law Office of Leo C. Salzman, as a mediation fee.

8. Payment from the registry of the court is appropriate because it will allow the parties to allocate the mediation fee after settlement on a pro rata basis based on the amount to be ultimately paid from the registry of the court.

9. If payment is not allowed from the registry of the court, it is likely one party would be required to pay the mediation fee in full and then seek reimbursement from the other parties thereby making it likely that one party would bear a disproportionate share of the mediation fee.

Respectfully submitted,

_____
Gregory E. Turley
Attorney for Sherwin-Williams Company
State Bar No: 00785122
SDTX No. 21940
504 E. Dove Ave., Suite B
McAllen, TX 78504
TEL: 1-888-600-7680
FAX: 1-888-252-7864

## CERTIFICATE OF SERVICE

    I CERTIFY that in compliance with the provisions of rule 5, Federal Rules of Civil Procedure, on _November 22_, 2002, I served a true and correct copy of the foregoing document to all counsel and parties of record.

                                                        _Gregory E. Turley_
                                                        Gregory E. Turley

Case 1:02-cv-00137   Document 123   Filed in TXSD on 11/25/2002   Page 3 of 3

DEFENDANT SHERWIN-WILLIAMS COMPANY'S
MOTION TO APPOINT LEO SALZMAN AS MEDIATOR AND FOR RELEASE OF INTERPLED FUNDS
Page 3