United States District Court
Southern District of Texas
FILED

NOV 2 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| VS. | § | |
| | § | COMPLAINT IN |
| TRIAD BUILDERS, INC., | § | INTERPLEADER |
| ELSA STATE BANK AND TRUST CO.; | § | |
| ET AL | § | |

### ENCINAL INVESTMENTS, INC. AND AS ASSIGNEE TO PALM VALLEY GLASS AND MIRROR, INC.'S NOTICE OF WITHDRAWAL OF CLAIM IN CASE

TO THE HONORABLE JUDGE OF THIS COURT:

The above referenced claimant withdraws its claim to any monies in the above referenced case.

Respectfully submitted,

LAW OFFICE OF ANTONIO VILLEDA
5414 North 10th Street
McAllen, Texas 78504
(956) 631-9100 Telephone
(956) 631-9146 Fax
E-Mail: avilleda@hiline.net

By: _____
ANTONIO VILLEDA
State Bar No. 20585300
Attorney for Defendant, Encinal
Investments, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing. *Encinal Investments, Inc. and as Assignee to Palm Valley Glass and Mirror, Inc.'s Notice of Withdrawal of Claim in Case*, was forwarded on this 22nd day November, 2002, to:

| | |
|---|---|
| William L. Rentfro<br>185 East Ruben Torres Blvd<br>Brownsville, Texas 78520 | **Via Fax 541-3414** |
| Lance A. Kirby<br>P.O. Drawer 1247<br>Weslaco, Texas 78599 | **Via Fax 969-9402** |

_____
ANTONIO VILLEDA