IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| PLAINTIFF | § | |
| VS. | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL | § | |
| DEFENDANTS | | |

## ORDER DISMISSING OPENING SPECIALTIES AND SUPPLY, INC. AND DISMISSING COUNTER-CLAIMS

UPON consideration of Defendant "Opening Specialties and Supply, Inc.'s Unopposed Disclaimer of Interest and Notice of Dismissal of Counter-Claims," the Court at Opening Specialties and Supply Inc.'s ("Opening Specialties") request, ORDERS, ADJUDGES, DECREES, AND DECLARES as follows:

1. Opening Specialties has relinquished any interest in the interplead funds made the subject of this proceeding.

2. All of Opening Specialties's claims against Plaintiff and Defendants are DISMISSED and DENIED, without prejudice.

3. There are no other claims made by or against Opening Specialties in this action.

4. All of the claims by or against Opening Specialties are hereby DISMISSED and DENIED, without prejudice, effectively removing Opening Specialties as a party to this action.

5. Costs and attorney's fees incurred by any party in connection with the claims

by or against Opening Specialties are assessed against the party or parties incurring same.

SIGNED this the 26th day of November, 2002, at Brownsville, Texas.

_____
JUDGE PRESIDING


J:\DATA2\SHARED2\Markw\Opening\Pleadings\dismissal.odr.wpd