UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>Plaintiff,<br><br>V.<br><br>TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGER-ATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOL-IDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and FINANCIAL INVESTMENTS, INC.,<br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.<br>B-02-137<br><br>**JURY** |

**ELSA STATE BANK'S RESPONSE TO
LIFETIME INDUSTRIES, INC.'S MOTION FOR LEAVE AND REPLY
TO IT'S RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

F:\LETTY\ESB\Browndrew\Pldgs\reply.response.lifetime.wpd

Page -1-

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, ELSA STATE BANK & TRUST CO., ("ESB") files this it's Response to Lifetime Industries, Inc.'s Motion for Leave and Reply to Lifetime's Response to Motion for Partial Summary Judgment.

I.

## RESPONSE TO LIFETIME INDUSTRIES, INC.'S MOTION FOR LEAVE

1.01  Defendant Lifetime Industries Inc. has requested leave to late file a summary judgment response to ESB motion for partial summary judgment. ESB's motion for partial summary judgment was filed on November 6, 2002 with a submission date of November 26, 2002. Consequently, Defendant's response to ESB's motion for partial summary judgment was due no later than November 26, 2002.

1.02  Almost a week after the deadline to file its response had expired, Defendant filed its request to late file a response to ESB's motion for partial summary judgment. There is no explanation as to why the response to ESB's motion for partial summary judgment was late filed. In addition, and the asserted basis for filing a response is without merit.

II.

## REPLY TO LIFETIME'S RESPONSE TO SUMMARY JUDGMENT

2.01  Essentially, the request for leave and the response to summary judgment requesting that discovery be conducted are tactics seeking a delay. Defendant's only basis for opposing summary judgment is Defendant's assertion that there is no summary judgment evidence provided as to the amount owed by Browndrew under the contract. This assertion is incorrect. In its motion for partial summary judgment, ESB cites Browndrew's

complaint as evidence of the amount owed on the contract. Browndrew's complaint states "[The plaintiff deposited...in cash the full balance remaining on the Contract, including all retainage, which funds totaled $258,349.62." Federal Rule of Civil Procedure 56(c) allows the use of a party's pleadings as summary judgment evidence where a party admits a fact. Browndrew admitted the amount it owed on the contract, and this admission may be used as summary judgment evidence. In addition to this admission, the clerk's file indicates that there is currently $258,349.62 that has been placed into the registry of this Court. (See Memo to Clerk's file dated November 8, 2002).

2.02   Defendant asserts that it did not have the opportunity to conduct discovery on the issue of the amount owed on the contract. However, since Browndrew has already admitted the amount it owes on the contract (and paid said money into the registry of the court), there is no need for discovery on this uncontested fact. Furthermore, if Defendant legitimately wanted to take the deposition of a corporate representative of Browndrew to determine the amount owed on the contract, they could have sent a deposition notice to Browndrew. Even though Defendant had three weeks to do so, Defendant failed to make any request in this regard. ESB requests that the Court deny Defendant's request for leave to consider its late filed response, or alternatively, if the court considers Defendant's late filed response, then ESB requests that the Court grant it's motion for partial summary judgment because Defendant's response fails to create any issue of fact for a jury's determination.

2.03   The parties have a mediation scheduled for December 10, 2002. A ruling by the Court on ESB's motion for partial summary judgment prior to the mediation would improve the ability of all parties to settle the case.

## PRAYER

WHEREFORE, ESB prays that this Court deny Lifetime Industries, Inc.'s Motion for Leave to late file its Response to ESB's Motion for Partial Summary Judgment, and grant ESB's motion for partial summary judgment.

        Respectfully submitted,

        JONES, GALLIGAN, KEY & LOZANO, L.L.P.
        Town Center Tower, Suite 300
        2300 West Pike Boulevard
        Post Office Drawer 1247
        Weslaco, Texas 78599-1247
        Telephone: (956) 968-5402
        Telecopier: (956) 969-9402

By: _____
        LANCE A. KIRBY
        Federal I.D No.: 21811
        State Bar No.: 00794096

Of Counsel:

TERRY D. KEY
Federal I.D. No.: 1205
State Bar No.: 11370200
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

        **ATTORNEYS FOR DEFENDANT**
        **ELSA STATE BANK & TRUST CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following attorneys on the 5th day of December, 2002:

