IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-137 |
| VS. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ET AL. | § | COMPLAINT IN INTERPLEADER |
| Defendants | § | |
| | § | |

## CERTIFICATE OF CONFERENCE ON

## MOTION TO APPOINT LEO C. SALZMAN AS MEDIATOR AND

## FOR RELEASE OF INTERPLED FUNDS

To the Honorable Judge of this Court:

I certify that I have conferred with the following counsel and parties:

William Rentfro

Lance Kirby

Jerry Stapleton

Elizabeth Guerrero

Misty Beanland

Mauro Reyna III

Sam Drugan

Steven Deck

Daniel Rios

Thomas Walthall

Michael McGurk

Curtis Bonner

John Skaggs

Eduardo Martinez

Robert Evans

Robert Serra

Bennie Solis

I have not been able to contact:

Attorney Alfredo Padilla, having called 12/4 at 1100, 12/5 at 1530

Abel Gonzales at G&T Paving, having called 12/4 at 1100, 12/5 at 1530

G.D. Lozano, having called 12/4 at 1100, 12/5 at 1530

The office of Leo Salzman, Mediator, has not been able to contact the above persons either on the within matter.

Each counsel or party who I have spoken with has agreed to the following points:

1. The parties have agreed that Leo C. Salzman of Harlingen, Texas is to serve as mediator, for the a mediation fee of $3,000.00 plus any expense at cost of renting an appropriate facility (if necessary)

2. Such mediation is to occur on December 10, 2002, at a place to be determined, depending on the number of parties attending

Case 1:02-cv-00137   Document 128   Filed in TXSD on 12/06/2002   Page 2 of 4

**DEFENDANT SHERWIN-WILLIAMS COMPANY'S CERTIFICATE OF CONFERENCE ON MOTION TO APPOINT LEO SALZMAN AS MEDIATOR AND FOR RELEASE OF INTERPLED FUNDS
Page 2**

3. Payment is to be made by release of $3,000.00 from the registry of the court, payable to Law Office of Leo C. Salzman, as a mediation fee

4. The parties will bear the cost of the mediation on a pro rata basis, based on the remaining money to be withdraw from the court registry.

Respectfully submitted,

*[signature]*

Gregory E. Turley
Attorney for Sherwin-Williams Company
State Bar No: 00785122
SDTX No. 21940
504 E. Dove Ave., Suite B
McAllen, TX 78504
TEL: 1-888-600-7680
FAX: 1-888-252-7864

## CERTIFICATE OF SERVICE

    I CERTIFY that in compliance with the provisions of rule 5, Federal Rules of Civil Procedure, on ___December 4___, 2002, I served a true and correct copy of the foregoing document to all counsel and parties of record.

                                                   Gregory E. Turley