IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 06 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **BROWNDREW, L.L.C.**<br>**Plaintiff** | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION NO. B-02-137 |
| **TRIAD BUILDERS, INC.; ET AL.**<br>**Defendants** | §<br>§<br>§ | COMPLAINT IN INTERPLEADER |

## ORDER FOR RELEASE OF INTERPLED FUNDS

The Court has reviewed Defendant Sherwin-Williams Company's Motion to Appoint Leo C. Salzman as Mediator and Release of Interpled Funds.

The court has further reviewed the certificate of conference it requested in this matter. It is therefore

**ORDERED,** that the Clerk release from the registry of the court the amount of $3,000.00 payable to:

Law Office of Leo C. Salzman

P.O. Box 2587

Harlingen, TX 78551

as payment for his services as mediator.

JUDGE PRESIDING

ORDER FOR RELEASE OF INTERPLED FUNDS
Page 1