IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
DEC 1 1 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-02-137 |
| TRIAD BUILDERS, INC., ET AL.,<br>Defendants. | §<br>§<br>§ | |

## ORDER

Pending is Defendant Lifetime Industries, Inc.'s Motion For Leave to Late-File Its Response to Elsa State Bank's Motion For Partial Summary Judgment. Docket No. 126. Having considered Lifetime Industries, Inc.'s motion and Defendant Elsa State Bank's response, Docket No. 127, the Court is of the opinion that Lifetime Industries, Inc.'s motion should be granted.

It is therefore **ORDERED** that Defendant Lifetime Industries, Inc.'s Motion For Leave to Late-File Its Response to Elsa State Bank's Motion For Partial Summary Judgment is **GRANTED**.

**DONE** at Brownsville, Texas, this 10th Day of December, 2002.

Andrew S. Hanen
United States District Judge