# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-137 |
| | § | |
| TRIAD BUILDERS, INC., ET AL., | § | |
|    Defendants. | § | |

## ORDER DISMISSING ENCINAL INVESTMENTS, INC. AND PALM VALLEY GLASS AND MIRROR, INC.

Upon consideration of Defendant Encinal Investments, Inc.'s Notice of Withdrawal of Claim in Case, Docket No. 124, both in its own capacity and as assignee to any interest of Defendant Palm Valley Glass and Mirror, the Court **ORDERS**, **ADJUDGES**, **DECREES**, and **DECLARES** as follows:

1.     Since Defendants, Encinal Investments, Inc. and Palm Valley Glass and Mirror, have relinquished any interest in the interpled funds made the subject of this proceeding, all claims made by Encinal Investments, Inc. and Palm Valley Glass and Mirror against the Plaintiff and Defendants are **DISMISSED** without prejudice.

2.     Since there are no claims made by the Plaintiff or other Defendants against Encinal Investments, Inc. or Palm Valley Glass and Mirror, they are no longer necessary parties to this action.

3.     Accordingly, Encinal Investments, Inc. and Palm Valley Glass and Mirror are **DISMISSED** from this suit.

4.    Costs and attorneys' fees incurred by any party in connection with any claims by or against Encinal Investments, Inc. or Palm Valley Glass and Mirror are assessed against the party or parties incurring same.

5.    Any objection to this order shall be filed no later than seven (7) days of this Order's date of entry, at which date the Order shall become final in the absence of objections.

**DONE** at Brownsville, Texas, this 10th Day of December, 2002.

_____

Andrew S. Hanen
United States District Judge