United States District Court
Southern District of Texas
FILED

DEC 1 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C., | * | |
| | * | CIVIL ACTION NO. B-02-137 |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | |
| TRIAD BUILDERS, INC.; ELSA STATE | * | |
| BANK & TRUST CO.; G & T PAVING CO.; | * | |
| AQUA TECH; VILLANUEVA FENCE & | * | |
| SUPPLY CO.; VALLEY BUILDERS CO.; | * | |
| ROBERT'S WELDING & FABRICATORS, | * | |
| INC.; BOWMAN DISTRIBUTING COMPANY, | * | |
| INC.; OMEGA SYSTEMS; GALVAN SHEET | * | |
| METAL SHOP; RAYMOND ROOFING, INC.; | * | |
| EDMANN'S COMMERCIAL REFRIGER- | * | |
| ATION & A/C; SKIPPER'S REPAIR | * | |
| PLUMBING; RZB INC., d/b/a GLOBAL | * | |
| ELECTRIC; LIFETIME INDUSTRIES; | * | |
| BEN'S GLASS AND METAL; KENMARK, | * | |
| INC.; GABRIEL ALCANTAR; ALFREDO | * | |
| GUTIERREZ; M&M COMMERCIAL LAWN | * | |
| SERVICES, INC.; G.D. LOZANO; KEVIN | * | |
| COMIER; JCO SPECIALISTS; OPENING | * | |
| SPECIALTIES AND SUPPLY, INC.; DAL- | * | |
| TILE CORPORATION; DEA SPECIALTIES | * | |
| CO., LTD.; LCM MANAGEMENT CO., INC. | * | |
| d/b/a SOUTH TEXAS FLAG; STAR BUILDING | * | |
| SYSTEMS; MARIO MARON; D&B GENERAL | * | |
| CLEANING; G.T. BLINDS, INC.; ROBERT | * | |
| MARISCAL; THE SHERWIN-WILLIAMS | * | |
| COMPANY; THE STRIPING COMPANY; | * | |
| ROBERTO GOMEZ; A&J PAVING; HOPE | * | |
| LUMBER & SUPPLY CO., L.P.; CONSOL- | * | |
| IDATED ELECTRIC DISTRIBUTORS, INC.; | * | |
| PALMVIEW GLASS & MIRROR, INC.; and | * | |
| ENCINAL INVESTMENTS, INC., | * | |
| Defendants | * | |

PLAINTIFF'S NONSUIT AGAINST DEFENDANT A&J PAVING　　　　　PAGE 1.

## PLAINTIFF'S NONSUIT AGAINST DEFENDANT A&J PAVING

Plaintiff BROWNDREW, LLC, gives written notice of its nonsuit of claims against Defendant A&J PAVING.

### A. Introduction

1. Plaintiff is BROWNDREW, LLC; defendant is A&J PAVING.
2. Plaintiff sued defendant as a potential lienholder against certain property, and a possible claimant against retained funds being interpled in this case.
3. Despite Plaintiff's best efforts, defendant has not been served or located, and to the best of Plaintiff's knowledge is no longer in existence.
4. Defendant has taken no action, either prior to or since the filing of this case, to assert or perfect a lien on the property in question, or a claim against the interpled funds.

### B. Notice of Nonsuit

5. Plaintiff asks this court to sign an order of nonsuit on all its claims against defendant A&J PAVING.

Dated December 16, 2002.

Respectfully submitted,
BROWNDREW, L.L.C., Plaintiff

BY: /s/ William Rentfro
William L. Rentfro
State Bar No. 16783400
Federal Admission # 5958
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
(956) 541-9600
FAX (956) 541-3414

OF COUNSEL:
RENTFRO, FAULK, & BLAKEMORE, LLP
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520

### Certificate of Service

I hereby certify that on the 16th day of December, 2002, a true and correct copy of the foregoing Plaintiff's Nonsuit Against Defendant A&J Paving was served upon all counsel of record by fax.

/s/ William Rentfro
William L. Rentfro