134

G.T. Blind

**RETURN OF SERVICE**   CAB-02-137

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE October 21, 2002 |
| NAME OF SERVER *(PRINT)* William Rentfro | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): 7001 2510 0001 8504 8297 Faxed to defendant; Service by fax accepted by Defendant and its counsel.

United States District Court
Southern District of Texas
FILED

DEC 16 2002

Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | -0- |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/21/02
                    Date

Signature of Server: William Rentfro

Address of Server: 185 E. Ruben Torres Blvd.
Brownsville, TX 78520

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.