*135*

United States District Court
Southern District of Texas
FILED

DEC 1 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Case No. B-02-137 |
| | § | |
| | § | |
| v. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ELSA STATE | § | |
| BANK & TRUST CO.; G & T PAVING CO.; | § | |
| AQUA TECH; VILANUEVA FENCE & | § | |
| SUPPLY CO.; VALLEY BUILDERS CO.; | § | |
| ROBERT'S WELDING & FABRICATORS, | § | |
| INC.; BOWMAN DISTRIBUTING COMPANY, | § | |
| INC., OMEGA SYSTEMS; GALVAN SHEET | § | |
| METAL SHOP; RAYMOND ROOFING, INC; | § | |
| EDMANN'S COMMERCIAL REFRIGER- | § | |
| ATION & A/C; SKIPPER'S REPAIR | § | |
| PLUMBING; RZB INC., d/b/a GLOBAL | § | |
| ELECTRIC; LIFETIME INDUSTRIES; | § | |
| BEN'S GLASS AND METAL; KENMARK, | § | |
| INC.,; GABRIEL ALCANTAR; ALFREDO | § | |
| GUTIERREZ; M&M COMMERCIAL LAWN | § | |
| SERVICES, INC.; G.D. LOZANO; KEVIN | § | |
| COMIER; JCO SPECIALISTS; OPENING | § | |
| SPECIALITIES AND SUPPLY, INC.; DAL- | § | |
| TILE CORPORATION; DEA SPECIALTIES | § | |
| CO., LTD.; LCM MANAGEMENT CO., INC. | § | |
| d/b/a SOUTH TEXAS FLAG; STAR BUILDING | § | |
| SYSTEMS; MARIO MARON; D&B GENERAL | § | |
| CLEANING; G.T. BLINDS, INC.; ROBERT | § | |
| MARISCAL; THE SHERWIN-WILLIAMS | § | |
| COMPANY; THE STRIPING COMPANY; | § | |
| ROBERTO GOMEZ; A&J PAVING; HOPE | § | |
| LUMBER & SUPPLY CO., L.P.; CONSOL- | § | |
| IDATED ELECTRIC DISTRIBUTORS, INC.; | § | |
| PALMVIEW GLASS & MIRROR, INC.; AND | § | |
| ENCINAL INVESTMENTS, INC. | § | |
| | § | |
| Defendants. | § | |

DISCLAIMER
T:\206\2\2203\57736\disclaimer wpd

Page 1

<u>CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.'S</u>
<u>UNOPPOSED DISCLAIMER OF INTEREST AND</u>
<u>NOTICE OF DISMISSAL OF COUNTER-CLAIMS</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Consolidated Electrical Distributors, Inc., ("CED"), one of the Defendants in the above styled matter, and files this its Unopposed Disclaimer of Interest and would respectfully show the Court as follows:

<u>DISCLAIMER OF INTEREST</u>

1.      CED has filed an answer and counter-claim in the above action. CED further submitted a Statement of Claim regarding the electrical materials, including but not limited to switch gear, fixtures, panels, wire and conduit, sold to RZB, Inc., doing business as Global Electrical, a subcontractor of Triad Builders, Inc., the original contractor on the subject construction project. The principal amount of CED's claim at the time it filed its Statement of Claim was $22,140.06. RZB, Inc., doing business as Global Electrical has made payments to CED, and the balance of CED's claim is now $12,140.06. The amount of CED's claim is included in RZB, Inc., doing business as Global Electrical's Statement of Claim in the amount of $114,267.00. RZB, Inc., doing business as Global Electrical has signed a Promissory Note agreeing to pay CED the amounts owed by RZB, Inc., doing business as Global Electrical for the materials supplied by CED to RZB, Inc., doing business as Global Electrical on the subject project. RZB, Inc., doing business as Global Electrical has also agreed to pay any balance owed to CED out of the proceeds of the this lawsuit. Therefore, CED requests that it be removed as a party from this action.

2.      CED waives and disclaims any right to or interest in the interplead funds made the subject of this proceeding, except as to its agreement with RZB, Inc., doing business as Global

DISCLAIMER                                                                                              Page 2

Electrical.

3.      CED intends this disclaimer to be relied upon in this action to support an adjudication that it has no right to or interest in the interplead funds made the subject of this proceeding.

4.      CED denies each and every, all and singular the allegations of the parties filed in this action against CED and demands strict proof thereof.

