*136*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 7 2002

Michael N. Milby
-Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>Plaintiff | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-137 |
| TRIAD BUILDERS, INC.; ET AL.<br>Defendants | § § § | COMPLAINT IN INTERPLEADER |

## DEFENDANT SHERWIN-WILLIAMS COMPANY'S MOTION TO APPROVE SETTLEMENT AGREEMENT REACHED AT MEDIATION

To the Honorable Judge of this Court:

Sherwin-Williams Company ("Movant") files this its Motion to Approve Settlement Agreement Reached at Mediation and would show the court the following:

1. This court, by its scheduling order, ordered that a mediation be held by December 15, 2002.

2. Such mediation was held on December 10, 2002, at the Palm Aire Hotel in Weslaco, Texas, with Leo Salzman serving as mediator.

3. The following parties attended and/or participated by telephone in the mediation:

| Party | Attorney |
|---|---|
| M&M Comm. Lawn Svc. | Curtis Bonner |
| DEA Specialties | Marshall Armstrong |
| Robert Mariscal | Steve Deck |
| Sherwin-Williams | Gregory E. Turley |

| | |
|---|---|
| Hope Lumber | Michael McGurk/Rebecca Vela |
| Global Electric | Thomas Walthall |
| Skipper's Repair Plumbing | Elizabeth Guerrero |
| Bowman Distributing | Jerry Stapleton |
| Edmann's Commercial | Eduardo Martinez, pro se |
| Lifetime Industries | Daniel Rios |
| Gabriel Alcantar | Alfredo Padilla |
| Alfredo Gutierrez | Alfredo Padilla |
| Robert's Welding | Mauro Reyna III |
| Aqua Tech | Bob Evans, pro se |
| Ben's Glass | Robert Serra, pro se |
| Elsa State Bank & Trust | Lance Kirby |
| Browndrew, L.L.C. | William Rentfro |

4. The following parties <u>did not</u> participate in the mediation:

| | |
|---|---|
| Triad Builders, Inc. | assigned to Elsa State Bank & Trust |
| G&T Paving | pro se |
| D&B General Cleaning | Bennie Solis, pro se |
| GT Blinds, Inc. | pending motion for default judgment |
| G.D. Lozano | pro se |
| LCM Management Co., Inc. | John Skaggs |
| A&J Paving | pending nonsuit |

5. The following parties were previously disposed of by default judgment:

Villanueva Fence & Supply

Valley Builders Co.

Omega Systems

Galvan Sheet Metal Shop

Raymond Roofing, Inc.

Kenmark, Inc.

Kevin Comier

JCO Specialists

Star Building Systmes

Mario Maron

The Striping Co.

Robert Gomez

6. The following parties voluntarily withdrew their claims before mediation:

Opening Specialties

Consolidated Electrical

Palmview Glass/Mirror

Encinal Investments

7. The parties in attendance reached the agreement reflected on Exhibit "A"

8. All parties in attendance evidenced their agreement by signature on Exhibit "A".

**9. The parties in attendance agreed as follows:**

Of the $258,349.62 paid into the registry of the court by Browndrew, L.L.C., Plaintiff, the proceeds will be distributed as follows:

The following unsecured creditors will receive a total of $29,000.00 allocated as follows:

| | |
|---|---|
| Bowman Distributing | $2,418.60 |
| Edmann's Commercial | $6,206.00 |
| Lifetime Industries | $5,092.40 |
| Gabriel Alcantar | $1,661.70 |
| Alfredo Gutierrez | $3,793.20 |
| Robert's Welding | $8,305.60 |
| Aqua Tech | $887.40 |
| Ben's Glass | $635.10 |

The following secured creditors will receive the following amounts:

| | |
|---|---|
| Elsa State Bank & Trust | $71,294.60 |
| M&M Comm. Lawn Svc. | $9,976.66 |
| DEA Specialties | $7,513.46 |
| Robert Mariscal | $21,366.66 |
| Sherwin-Williams | $6,014.60 |
| Hope Lumber | $5,581.06 |
| Global Electric | $92,000.00 |
| Skipper's Repair Plumbing | $4,202.58 |

The following will receive the following amounts:

| | |
|---|---|
| William Rentfro | $8,000.00, as attorney fees |
| Leo Salzman | $400.00, as mediation expense |
| Total | $255,349.62 |

Mediation fee – Leo Salzman        $3,000.00

**Paid into registry**               **$258,349.62**

(Leo Salzman previous received $3,000.00 as his mediation fee, ordered paid from the court registry on December 6, 2002).

