IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
|    Plaintiffs, | § | |
| | § | CIVIL ACTION NO. B-02-137 |
| VS. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ET. AL. | § | COMPLAINT IN INTERLEADER |
|    Defendants. | § | |

# ORDER

On this the 3rd day of January, 2003, the Court considered the Motion filed by the Sherwin Williams Company, a Defendant herein, to approve the settlement reached by the parties. The Court believing the Motion to be meritorious hereby conditionally grants same. Counsel for Sherwin Williams is hereby ordered to send to each party not appearing on its Motion as having agreed to the Motion to Approve Settlement a copy of this order along with a copy of the Motion to Approve Settlement.

Each party so served shall have 15 days from today to object to the Motion and to show cause why this Court should not enter a judgment commensurate with that settlement given that party's failure to participate in a Court-ordered mediation.

After the expiration of this fifteen (15) day period, counsel for Sherwin-Williams (or his designee) shall provide the Court with a judgment implementing said settlement in a form that is satisfactory with the Clerk's Office so that the funds held in the Court's registry can be distributed without delay.

Signed this the 3rd day of January, 2003.

Honorable Andrew S. Hanen
United States District Judge