139

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-137 |
| VS. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ET AL. | § | COMPLAINT IN INTERPLEADER |
| Defendants | § | |
| | § | |

## CERTIFICATE OF SERVICE OF ORDER DATED JANUARY 3, 2003

To the Honorable Judge of this Court:

I certify that on January 8, 2003, I sent by First Class U.S. Mail the attached Order Dated

January 3, 2003 and Motion to Approve Settlement in the above-captioned matter to:

Triad Builders, Inc.
Robert Susen, Reg. Agent
2300 W. Pike Blvd., Suite 204
Weslaco, TX 78596

LCM Management Co., Inc.
C/O John Skaggs
Skaggs & Garza
P.O. Drawer 2285
McAllen, TX 78502

G&T Paving
Abel Gonzales
P.O. Box 5136
Brownsville, TX 78520

G.D. Lozano
P.O. Box 854
La Feria, TX 78559

DEFENDANT SHERWIN-WILLIAMS COMPANY'S CERTIFICATE OF SERVICE OF ORDER DATED JANUARY 3,
2003
Page 1

D&B General Cleaning
Attn: Bennie Solis
P.O. Box 8551
Brownsville, TX 78526

GT Blinds, Inc.
William Glenn Hanks, Reg. Agent
505 W. Nolana
McAllen, TX 78501

A&J Paving
615 E. Bus. Hwy. 77
San Benito, TX 78586

Respectfully submitted,

Gregory E. Turley
Attorney    for    Sherwin-Williams
Company
State Bar No: 00785122
SDTX No. 21940
504 E. Dove Ave., Suite B
McAllen, TX 78504
TEL: 1-888-600-7680
FAX: 1-888-252-7864



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAN 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. B-02-137 |
| VS. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ET. AL. | § | COMPLAINT IN INTERLEADER |
| Defendants. | § | |

## ORDER

On this the 3rd day of January, 2003, the Court considered the Motion filed by the Sherwin Williams Company, a Defendant herein, to approve the settlement reached by the parties. The Court believing the Motion to be meritorious hereby conditionally grants same. Counsel for Sherwin Williams is hereby ordered to send to each party not appearing on its Motion as having agreed to the Motion to Approve Settlement a copy of this order along with a copy of the Motion to Approve Settlement.

Each party so served shall have 15 days from today to object to the Motion and to show cause why this Court should not enter a judgment commensurate with that settlement given that party's failure to participate in a Court-ordered mediation.

After the expiration of this fifteen (15) day period, counsel for Sherwin-Williams (or his designee) shall provide the Court with a judgment implementing said settlement in a form that is satisfactory with the Clerk's Office so that the funds held in the Court's registry can be distributed without delay.

Signed this the 3rd day of January, 2003.

Honorable Andrew S. Hanen
United States District Judge

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O BOX 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

01/06/03

To:   Gregory E Turley (aty)

Re:   Notice of Entry of Order or Judgment

Enclosed Order or Judgment entered in:

case number:      1:02-cv-00137

instrument number:   137

If after three attempts this fax fails, then we will print this notice and mail it to you. For questions, please call (713) 250-5768.

Number of pages including cover sheet:   2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-137 |
| VS. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ET AL. | § | COMPLAINT IN INTERPLEADER |
| Defendants | § | |
| | § | |

DEFENDANT SHERWIN-WILLIAMS COMPANY'S
MOTION TO APPROVE SETTLEMENT AGREEMENT
REACHED AT MEDIATION

To the Honorable Judge of this Court:

Sherwin-Williams Company ("Movant") files this its Motion to Approve Settlement

Agreement Reached at Mediation and would show the court the following:

1. This court, by its scheduling order, ordered that a mediation be held by December 15,

   2002.

2. Such mediation was held on December 10, 2002, at the Palm Aire Hotel in Weslaco,

   Texas, with Leo Salzman serving as mediator.

3. The following parties attended and/or participated by telephone in the mediation:

| Party | Attorney |
|---|---|
| M&M Comm. Lawn Svc. | Curtis Bonner |
| DEA Specialties | Marshall Armstrong |
| Robert Mariscal | Steve Deck |
| Sherwin-Williams | Gregory E. Turley |

| | |
|---|---|
| Hope Lumber | Michael McGurk/Rebecca Vela |
| Global Electric | Thomas Walthall |
| Skipper's Repair Plumbing | Elizabeth Guerrero |
| Bowman Distributing | Jerry Stapleton |
| Edmann's Commercial | Eduardo Martinez, pro se |
| Lifetime Industries | Daniel Rios |
| Gabriel Alcantar | Alfredo Padilla |
| Alfredo Gutierrez | Alfredo Padilla |
| Robert's Welding | Mauro Reyna III |
| Aqua Tech | Bob Evans, pro se |
| Ben's Glass | Robert Serra, pro se |
| Elsa State Bank & Trust | Lance Kirby |
| Browndrew, L.L.C. | William Rentfro |

