G.D. Lozano          <u>ORIGINAL</u>          January 12, 2003
P.O.Box 854
La Feria, Texas 78559
956-624-2402

United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

To Whom It May Concern;

    This letter is in reference Civil Action No. B-02-137 Browndrew, L.L.C. vs. Triad Builders, Inc.; ET. AL. . I <u>G.D. Lozano</u> object to the Motion settled on December 10, 2002. The mediation held on this date was not the original date scheduled, which was to be held <u>Feburary 13, 2003</u>. Since this change occured with the mediation date I was unable to attend either in person or by phone.

    Our expenses were contract labor which falls under Wage and Hour Commission. I am not a corporation or big buisness contractor as others might be. When this scheduled mediation date changed it interfered with a job already in progress thus, causing me to be absent from this proceding. It is unjust and unfair to expect contractors such as myself to forego another job to attend this mediation without sufficient notification. Therefore I object strongly to the decision made without my presence or imput.

*[signature]*
G.D. LOZANO