143

# RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
*Also licensed in Florida*
*Civil Law Notary*
Daniel Rentfro, Jr.
*Member, Attorney-Mediators Institute*
William L. Rentfro
William A. Faulk, Jr

Jana Smith Whitworth
Daniel P Whitworth

185 E. RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT McALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel : 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr

Kenneth S Harder
*Board Certified*
*Immigration & Nationality Law*
*Texas Board of Legal Specialization*

January 27, 2003

Mr. Butch Barbosa
U.S. District Clerk
600 E. Harrison
Brownsville, Texas 78520

United States District Court
Southern District of Texas
RECEIVED
JAN 2 7 2003
Michael N. Milby, Clerk of Court

Re: Browdrew, L.L.C. v. Triad Builders, Inc., et al.
Case No. B-02-137

Dear Sir:

Enclosed for filing in the papers of the referenced cause please find an original and one copy of Form W-9 for Rentfro, Faulk, & Blakemore, LLP, which is a payee in the referenced interpleader. I would appreciate your calling my office as soon as the check is ready for pickup in this case.

Thank you for your assistance in this matter. Please do not hesitate to contact me with any questions.

Very truly yours,

William L. Rentfro
FOR THE FIRM

WR:wp
encl. (2)

| Form **W-9**<br>(Rev. January 2002)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |

**See Specific Instructions on page 2.**

**Print or type**

Name
**Rentfro, Faulk, & Blakemore, LLP**

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☑ Partnership  ☐ Other ▶ ............  ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
**185 E. Ruben Torres Blvd.**

City, state, and ZIP code
**Brownsville, TX 78520**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 2.

Note: *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

Social security number
☐ ☐ ☐ — ☐ ☐ — ☐ ☐ ☐ ☐

**or**

Employer identification number
7 4 — 2 8 7 4 7 2 6

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here  Signature of U.S. person ▶ *[signature]*  Date ▶ 1/27/03

### Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**If you are a foreign person, use the appropriate Form W-8.** See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

Note: *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments **after** December 31, 2001 (29% **after** December 31, 2003). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will **not** be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate **Instructions for the Requester of Form W-9.**

### Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X                                    Form **W-9** (Rev. 1-2002)