# GREGORY E. TURLEY
### ATTORNEY AT LAW, P.C.

OFFICE 956.682.8531  
TOLL FREE 1.888.600.7680

504 E. DOVE AVE., SUITE B  
MCALLEN, TEXAS 78504

FAX 956.682.9533

geturley@get-atty.com

January 27, 2003

United States District Court  
Southern District of Texas  
FILED

JAN 2 9 2003

Michael N. Milby  
Clerk of Court

<u>Via Lone Star Overnight</u>  
Clerk, U.S. District Court  
600 E. Harrison St., Suite 101  
Brownsville, TX 78520

RE: Cause No. B-02-137; Browndrew, LLC v. Triad Builders, Inc., et al; in the United States District Court, Southern District of Texas, Brownsville Division

Dear Sir or Madam:

Enclosed for filing with the papers in the above-referenced matter is Form W-9 for the Sherwin-Williams Company, who is a payee of funds in the Registry of the Court pursuant to a separately filed Order for Release of Interpled Funds.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*

Gregory E. Turley

Enclosure

CC:  Randall F. Adair

| Form **W-9** (Rev. December 2000) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

Name (See Specific Instructions on page 2.)
**The Sherwin - Williams Company**

Business name, if different from above. (See Specific Instructions on page 2.)

Check appropriate box: ☐ Individual/Sole proprietor  ☒ Corporation  ☐ Partnership  ☐ Other ▶ _____

Address (number, street, and apt. or suite no.)
**101 Prospect Avenue, NW**

City, state, and ZIP code
**Cleveland, Ohio 44115**

Requester's name and address (optional)

### Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

Note: If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number: ☐☐☐-☐☐-☐☐☐☐

or

Employer identification number: **34-0526850**

List account number(s) here (optional)

For U.S. Payees Exempt From Backup Withholding (See the instructions on page 2.)
▶ **EXEMPT**

### Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here  Signature of U.S. person ▶ *Kurt J. Davis, CPA*   Date ▶ **12/31/02**

### Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

If you are a foreign person, use the appropriate Form W-8. See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Corporations.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

What is backup withholding? Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part III instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividends accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the Part II instructions and the separate Instructions for the Requester of Form W-9.

### Penalties

Failure to furnish TIN. If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

Civil penalty for false information with respect to withholding. If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Criminal penalty for falsifying information. Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

Misuse of TINs. If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X                        Form **W-9** (Rev. 12-2000)