LAW OFFICE OF
# JOHN KING
3409 NORTH 10TH, SUITE 100
McALLEN, TEXAS 78501
(956) 687-6294

JOHN ROBERT KING
BOARD CERTIFIED
 CIVIL TRIAL LAW
 FAMILY LAW
 COMMERCIAL REAL ESTATE LAW
 RESIDENTIAL REAL ESTATE LAW
 FARM AND RANCH REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

ROBIN C. CROW
BOARD CERTIFIED — FAMILY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

MICHAEL STEVEN DECK

FAX 956 687-5514

January 30, 2003

United States District Court
Southern District of Texas
RECEIVED
JAN 3 1 2003
Michael N. Milby, Clerk

United States District Court Clerk
600 E. Harrison Street, Suite 101
Brownsville, Texas 78520

Re: Case No. B-02-137; Browndrew, L.L.C. v. Triad Builders, Inc., et al.; In the United States District Court for the Southern District of Texas Brownsville Division

Dear Sir or Madam:

Please find enclosed Defendant Robert Mariscal's executed W-9 Form.

Do not hesitate to contact me should you require further information.

Very truly yours,

M. STEVEN DECK

MSD: sg

| Form **W-9**<br>(Rev January 2003)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give form to the<br>requester. Do not<br>send to the IRS.** |

Name: Roberto Mariscal Omar

Business name, if different from above: Robert Mariscal Paintings

Check appropriate box: ☒ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ▶ ............ ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no): Route 7 Box R-34

City, state, and ZIP code: Mission Texas 78572

Requester's name and address (optional):

List account number(s) here (optional):

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 3.

Social security number: 4 5 0 | 6 1 | 6 8 1 3

**Note:** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Employer identification number: 1

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**  Signature of U.S. person ▶ [signature]   Date ▶ 1-30-02

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

  1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

  2. Certify that you are not subject to backup withholding, or

  3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** If a requester gives you a form other than Form W-9 to request your TIN, you should use the requester's form. However, this form must meet the acceptable specifications described in **Pub. 1167**, General Rules and Specifications for Substitute Tax Forms and Schedules.

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see **Pub. 515**, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

  1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

  2. The treaty article addressing the income.

  3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

  4. The type and amount of income that qualifies for the exemption from tax.

  5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.