*149*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**ENTERED**

FEB 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>**Plaintiff** | §<br>§<br>§ | |
| | § | **CIVIL ACTION NO. B-02-137** |
| VS. | §<br>§ | |
| TRIAD BUILDERS, INC.; ET AL.<br>**Defendants** | §<br>§<br>§ | **COMPLAINT IN INTERPLEADER** |

<u>**ORDER APPROVING SETTLEMENT AGREEMENT**</u>
<u>**REACHED AT MEDIATION**</u>

The Court has reviewed Defendant Sherwin-Williams Company's Motion to Approve

Settlement Agreement Reached at Mediation.

The court has further reviewed the certificate of conference and the actual settlement

agreement attached as Exhibit "A" to the Motion to Approve Settlement Agreement

Reached at Mediation.

It is therefore

**ORDERED,** that Defendant Sherwin-Williams Company's Motion to Approve

Settlement Agreement Reached at Mediation is **GRANTED** and the following settlement

agreement is **APPROVED**:

Of the $258,349.62 paid into the registry of the court by Browndrew, L.L.C., Plaintiff,

the proceeds (upon further order of this Court) will be distributed as follows:

**The following unsecured creditors will receive a total of $29,000.00 allocated as follows:**

| | |
|---|---|
| Bowman Distributing | $2,418.60 |
| Edmann's Commercial | $6,206.00 |
| Lifetime Industries | $5,092.40 |
| Gabriel Alcantar | $1,661.70 |
| Alfredo Gutierrez | $3,793.20 |
| Robert's Welding | $8,305.60 |
| Aqua Tech | $887.40 |
| Ben's Glass | $635.10 |

**The following secured creditors will receive the following amounts:**

| | |
|---|---|
| Elsa State Bank & Trust | $71,294.60 |
| M&M Comm. Lawn Svc. | $9,976.66 |
| DEA Specialties | $7,513.46 |
| Robert Mariscal | $21,366.66 |
| Sherwin-Williams | $6,014.60 |
| Hope Lumber | $5,581.06 |
| Global Electric | $92,000.00 |
| Skipper's Repair Plumbing | $4,202.58 |

**The following will receive the following amounts:**

William Rentfro                   $8,000.00, as attorney fees

Leo Salzman                       $400.00, as mediation expense

Total                             $255,349.62

The settling defendants further agree to release their liens claimed against Browndrew,

L.L.C. and the following described real property:

> Lot 2, Block 1, HAPCO Subdivision, a Subdivision in Cameron County, Texas,
> according to the Plat of said Subdivision recorded in Cabinet 1, Page 118-B, Map
> Records, Cameron County, Texas, also known as Lots 1 and 2, GSA Subdivision,
> according to Plat thereof recorded in the Map Records of Cameron County,
> Texas.

Interest accrued in the registry of the Court is to be distributed pro rata to the following

persons or entites:

Bowman Distributing

Edmann's Commercial

Lifetime Industries

Gabriel Alcantar

Alfredo Gutierrez

Robert's Welding

Aqua Tech

Ben's Glass

**DONE** at Brownsville, Texas this 3rd day of _____, 200$3$ .

_____

**UNITED STATES DISTRICT JUDGE**