

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-137 |
| VS. | § | |
| | § | |
| TRIAD BUILDERS, INC.; ET AL. | § | COMPLAINT IN INTERPLEADER |
| Defendants | § | |
| | § | |

## ORDER FOR RELEASE OF INTERPLED FUNDS

In accordance with the judgment rendered by this Court in the above-referenced matter, and the Order Approving Settlement Agreement Reached at Mediation in the above-referenced matter,

It is therefore

**ORDERED,** that the Clerk release from the registry of the court the following amounts:

Bowman Distributing Co, Inc.                                   $2,418.60
C/O Jerry Lee Stapleton
Stapleton, Curtis et al
P.O. Box 2644
Harlingen, TX 78551

Edmann's Commercial Refrigeration & A/C                        $6,206.00
C/O Eduardo Martinez
705 S. San Antonio
San Juan, TX 78589

Lifetime Industries, Inc.                                      $5,092.40
C/O Daniel G. Rios
Law Office of Daniel G. Rios
323 Nolana Loop
McAllen, TX 78504

| | |
|---|---|
| Gabriel Alcantar<br>C/O Alfredo Padilla<br>Attorney at Law<br>1000 E. Van Buren<br>Brownsville, TX 78520 | $1,661.70 |
| Alfredo Gutierrez<br>C/O Alfredo Padilla<br>Attorney at Law<br>1000 E. Van Buren<br>Brownsville, TX 78520 | $3,793.20 |
| Robert's Welding & Fabricators, Inc.<br>C/O Mauro L. Reyna<br>P.O. Box 969<br>Penitas, TX 78576 | $8,305.60 |
| Aqua Tech<br>C/O Robert Evans<br>4305 N. 10th St.<br>McAllen, TX 78504 | $887.40 |
| Ben's Glass<br>C/O Robert Serra<br>1125-A. E. 13th St.<br>Brownsville, TX 78520 | $635.10 |
| Elsa State Bank & Trust Co.<br>C/O Lance Alan Kirby<br>Jones Galligan et al<br>2300 W. Pike Blvd., Suite 300<br>Weslaco, TX 78596 | $71,294.60 |
| M&M Commercial Lawn Services, Inc.<br>C/O Curtis Bonner<br>Bonner & Bonner<br>P.O. Box 288<br>Harlingen, TX 78551 | $9,976.66 |
| DEA Specialties Co., Ltd.<br>C/O Marshall L. Armstrong<br>Warren Drugan & Barrows, PC<br>800 Broadway<br>San Antonio, TX 78215 | $7,513.46 |

| | |
|---|---|
| Robert Mariscal<br>C/O M. Steven Deck<br>Law Office of John King<br>3409 N. 10th St., Ste. 100<br>McAllen, TX 78501 | $21,366.66 |
| Sherwin-Williams Co.<br>C/O Gregory E. Turley<br>504 E. Dove Ave., Suite B<br>McAllen, TX 78504 | $6,014.60 |
| Hope Lumber & Supply Co., L.P.<br>C/O Michael A. McGurk<br>Kittleman Thomas et al<br>4900-B N. 10th St.<br>McAllen, TX 78504 | $5,581.06 |
| RZB, Inc. DBA Global Electric<br>C/O Thomas J. Walthall, Jr.<br>The Gardner Law Firm<br>745 E. Mulberry Ave., Suite 100<br>San Antonio, TX 78212-3149 | $92,000.00 |
| Skipper's Repair Plumbing<br>C/O Elizabeth Guerrero<br>Ransome & Ray, PC<br>550 E. Levee St.<br>Brownsville, TX 78520 | $4,202.58 |
| William Rentfro<br>C/O Rentfro, Faulk & Blakemore, LLP<br>185 E. Ruben Torres Blvd.<br>Brownsville, TX 78520 | $8,000.00 |
| Leo Salzman<br>P.O. Box 2587<br>Harlingen, TX 78551 | $400.00 |

**FURTHER ORDERED**, that the interest accrued in the registry of the Court be distributed pro rata to the following persons or entities:

Bowman Distributing Co, Inc.
C/O Jerry Lee Stapleton
Stapleton, Curtis et al
P.O. Box 2644
Harlingen, TX 78551

Edmann's Commercial Refrigeration & A/C
C/O Eduardo Martinez
705 S. San Antonio
San Juan, TX 78589

Lifetime Industries, Inc.
C/O Daniel G. Rios
Law Office of Daniel G. Rios
323 Nolana Loop
McAllen, TX 78504

Gabriel Alcantar
C/O Alfredo Padilla
Attorney at Law
1000 E. Van Buren
Brownsville, TX 78520

Alfredo Gutierrez
C/O Alfredo Padilla
Attorney at Law
1000 E. Van Buren
Brownsville, TX 78520

Robert's Welding & Fabricators, Inc.
C/O Mauro L. Reyna
P.O. Box 969
Penitas, TX 78576

Aqua Tech
C/O Robert Evans
4305 N. 10th St.
McAllen, TX 78504

Ben's Glass
C/O Robert Serra
1125-A. E. 13th St.
Brownsville, TX 78520

**FURTHER ORDERED**, that each party shall file with the United States District Clerk IRS Form W-9, a copy of which is attached to this order as Exhibit "A", certifying its tax ID number to the United States District Clerk.

**DONE** at Brownsville, Texas this 3rd day of May, 2003.

_____
UNITED STATES DISTRICT JUDGE

| Form **W-9** (Rev. January 2002) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |
|---|---|---|

**Print or type / See Specific Instructions on page 2.**

Name

Business name, if different from above

Check appropriate box:  ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Other ▶ ..................    ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)    Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 2.

Note: *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

Social security number: ☐☐☐ – ☐☐ – ☐☐☐☐

**or**

Employer identification number: ☐☐ – ☐☐☐☐☐☐☐

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

**Sign Here**    Signature of U.S. person ▶    Date ▶

## Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**If you are a foreign person, use the appropriate Form W-8.** See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

Note: *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments after December 31, 2001 (29% after December 31, 2003). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will **not** be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester, or

2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate **Instructions for the Requester of Form W-9.**

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X    Form **W-9** (Rev 1-2002)