IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. <br> Plaintiff | § § § § | |
| VS. | § | CIVIL ACTION NO. B-02-137 |
| TRIAD BUILDERS, INC.; ET AL. <br> Defendants | § § § § | COMPLAINT IN INTERPLEADER |

## JUDGMENT IN INTERPLEADER

The Court has considered the pleadings and official records on file in this cause and the evidence and is of the opinion that judgment should be rendered in this Interpleader action.

It is accordingly **ADJUDGED** that

Of the $255,349.62 currently in the registry of the court interpled by Browndrew, L.L.C., Plaintiff, the following parties are entitled to be paid:

| | |
|---|---|
| Bowman Distributing Co, Inc. | $2,418.60 |
| Edmann's Commercial Refrigeration & A/C | $6,206.00 |
| Lifetime Industries, Inc. | $5,092.40 |
| Gabriel Alcantar | $1,661.70 |
| Alfredo Gutierrez | $3,793.20 |
| Robert's Welding & Fabricators, Inc. | $8,305.60 |
| Aqua Tech | $887.40 |
| Ben's Glass | $635.10 |

| | |
|---|---|
| Elsa State Bank & Trust Co. | $71,294.60 |
| M&M Commercial Lawn Services, Inc. | $9,976.66 |
| DEA Specialties Co., Ltd. | $7,513.46 |
| Robert Mariscal | $21,366.66 |
| Sherwin-Williams Co. | $6,014.60 |
| Hope Lumber & Supply Co., L.P. | $5,581.06 |
| RZB, Inc. DBA Global Electric | $92,000.00 |
| Skipper's Repair Plumbing | $4,202.58 |
| William Rentfro | $8,000.00 |
| Leo Salzman | $400.00 |
| **Total** | $255,349.62 |

The Court further finds that said Defendants voluntarily release any lien claimed against Plaintiff or the following described real property:

> Lot 2, Block 1, HAPCO Subdivision, a Subdivision in Cameron County, Texas, according to the Plat of said Subdivision recorded in Cabinet 1, Page 118-B, Map Records, Cameron County, Texas, also known as Lots 1 and 2, GSA Subdivision, according to Plat thereof recorded in the Map Records of Cameron County, Texas.

It is further **ORDERED** that any mechanics' or materialmen's liens heretofore filed or Claimed against said real property by any of said Defendant are by this order fully discharged.

It is further **ORDERED** that interest accrued in the registry of the Court is to be distributed pro rata to the following persons or entites:

Bowman Distributing

Edmann's Commercial

Lifetime Industries

Gabriel Alcantar

Alfredo Gutierrez

Robert's Welding

Aqua Tech

Ben's Glass

All relief not expressly granted herein is denied.

**SIGNED** at Brownsville, Texas this 3rd day of February, 2003.

_____
**UNITED STATES DISTRICT JUDGE**