United States District Court
Southern District of Texas
FILED

FEB 2 4 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>Plaintiff, | § § § § | |
| V. | § § | |
| TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGER-ATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOL-IDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and FINANCIAL INVESTMENTS, INC.,<br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>B-02-137<br><br>**JURY** |

## STIPULATION OF DISMISSAL

Plaintiff, BROWNDREW, L.L.C. and Defendant ELSA STATE BANK & TRUST CO.

file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

Plaintiff is BROWNDREW, L.L.C. Defendant is ELSA STATE BANK & TRUST CO.

Browndrew, L.L.C. and Elsa State Bank & Trust Co. move to dismiss with prejudice any and all claims against each other.

                                      Respectfully submitted,

                                      JONES, GALLIGAN, KEY & LOZANO, L.L.P.
                                      Town Center Tower, Suite 300
                                      2300 West Pike Boulevard
                                      Post Office Drawer 1247
                                      Weslaco, Texas 78599-1247
                                      Telephone: (956) 968-5402
                                      Telecopier: (956) 969-9402

By: _____
                                      LANCE A. KIRBY
                                      Federal I.D No.: 21811
                                      State Bar No.: 00794096

Of Counsel:

TERRY D. KEY
Federal I.D. No.: 1205
State Bar No.: 11370200
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

                                **ATTORNEYS FOR DEFENDANT**
                                **ELSA STATE BANK & TRUST CO.**

By: _____
     William L. Rentfro
     RENTFRO, FAULK, & BLAKEMORE, L.L.P.
     185 E. Ruben Torres Blvd.
     Brownsville, Texas 78520
     Telephone: (956) 541-9600
     Telecopier: (956) 541-3414
     **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following attorneys on the 21st day of February, 2003:

William L. Rentfro
RENTFRO, FAULK, & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Telecopier: (956) 541-3414
**Attorney for Plaintiff**

Gregory E. Turley
ATTORNEY AT LAW
504 E. Dove Ave., Suite B
McAllen, Texas 78504
Telephone: (956) 682-8531
Telecopier: (956) 682-9533
**Attorneys for The Sherwin-Williams Company**

G.D. Lozano
P.O. Box 854
La Feria, Texas 78559
**Pro-Se**

Jerry L. Stapleton
STAPLETON, CURTIS & BOSWELL
515 E. Harrison, Ste. A
Harlingen, Texas 78550
Telephone: (956) 428-9191
Telecopier: (956) 428-9283
**Attorneys for Bowman Distributing Co., Inc.**

Marshall R. Ray
Elizabeth Guerrero
RANSOME & RAY, P.C.
550 E. Levee St.
Brownsville, Texas 78520
Telephone: (956) 542-3642
Telecopier: (956) 542-3698
**Attorneys for Skipper's Repair Plumbing**

Robert L. Eden
MATTHEWS, CARLTON, STEIN, SHIELS, PEARCE & KNOTT
8131 LBJ Freeway Ste. 700
Dallas, Texas 75251
Telephone: (972) 234-3400
Telecopier: (972) 234-1750
**Consolidated Electrical Distributors, Inc.**

Mauro L. Reyna, III
LAW OFFICE OF MAURO L. REYNA, III
P.O. Box 969
Penitas, Texas 78576
Telephone: (956) 584-7822
Telecopier: (956) 584-8718
**Attorneys for Robert Cardenas, Jr. d/b/a Robert's Welding & Fabricators, Inc.**

Sam Drugan
Marshall L. Armstrong
WARREN, DRUGAN & BARROWS
800 Broadway
San Antonio, Texas 78215
Telephone: (210) 226-4131
Telecopier: (210) 224-6488
**Attorneys for D.E.A. Specialties Co., LTD**

M. Steven Deck
LAW OFFICE OF JOHN KING
3409 N. 10th St., Ste. 100
McAllen, Texas 78501
Telephone: (956) 687-6294
Telecopier: (956) 687-5514
**Attorneys for Robert Mariscal**

Daniel G. Rios
LIFETIME INDUSTRIES, INC.
323 Nolana
McAllen, Texas 78504
Telephone: (956) 630-9401
Telecopier: (956) 682-0566
**Attorneys for Lifetime Industries, Inc.**

Eduardo Martinez
EDMANN'S COMMERCIAL REFRIGERATION AND A/C
705 S. San Antonio
San Juan, Texas 78589
**Pro-Se**

