UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BROWNDREW, L.L.C.<br>　　Plaintiff,<br><br>V.<br><br>TRIAD BUILDERS, INC.; ELSA STATE BANK & TRUST CO.; G & T PAVING CO.; AQUA TECH; VILLANUEVA FENCE & SUPPLY CO.; VALLEY BUILDERS CO.; ROBERT'S WELDING & FABRICATORS, INC.; BOWMAN DISTRIBUTING COMPANY INC.; OMEGA SYSTEMS; GALVAN SHEET METAL SHOP; RAYMOND ROOFING, INC.; EDMANN'S COMMERCIAL REFRIGERATION & A/C; SKIPPER'S REPAIR PLUMBING; RZB INC., d/b/a GLOBAL ELECTRIC; LIFETIME INDUSTRIES; BEN'S GLASS AND METAL; KENMARK, INC.; GABRIEL ALCANTAR; ALFREDO GUTIERREZ; M&M COMMERCIAL LAWN SERVICES, INC.; G.D. LOZANO; KEVIN COMIER; JCO SPECIALISTS; OPENING SPECIALTIES AND SUPPLY, INC.; DAL-TILE CORPORATION; DEA SPECIALTIES CO., LTD.; LCM MANAGEMENT CO., INC. d/b/a SOUTH TEXAS FLAG; STAR BUILDING SYSTEMS; MARIO MARON; D&B GENERAL CLEANING; G.T. BLINDS, INC.; ROBERT MARISCAL; THE SHERWIN-WILLIAMS COMPANY; THE STRIPING COMPANY; ROBERTO GOMEZ; A&J PAVING; HOPE LUMBER & SUPPLY CO., L.P.; CONSOLIDATED ELECTRIC DISTRIBUTORS, INC.; PALMVIEW GLASS & MIRROR, INC.; and FINANCIAL INVESTMENTS, INC.,<br>　　Defendants. | CIVIL ACTION NO.<br>B-02-137<br><br>**JURY** |

---

### ORDER ON STIPULATION OF DISMISSAL

---

After considering the Stipulation of Dismissal of Browndrew, L.L.C. and Elsa State Bank & Trust Co. the court,

GRANTS the motion and dismisses with prejudice any and all claims asserted by plaintiff against Elsa State Bank & Trust Co., and dismisses with prejudice all claims of Elsa State Bank & Trust Co. against Browndrew, L.L.C.

SIGNED on _Feb 27_, 2003.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402

By: _____
Lance A. Kirby

RENTFRO, FAULK, & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Telecopier: (956) 541-3414

By: _____
William L. Rentfro
**Attorney for Plaintiff**