United States District Court
Southern District of Texas
FILED

AUG 1 4 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNDREW, L.L.C. | § § | |
| VS. | § | B-02-137 |
| | § § | |
| TRIAD BUILDERS, INC., ET. AL. | § | |

## ORDER

The parties having settled this matter and the Court having approved the settlement and having entered an order of dismissal, hereby denies all previously filed motions as being moot and hereby holds the Final Judgment entered on February 4, 2003, in combination with this order disposes of all matters and all parties pending motions in this case. Any party not granted relief in the Final Judgment referenced above is denied relief.

Done in Brownsville, Texas on this 14$^h$ day of August, 2003.

_____
Andrew S. Hanen
United States District Judge