| | |
|---|---|
| William L. Rentfro<br>RENTFRO, FAULK, & BLAKEMORE, L.L.P.<br>185 E. Ruben Torres Blvd.<br>Brownsville, Texas 78520<br>Telephone: (956) 541-9600<br>Telecopier: (956) 541-3414<br>**Attorney for Plaintiff** | Via Fax |
| Gregory E. Turley<br>ATTORNEY AT LAW<br>504 E. Dove Ave., Suite B<br>McAllen, Texas 78504<br>Telephone: (956) 682-8531<br>Telecopier: (956) 682-9533<br>**Attorneys for The Sherwin-Williams Company** | Via Fax |
| G.D. Lozano<br>P.O. Box 854<br>La Feria, Texas 78559<br>**Pro-Se** | Via Regular Mail |
| Jerry L. Stapleton<br>STAPLETON, CURTIS & BOSWELL<br>515 E. Harrison, Ste. A<br>Harlingen, Texas 78550<br>Telephone: (956) 428-9191<br>Telecopier: (956) 428-9283<br>**Attorneys for Bowman Distributing Co., Inc.** | Via Fax |
| Marshall R. Ray<br>Elizabeth Guerrero<br>RANSOME & RAY, P.C.<br>550 E. Levee St.<br>Brownsville, Texas 78520<br>Telephone: (956) 542-3642<br>Telecopier: (956) 542-3698<br>**Attorneys for Skipper's Repair Plumbing** | Via Fax |
| Robert L. Eden<br>MATTHEWS, CARLTON, STEIN,<br>SHIELS, PEARCE & KNOTT<br>8131 LBJ Freeway Ste. 700<br>Dallas, Texas 75251<br>Telephone: (972) 234-3400<br>Telecopier: (972) 234-1750<br>**Consolidated Electrical Distributors, Inc.** | Via Fax |
| Mauro L. Reyna, III<br>LAW OFFICE OF MAURO L. REYNA, III<br>P.O. Box 969<br>Penitas, Texas 78576<br>Telephone: (956) 584-7822<br>Telecopier: (956) 584-8718<br>**Attorneys for Robert Cardenas, Jr. d/b/a Robert's Welding & Fabricators, Inc.** | Via Fax |
| Sam Drugan<br>Marshall L. Armstrong<br>WARREN, DRUGAN & BARROWS<br>800 Broadway<br>San Antonio, Texas 78215<br>Telephone: (210) 226-4131<br>Telecopier: (210) 224-6488<br>**Attorneys for D.E.A. Specialties Co., LTD** | Via Fax |
| M. Steven Deck<br>LAW OFFICE OF JOHN KING<br>3409 N. 10th St., Ste. 100<br>McAllen, Texas 78501<br>Telephone: (956) 687-6294<br>Telecopier: (956) 687-5514<br>**Attorneys for Robert Mariscal** | Via Fax |
| Daniel G. Rios<br>LIFETIME INDUSTRIES, INC.<br>323 Nolana<br>McAllen, Texas 78504<br>Telephone: (956) 630-9401<br>Telecopier: (956) 682-0566<br>**Attorneys for Lifetime Industries, Inc.** | Via Fax |
| Eduardo Martinez<br>EDMANN'S COMMERCIAL<br>REFRIGERATION AND A/C<br>705 S. San Antonio<br>San Juan, Texas 78589<br>**Pro-Se** | Via Regular Mail |
| Michael A. McGurk<br>KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ<br>4900-B North Tenth<br>McAllen, Texas 78504<br>Telephone: (956) 686-8797<br>Telecopier: (956) 630-5199<br>**Attorneys for Hope Lumber & Supply Company, L.P.** | Via Fax |

| | | | |
|---|---|---|---|
| Abel Gonzalez | Via Regular Mail | Alfredo Padilla | Via Fax |

Abel Gonzalez           Via Regular Mail
G&T PAVING COMPANY
P.O. Box 5136
Brownsville, Texas 78520
**Pro-Se**

Curtis Bonner           Via Fax
BONNER & BONNER
P.O. Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Telecopier: (956) 428-0671
**Attorneys for M&M Commercial Lawn Services**

John Skaggs           Via Fax
LAW OFFICE OF JOHN SKAGGS
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Telephone: (956) 687-8216
Telecopier: (956) 630-6570
**Attorneys for LCM Management Co., Inc.**

Thomas J. Walthall, Jr.           Via Fax
Brad L. Sklencar
THE GARDNER LAW FIRM
745 E. Mulberry, Suite 100
San Antonio, Texas 78212
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
**Attorneys for RZB, Inc., d/b/a Global Electric**

Alfredo Padilla           Via Fax
ATTORNEY AT LAW
1000 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 544-7100
Telecopier: (956) 544-0647
**Attorney for Alfredo Gutierrez and Gabriel Alcantar**

Robert F. Evans           Via Regular Mail
AQUA TECH
4305 N. 10th
McAllen, Texas 78504
**Pro-Se**

David K. Solis           Via Regular Mail
D & B GENERAL CLEANING CONTRACTOR
P.O. Box 8551
Brownsville, Texas 7826
**Pro-Se**

Robert Serra           Via Fax
BEN'S GLASS AND METAL
1125-A E. 13th Street
Brownsville, Texas 78520
(956) 546-1236 [phone & fax #]
**Pro Se**

_____
LANCE A. KIRBY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>    Plaintiff,<br><br>V.<br><br>TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGER-ATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOL-IDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and FINANCIAL INVESTMENTS, INC.,<br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.<br>B-02-137<br><br>**JURY** |

**ORDER DENYING LIFETIME INDUSTRIES, INC.'S
MOTION FOR LEAVE TO LATE FILE ITS RESPONSE TO
ELSA STATE BANK'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

After considering defendant Lifetime Industries, Inc.'s motion for leave to file its response to Elsa State Bank's Motion for Partial Summary Judgment, the court DENIES the motion.

SIGNED on _____, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Lance A. Kirby
State Bar No.: 00794096
Federal I.D. No.: 21811
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402