<u>NOTICE OF DISMISSAL OF COUNTER-CLAIMS</u>

5.      CED dismisses its counter-claims against Plaintiff and Defendants.

6.      CED requests that this Court, by order, dismiss all its counter-claims against Plaintiff and Defendants without prejudice to the refiling of same.

WHEREFORE, PREMISES CONSIDERED, CED requests that Plaintiff's, and all Defendants' claims against CED be dismissed and denied in their entirety, that CED's claims against Plaintiff and all Defendants be dismissed and denied in their entirety without prejudice, that it be dismissed from this action, that it be relieved of all obligations in the above-styled matter and that it have such other and further relief, at law or in equity, to which it may show itself entitled.

Respectfully submitted,

MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE & KNOTT, L.L.P.

By:_____
Robert L. Eden
STATE BAR NO. 06384710

8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
(972) 234-3400
(972) 234-1750 Telecopier

ATTORNEYS FOR DEFENDANT
CONSOLIDATED ELECTRICAL
DISTRIBUTORS, INC.

## CERTIFICATE OF CONFERENCE

Counsel for CED certifies that he conferred with all counsel and parties of record by mailing a copy of Consolidated Electrical Distributors, Inc.'s Unopposed Disclaimer of Interest and Notice of Dismissal of Counter-Claims to all counsel and parties of record attached hereto as Exhibit "A", and there was no opposition to this motion.

_____
Robert L. Eden

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been mailed to the following, on the ___ day of December, 2002.

_____
Robert L. Eden

William L. Rentfro                        TO TELECOPIER NO.  (956) 541-3414
RENTFRO, FAULK & BLAKEMORE, L.L.P.        (a hard copy of this letter will not follow unless requested)
185 East Ruben Torres Blvd.
Brownsville, Texas 78520


Gregory E. Turley                         TO TELECOPIER NO.  (956) 682-8531
504 E. Dove Ave., Suite B (a hard copy of this letter will not follow unless requested)
McAllen, Texas 78504


Lance Alan Kirby                          TO TELECOPIER NO.  (956) 969-9402
Jones, Galligan
2300 W. Pike Blvd., Suite 300
Weslaco, Texas 78596


G & T Paving Co.                          VIA FIRST CLASS MAIL
c/o Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520


Jerry Lee Stapleton                       TO TELECOPIER NO. (956) 428-9283
Stapleton Curtis                          (a hard copy of this letter will not follow unless requested)
P.O. Box 2644
Harlingen, Texas 78551


Edmann's Commercial                       VIA FIRST CLASS MAIL
  Refrigeration & A/C
c/o Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589


Marshall R. Ray                           TO TELECOPIER NO.: (956) 542-3698
Ransome and Ray                           (a hard copy of this letter will not follow unless requested)
5550 E. Levee St.
Brownsville, Texas 78520


Thomas J. Walthall, Jr.                   TO TELECOPIER NO.: (210) 733-5538
The Gardner Law Firm PC                   (a hard copy of this letter will not follow unless requested)
745 E. Mulberry Ave., Suite 100
San Antonio, Texas 78212


Daniel G. Rios                            TO TELECOPIER NO.: (956) 682-0566
Law Offices of Daniel G. Rios             (a hard copy of this letter will not follow unless requested)
323 Nolana Loop

DISCLAIMER                                                          Page 5
T:\206\2\2203\57736\disclaimer.wpd

McAllen, Texas 78504

Alfredo Padilla
Attorney at Law
1000 E. Van Buren
Brownsville, Texas 78520

<u>TO TELECOPIER NO.: (956) 544-0647</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

George Sam Drugan, III
LeLaurin & Adams
800 Broadway
San Antonio, Texas 78215

<u>TO TELECOPIER NO.: (210) 224-6488</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

John Barnaby Skaggs
Skaggs & Garza
P.O. Box Drawer 2285
McAllen, Texas 78502

<u>TO TELECOPIER NO.: (956) 630-6570</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

M. Steven Deck
Law Offices of John King
3409 N. 10th Street, Suite 100
McAllen, Texas 78501

<u>TO TELECOPIER NO.: (956) 687-5514</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Alison Diane Kennamer
Rodriquez Colvin & Chaney
1201 E. Van Buren
Brownsville, Texas 78520

<u>TO TELECOPIER NO.: (956) 541-2170</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Michael A. McGurk
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504

<u>TO TELECOPIER NO.: (956) 630-5199</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Antonio Villeda
5414 N. 10th Street
McAllen, Texas 78504

<u>TO TELECOPIER NO.: (956) 631-9146</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Jerry Lee Stapleton
Stapleton Curtis
P.O. Box 2644
Harligen, Texas 78551