Any interest accrued should be paid pro rata to the unsecured creditors who separately move this court to distribute that share to them.

The settling defendants further agree to release their liens claimed against Browndrew, L.L.C. and the following described real property:

> Lot 2, Block 1, HAPCO Subdivision, a Subdivision in Cameron County, Texas, according to the Plat of said Subdivision recorded in Cabinet 1, Page 118-B, Map Records, Cameron County, Texas, also known as Lots 1 and 2, GSA Subdivision, according to Plat thereof recorded in the Map Records of Cameron County, Texas.

10. The parties who did not attend should not share in the settlement because they failed to abide by the court's order for mediation, despite opportunity to do so. Some did not attend despite notice of the mediation given. Some did not properly answer. The parties who did attend reached a settlement acceptable to all attendees. The persons who did not attend all had unsecured, unperfected claims.

11. Failure to attend mediation would be prejudicial to those parties who did attend the mediation. The mediation lasted from 9:30 a.m. to 6:30 p.m. Twenty seven (27) persons attended with nearly all staying the entire day. Three (3) pro se parties attended all day. Many of the contractors took a full day from work to attend. The mediator Leo Salzman thought at 5:00 p.m. that the case would not settle, but pressed ahead to resolve the matter. The attorneys involved indicated it was one of the most difficult mediations attended.

12. All parties in attendance at the mediation concur with this motion as reflected by the certificate of conference attached.

Movant requests that the Court approve the settlement agreement reached at mediation held on December 10, 2002.

Respectfully submitted,

*Gregory E. Turley* (signature)

Gregory E. Turley
Attorney for Sherwin-Williams Company
State Bar No: 00785122
SDTX No. 21940
504 E. Dove Ave., Suite B
McAllen, TX 78504
TEL: 1-888-600-7680
FAX: 1-888-252-7864

## CERTIFICATE OF CONFERENCE ON MOTION TO APPROVE SETTLEMENT AGREEMENT REACHED AT MEDIATION

I certify that I have conferred with the following counsel and parties by their attendance at mediation and all agree to the Motion to Approve Settlement Agreement Reached at Mediation as indicated by their signatures on Exhibit "A":

| | |
|---|---|
| M&M Comm. Lawn Svc. | Curtis Bonner |
| DEA Specialties | Marshall Armstrong |
| Robert Mariscal | Steve Deck |

| | |
|---|---|
| Sherwin-Williams | Gregory E. Turley |
| Hope Lumber | Michael McGurk/Rebecca Vela |
| Global Electric | Thomas Walthall |
| Skipper's Repair Plumbing | Elizabeth Guerrero |
| Bowman Distributing | Jerry Stapleton |
| Edmann's Commercial | Eduardo Martinez, pro se |
| Lifetime Industries | Daniel Rios |
| Gabriel Alcantar | Alfredo Padilla |
| Alfredo Gutierrez | Alfredo Padilla |
| LCM Management | John Skaggs |
| Robert's Welding | Mauro Reyna III |
| Aqua Tech | Bob Evans, pro se |
| Ben's Glass | Robert Serra, pro se |
| Elsa State Bank & Trust | Lance Kirby |
| Browndrew, L.L.C. | William Rentfro |
| Leo Salzman | Leo Salzman |

_[signature]_
Gregory E. Turley

## CERTIFICATE OF SERVICE

    I CERTIFY that in compliance with the provisions of rule 5, Federal Rules of Civil Procedure, on _December 16_, 2002, I served a true and correct copy of the foregoing document to all counsel and parties of record.