4.  The following parties <u>did not</u> participate in the mediation:

| | |
|---|---|
| Triad Builders, Inc. | assigned to Elsa State Bank & Trust |
| G&T Paving | pro se |
| D&B General Cleaning | Bennie Solis, pro se |
| GT Blinds, Inc. | pending motion for default judgment |
| G.D. Lozano | pro se |
| LCM Management Co., Inc. | John Skaggs |
| A&J Paving | pending nonsuit |

5.  The following parties were previously disposed of by default judgment :

Villanueva Fence & Supply

Valley Builders Co.

Omega Systems

Galvan Sheet Metal Shop

Raymond Roofing, Inc.

Kenmark, Inc.

Kevin Comier

JCO Specialists

Star Building Systmes

Mario Maron

The Striping Co.

Robert Gomez

6.  The following parties voluntarily withdrew their claims before mediation:

Opening Specialties

Consolidated Electrical

Palmview Glass/Mirror

Encinal Investments

7.  The parties in attendance reached the agreement reflected on Exhibit "A"

8.  All parties in attendance evidenced their agreement by signature on Exhibit "A".

**9.  The parties in attendance agreed as follows:**

Of the $258,349.62 paid into the registry of the court by Browndrew, L.L.C., Plaintiff,

the proceeds will be distributed as follows:

**The following unsecured creditors will receive a total of $29,000.00 allocated as follows:**

| | |
|---|---|
| Bowman Distributing | $2,418.60 |
| Edmann's Commercial | $6,206.00 |
| Lifetime Industries | $5,092.40 |
| Gabriel Alcantar | $1,661.70 |
| Alfredo Gutierrez | $3,793.20 |
| Robert's Welding | $8,305.60 |
| Aqua Tech | $887.40 |
| Ben's Glass | $635.10 |

**The following secured creditors will receive the following amounts:**

| | |
|---|---|
| Elsa State Bank & Trust | $71,294.60 |
| M&M Comm. Lawn Svc. | $9,976.66 |
| DEA Specialties | $7,513.46 |
| Robert Mariscal | $21,366.66 |
| Sherwin-Williams | $6,014.60 |
| Hope Lumber | $5,581.06 |
| Global Electric | $92,000.00 |
| Skipper's Repair Plumbing | $4,202.58 |

**The following will receive the following amounts:**

| | |
|---|---|
| William Rentfro | $8,000.00, as attorney fees |
| Leo Salzman | $400.00, as mediation expense |
| Total | $255,349.62 |

Mediation fee – Leo Salzman          $3,000.00

**Paid into registry**                 **$258,349.62**

(Leo Salzman previous received $3,000.00 as his mediation fee, ordered paid from the

court registry on December 6, 2002).

Any interest accrued should be paid pro rata to the unsecured creditors who separately

move this court to distribute that share to them.

The settling defendants further agree to release their liens claimed against Browndrew,

L.L.C. and the following described real property:

> Lot 2, Block 1, HAPCO Subdivision, a Subdivision in Cameron County, Texas,
> according to the Plat of said Subdivision recorded in Cabinet 1, Page 118-B, Map
> Records, Cameron County, Texas, also known as Lots 1 and 2, GSA Subdivision,
> according to Plat thereof recorded in the Map Records of Cameron County, Texas.

10. The parties who did not attend should not share in the settlement because they failed

    to abide by the court's order for mediation, despite opportunity to do so.  Some did

    not attend  despite notice of the mediation given.  Some did not properly answer.  The

    parties who did attend reached a settlement acceptable to all attendees.  The persons

    who did not attend all had unsecured, unperfected claims.

11. Failure to attend mediation would be prejudicial to those parties who did attend the

    mediation.  The mediation lasted from 9:30 a.m. to 6:30 p.m.  Twenty seven (27)

    persons attended with nearly all staying the entire day.  Three (3) pro se parties

    attended all day.  Many of the contractors took a full day from work to attend.  The

    mediator Leo Salzman thought at 5:00 p.m. that the case would not settle, but pressed

    ahead to resolve the matter. The attorneys involved indicated it was one of the most

    difficult mediations attended.

12. All parties in attendance at the mediation concur with this motion as reflected by the

certificate of conference attached.

Movant requests that the Court approve the settlement agreement reached at mediation

held on December 10, 2002.