Michael A. McGurk
KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ
4900-B North Tenth
McAllen, Texas 78504
Telephone: (956) 686-8797
Telecopier: (956) 630-5199
**Attorneys for Hope Lumber & Supply Company, L.P.**

Abel Gonzalez
G&T PAVING COMPANY
P.O. Box 5136
Brownsville, Texas 78520
**Pro-Se**

Curtis Bonner
BONNER & BONNER
P.O. Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Telecopier: (956) 428-0671
**Attorneys for M&M Commercial Lawn Services**

John Skaggs
LAW OFFICE OF JOHN SKAGGS
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Telephone: (956) 687-8216
Telecopier: (956) 630-6570
**Attorneys for LCM Management Co., Inc.**

Thomas J. Walthall, Jr.
Brad L. Sklencar
THE GARDNER LAW FIRM
745 E. Mulberry, Suite 100
San Antonio, Texas 78212
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
**Attorneys for RZB, Inc., d/b/a Global Electric**

Alfredo Padilla
ATTORNEY AT LAW
1000 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 544-7100
Telecopier: (956) 544-0647
**Attorney for Alfredo Gutierrez and Gabriel Alcantar**

Robert F. Evans
AQUA TECH
4305 N. 10th
McAllen, Texas 78504
**Pro-Se**

David K. Solis
D & B GENERAL CLEANING CONTRACTOR
P.O. Box 8551
Brownsville, Texas 7826
**Pro-Se**

Robert Serra
BEN'S GLASS AND METAL
1125-A E. 13th Street
Brownsville, Texas 78520
(956) 546-1236 [phone & fax #]
**Pro Se**

_____
LANCE A. KIRBY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C.<br>    Plaintiff,<br><br>V.<br><br>TRIAD BUILDERS, INC.; ELSA STATE<br>BANK & TRUST CO.; G & T PAVING CO.;<br>AQUA TECH; VILLANUEVA FENCE &<br>SUPPLY CO.; VALLEY BUILDERS CO.;<br>ROBERT'S WELDING & FABRICATORS,<br>INC.; BOWMAN DISTRIBUTING COMPANY<br>INC.; OMEGA SYSTEMS; GALVAN SHEET<br>METAL SHOP; RAYMOND ROOFING, INC.;<br>EDMANN'S COMMERCIAL REFRIGER-<br>ATION & A/C; SKIPPER'S REPAIR<br>PLUMBING; RZB INC., d/b/a GLOBAL<br>ELECTRIC; LIFETIME INDUSTRIES;<br>BEN'S GLASS AND METAL; KENMARK,<br>INC.; GABRIEL ALCANTAR; ALFREDO<br>GUTIERREZ; M&M COMMERCIAL LAWN<br>SERVICES, INC.; G.D. LOZANO; KEVIN<br>COMIER; JCO SPECIALISTS; OPENING<br>SPECIALTIES AND SUPPLY, INC.; DAL-<br>TILE CORPORATION; DEA SPECIALTIES<br>CO., LTD.; LCM MANAGEMENT CO., INC.<br>d/b/a SOUTH TEXAS FLAG; STAR BUILDING<br>SYSTEMS; MARIO MARON; D&B GENERAL<br>CLEANING; G.T. BLINDS, INC.; ROBERT<br>MARISCAL; THE SHERWIN-WILLIAMS<br>COMPANY; THE STRIPING COMPANY;<br>ROBERTO GOMEZ; A&J PAVING; HOPE<br>LUMBER & SUPPLY CO., L.P.; CONSOL-<br>IDATED ELECTRIC DISTRIBUTORS, INC.;<br>PALMVIEW GLASS & MIRROR, INC.; and<br>FINANCIAL INVESTMENTS, INC.,<br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>B-02-137<br><br>**JURY** |

### ORDER ON STIPULATION OF DISMISSAL

After considering the Stipulation of Dismissal of Browndrew, L.L.C. and Elsa State Bank & Trust Co. the court,

GRANTS the motion and dismisses with prejudice any and all claims asserted by plaintiff against Elsa State Bank &Trust Co., and dismisses with prejudice all claims of Elsa State Bank & Trust Co. against Browndrew, L.L.C.

SIGNED on _____, 2003.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

By: _____
Lance A. Kirby


RENTFRO, FAULK, & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Telecopier: (956) 541-3414

By: _____
William L. Rentfro
**Attorney for Plaintiff**