<u>TO TELECOPIER NO.: (956) 428-9283</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Marshall R. Ray
Ransome and Ray

<u>TO TELECOPIER NO.: (956) 542-3698</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

550 E. Levee St.
Brownsville, Texas 78520

G.D. Lozano                                         <u>VIA FIRST CLASS MAIL</u>
P.O. Box 854
La Feria, Texas 78559
Brownsville, Texas 78520

Mauro L. Reyna, III                          <u>TO TELECOPIER NO.  (956) 584-8718</u>
P.O. Box 969.                            (a hard copy of this letter will <u>not</u> follow unless requested)
Penitas, Texas 78576
Brownsville, Texas 78520

Curtis Bonner                                <u>TO TELECOPIER NO.  (956) 428-0671</u>
BONNER & BONNER                          (a hard copy of this letter will <u>not</u> follow unless requested)
P.O. Box 288
Harlingen, Texas 78551

Robert F. Evans                                     <u>VIA FIRST CLASS MAIL</u>
AQUA TECH
4305 N. 10TH
McAllen, Texas 78504

David K. Solis                                      <u>VIA FIRST CLASS MAIL</u>
D & B GENERAL CLEANING CONTRACTOR
P.O. Box 8551
Brownsville, Texas 78520

Robert Serra                                       <u>VIA FIRST CLASS MAIL</u>
1125-A E. 13TH STREET
Brownsville, Texas 78520

DISCLAIMER                                                                          Page 7
T:\206\2\2203\57736\disclaimer wpd

# MATTHEWS, CARLTON, STEIN,
# SHIELS, PEARCE & KNOTT, L.L.P.

ATTORNEYS AND COUNSELORS

| | | |
|---|---|---|
| MISTI L BEANLAND<br>JERRY L CARLTON<br>CHRISTOPHER C. CARTER<br>ROBERT J. DAVIS<br>PAUL A DERKS<br>ROBERT L. EDEN<br>DANIEL A KNOTT | 8131 LBJ FREEWAY, SUITE 700<br>DALLAS, TEXAS 75251<br><br>TELEPHONE: (972) 234-3400<br>TELECOPIER: (972) 234-1750 | TOM D. MATTHEWS (1910-1988)<br>TOM D. MATTHEWS, JR.<br>PAUL K PEARCE, JR<br>THOMAS A SHIELS<br>KENNETH R. STEIN<br>JESSE S. WHITE |

December 6, 2002

William L. Rentfro
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 East Ruben Torres Blvd.
Brownsville, Texas 78520

<u>TO TELECOPIER NO. (956) 541-3414</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Gregory E. Turley
504 E. Dove Ave., Suite B
McAllen, Texas 78504

<u>TO TELECOPIER NO. (956) 682-8531</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Lance Alan Kirby
Jones, Galligan
2300 W. Pike Blvd., Suite 300
Weslaco, Texas 78596

<u>TO TELECOPIER NO. (956) 969-9402</u>

G & T Paving Co.
c/o Abel Gonzales
P.O. Box 5136
Brownsville, Texas 78520

<u>VIA FIRST CLASS MAIL</u>

Jerry Lee Stapleton
Stapleton Curtis
P.O. Box 2644
Harlingen, Texas 78551

<u>TO TELECOPIER NO. (956) 428-9283</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

Edmann's Commercial
Refrigeration & A/C
c/o Eduardo Martinez
705 S. San Antonio
San Juan, Texas 78589

<u>VIA FIRST CLASS MAIL</u>

Marshall R. Ray
Ransome and Ray
5550 E. Levee St.
Brownsville, Texas 78520

<u>TO TELECOPIER NO.: (956) 542-3698</u>
(a hard copy of this letter will <u>not</u> follow unless requested)

# EXHIBIT # A

Thomas J. Walthall, Jr.
The Gardner Law Firm PC
745 E. Mulberry Ave., Suite 100
San Antonio, Texas 78212

TO TELECOPIER NO.: (210) 733-5538
(a hard copy of this letter will not follow unless requested)

Daniel G. Rios
Law Offices of Daniel G. Rios
323 Nolana Loop
McAllen, Texas 78504

TO TELECOPIER NO.: (956) 682-0566
(a hard copy of this letter will not follow unless requested)

Alfredo Padilla
Attorney at Law
1000 E. Van Buren
Brownsville, Texas 78520

TO TELECOPIER NO.: (956) 544-0647
(a hard copy of this letter will not follow unless requested)