                                                        _/s/ Gregory E. Turley_
                                                        Gregory E. Turley

B-02-137
Southern District of Texas   PAGE 1
Brownsville, Texas.

The parties appearring at mediaton

- Bowman Distributing.
- Edmann's Commercial
- Lifetime Industries
- Gabriel Alcantar
- Alfredo Guiterrez.
- Robert's Welding.
- Aqua tech
- ~~Ben~~ Ben's Glass

EXHIBIT A

Agreed to take from the in rem monies interplead into the Court the sum of 29,000 to be distributed prorata basis based on thier claims. based on


The signatories to ~~this~~ Agreement Agree to all parties Agreements. PAGE 1 + PAGE


Interest to be ~~prorata~~ divided on ~~its~~ to the un the secured creditors.

FROM : LEO SALZMAN          FAX NO. : 956-421-2790          Dec. 13 2002 10:41AM P3
FROM : WDB SA, TX            FAX NO. : 210 224 6488          Dec. 13 2002 10:57AM P2
FROM : LEO SALZMAN           FAX NO. : 956-421-2790          Dec. 11 2002 04:10PM P3

Case 1:02-cv-00137   Document 136   Filed in TXSD on 12/17/2002   Page 10 of 12

the signatories to this Agreement agree to all parties Agreements - Page 1 & Page 2

02-137    PAGE 2

The Elsa State Bank and Trust appearing at mediation Agrees to take from the in rem monies interplead into the court. $71,294.60

The attorney for Browndrew, LLC to receive the sum of $8,000 from Monies interplead in rem into the Court.

Leo Salzman
The mediator to receive $3400 for expenses + fees

The following parties to receive As specified in EX-B
 M&M Comm Lawn Service
 DMA Specialties
 Robert Mariscal            total 54,655.02
 Sherwin-Williams
 Hope Lumber
 Global Electric
 Skipper's-Willie

Global Electric to receive $92,000 from the in rem monies interplead into the Court.

# Exhibit A

**Constitutional Lien Claims**

| | | |
|---|---|---|
| — Bowman Distributing | 6,866.34 | Jerry Stapleton |
| Edmann's Commercial /uN' | 17,627.91 | Eduardo Martinez, pro se |
| — Lifetime Industries | 14,467.00 | Daniel Rios |
| ~~Gabriel Alcantar~~ | 4,723.00 | Alfredo Padilla |
| ~~Alfredo Gutierrez~~ | 10,770.00 | Alfredo Padilla |
| ~~LCM Management~~ | ~~487.13~~ | ~~John Skaggs~~ ✗ |
| ~~G&T Paving~~ | ~~25,892.11~~ | pro se ✗ |
| — Robert's Welding | 23,589.00 | Mauro Reyna III |
| ~~G.D. Lozano~~ | ~~3,405.00~~ | pro se ✗ |
| — Aqua Tech | 2,518.79 | Bob Evans, pro se |
| — Ben's Glass | 1,802.73 | Robert Serra, pro se |
| ~~D&B General Cleaning~~ | ~~900.00~~ | Bennie Solis, pro se ✗ |
| **Bank** | 11,000 | |
| ~~Blue State Bank & Trust~~ | | |

* reduced from ~~105,231.04~~

The following creditors agree to take the following amounts to release their liens against Browndrew:

| Creditor | Amount | |
|---|---|---|
| D.E.A Specialties | $7513.46 | |
| Hope Lumber | 5581.06 OK | [signature] |
| M&M Commercial | 9976.66 | [signature] |
| Robert Mariscal | 21,366.66 | [signature] |
| Sherwin Williams | 6014.60 | [signature] |
| Skippers Repair Plumbing | ~~1480.82~~ 4202.58 | [signature] |

December 10, 2002
[signature]

$ 54,655.02

EX-B.