Respectfully submitted,

*Gregory E. Turley*

Gregory E. Turley
Attorney for Sherwin-Williams Company
State Bar No: 00785122
SDTX No. 21940
504 E. Dove Ave., Suite B
McAllen, TX 78504
TEL: 1-888-600-7680
FAX: 1-888-252-7864

## CERTIFICATE OF CONFERENCE ON
## MOTION TO APPROVE SETTLEMENT AGREEMENT
## REACHED AT MEDIATION

I certify that I have conferred with the following counsel and parties by their attendance

at mediation and all agree to the Motion to Approve Settlement Agreement Reached at

Mediation as indicated by their signatures on Exhibit "A":

M&M Comm. Lawn Svc.                 Curtis Bonner

DEA Specialties                     Marshall Armstrong

Robert Mariscal                     Steve Deck

| | |
|---|---|
| Sherwin-Williams | Gregory E. Turley |
| Hope Lumber | Michael McGurk/Rebecca Vela |
| Global Electric | Thomas Walthall |
| Skipper's Repair Plumbing | Elizabeth Guerrero |
| Bowman Distributing | Jerry Stapleton |
| Edmann's Commercial | Eduardo Martinez, pro se |
| Lifetime Industries | Daniel Rios |
| Gabriel Alcantar | Alfredo Padilla |
| Alfredo Gutierrez | Alfredo Padilla |
| LCM Management | John Skaggs |
| Robert's Welding | Mauro Reyna III |
| Aqua Tech | Bob Evans, pro se |
| Ben's Glass | Robert Serra, pro se |
| Elsa State Bank & Trust | Lance Kirby |
| Browndrew, L.L.C. | William Rentfro |
| Leo Salzman | Leo Salzman |

Gregory E. Turley
Gregory E. Turley

## CERTIFICATE OF SERVICE

I CERTIFY that in compliance with the provisions of rule 5, Federal Rules of Civil Procedure, on _December 16_, 2002, I served a true and correct copy of the foregoing document to all counsel and parties of record.

_Gregory E. Turley_

Gregory E. Turley

B-02-137
Southern District of Texas
Brownsville, Texas.    PAGE 1

The parties appearring at mediaton

EXHIBIT
A



- Bowman Distributing.
- Edmann's Commercial
- Lifetime Industries
- Gabriel Alcantar
- Alfredo Guitterez.
- Robert's Welding.
- Aqua tech
- ~~B~~ Dr. Ben's Glass ~~Solis~~

Agreed to take from the in rem monies
interplead into the COURT the sum of 29,000
to be distributed prorata basis based on thier claims
bAsed on

The signatories to this Agreement Agree to all Parties
Agreements. PAGE 1 + PAGE

Interest to be ~~prorata~~ divided on ~~this~~ the secured (to / un)
creditoRs.

the signatures
to this Agreement
agree to all parties
Agreements - Page 1 & Page 2

02-137                                    PAGE 2

The Elsa State Bank and Trust appearing
at mediation Agrees to take from the in rem
monies at media' interplead into the Court.
$71,294.60

The attorney For Browndrew, LLC to receive the
sum of $8,000 from Monies interplead into the Court.

Leo Salzman
The mediator to receive $3400 for expenses + fees.

The following parties to receive as specified in EX-B
M.M. Concor Lawn Service
RMA Specialties
Robert Mariscal                total  54,655.02
Sherwin-Williams
Hope Lumber
Global Electric
Skipper's Willie

Global Electric to receive $92,000 from the in rem
monies interplead into the Court.

# Exhibit A

**Constitutional Lien Claims**

| | | |
|---|---|---|
| Bowman Distributing | 6,866.34 | Jerry Stapleton |
| Edmann's Commercial | 17,627.91 | Eduardo Martinez, pro se |
| Lifetime Industries | 14,467.00 | Daniel Rios |
| Gabriel Alcantar | 4,723.00 | Alfredo Padilla |
| Alfredo Gutierrez | 10,770.00 | Alfredo Padilla |
| LCM Management | 487.13 | John Skaggs |
| G&T Paving | 25,892.11 | pro se |
| Robert's Welding | 23,589.00 | Mauro Reyna III |
| G.D. Lozano | 3,405.00 | pro se |
| Aqua Tech | 2,518.79 | Bob Evans, pro se |
| Ben's Glass | 1,802.73 | Robert Serra, pro se |
| D&B General Cleaning | 900.00 | Bennie Solis, pro se |

**Bank**

11 0,000

Blue State B...
U....
inte....

* reduced from 1.....

The Following creditors agree to take the following
amounts to release their liens against Boardnew!

DEA Specialties        $ 7 513.46     [signature]
Hope Lumber              5581.06  Ok [signature]
M & M Commerci           9976.66    [signature]
Robert Mariscal         21, 566.66  [signature]
Sherwin Williams         6014.60  Greg Turley
Skippers Repair Plumbing  ~~4410.02~~
                          4202.58  [signature]
                                    _____
December 10, 2002       $ 54, 655.02

[signature]

EX-B.