George Sam Drugan, III
LeLaurin & Adams
800 Broadway
San Antonio, Texas 78215

TO TELECOPIER NO.: (210) 224-6488
(a hard copy of this letter will not follow unless requested)

John Barnaby Skaggs
Skaggs & Garza
P.O. Box Drawer 2285
McAllen, Texas 78502

TO TELECOPIER NO.: (956) 630-6570
(a hard copy of this letter will not follow unless requested)

M. Steven Deck
Law Offices of John King
3409 N. 10th Street, Suite 100
McAllen, Texas 78501

TO TELECOPIER NO.: (956) 687-5514
(a hard copy of this letter will not follow unless requested)

Alison Diane Kennamer
Rodriquez Colvin & Chaney
1201 E. Van Buren
Brownsville, Texas 78520

TO TELECOPIER NO.: (956) 541-2170
(a hard copy of this letter will not follow unless requested)

Michael A. McGurk
Kittlemay Thomas
P.O. Box 1416
McAllen, Texas 78504

TO TELECOPIER NO.: (956) 630-5199
(a hard copy of this letter will not follow unless requested)

Antonio Villeda
5414 N. 10th Street
McAllen, Texas 78504

TO TELECOPIER NO.: (956) 631-9146
(a hard copy of this letter will not follow unless requested)

Jerry Lee Stapleton
Stapleton Curtis
P.O. Box 2644
Harligen, Texas 78551

TO TELECOPIER NO.: (956) 428-9283
(a hard copy of this letter will not follow unless requested)

Marshall R. Ray
Ransome and Ray
550 E. Levee St.
Brownsville, Texas 78520

TO TELECOPIER NO.: (956) 542-3698
(a hard copy of this letter will not follow unless requested)

G.D. Lozano
P.O. Box 854
La Feria, Texas 78559
Brownsville, Texas 78520

VIA FIRST CLASS MAIL

Mauro L. Reyna, III
P.O. Box 969.
Penitas, Texas 78576

TO TELECOPIER NO.  (956) 584-8718
(a hard copy of this letter will not follow unless requested)

Curtis Bonner
BONNER & BONNER
P.O. Box 288
Harlingen, Texas 78551

TO TELECOPIER NO.  (956) 428-0671
(a hard copy of this letter will not follow unless requested)

Robert F. Evans
AQUA TECH
4305 N. 10TH
McAllen, Texas 78504

VIA FIRST CLASS MAIL

David K. Solis
D & B GENERAL CLEANING CONTRACTOR
P.O. Box 8551
Brownsville, Texas 78520

VIA FIRST CLASS MAIL

Robert Serra
1125-A E. 13TH STREET
Brownsville, Texas 78520

VIA FIRST CLASS MAIL

Re:    Cause No. B-02-137
       Browndrew, L.L.C.
       v.
       Triad Builders, Inc., et. al.
       Our File No. 2203-57736

Gentlemen:

Enclosed please find Consolidated Electrical Distributors, Inc.'s Disclaimer of Interest and Notice of Dismissal of Counter-claims.

If anyone has any objections, please contact me prior to December 10, 2002, as I will be filing the motion, with a proposed Order, with the Court.

If you need any further information, please feel free to contact me.

Very truly yours,

Robert L. Eden

RLE:caw
Enclosure
T:\206\2\2203\57736\ARMSTRONG 001.wpd231

MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE & KNOTT, L.L.P.

CROSSPOINT ATRIUM
8131 LBJ FREEWAY, SUITE 700
DALLAS, TEXAS 75251

(972) 234-3400 OFFICE
(972) 234-1750 FAX

NO. OF PAGES: _12_ (INCLUDING THIS COVER PAGE)

*Someone answers - Mailed*

FAX TO:

| | | |
|---|---|---|
| William L. Rentfro | (956) 541-3414 | |
| Gregory E. Turley | (956) 682-8531 | |
| Lance Alan Kirby | (956) 969-9402 | |
| Jerry Lee Stapleton | (956) 428-9283 | |
| Marshall R. Ray | (956) 542-3698 | |
| Thomas J. Walthall, Jr. | (210) 733-5538 | |
| Daniel G. Rios | (956) 682-0566 | |
| Alfredo Padilla | (956) 544-0647 | |
| George Sam Drugan, III | (210) 224-6488 | |
| John Barnaby Skaggs | (956) 630-6570 | |
| M. Steven Deck | (956) 687-5514 | |
| Alison Diane Kennamer | (956) 541-2170 | |
| Michael A. McGurk | (956) 630-5199 | |
| Antonio Villeda | (956) 631-9146 | |
| Jerry Lee Stapleton | (956) 428-9283 | |
| Marshall R. Ray | (956) 542-3698 | |
| Mauro L. Reyna, III | (956) 584-8718 | |
| Curtis Bonner | (956) 428-0671 | |

FROM:    Misti L. Beanland
MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE & KNOTT, L.L.P.

SPECIAL MESSAGE:

PERSON TO CONTACT IF THERE ARE QUESTIONS
REGARDING THIS TRANSMISSION:    Chris Anderson-Washington
TELEPHONE NO.    (972) 234-3400
OUR FILE NO.    2203-57736
DATE:    December 6, 2002

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE & KNOTT, L.L.P.

CROSSPOINT ATRIUM
8131 LBJ FREEWAY, SUITE 700
DALLAS, TEXAS 75251

(972) 234-3400 OFFICE
(972) 234-1750 FAX

NO. OF PAGES: _12_ (INCLUDING THIS COVER PAGE)

FAX TO:

| | |
|---|---|
| William L. Rentfro | (956) 541-3414 |
| Gregory E. Turley | (956) 682-8531 |
| Lance Alan Kirby | (956) 969-9402 |
| Jerry Lee Stapleton | (956) 428-9283 |
| Marshall R. Ray | (956) 542-3698 |
| Thomas J. Walthall, Jr. | (210) 733-5538 |
| Daniel G. Rios | (956) 682-0566 |
| Alfredo Padilla | (956) 544-0647 |
| George Sam Drugan, III | (210) 224-6488 |
| John Barnaby Skaggs | (956) 630-6570 |
| M. Steven Deck | (956) 687-5514 |
| Alison Diane Kennamer | (956) 541-2170 |
| Michael A. McGurk | (956) 630-5199 |
| Antonio Villeda | (956) 631-9146 |
| Jerry Lee Stapleton | (956) 428-9283 |
| Marshall R. Ray | (956) 542-3698 |
| Mauro L. Reyna, III | (956) 584-8718 |
| Curtis Bonner | (956) 428-0671 |

FROM:    Misti L. Beanland
MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE & KNOTT, L.L.P.

SPECIAL MESSAGE:

PERSON TO CONTACT IF THERE ARE QUESTIONS
REGARDING THIS TRANSMISSION:    Chris Anderson-Washington
TELEPHONE NO.    (972) 234-3400
OUR FILE NO.    2203-57736
DATE:    December 6, 2002

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U S POSTAL SERVICE.

12/06/2002 FRI 16:50 FAX         ☑001

```
********************************
***   MULTI TX/RX REPORT   ***
********************************

TX/RX NO            1168
INCOMPLETE TX/RX
TRANSACTION OK      ( 1)  19565413414
                    ( 3)  19569699402
                    ( 4)  19564289283
                    ( 5)  19565423698
                    ( 6)  12107335538
                    ( 7)  19566820566
                    ( 8)  19565440647
                    ( 9)  12102246488
                    (11)  19566875514
                    (12)  19565412170
                    (13)  19566305199
                    (14)  19566319146
                    (15)  19565848718
                    (16)  19564280671
ERROR               ( 2)  19566828531
                    (10)  19566306570
```

MATTHEWS, CARLTON, STEIN,
SHIELS, PEARCE & KNOTT, L.L.P.

CROSSPOINT ATRIUM
8131 LBJ FREEWAY, SUITE 700
DALLAS, TEXAS 75251

(972) 234-3400 OFFICE
(972) 234-1750 FAX

NO. OF PAGES: 12 (INCLUDING THIS COVER PAGE)

FAX TO:

| | |
|---|---|
| William L. Rentfro | (956) 541-3414 |
| Gregory E. Turley | (956) 682-8531 |
| Lance Alan Kirby | (956) 969-9402 |
| Jerry Lee Stapleton | (956) 428-9283 |
| Marshall R. Ray | (956) 542-3698 |
| Thomas J. Walthall, Jr. | (210) 733-5538 |
| Daniel G. Rios | (956) 682-0566 |
| Alfredo Padilla | (956) 544-0647 |
| George Sam Drugan, III | (210) 224-6488 |
| John Barnaby Skaggs | (956) 630-6570 |
| M. Steven Deck | (956) 687-5514 |
| Alison Diane Kennamer | (956) 541-2170 |
| Michael A. McGurk | (956) 630-5199 |
| Antonio Villeda | (956) 631-9146 |
| Jerry Lee Stapleton | (956) 428-9283 |
| Marshall R. Ray | (956) 542-3698 |